UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | Involuntary Chapter 7 |
| WESTBOROUGH SPE LLC, ) | Case No. 23-40709 |
| ) | |
| Debtor. ) | |

NOTICE OF APPEARANCE AND REQUEST
TO RECEIVE ALL NOTICES AND PLEADINGS

In accordance with Fed. R. Bankr. P. 9010, please enter the appearance of Scott A. Schlager on behalf of Nathanson & Goldberg, P.C., a creditor. The undersigned hereby requests that he be placed on the service list and, pursuant to Fed. R. Bankr. P. 2002, demands that all notices, papers, orders, pleadings, motions and all other documents and papers filed in connection with this case be served upon the undersigned either by ECF or at the office address set forth below.

/s/ Scott A. Schlager
Scott A. Schlager (BBO No. 695421)
Nathanson & Goldberg, P.C.
183 State Street, 5th Fl
Boston, Massachusetts 02109
Tel: (617) 210-4814
Fax: (617) 210-4824

Dated: August 31, 2023                          E-mail: sas@natgolaw.com

CERTIFICATE OF SERVICE

I, Scott A. Schlager, hereby certify that on August 31, 2023, the foregoing Notice of Appearance and Request to Receive All Notices and Pleadings was served by operation of the Court's ECF System on all individuals designated to receive service by ECF:

/s/ Scott A. Schlager
Scott A. Schlager (BBO No. 695421)