UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Westborough SPE LLC ,<br>         Debtor | Chapter: 7<br>Case No: 23–40709<br>Judge Christopher J. Panos |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under Title 11 of the United States Code was filed against you on **AUGUST 31, 2023** in the U.S. Bankruptcy Court for the District of Massachusetts requesting an order for relief under chapter 7 of the Bankruptcy Code.

**YOU ARE SUMMONED** and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

    Address of Clerk:

        U. S. Bankruptcy Court
        595 Main Street
        Worcester, MA 01608

**At the same time,** you must also serve a copy of the motion or answer upon the petitioners' attorney.

    Name and Address of Petitioners' Attorney:

        Stephen F. Gordon
        The Gordon Law Firm LLP, River Place
        57 River Street
        Wellesley, MA 02481

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

| | |
|---|---|
| Date:9/1/23 | Mary P. Sharon<br>Clerk, U.S. Bankruptcy Court<br>By the Court,<br><br>Megan Heinrich<br>Deputy Clerk<br>(508) 770– 8950 |



Chapter 7
Case Number: 23–40709
Judge Christopher J. Panos

## CERTIFICATE OF SERVICE

I, _____(name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____(name), the debtor in this case, by [*describe the mode of service and the address at which the debtor was served*]:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____                                                    _____
Date                                                                                      Signature

Print Name

Business Address

City            State            Zip