**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

WORCESTER, ss.

| | |
|---|---|
| In re: | Involuntary Chapter 7 |
| WESTBOROUGH SPE LLC, | Case No. 23-40709 |
| Debtor. | |

**STATEMENT OF CORPORATE OWNERSHIP**

As required by Fed.R.Bankr.P. 1007(a)(1), the debtor now files this Corporate Ownership Statement and reports as follows:

*(Check one box only.)*

☐ Debtor is not a "corporation" as defined in 11 U.S.C. §101(9).

☐ Debtor is a "corporation" as defined in 11 U.S.C. §101(9) but has no entities to report under Fed.R.Bankr.P. 1007(a)(1).

☒ Debtor is a "corporation" as defined in 11 U.S.C. §101(9), and the following corporations directly or indirectly own 10% or more of any class of the debtor's equity interests: (List corporations below.) (Debtor is a limited liability company formed under the laws of the State of Delaware.)

Name: Mignonette Investments Limited, a British Virgin Islands limited partnership.

Address: TMF Group f/k/a Equity Trust (based in Hong Kong), Attention: Serena Kwok, General Manager, Trade Support, 31/F, The Center, 99 Queen's Road Central, Hong Kong.

Name: _____

Address: _____

Name: _____

Address: _____

(For additional names, attach an addendum to this form.)

Dated: September 5, 2023

_____
Signature of Authorized Individual for Corporate Debtor/Party

Lolonyon Akouete
Printed Name of Authorized Individual for Corporate Debtor/Party

Manager of Westborough SPE, LLC
Title of Authorized Individual for Corporate Debtor/Party