Matrix List of Creditors

Allen Hight
The MobileStreet Trust
12 Cole Road
Wayland, MA 01778

Scott A. Schlager
Nathanson & Goldberg, P.C.
183 State Street, 5th Floor
Boston, MA 02109

Town of Westborough
34 West Main Street
Westborough, MA 01581

Darin Clagg
24 Kobbs Korner Rd,
Pine Bush, NY 12566

Matthew A. Morris
Sherin and Lodgen LLP
101 Federal Street, 30th Floor
Boston, MA 02110

David M. Ferris
Ferris Development Group, LLC
118 Turnpike Rd., Ste. 300
Southborough, MA 01772

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Walter Horst
Babcock & Brown
1264 Rimer Drive
Moraga, CA 94556

United States Bankruptcy Court
District of Massachusetts

WORCESTER, ss.

| | |
|---|---|
| In re: | ) |
| | ) Involuntary Chapter 7 |
| WESTBOROUGH SPE LLC, | ) Case No. 23-40709 |
| | ) |
| Debtor. | ) |

## VERIFICATION OF MATRIX

The above-named debtor(s) verify(ies) under penalty of perjury that the attached List of Creditors, which consists of <u>one</u> page and a total of <u>8</u> creditors, is true, correct and complete to the best of my knowledge.

Date: <u>9/5/23</u>

_____
Debtor
Lolonyon Akouete
Manager of Westborough SPE, LLC
1241 Deer Park Ave., Suite 1, #1051
North Babylon, NY 11703
info@smartinvestorsllc.com
(443) 447-3276