UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Westborough SPE LLC , Debtor | Chapter: 7<br>Case No: 23–40709<br>Judge Christopher J. Panos |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under Title 11 of the United States Code was filed against you on **AUGUST 31, 2023** in the U.S. Bankruptcy Court for the District of Massachusetts requesting an order for relief under chapter 7 of the Bankruptcy Code.

**YOU ARE SUMMONED** and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

        Address of Clerk:

           U. S. Bankruptcy Court
           595 Main Street
           Worcester, MA 01608

**At the same time,** you must also serve a copy of the motion or answer upon the petitioners' attorney.

        Name and Address of Petitioners' Attorney:

           Stephen F. Gordon
           The Gordon Law Firm LLP, River Place
           57 River Street
           Wellesley, MA 02481

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

| | |
|---|---|
| Date:9/1/23 | Mary P. Sharon<br>Clerk, U.S. Bankruptcy Court<br>By the Court,<br><br>Megan Heinrich<br>Deputy Clerk<br>(508) 770– 8950 |



Chapter 7
Case Number: 23–40709
Judge Christopher J. Panos

CERTIFICATE OF SERVICE

I, _____Stephen F. Gordon_____ (name), certify that on September 8, 2023 (date), I served this summons and a copy of the involuntary petition on Westborough SPE LLC (name), the debtor in this case, by [*describe the mode of service and the address at which the debtor was served*]:

Emailing a copy of (1) Summons to Debtor in Involuntary Case [Docket No. 3] and (2) Involuntary Petition Against a Non-Individual [Docket No. 1] to Lolonyon Akouete, Manager of Westborough SPE LLC, at info@smartinvestorsllc.com. Mr. Akouete, with access to PACER, viewed Docket #3 and Docket #1 on September 2, 2023 and submitted a consent to the entry of an Order for Relief on behalf of the Alleged Debtor. For the avoidance of all doubt, attached hereto is an executed Affidavit of Acknowledgement and Acceptance of Service.

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

9/11/2023                                /s/ Stephen F. Gordon
Date                                            Signature

Stephen F. Gordon (BBO No. 203600)
Print Name
The Gordon Law Firm LLP, 57 River St., Ste 200
Business Address
Wellesley      MA      01529
City      State      Zip
sgordon@gordonfirm.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: ) Chapter 7
) Case No. 23-40709-CJP
WESTBOROUGH SPE LLC, )
)
Debtor. )

## AFFIDAVIT OF ACKNOWLEDGMENT AND ACCEPTANCE OF SERVICE

I, Lolonyon Akouete, in my capacity as a Manager of Westborough SPE LLC, Debtor herein, hereby accept service and acknowledge receipt of a copy of the following on September, 2nd, 2023:

1. Summons to Debtor in Involuntary Case [Docket No. 3]; and
2. Involuntary Petition Against a Non-Individual [Docket No. 1]

in the above action on behalf of the Debtor Westborough SPE LLC and hereby waive defenses of insufficiency of process and insufficiency of service of process.

Signed under the pains and penalties of perjury this __8th__ day of September, 2023.

_____
Lolonyon Akouete
Manager of Westborough SPE, LLC
1241 Deer Park Ave., Suite 1, #1051
North Babylon, NY 11703
info@smartinvestorsllc.com
(443) 447-3276

P:\Clients-GLF\Westborough SPE\Plead (Bktcy)\Acceptance of Service.docx