# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**WESTBOROUGH SPE LLC,**<br><br>Debtor. | **Chapter 7**<br>**Case No. 23-40709-CJP** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for **Ferris Development Group, LLC** ("Ferris") and, pursuant to Bankruptcy Rules 9010, 3017 and 2002, Bankruptcy Code Section 1109(b) and MLBR 9010-3, requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, disclosure statements and motions to approve same, complaints or demands, whether formal or informal, written or oral, and whether served by mail, telephone, telecopier or otherwise: (1) which may directly, or indirectly, affect or seek to affect any rights or interests of Ferris with respect to (a) the Debtor (b) property or proceeds thereof in which the Debtor may claim an interest, or (c) property or proceeds thereof in possession, custody or control of Ferris, which the Debtor may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Ferris; or (3) which may otherwise affect the Debtor or the property of the Debtor.

This filing does not constitute consent to jurisdiction or venue in the United States Bankruptcy Court for the District of Massachusetts, and does not constitute a waiver of any rights including the right to trial by jury.

Respectfully submitted,

FERRIS DEVELOPMENT GROUP, LLC

By its counsel,

    /s/ Paul W. Carey
Paul W. Carey, BBO #566865
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502
Email: pcarey@mirickoconnell.com

Dated: October 3, 2023

{Client Matter 33990/00001/A8474443.DOC}

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on October 3, 2023, the foregoing document was filed with the United States Bankruptcy Court – District of Massachusetts and served upon all parties entitled to receive notice of filings in the above-captioned proceeding via the Bankruptcy Court's Electronic Case Filing (ECF) system.

      By:   /s/ Paul W. Carey
             Paul W. Carey