UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 23-40709-CJP

Chapter 7

In re:

WESTBOROUGH SPE LLC

NOTICE OF APPEARANCE

Please enter the appearance of Roger L. Smerage of KP Law P.C. as counsel for the Town of Westborough ("Town"), listed in the Debtor's Matrix List of Creditors (Doc. No. 7) in the above-captioned action.

_____
Brian W. Riley (BBO# 555385)
Jeffrey T. Blake (BBO# 655773)
Roger L. Smerage (BBO# 675388)
KP Law, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
briley@k-plaw.com
jblake@k-plaw.com
rsmerage@k-plaw.com

Dated: October 3, 2023

884090/WEST/0042

1

CERTIFICATE OF SERVICE

I, Roger L. Smerage, hereby certify that on the below date, I caused a copy of the foregoing Notice of Appearance to be served through the Court's CM/ECF system to the following counsel of record or by U.S. mail to the following unregistered parties:

>Stephen F. Gordon
>The Gordon Law Firm LLP
>River Place
>57 River Street
>Wellesley, MA 02481
>sgordon@gordonfirm.com
>*Attorney for Petitioning Creditors*
>
>Scott A. Schlager
>Nathanson & Goldberg, P.C.
>183 State Street, 5th Floor
>Boston, MA 02109
>sas@natgolaw.com
>*Attorney for Creditor Nathanson & Goldberg, P.C.*
>
>Richard King
>Office of US. Trustee
>446 Main Street
>14th Floor
>Worcester, MA 01608
>*Attorney for the U.S. Trustee*
>
>Westborough SPE, LLC
>c/o Lolonyon Akouete
>1241 Deer Park Ave., Suite 1, #1051
>North Babylon, NY 11703
>*Debtor*

Dated: October 3, 2023

_____
Roger L. Smerage