UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 23-40709-CJP

Chapter 7

In re:

WESTBOROUGH SPE LLC

[PROPOSED] ORDER GRANTING TOWN OF WESTBOROUGH'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND OPPOSITION TO APPOINTMENT OF A BANKRUPTCY TRUSTEE

Before the Court is the Motion for Relief from Automatic Stay and Opposition to Appointment of a Bankruptcy Trustee (the "Motion") filed by the Town of Westborough ("Town"), listed in the Debtor's Matrix List of Creditors (Doc. No. 7) in the above-captioned action. For the reasons set forth in the Motion, the Motion is hereby GRANTED and the Court ORDERS that the automatic stay under 11 U.S.C. § 362(a) is lifted, to the extent it applies, as to the cases of <u>Town of Westborough</u> v. <u>Westborough SPE, LLC, et al</u>. (Mass. Land Ct. No. 19 TL 000768) (the "Tax Foreclosure Action") and <u>Westborough SPE, LLC</u> v. <u>Town of Westborough, et al</u>. (D. Mass. No. 4:23-cv-12017-MRG) (the "Civil Action"). Moreover, the Court declines the Debtor's request to appoint an interim bankruptcy trustee pursuant to 11 U.S.C. § 303(g) with respect to the disposition of the real property located at 231 Turnpike Road, Westborough, Massachusetts (the "Property"), as the Property is not part of the Debtor's bankruptcy estate for the reasons set forth in the Motion and disposition of the Property will be more appropriately addressed by the Massachusetts Land Court in the Tax Foreclosure Action.

IT IS SO ORDERED.

_____          Date: _____
(                           , U.S. Bankruptcy Judge)

883509/WBOR/0042

1