UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 23-40709-CJP

Chapter 7

In re:

WESTBOROUGH SPE LLC

LIST OF EXHIBITS

Pursuant to Rule 5 of Appendix 8 of the Local Bankruptcy Rules for the U.S. Bankruptcy Court for the District of Massachusetts, the Town of Westborough ("Town"), listed in the Debtor's Matrix List of Creditors (Doc. No. 7) in the above-captioned action, hereby lists the exhibits that are filed separately in conjunction with the Town's Motion for Relief from Automatic Stay and Opposition to Appointment of a Bankruptcy Trustee:

| Exhibit | Description | No. of Pages |
|---|---|---|
| A | MA Certificate of Withdrawal | 2 |
| B | DE Administrative Dissolution | 1 |
| C | 2018 ATM Results | 31 |
| D | Instrument of Taking | 1 |
| E | Reciprocal Agreement | 41 |
| F | Tax Foreclosure Complaint | 2 |
| G | Tax Foreclosure Judgment | 1 |
| H | Application for Registration | 4 |
| I | Motion to Vacate | 12 |
| J | Land Court Docket | 10 |
| K | Civil Action Complaint | 34 |
| L | Civil Action Suggestion | 2 |

883944/WBOR/0042