# Exhibit B

# State Of Delaware

## Entity Details

11/21/2022  12:18:17AM

| | |
|---|---|
| File Number: 2811561 | Incorporation Date / Formation Date: 10/22/1997 |
| Entity Name: WESTBOROUGH SPE LLC | |
| Entity Kind: Limited Liability Company | Entity Type: General |
| Residency: Domestic | State: DELAWARE |
| Status: Cancelled, Failure to Pay Tax | Status Date: 6/1/2014 |

### Registered Agent Information

| | |
|---|---|
| Name: CORPORATION SERVICE COMPANY | |
| Address: 251 LITTLE FALLS DRIVE | |
| City: WILMINGTON | Country: |
| State: DE | Postal Code: 19808 |
| Phone: 302-636-5401 | |

### Tax Information

| | |
|---|---|
| Last AnnualReport Filed: 0 | Tax Due: $ 1593 |
| Annual Tax Assessment: $250 | Total Authorized Shares: |

### Filing History (Last 5 Filings)

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | L.P./L.L.C. Restoration | 3 | 7/13/1999 | 9:00 AM | 7/13/1999 |
| 2 | LLC | 1 | 10/22/1997 | 9:00 AM | 10/22/1997 |