# Exhibit D

This instrument must be filed for record or registration within 60 days from its date

STATE TAX FORM 301
Revised 3/2009

G.L. c. 60 §§53 and 54

**COMMONWEALTH OF MASSACHUSETTS**
**TOWN OF WESTBOROUGH**
**OFFICE OF THE COLLECTOR OF TAXES**

I, <u>Robert C. Haley</u>, Collector of Taxes for the <u>Town of Westborough</u>, acting under General Laws Chapter 60, Sections 53 and 54, hereby take for the city/town the real property described below:

### DESCRIPTION OF PROPERTY

PROPERTY: Land and any building(s) thereon   CONTAINING: 29.336 AC (more or less)
LOCATION: 231 Turnpike Road
ASSESSORS: 32-48-0
REGISTRY: Worcester District Registry of Deeds Book 19369, Page 75

This land is taken because taxes, as defined in Chapter 60, Section 43, assessed on the property to <u>Westborough SPE LLC</u> for the fiscal year <u>2018</u> were not paid within 14 days after a demand for payment was made on <u>Westborough SPE LLC</u> on <u>June 4, 2018</u>. After notice of intention to take the land was given as required by law, they remain unpaid along with interest and incidental expenses and costs to the date of taking as follows:

| | |
|---|---|
| Fiscal Year 2018 Taxes Remaining Unpaid | $ 106,944.99 |
| Interest to Date of Taking | $ 12,673.18 |
| Incidental Expenses and Costs to Date of Taking | $ 10.00 |
| Total for which Land is Taken | $ 119,628.17 |

Executed as a sealed instrument on <u>December 28, 2018</u>

Signature of Collector of Taxes
ROBERT C. HALEY
Printed/Typed Name of Collector of Taxes

### COMMONWEALTH OF MASSACHUSETTS

Worcester District, ss                                                                December 28, 2018

On this <u>28th</u> day of <u>December</u>, 2018, before me, the undersigned notary public, personally appeared <u>Robert C. Haley</u>, proved to me through satisfactory evidence of identification, which were <u>MA Drivers License</u>, and personally known to me, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose, as Collector of Taxes for the City/Town of <u>Westborough</u>.

Signature of Notary Public

Deborah E. Ledoux
Printed/Typed Name of Notary Public

My commission expires April 23, 2021

DEBORAH E. LEDOUX
Notary Public
Commonwealth of Massachusetts
My Commission Expires

THIS FORM APPROVED BY THE COMMISSIONER OF REV

TEST WORC. Kathryn A. Toomey, Register



2019 00004568
Bk: 59943 Pg: 371
Page: 1 of 1   01/16/2019 02:16 PM WD