# Exhibit F

# COMMONWEALTH OF MASSACHUSETTS
## LAND COURT
### DEPARTMENT OF THE TRIAL COURT

LAND COURT
FILED

19 JUL -8 PH 2:00

The undersigned hereby represent(s):

*that* the land hereinafter described was taken on December 28, 2018 for non-payment of taxes by the Town of Westborough in the County of Worcester by instrument dated December 28, 2018 and recorded on January 16, 2019 at the Worcester District Registry of Deeds in Book 59943, Page 371.

*that* more than six months from the date of said taking has elapsed and no redemption has been made;

*that* the proceedings aforesaid have been conducted according to law;

*that* the instruments were recorded or registered within sixty (60) days from the date of taking;

*that* the assessed value of said land and building is $5,239,100.00;

*that* said land is described as a certain parcel of land situated in the Town of Westborough, County of Worcester and said Commonwealth, bounded:

(Description must be same as in tax deed)

PROPERTY:  Land and any building(s) thereon        CONTAINING 29.336 AC (more or less)
LOCATION:  231 Turnpike Road
ASSESSORS: 32-48-0
REGISTRY:  Worcester District Registry of Deeds Book 19369, Page 75

*that* the following are the names and addresses of all persons known to the undersigned who have any interest in said land other than the plaintiff, to wit:

**Westborough SPE, LLC**

Wherefore your plaintiff(s) pray(s) that the rights of all persons entitled to redeem from said proceedings may be foreclosed: that said Court enter a judgment that the title of the plaintiff to said land under said proceedings is absolute and that all rights of redemption are barred; and for such other and further relief as may seem meet and proper to said Court.

Name _____  Street  34 West Main Street
Robert Haley, Treasurer/Collector   City or Town  Westborough, MA 01581

On this _22nd_ day of _May_, 2019 personally appeared before me the within named Robert Haley known to me to be the signer of the foregoing complaint, and made oath that the statements therein contained so far as made of his own knowledge are true and so far as made upon information and belief that his believes them to be true.

Before me: (PRINT) Susan A. Bush
Notary Public: (SIGN) _Susan A. Bush_
My Commission Expires: 9-9-2022

*(See over)



SUSAN A. BUSH
Notary Public
Commonwealth of Massachusetts
My Commission Expires September 9, 2022

No.

**Complaint To Foreclose**

**Tax Lien**

_____
Examiner

LET JUDGMENT ISSUE

_____
Justice

From the Office of

Dawn E. Bloom
Berenson & Bloom
116 Pleasant Street, Suite 340
Easthampton, MA 01027
BBO# 659839

LCP-5-8/88

NOTE: *60 days after July 12, 1933
30 days before July 12, 1933

CAVEAT: Notice of this complaint should be filed in the local registry upon the proper form (LCN2) as soon as complaint is entered in this office.