# Exhibit G

| JUDGMENT IN TAX LIEN CASE | DOCKET NUMBER 19 TL 000768 | Commonwealth of Massachusetts Land Court Department of the Trial Court |  |
|---|---|---|---|

CASE NAME

2022 00008115

Bk: 66983 Pg: 53

Page: 1 of 1  01/21/2022 10:39 AM  WD

Town of Westborough                                      , Plaintiff(s)

v.

Westborough SPE, LLC                                     , Defendant(s)

---

After consideration by the Court, it is **ADJUDGED** and **ORDERED** that all rights of redemption are forever foreclosed and barred under the following instruments:

| Land Type | Instrument Date | Book Number | Page Number | Document Number | Certificate of Title Number |
|---|---|---|---|---|---|
| Recorded | 12/28/2018 | 59943 | 371 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

This Judgment must be recorded and/or registered by the Plaintiff in the appropriate Registry of Deeds and/or Registration District pursuant to G. L. c. 60, § 75.

By the Court: Deborah J. Patterson

Attest:

A TRUE COPY
ATTEST:

*Deborah J. Patterson*
RECORDER

*Deborah J. Patterson*

DATE ENTERED: 01/05/2022                    RECORDER: Deborah J. Patterson

063JUDTL (01-2020)          www.mass.gov/courts/landcourt          Printed: 01/05/2022 9:33:10 AM          Page 1 of 1

ATTEST: WORC. Kathryn A. Toomey, Register