# Exhibit H

# F  The Commonwealth of Massachusetts

### William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Room 1717, Boston, Massachusetts 02108-1512

## Foreign Limited Liability Company
## Application for Registration
### (General Laws Chapter 156C, Section 48)

Federal Identification No.: **94-3286768**

(1a) The exact name of the limited liability company:

**WESTBOROUGH SPE LLC**

(1b) If different, the name under which it proposes to do business in the Commonwealth of Massachusetts:

(2) The jurisdiction* where the limited liability company was organized:

**Delaware**

(3) The date of organization in that jurisdiction: **10/22/1997**

(4) The general character of the business the limited liability company proposes to do in the Commonwealth:

Acquire, own, develop, construct, rehabilitate, improve, maintain, finance, manage, operate, lease, sell, convey, assign, mortgages and otherwise deal with real estate, and to own interests in businesses engaged in any of the foregoing, and to carry on any related lawful business, trade, purpose or activity.

(5) The business address of its principal office:

1241 Deer Park Ave, Suite 1 #1051
North Babylon, NY 11703

(6) The business address of its principal office in the Commonwealth, if any:

N/A

(7) The name and business address, if different from principal office location, of each manager:

Denise Edwards

Lolonyon Akouete

12/12/22, 2:48 PM To: +1 617-624-3891 From: +1 913-871-5933 – MA Foreign LLC Application for Westboroug Page 3/5

(8) The name and business address of each person authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property recorded with a registry of deeds or district office of the land court:

| NAME | ADDRESS |
|---|---|
| Denise Edwards | 1241 Deer Park Ave, Suite 1 #1051 North Babylon, NY 11703 |
| Lolonyon Akouete | 1241 Deer Park Ave, Suite 1 #1051 North Babylon, NY 11703 |

(9) The name and street address of the resident agent in the Commonwealth:

Universal Registered Agents, Inc.        4 Central Street
Woburn, MA 01801

(10) The latest date of dissolution, if specified: _____
(11) Additional matters

*Signed by the or from our authorized signature)*

I Ashton Villegas on behalf of Universal Registered Agents, Inc.

resident agent of the above limited liability company, consent to my appointment as resident agent pursuant to G.L. c156C § 48 (or attach resident agent's consent hereto).

* Attach a certificate of existence or good standing issued by an officer or agency properly authorized in home state.



# Delaware

Page 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY "WESTBOROUGH SPE LLC" IS DULY FORMED
UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND
HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS
OF THE TWENTY-EIGHTH DAY OF NOVEMBER, A.D. 2022.

2811561  8300

SR# 20224104318

You may verify this certificate online at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

Authentication: 204939237

Date: 11-28-22

THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

December 12, 2022 03:52 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*