UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 23-40709-CJP

Chapter 7

In re:

WESTBOROUGH SPE LLC

DECLARATION OF
KRISTI WILLIAMS

I, Kristi Williams, hereby declare as follows based on my personal knowledge:

1. I am over 18 years of age and could testify to the following in court.

2. I am the Town Manager for the Town of Westborough, Massachusetts (the "Town"). I have held the role of Town Manager since July 2019. Between November 2010 and September 2018, I was the Assistant Town Manager for the Town, and between October 2018 and June 2019, I was the Interim Town Manager for the Town.

3. The Town is the current owner of real property located at 231 Turnpike Road, Westborough, Massachusetts (the "Property").

4. The Property was previously owned by an entity known as Westborough SPE LLC (the "Debtor").

5. Notwithstanding the dissolution of the Debtor, the lessee of the Property (Regal Cinemas) continued to lease the Property and pay property taxes to the Town.

6. However, when the lease expired in late 2017, the lessee vacated the Property and stopped making tax payments.

7. Subsequently, property taxes on the Property accrued.

8. After a March 2018 Town Meeting vote, the Town issued a Request for Proposals to sell the Property.

1

9. The Town's Select Board voted to accept the proposal of Lax Media LLC ("Lax Media") on November 20, 2018, issued a notice of award to Lax Media on November 28, 2018, and notified the other bidders of the Town's selection on December 3, 2018.

10. After the Town recorded an instrument of taking on the Property and all improvements thereon pursuant to G.L. c. 60, §§ 53-54, on December 28, 2018, the Town incurred certain costs of insuring, securing, and maintaining the Property.

11. On or about April 3, 2019, the Town Manager's office received an email from an attorney representing the successor-in-interest of Babcock and Brown Administrative Services, Inc. ("Babcock & Brown"), the company that had been the Debtor's manager, requesting information concerning the Property and indicating their client may have a claim to the Property.

12. The Town elected not to proceed with its acquisition of the Property at that time in light of the potential claim to the Property and identification of a party that may be able to pay the outstanding tax liabilities on the Property.

13. On April 30, 2019, the Select Board voted to authorize Town Counsel to terminate the pending purchase and sale agreement with Lax Media.

14. However, neither Babcock & Brown nor its successor-in-interest paid off the outstanding taxes on the Property.

15. On May 26, 2022, the Town issued a new request for proposals for the purchase and redevelopment of the Property.

16. The Town received three proposals, including one from Lax Media.

17. Lax Media offered a purchase price of $2,500,001, which was higher than the estimated fair market value of the Property ($2,082,000).

18. The Town's Select Board evaluated the proposals based on five categories and selected Lax Media's proposal, which received the score of "highly advantageous" in three categories and "advantageous" in the remaining two.

19. Lax Media has been holding its bid firm and keeping its terms in place pending the conclusion of the Town's action in the Massachusetts Land Court to foreclose the Debtor's right of redemption in the Property.

20. Despite the Town's efforts to secure and maintain the Property since the time that Regal Cinemas vacated it, the Property has been vandalized and has experienced burst pipes.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on <u>October 3</u>, 2023

Kristi Williams
Town Manager, Town of Westborough

882658/WEST/0042

CERTIFICATE OF SERVICE

I, Roger L. Smerage, hereby certify that on the below date, I caused a copy of the foregoing Declaration of Kristi Williams to be served through the Court's CM/ECF system to the following counsel of record or by U.S. mail to the following unregistered parties:

> Stephen F. Gordon
> The Gordon Law Firm LLP
> River Place
> 57 River Street
> Wellesley, MA 02481
> sgordon@gordonfirm.com
> *Attorney for Petitioning Creditors*
>
> Scott A. Schlager
> Nathanson & Goldberg, P.C.
> 183 State Street, 5th Floor
> Boston, MA 02109
> sas@natgolaw.com
> *Attorney for Creditor Nathanson & Goldberg, P.C.*
>
> Richard King
> Office of US. Trustee
> 446 Main Street
> 14th Floor
> Worcester, MA 01608
> *Attorney for the U.S. Trustee*
>
> Westborough SPE, LLC
> c/o Lolonyon Akouete
> 1241 Deer Park Ave., Suite 1, #1051
> North Babylon, NY 11703
> *Debtor*

Dated: October 3, 2023

_____
Roger L. Smerage