UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>WESTBOROUGH SPE, LLC,<br><br>        Alleged Debtor | Chapter 7<br>Case No. 23-40709-CJP |

## ORDER FOR RELIEF IN INVOLUNTARY CASE

Upon consideration of the involuntary petition filed against Westborough SPE LLC, the above-named alleged debtor ("Westborough SPE" or "Alleged Debtor"), on August 31, 2023 [Dkt. No. 1] and the evidence of the service of the involuntary summons [Dkt. No. 12] filed by counsel to the petitioners, the involuntary petition not having been timely controverted,[1] an ORDER FOR RELIEF under Chapter 7 of Title 11 of the United States Code, is hereby ENTERED.

Dated: October 11, 2023

By the Court,

Christopher J. Panos
United States Bankruptcy Judge

---

[1] The Court notes that Westborough SPE, pursuant to a "Motion and Answer to Petition for Involuntary Bankruptcy" [Dkt. No. 5] filed by the manager of the Alleged Debtor, also purported to consent to the entry for an order for relief. Pursuant to MLBR 9010-1(g), MLBR 9029-3, and D. Mass. LR 83.5.5, a limited liability company may not appear without counsel.