UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | Chapter 7, No. 23-40447 |
| ) | |
| KRISTEN J MASTRANGELO ) | |
| ) | |
| Debtor ) | |
| ) | |

## APPLICATION FOR ORDER AUTHORIZING TRUSTEE
## TO EMPLOY COUNSEL TO THE TRUSTEE

Now comes JONATHAN R. GOLDSMITH, the duly appointed, qualified and acting Chapter 7 Trustee ("Trustee") in the above-captioned proceedings, and moves this Honorable Court for an Order pursuant to §327(d) of the U.S. Bankruptcy Code ("Code") authorizing him to employ GOLDSMITH, KATZ & ARGENIO, P.C., as Counsel to the Trustee. In support of said Application, the Trustee respectfully represents as follows:

1. That on June 08, 2023, the above-named Debtor filed a Voluntary Petition under the provisions of Chapter 7 of the Bankruptcy Code.

2. That on July 10, 2023, JONATHAN R. GOLDSMITH accepted the appointment as Chapter 7 Trustee for the above-entitled estate.

3. That, as a result of information procured by the Trustee since his appointment, your Applicant believes that the appointment of counsel is necessary to effectuate the lawful rights and remedies available to the Trustee under the provisions of Title 11 and to fully and properly discharge his fiduciary duties.

4. That the services of counsel are required for, but not limited to, the following purposes:

(a) to review and evaluate certain assets of the Debtor;

(b) to pursue all lawful claims of the estate;

(c) to liquidate assets of the estate;

(d) to employ and supervise professionals employed by the estate; and

(e) to maximize the recovery for creditors of the estate.

5. In order to avoid duplication of effort and to maximize the recovery for the benefit of the estate and the unsecured creditors, your Applicant believes it will be in the best interests of the estate to employ counsel to the Trustee.

6. Your Applicant avers that GOLDSMITH, KATZ & ARGENIO, P.C. is proficient in the knowledge and practice of bankruptcy law and has the experience required to adequately represent the Trustee in this case.

7. On information and belief, no member or associate of GOLDSMITH, KATZ & ARGENIO, P.C. has any other connection with the Debtor, his creditors or any other party in interest.

WHEREFORE, your Applicant prays for the allowance of this Application and for an Order pursuant to §327(d) of the Code authorizing him to employ GOLDSMITH, KATZ & ARGENIO, P.C. as Counsel to the Trustee in this case.

JONATHAN R. GOLDSMITH, TRUSTEE IN
BANKRUPTCY FOR KRISTEN J MASTRANGELO

Dated: 8/30/23

By: /s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.
(BBO No. 548285)
GOLDSMITH, KATZ & ARGENIO, P.C.
1350 Main Street, 15th Floor
Springfield, MA 01103
Tel: (413) 747-0700

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | ) Chapter 7. No. 23-40447 |
| | ) |
| KRISTEN J MASTRANGELO | ) |
| | ) |
| Debtor | ) |
| | ) |

## AFFIDAVIT PURSUANT TO FRBP 2014(a) AND MLBR 2014-1

1. I hereby represent that I do not hold or represent any interest adverse to the estate of the above-noted Debtor (11 U.S.C. Section 327). I further represent that no member of my firm holds or represents any interest adverse to the estate.

2. My, and my firm's connections with the Debtor, creditors, or other parties in interest, and their respective attorneys and accountants (Federal Rule of Bankruptcy Procedure 2014(a)) are as follows: None.

3. I hereby represent that I am and each member of my firm is a "disinterested person" (11 U.S.C. Section 327) as that term is defined in 11 U.S.C. Section 101 (14).

4. I hereby represent that neither I nor any member of my firm is disqualified by reason of being a relative of a Judge of the United States Bankruptcy Court for the District of Massachusetts, nor am I or any member of my firm disqualified by reason of being a relative of the United States Trustee for the Districts of Maine, Massachusetts, New Hampshire and Rhode Island (Federal Rule of Bankruptcy Procedure 5002).

5. I hereby represent that I have agreed not to share with any person the compensation to be paid for the services rendered in this case.

6. I have received no retainer in this case.

7. I shall amend this statement immediately upon any learning that: (a) any of the within representations are incorrect; or (b) there is any change of circumstances relating thereto.

8. I have reviewed the provisions of MBLR 2016-1.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 8/30/23

By: _____
JONATHAN R. GOLDSMITH, ESQ.
(BBO No. 548285)
GOLDSMITH, KATZ & ARGENIO, P.C.
1350 Main Street, 15th Floor
Springfield, MA 01103
Tel: (413) 747-0700

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re:                              (
                                    (   Chapter 7, No. 23-40447
KRISTEN J MASTRANGELO                (
                                    (
        Debtor.                     (
                                    (

**ORDER AUTHORIZING TRUSTEE TO EMPLOY
COUNSEL TO THE TRUSTEE**

At                  , in said District, on this            day of September, 2023.

Upon the Application of JONATHAN R. GOLDSMITH, Trustee in the above-captioned case, seeking to employ GOLDSMITH, KATZ & ARGENIO, P.C. to act as Counsel to the Trustee pursuant to 11 U.S.C. §327(d), for cause shown, proper notice having been given and no objections being filed, it is hereby

ORDERED that JONATHAN R. GOLDSMITH, Trustee, is hereby authorized to employ GOLDSMITH, KATZ & ARGENIO, P.C., as Counsel to the Trustee in the above-captioned case, with all fees and expenses subject to further Order of this Court.

_____
HONORABLE ELIZABETH D. KATZ
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | ) Chapter 7, No. 23-40447 |
| | ) |
| KRISTEN J MASTRANGELO | ) |
| | ) |
| Debtor | ) |
| | ) |

### CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of GOLDSMITH, KATZ & ARGENIO, P.C., 1350 Main Street, 15th Floor, Springfield, MA 01103, do hereby certify that I served a copy of the within Application to Employ Counsel upon those parties listed on the attached Exhibit "A" by electronic mail or by mailing, first class mail, postage prepaid, on this 30th day of August, 2023:

/s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.

Lagrasse Yanowitz & Feyl
One Elm Square
Andover, MA 01810-3643

Peter Mastrangelo
576 South Main Street
Andover, MA 01810

JPMorgan Chase
PO Box 901063
Fort Worth, TX 76101

American Express
PO Box 9001108
Louisville, KY 40290-1108

Forgetta Development LLC
32 Park St., Suite 1
Andover, MA 01810-3616

Bldg Management Co., Inc.
417 Fifth Ave., 4th Fl.
New York, NY 10016-2230

Chase Freedom
Cardmember Services
PO Box 1423
Charlotte, NC 28201

Mass. Dept. of Revenue
Bankruptcy Unit
P. O. Box 7090
Boston, MA 02204

Judith Cowen
175 Andover St., Ste 201
Andover, MA 01810

Sallie Mae
PO Box 70233
Philadelphia, PA 19176-0233

Richard King, Esq.
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608-2361

Suzie Urokulo
430 Bedford Street
Lexington, MA 02420-1507

Forgetta Development LLC
32 Park St., Ste One
Andover, MA 01810-3616

Barclays
American Advantage Master Card
PO Box 13337
Philadelphia, PA 19101-3337

Shirley Dawson
c/o Law Office of Nicholas F.
Ortiz, PC
50 Congress St., Ste 540
Boston, MA 02109-4051

US Small Business Administration
PO Box 3918
Portland, OR 97208-3918

Santander Bank, N.A.
c/o Michael Theodore, Esq.
Cohn & Dussi, LLC
68 Harrison Ave., Suite 502
Boston, MA 02111-1929

Barclays
GAP Credit
PO Box 13337
Philadelphia, PA 19101-3337

Driscoll Electric
37 B Street
Burlington, MA 01803-3406

TD Bank
PO Box 100290
Charlotte, NC 28201

Tufts University
419 Boston Avenue
Medford, MA 02155-5801

American Express National Bank
(Address not available)

Dan Yang Zhao
4 Willoughby Lane
Andover, MA 01810-4836

Eversource
PO Box 56007
Boston, MA 02205-6007

Peter Mastrangelo
376 South Main Street
Andover, MA 01810-4824

Internal Revenue Service
JFK Building
15 New Sudbury Street
Boston, MA 02203-0292

Brooks & Derensis
260 Franklin St., Suite
Boston, MA 02110-3112

Joseph S.U. Bodoff, Esq.
Maxwell Felt
Rubin and Rudman LLP
53 State Street, 15th Fl.
Boston, MA 02109-2820

JPMorgan Chase Bank N A
Bankruptcy Mail Intake Team
700 Kansas Lane, Fl. 01
Monroe, LA 71203-4774

Kristen J Mastrangelo
3121 Firenze Court
Las Vegas, NV 89128

Santander Bank
450 Penn Street
Reading, PA 19602-1011

TD Bank
Jordans Furniture
PO Box 100114
Columbia, SC 29202-3114

National Grid
PO Box 371338
Pittsburgh, PA 15250-7338

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346