United States Bankruptcy Court

District of Massachusetts

| | |
|---|---|
| In re: | Case No. 23-40709-cjp |
| Westborough SPE LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 11, 2023 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | ++ | LOLONYON AKOUETE, ATTN WESTBOROUGH SPE LLC, 800 RED MILLS RD, WALLKILL NY 12589-3220 address filed with court:, Lolonyon Akouete, Manager of Westborough, SPE, LLC, 1241 Deer Park Ave, Suite 1 #1051, North Babylon, NY 11703 |
| ptcrd | + | The MobileStreet Trust, 12 Cole Road, Wayland, MA 01778-3145 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | Email/Text: info@smartinvestorsllc.com | Oct 11 2023 22:40:00 | Lolonyon Akouete, Manager of Westborough, SPE, LLC, 1241 Deer Park Ave, Suite 1 #1051, North Babylon, NY 11703 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian W. Riley | |
| | on behalf of Creditor Town of Westborough briley@k-plaw.com |
| Jeffrey T Blake | |
| | on behalf of Creditor Town of Westborough jblake@k-plaw.com |

District/off: 0101-4                          User: admin                                        Page 2 of 2

Date Rcvd: Oct 11, 2023                       Form ID: pdf012                                    Total Noticed: 2

Paul W. Carey
                        on behalf of Creditor Ferris Development Group  LLC pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com

Richard King
                        USTPRegion01.WO.ECF@USDOJ.GOV

Roger L. Smerage
                        on behalf of Creditor Town of Westborough rsmerage@k-plaw.com

Scott Adam Schlager
                        on behalf of Petitioning Creditor Nathanson & Goldberg  P.C. sas@natgolaw.com

Stephen F. Gordon
                        on behalf of Petitioning Creditor Nathanson & Goldberg  P.C. sgordon@gordonfirm.com,
                        vhaggerty@gordonfirm.com;notices@gordonfirm.com;stephenfgordon@gmail.com


TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 23-40709-CJP |
| WESTBOROUGH SPE, LLC, ) | |
| ) | |
| Alleged Debtor ) | |
| ) | |

**ORDER FOR RELIEF IN INVOLUNTARY CASE**

Upon consideration of the involuntary petition filed against Westborough SPE LLC, the above-named alleged debtor ("Westborough SPE" or "Alleged Debtor"), on August 31, 2023 [Dkt. No. 1] and the evidence of the service of the involuntary summons [Dkt. No. 12] filed by counsel to the petitioners, the involuntary petition not having been timely controverted,[1] an ORDER FOR RELIEF under Chapter 7 of Title 11 of the United States Code, is hereby ENTERED.

Dated: October 11, 2023                    By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge

---

[1] The Court notes that Westborough SPE, pursuant to a "Motion and Answer to Petition for Involuntary Bankruptcy" [Dkt. No. 5] filed by the manager of the Alleged Debtor, also purported to consent to the entry for an order for relief. Pursuant to MLBR 9010-1(g), MLBR 9029-3, and D. Mass. LR 83.5.5, a limited liability company may not appear without counsel.