United States Bankruptcy Court
District of Massachusetts

In re:  Case No. 23-40709-cjp
Westborough SPE LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: admin     Page 1 of 2
Date Rcvd: Oct 12, 2023     Form ID: 309D     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.
++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westborough SPE LLC, 231 Turnpike Road, Westborough, MA 01581-2807 |
| aty | + | Brian W. Riley, Kp Law, 101 Arch Street, 12th Fl, Boston, MA 02110-1134 |
| aty | + | Jeffrey T Blake, Kopelman and Paige, P.C., 101 Arch St., 12th Floor, Boston, MA 02110-1162 |
| aty | + | Paul W. Carey, Mirick, O'Connell, DeMallie &, Lougee, LLP., 100 Front St., Worcester, MA 01608-1426 |
| aty | + | Roger L. Smerage, Kp Law, 101 Arch Street, 12th Floor, Boston, MA 02110-1134 |
| aty | + | Scott Adam Schlager, Nathanson & Goldberg, P.C., 183 State Street, 5th Floor, Boston, MA 02109-2666 |
| aty | + | Stephen F. Gordon, The Gordon Law Firm LLP, River Place, 57 River Street, Wellesley, MA 02481-2013 |
| intp | ++ | LOLONYON AKOUETE, ATTN WESTBOROUGH SPE LLC, 800 RED MILLS RD, WALLKILL NY 12589-3220 address filed with court:, Lolonyon Akouete, Manager of Westborough, SPE, LLC, 1241 Deer Park Ave, Suite 1 #1051, North Babylon, NY 11703 |
| ptcrd | + | Nathanson & Goldberg, P.C., 183 State Street, 5th FL, Boston, MA 02109-2666 |
| ptcrd | + | The MobileStreet Trust, 12 Cole Road, Wayland, MA 01778-3145 |
| 20801111 | + | Allen Hight, The MobileStreet Trust, 12 Cole Road, Wayland, MA 01778-3145 |
| 20801114 | + | Darin Clagg, 24 Kobbs Korner Rd, Pine Bush, NY 12566-5302 |
| 20801116 | + | David M. Ferris, Ferris Development Group, LLC, 118 Turnpike Rd., Ste. 300, Southborough, MA 01772-2133 |
| 20801115 | + | Matthew A. Morris Sherin and Lodgen LLP, 101 Federal Street, 30th Floor, Boston, MA 02110-2109 |
| 20801112 | + | Scott A. Schlager, Nathanson & Goldberg, P.C., 183 State Street, 5th Floor, Boston, MA 02109-2666 |
| 20801113 | + | Town of Westborough, 34 West Main Street, Westborough, MA 01581-1998 |
| 20801118 | + | Walter Horst, Babcock & Brown, 1264 Rimer Drive, Moraga, CA 94556-1727 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BJRGOLDSMITH.COM | Oct 13 2023 03:05:00 | Jonathan R. Goldsmith, Goldsmith, Katz & Argenio, P.C., 1350 Main Street, Suite 1505, Springfield, MA 01103-1664 |
| smg | + | Email/Text: duabankruptcy@detma.org | Oct 13 2023 02:43:00 | CHIEF COUNSEL, LEGAL DEPARTMENT, DEPARTMENT OF UNEMPLOYMENT ASSISTANCE, COMMONWEALTH OF MASSACHUSETTS, 19 STANIFORD STREET,1ST FLOOR, Boston, MA 02114-2502 |
| smg | | EDI: MASSDOR | Oct 13 2023 03:05:00 | MASS DEPT OF REVENUE, BANKRUPTCY UNIT, P0 BOX 9564, Boston, MA 02114-9564 |
| ust | + | Email/Text: USTPRegion01.WO.ECF@usdoj.gov | Oct 13 2023 02:43:32 | Richard King, Office of US. Trustee, 446 Main Street, 14th Floor, Worcester, MA 01608-2361 |
| intp | | Email/Text: info@smartinvestorsllc.com | Oct 13 2023 02:43:00 | Lolonyon Akouete, Manager of Westborough, SPE, LLC, 1241 Deer Park Ave, Suite 1 #1051, North Babylon, NY 11703 |
| 20801117 | | EDI: IRS.COM | Oct 13 2023 03:05:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 6

District/off: 0101-4 | User: admin | Page 2 of 2
Date Rcvd: Oct 12, 2023 | Form ID: 309D | Total Noticed: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Riley | on behalf of Creditor Town of Westborough briley@k-plaw.com |
| Jeffrey T Blake | on behalf of Creditor Town of Westborough jblake@k-plaw.com |
| Jonathan R. Goldsmith | trusteedocs1@gkalawfirm.com<br>trusteedocs@gkalawfirm.com;kstelmashova@gkalawfirm.com;MA43@ecfcbis.com;mwolohan@gkalawfirm.com |
| Paul W. Carey | on behalf of Creditor Ferris Development Group  LLC pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com |
| Richard King | USTPRegion01.WO.ECF@USDOJ.GOV |
| Roger L. Smerage | on behalf of Creditor Town of Westborough rsmerage@k-plaw.com |
| Scott Adam Schlager | on behalf of Petitioning Creditor Nathanson & Goldberg  P.C. sas@natgolaw.com |
| Stephen F. Gordon | on behalf of Petitioning Creditor Nathanson & Goldberg  P.C. sgordon@gordonfirm.com,<br>vhaggerty@gordonfirm.com;notices@gordonfirm.com;stephenfgordon@gmail.com |

TOTAL: 8

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Westborough SPE LLC** <br> Name | EIN: | 94–3286768 |
| United States Bankruptcy Court | District of Massachusetts | Date case filed for chapter: | 7    8/31/23 |
| Case number: | 23–40709 | | |

## Official Form 309D (For Corporations or Partnerships)

### Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set     10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

**To protect your rights, you may wish to consult an attorney.** All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other document in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Westborough SPE LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 231 Turnpike Road <br> Westborough, MA 01581 | |
| 4. | **Debtor's attorney** <br> Name and address | Westborough SPE LLC <br> 231 Turnpike Road <br> Westborough, MA 01581 | Contact phone _____ <br> Email: **None** |
| 5. | **Bankruptcy trustee** <br> Name and address | Jonathan R. Goldsmith <br> Goldsmith, Katz & Argenio, P.C. <br> 1350 Main Street <br> Suite 1505 <br> Springfield, MA 01103 | Contact phone 413–747–0700 <br> Email: trusteedocs1@gkalawfirm.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | U. S. Bankruptcy Court <br> 595 Main Street <br> Worcester, MA 01608 | Hours open <br> Monday–Friday <br> 8:30am–5:00pm <br><br> Contact phone     508–770–8900 <br> Date:     10/12/23 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 15, 2023 at 11:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br> **The meeting will be held TELEPHONICALLY** |
| | <span style="color:red">**The dial–in number and participant code for the telephonic section 341 meeting of creditors will be posted to the docket within 14 days prior to the meeting. You may also contact the trustee for dial–in information.**</span> | | |

**For more information, see page 2 >**

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**     page 1

Debtor **Westborough SPE LLC**   Case number **23–40709 –cjp**

| | | | |
|---|---|---|---|
| 8. | **Deadlines**<br>Papers and any required fee must be received by the bankruptcy clerk's office **no later than the deadlines listed.** | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/9/24** |
| | | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** 180 days from the date the bankruptcy petition was filed. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form (Official Form 410) may be obtained at www.uscourts.gov or any bankruptcy clerk's office or printed from the courts website at www.mab.uscourts.gov/mab/creditorinformation. You may also file your claim electronically through the court's website at www.mab.uscourts.gov. | |
| | | • If you do not file a proof of claim by the deadline listed, you might not be paid any money on your claim. | |
| | | • **To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.** | |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. | **Deadline to file §503(b)(9) requests** | Requests under Bankruptcy Code §503(b)(9)(goods sold within twenty(20) days of bankruptcy) must be filed in the bankruptcy clerk's office. | **Filing deadline:** 60 days from the first date set for the meeting of creditors. |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. | |
| 12. | **Abandonment of Estate Property** | Notice is hereby given that any creditor or other interested party who wishes to receive notice of the estate representative's intention to abandon property of the estate pursuant to 11 U.S.C. §554(a) must file with the Court and serve upon the estate representative and the United States trustee a written request for such notice within fourteen (14) days from the date first scheduled for the meeting of creditors. | |