United States Bankruptcy Court

District of Massachusetts

In re:     Case No. 23-40709-cjp

Westborough SPE LLC     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: admin     Page 1 of 2
Date Rcvd: Oct 12, 2023     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | ++ LOLONYON AKOUETE, ATTN WESTBOROUGH SPE LLC, 800 RED MILLS RD, WALLKILL NY 12589-3220 address filed with court:, Lolonyon Akouete, Manager of Westborough, SPE, LLC, 1241 Deer Park Ave, Suite 1 #1051, North Babylon, NY 11703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | Email/Text: info@smartinvestorsllc.com | Oct 13 2023 02:35:00 | Lolonyon Akouete, Manager of Westborough, SPE, LLC, 1241 Deer Park Ave, Suite 1 #1051, North Babylon, NY 11703 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Riley | on behalf of Creditor Town of Westborough briley@k-plaw.com |
| Jeffrey T Blake | on behalf of Creditor Town of Westborough jblake@k-plaw.com |
| Jonathan R. Goldsmith | trusteedocs1@gkalawfirm.com trusteedocs@gkalawfirm.com;kstelmashova@gkalawfirm.com;MA43@ecfcbis.com;mwolohan@gkalawfirm.com |

| District/off: 0101-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 12, 2023 | Form ID: pdf012 | Total Noticed: 1 |

Paul W. Carey
    on behalf of Creditor Ferris Development Group  LLC pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com

Richard King
    USTPRegion01.WO.ECF@USDOJ.GOV

Roger L. Smerage
    on behalf of Creditor Town of Westborough rsmerage@k-plaw.com

Scott Adam Schlager
    on behalf of Petitioning Creditor Nathanson & Goldberg  P.C. sas@natgolaw.com

Stephen F. Gordon
    on behalf of Petitioning Creditor Nathanson & Goldberg  P.C. sgordon@gordonfirm.com,
    vhaggerty@gordonfirm.com;notices@gordonfirm.com;stephenfgordon@gmail.com

TOTAL: 8

Dated: 10/12/2023

DENIED AS UNNECESSARY. THE ORDER FOR RELIEF HAS ENTERED IN THIS CASE, SEE DKT. NO. 26, AND A CHAPTER 7 TRUSTEE HAS BEEN APPOINTED.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

In re:                                         )  Involuntary Chapter 7
                                               )  Case No. 23-40709-CJP
WESTBOROUGH SPE LLC,                           )
                                               )
            Debtor.                            )

## MOTION TO APPOINT INTERIM TRUSTEE

TO THE HONORABLE JUDGE CHRISTOPHER J. PANOS, AND TO THE PARTIES IN INTEREST:

I, Lolonyon Akouete, the manager of the debtor, Westborough SPE LLC ("Debtor"), hereby submit this Motion to Appoint an Interim Trustee in the above-referenced involuntary Chapter 7 bankruptcy case, pursuant to Section 1104 of the U.S. Bankruptcy Code.

### I. BACKGROUND

1. On August 31, 2023, a petition under Title 11 of the United States Code was filed against Westborough SPE LLC, seeking an order for relief under chapter 7 of the Bankruptcy Code.

### II. LEGAL BASIS

Section 1104 of the U.S. Bankruptcy Code authorizes the appointment of a trustee for cause, including preventing unreasonable delay or gross mismanagement of the estate. Section 303(g) permits the court to appoint an interim trustee under Section 701 of the U.S. Bankruptcy Code in an involuntary Chapter 7 case.

### III. JUSTIFICATION

In the interest of preserving the bankruptcy estate and preventing further deterioration, Westborough SPE LLC requests the appointment of an interim trustee due to the following:

1. Preservation of Estate Property:
   - The Debtor's assets include $1,293,646.83 in unclaimed funds held by the State of California and a real property at 231 Turnpike Road, subject to a tax-title taking proceeding.

2. Deteriorating Property Condition:
   - The property at 231 Turnpike Road has suffered damage from vandalism and neglect, posing safety concerns (See Exhibit 1: Photograph of the Damages and Vandalism).

3. Escalating Property Costs:
   - Property taxes, interest, expenses, and costs of taking for 231 Turnpike Road have increased substantially from $119,628.17 in December 2018 to $918,314.60 as of May 16, 2023 (See Exhibit 2).

4. Unclaimed Funds:
   - The State of California reported $1,293,646.83 in unclaimed funds as of June 15, 2022, which are not accruing interest.