United States Bankruptcy Court
District of Massachusetts

| | |
|---|---|
| In re: | Case No. 23-40709-cjp |
| Westborough SPE LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 23, 2023 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol****Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Westborough SPE LLC, 231 Turnpike Road, Westborough, MA 01581-2807 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Riley | on behalf of Creditor Town of Westborough briley@k-plaw.com |
| Jeffrey T Blake | on behalf of Creditor Town of Westborough jblake@k-plaw.com |
| Jonathan R. Goldsmith | trusteedocs1@gkalawfirm.com<br>trusteedocs@gkalawfirm.com;kstelmashova@gkalawfirm.com;MA43@ecfcbis.com;mwolohan@gkalawfirm.com |
| Paul W. Carey | on behalf of Creditor Ferris Development Group LLC pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com |
| Richard King | USTPRegion01.WO.ECF@USDOJ.GOV |
| Roger L. Smerage | |

| | | |
|---|---|---|
| District/off: 0101-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 23, 2023 | Form ID: pdf012 | Total Noticed: 1 |

on behalf of Creditor Town of Westborough rsmerage@k-plaw.com

Scott Adam Schlager

    on behalf of Petitioning Creditor Nathanson & Goldberg  P.C. sas@natgolaw.com

Stephen F. Gordon

    on behalf of Petitioning Creditor Nathanson & Goldberg  P.C. sgordon@gordonfirm.com, vhaggerty@gordonfirm.com;notices@gordonfirm.com;stephenfgordon@gmail.com

TOTAL: 8



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: Westborough SPE LLC

Debtor(s)

Chapter 7
23-40709-CJP

# ORDER

**MATTER:**
#13 Emergency Motion filed by Westborough SPE LLC to Modify Automatic Stay.

NOTWITHSTANDING THAT THE MOTION WAS FILED BY WESTBOROUGH SPE, LLC WITHOUT COUNSEL, SEE MLBR 9010-1(G), MLBR 9029-3, AND D. MASS. LR 83.5.5 (PROVIDING THAT A LIMITED LIABILITY COMPANY MAY NOT APPEAR WITHOUT COUNSEL), EVEN IF THE COURT WERE TO CONSIDER THIS MOTION, IT IS MOOT. AN ORDER FOR RELIEF HAS ENTERED AND A CHAPTER 7 TRUSTEE HAS BEEN APPOINTED.

Dated: 10/23/2023

By the Court,

Christopher J. Panos
United States Bankruptcy Judge