UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: ) | Chapter 7, No. 23-40709 |
| ) | |
| WESTBOROUGH SPE LLC ) | |
| ) | |
| Debtor ) | |

## ORDER AUTHORIZING TRUSTEE TO EMPLOY
## COUNSEL TO THE TRUSTEE

Upon the Application of JONATHAN R. GOLDSMITH, Trustee in the above-captioned case, seeking to employ GOLDSMITH, KATZ & ARGENIO, P.C. to act as Counsel to the Trustee pursuant to 11 U.S.C. §327(d), for cause shown, proper notice having been given and no objections being filed, it is hereby

ORDERED that JONATHAN R. GOLDSMITH, Trustee, is hereby authorized to employ GOLDSMITH, KATZ & ARGENIO, P.C., as Counsel to the Trustee in the above-captioned case, with all fees and expenses subject to further Order of this Court.

Dated: October 31, 2023

_____
CHRISTOPHER J. PANOS
United States Bankruptcy Judge