United States Bankruptcy Court
District of Massachusetts

| | |
|---|---|
| In re: | Case No. 23-40709-cjp |
| Westborough SPE LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 19, 2023 | Form ID: pdf012 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westborough SPE LLC, 231 Turnpike Road, Westborough, MA 01581-2807 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | Email/Text: info@smartinvestorsllc.com | Dec 19 2023 22:29:00 | Lolonyon Akouete, Manager of Westborough, SPE, LLC, 1241 Deer Park Ave, Suite 1 #1051, North Babylon, NY 11703 |
| cr | Email/Text: info@smartinvestorsllc.com | Dec 19 2023 22:29:00 | Lolonyon Akouete, 800 Red Milles Rd, Wallkill, NY 12589 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2023           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Riley | on behalf of Creditor Town of Westborough briley@k-plaw.com |
| Jeffrey T Blake | on behalf of Creditor Town of Westborough jblake@k-plaw.com |

| | | |
|---|---|---|
| District/off: 0101-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 19, 2023 | Form ID: pdf012 | Total Noticed: 3 |

Jonathan R. Goldsmith
    on behalf of Trustee Jonathan R. Goldsmith bankrdocs1@gkalawfirm.com
    bankrdocs@gkalawfirm.com;kstelmashova@gkalawfirm.com

Jonathan R. Goldsmith
    trusteedocs1@gkalawfirm.com
    trusteedocs@gkalawfirm.com;kstelmashova@gkalawfirm.com;MA43@ecfcbis.com;mwolohan@gkalawfirm.com

Paul W. Carey
    on behalf of Creditor Ferris Development Group  LLC pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com

Richard King
    USTPRegion01.WO.ECF@USDOJ.GOV

Roger L. Smerage
    on behalf of Creditor Town of Westborough rsmerage@k-plaw.com

Scott Adam Schlager
    on behalf of Petitioning Creditor Nathanson & Goldberg  P.C. sas@natgolaw.com

Stephen F. Gordon
    on behalf of Petitioning Creditor Nathanson & Goldberg  P.C. sgordon@gordonfirm.com,
    vhaggerty@gordonfirm.com;notices@gordonfirm.com;stephenfgordon@gmail.com

TOTAL: 9



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Westborough SPE LLC | Chapter 7 |
| Debtor | 23-40709-CJP |

## ORDER

**MATTER:**

#57 Joint Motion filed by Trustee Jonathan R. Goldsmith, Creditor Town of Westborough to Continue Hearing [Re: 20 Motion for Relief From Stay].

UPON CONSIDERATION OF THE JOINT MOTION TO CONTINUE HEARING [DKT. NO. 57] (THE "MOTION"), THE OPPOSITION THERETO OF LOLONYON AKOUETE [DKT. NO. 59], AND THE RECORD OF THIS CASE, THE MOTION IS GRANTED AS FOLLOWS.

THE DECEMBER 21, 2023 HEARING ON THE MOTION FOR RELIEF [DKT. NO. 20] IS CONTINUED TO **FEBRUARY 13, 2024 AT 10:30 AM** IN COURTROOM 3, DONOHUE FEDERAL BUILDING AND COURTHOUSE, 595 MAIN STREET, WORCESTER, MASSACHUSETTS, WITH AN OPTION FOR PARTIES TO APPEAR BY ZOOM VIDEO.

TO OBTAIN VIDEO ACCESS INFORMATION FOR THE CONTINUED HEARING, PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY, HALINA MAGEROWSKI, AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN **FEBRUARY 12, 2024 AT 4:00 P.M.**, PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

THE DEADLINE FOR THE TRUSTEE TO REMOVE THE TAX FORECLOSURE ACTION, SUBJECT TO THE STIPULATION OUTLINED IN THE MOTION, IS EXTENDED THROUGH AND INCLUDING TO **FEBRUARY 27, 2024**.

Dated: 12/19/2023

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge