

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:

Westborough SPE LLC

Debtor

Chapter 7
23-40709-CJP

## ORDER

**MATTER:**

#62 Motion filed by Creditor Lolonyon Akouete For Court Assistance In Recovering Unclaimed Funds For the Benefit of the Bankruptcy Estate.

DENIED. AS RECOGNIZED IN THE MOTION, THE CHAPTER 7 TRUSTEE IS TASKED WITH ADMINISTERING SUCH ESTATE ASSETS. THE TRUSTEE MAY FILE A REQUEST FOR TURNOVER OR OTHER RELIEF AS MAY BE APPROPRIATE.

WITHIN THIRTY (30) DAYS OF THE DATE OF THIS ORDER, THE TRUSTEE SHALL FILE A STATUS REPORT WITH RESPECT TO THE ACCOUNT.

Dated: 01/05/2024

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge