United States Bankruptcy Court

District of Massachusetts

| | |
|---|---|
| In re: | Case No. 23-40709-cjp |
| Westborough SPE LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 05, 2024 | Form ID: pdf012 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westborough SPE LLC, 231 Turnpike Road, Westborough, MA 01581-2807 |
| ptcrd | + | The MobileStreet Trust, 12 Cole Road, Wayland, MA 01778-3145 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | Email/Text: info@smartinvestorsllc.com | Jan 06 2024 01:33:00 | Lolonyon Akouete, Manager of Westborough, SPE, LLC, 1241 Deer Park Ave, Suite 1 #1051, North Babylon, NY 11703 |
| cr | Email/Text: info@smartinvestorsllc.com | Jan 06 2024 01:33:00 | Lolonyon Akouete, 800 Red Milles Rd, Wallkill, NY 12589 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Riley | on behalf of Creditor Town of Westborough briley@k-plaw.com |
| Jeffrey T Blake | on behalf of Creditor Town of Westborough jblake@k-plaw.com |

District/off: 0101-4     User: admin     Page 2 of 2
Date Rcvd: Jan 05, 2024     Form ID: pdf012     Total Noticed: 4

Jonathan R. Goldsmith
   on behalf of Trustee Jonathan R. Goldsmith bankrdocs1@gkalawfirm.com
   bankrdocs@gkalawfirm.com;kstelmashova@gkalawfirm.com

Jonathan R. Goldsmith
   trusteedocs1@gkalawfirm.com
   trusteedocs@gkalawfirm.com;kstelmashova@gkalawfirm.com;MA43@ecfcbis.com;mwolohan@gkalawfirm.com

Paul W. Carey
   on behalf of Creditor Ferris Development Group  LLC pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com

Richard King
   USTPRegion01.WO.ECF@USDOJ.GOV

Roger L. Smerage
   on behalf of Creditor Town of Westborough rsmerage@k-plaw.com

Scott Adam Schlager
   on behalf of Petitioning Creditor Nathanson & Goldberg  P.C. sas@natgolaw.com

Stephen F. Gordon
   on behalf of Petitioning Creditor Nathanson & Goldberg  P.C. sgordon@gordonfirm.com,
   vhaggerty@gordonfirm.com;notices@gordonfirm.com;stephenfgordon@gmail.com

TOTAL: 9



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| In re: | |
|---|---|
| Westborough SPE LLC | Chapter 7 |
| Debtor | 23-40709-CJP |

### ORDER

**MATTER:**

#62 Motion filed by Creditor Lolonyon Akouete For Court Assistance In Recovering Unclaimed Funds For the Benefit of the Bankruptcy Estate.

DENIED. AS RECOGNIZED IN THE MOTION, THE CHAPTER 7 TRUSTEE IS TASKED WITH ADMINISTERING SUCH ESTATE ASSETS. THE TRUSTEE MAY FILE A REQUEST FOR TURNOVER OR OTHER RELIEF AS MAY BE APPROPRIATE.

WITHIN THIRTY (30) DAYS OF THE DATE OF THIS ORDER, THE TRUSTEE SHALL FILE A STATUS REPORT WITH RESPECT TO THE ACCOUNT.

Dated: 01/05/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge