UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 23-40709-CJP

Chapter 7

In re:

WESTBOROUGH SPE LLC

LIST OF EXHIBITS

Pursuant to Rule 5 of Appendix 8 of the Local Bankruptcy Rules for the U.S. Bankruptcy Court for the District of Massachusetts, the Town of Westborough ("Town"), listed in the Debtor's Matrix List of Creditors (Doc. No. 7) in the above-captioned action, hereby lists the exhibits that are filed separately in conjunction with the Town's Motion to Dismiss Bankruptcy Case:

| Exhibit | Description | No. of Pages (with cover sheet) |
|---|---|---|
| A | Quitclaim Deed | 5 |
| B | MA Certificate of Registration | 4 |
| C | LLC Agreement | 20 |
| D | MA Certificate of Withdrawal | 3 |
| E | BBAS Resignation | 2 |
| F | DE Administrative Dissolution | 2 |
| G | Babcock & Brown Withdrawal | 3 |
| H | VI Gazette, excerpted | 4 |
| I | Search Report | 3 |
| J | Instrument of Taking | 2 |
| K | Tax Foreclosure Complaint | 3 |
| L | Tax Foreclosure Judgment | 2 |
| M | DE Certificate of Revival | 3 |
| N | Dec. 6, 2022 Email | 2 |
| O | Smart Investors MD Documents | 9 |

| P | Akouete LinkedIn | 3 |
|---|---|---|
| Q | Akouete Exs. 2 and 3 | 3 |
| R | MA Application for Registration | 5 |
| S | Staples.com Printout | 3 |
| T | M. Morris Email | 4 |
| U | Jan. 13, 2023 Email | 2 |
| V | Bill of Sale | 3 |
| W | Motion to Vacate | 13 |
| X | In re Blaustein Docket | 5 |
| Y | Waiver of Notice and Consent to Conservatorship | 3 |
| Z | Affidavit of Peter L. Blaustein | 3 |
| AA | Jan. 7, 2023 Email | 2 |
| BB | iMessage Screenshots | 11 |
| CC | 2022 LLC Agreement | 14 |
| DD | Opposition without Exhibits | 40 |
| EE | Land Court Docket | 11 |
| FF | Sept. 15, 2022 Text | 2 |
| GG | CA Decision | 3 |
| HH | June 29, 2023 Email | 3 |
| II | Dec. 1, 2023 Email Chain | 5 |
| JJ | Dec. 16, 2023 Email | 2 |
| KK | Dec. 26, 2023 Email Chain | 4 |

899234/WBOR/0049