# Exhibit F

State Of Delaware

Entity Details

11/21/2022 12:18:17AM

File Number: 2811561

Entity Name: WESTBOROUGH SPE LLC

Entity Kind: Limited Liability Company

Residency: Domestic

Status: Cancelled, Failure to Pay Tax

Incorporation Date / Formation Date: 10/22/1997

Entity Type: General

State: DELAWARE

Status Date: 6/1/2014

### Registered Agent Information

Name: CORPORATION SERVICE COMPANY

Address: 251 LITTLE FALLS DRIVE

City: WILMINGTON

State: DE

Phone: 302-636-5401

Country:

Postal Code: 19808

### Tax Information

Last AnnualReport Filed: 0

Annual Tax Assessment: $250

Tax Due: $ 1593

Total Authorized Shares:

### Filing History (Last 5 Filings)

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | L.P./L.L.C. Restoration | 3 | 7/13/1999 | 9:00 AM | 7/13/1999 |
| 2 | LLC | 1 | 10/22/1997 | 9:00 AM | 10/22/1997 |