# Exhibit G

APR. 24. 2008  12:52PM   CSC01730703l4
MA SOC   Filing Number: 200824355430   Date: 04/24/2008 11:52 AM   NO. 1855   P. 2

**F**
**FPC**

# The Commonwealth of Massachusetts
### William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED        **Foreign Certificate of Withdrawal**        FORM MUST BE TYPED
(General Laws Chapter 156D, Section 15.20; 950 CMR 113.51)

(1) Exact name of corporation: Babcock & Brown Administrative Services, Inc.

(2) Jurisdiction of Incorporation: Delaware

Date of Incorporation: _____         10/23/1997
                                                (month, day, year)

(3) The corporation is not transacting business in the commonwealth.

(4) The corporation surrenders its authority to transact business in the commonwealth.

(5) The corporation revokes the authority of its registered agent to accept service on its behalf.

(6) The Secretary of the Commonwealth is hereby appointed as its agent for service of process in any proceeding based on a cause of action arising during the time it was authorized to transact business in the commonwealth.

(7) The corporation's mailing address to which the Division may mail a copy of any process served on it:

   2 Harrison Street, 6th Floor, San Francisco, CA 94105
                    (number, street, city or town, state, zip code)

(8) The corporation shall notify the Division in the future of any changes to the above mailing address by filing a certificate of amendment.

(9) The corporation hereby certifies that all taxes known to the corporation to be due the commonwealth have been paid or provided for.

(10) This certificate is effective at the time and on the date approved by the Division, unless a later effective date not more than 90 days from the date of filing is specified: _____

Signed by: _____
                    (signature of authorized individual)
   ☐  Chairman of the board of directors,
   ☐  President,
   ☑  Other officer,
   ☐  Court-appointed fiduciary,

on this  17th  day of  April  , 2008  .

P.C.

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

April 24, 2008 11:52 AM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

251483-1-0