# Exhibit H



# THE VIRGIN ISLANDS
# Official Gazette

*Published by Authority*

*Vol. XLIV, No. 53*    ROAD TOWN, TORTOLA    FRIDAY 27 AUGUST 2010

*E X T R A O R D I N A R Y*

# CONTENTS

| GOVERNMENT | | |
|---|---|---|
| **Supplements** | Patent | None |
| Statutory Instruments . . . . . . . . . . . . . . . . . . None | Company | 2690 |
| **Statutory Appointments** . . . . . . . . . . . . . . None | Other . . . . . . . . . . . . . . . . . . . . . . . . . . None | |
| **Court Notices** . . . . . . . . . . . . . . . . . . . . . . . None | COMMERCIAL | |
| **Land Notices** . . . . . . . . . . . . . . . . . . . . . . . None | Liquidation | |
| **Public Service Notices**. . . . . . . . . . . . . . . . . None | Appointment of Liquidator . . . . . . . . . None | |
| **Departmental Notices** . . . . . . . . . . . . . . . . . None | Dissolution Notices . . . . . . . . . . . . . . . . None | |
| | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . None | |
| STATUTORY | Insurance . . . . . . . . . . . . . . . . . . . . . . None | |
| Trademark . . . . . . . . . . . . . . . . . . . . . . . . None | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . None | |

## USING THE GAZETTE

The Virgin Islands Official Gazette is the official newspaper of the Government of the Virgin Islands. It is published weekly on Thursdays. Extraordinary editions are published as and when required.

Closing time for lodging notices is 12 noon on Monday in the week prior to publication. Early deadlines apply in cases of public holidays. Please refer to the schedule of deadlines at the back of the Gazette for specific deadlines. Late notices are accepted at the publisher's discretion only.

Notices must be accompanied by payment and written instructions. All dates, proper names, and signatures must be shown clearly, and contact details for the person responsible for the notice must be included.

Notices will be returned unpublished if not submitted in accordance with these requirements.

The *Official Gazette* reserves the right to apply its in-house style, and to reject notices which do not meet its requirements.

Kindly address notices and other correspondence to:

**The Virgin Islands Official Gazette**
**Passport Office**
**33 Administration Drive**
**Road Town, Tortola VG1110**
**Virgin Islands**
**Telephone: (284) 468-3701 ext. 2523 or 2521**
**Facsimile: (284) 468-1000**
**Email: gazette@gov.vg**
**Website: www.bvigazette.org**

**DEPUTY GOVERNOR'S OFFICE**
**VIRGIN ISLANDS**

27TH AUGUST, 2010    VIRGIN ISLANDS OFFICIAL GAZETTE Vol. XLIV, No. 53 (EXTRAORDINARY)    2690

# STATUTORY
## Company Notices

**12302** In accordance with Section 213(5) of the BVI Business Companies Act, 2004 following is a list of Companies stricken from the Register of Companies on 31st May, 2010;

| Company No. | Company Name |
|---|---|
| 85 | BAKA LTD. |
| 1010 | GIBRALTAR MANAGEMENT COMPANY LIMITED |
| 1166 | GOLDEN RAY INTERNATIONAL LIMITED |
| 1251 | PAN ASIAN LIMITED |
| 1996 | BOND INTERNATIONAL LIMITED |
| 2075 | ANTHYCCO INTERNATIONAL LTD. |
| 2080 | AKKEL HOLDINGS LIMITED |
| 2166 | BALTIC LIMITED |
| 2249 | INDUSTRIAL PACKAGING SYSTEMS LIMITED |
| 2366 | KITTIHAWK SECURITIES LIMITED |
| 2465 | OCEANIC COMPLEX, INC. |
| 2505 | EMPIRE INVESTMENTS LTD. |
| 2634 | REPTON HOLDINGS LTD. |
| 3560 | IEE INVESTMENTS LIMITED |
| 3761 | GALADRIEL LTD. |
| 3967 | BYRON PROPERTIES LIMITED |
| 4248 | ESHLER HOLDINGS LIMITED |
| 4284 | MAYQUEEN INVESTMENTS SA INC. |
| 4588 | MARJORAM LIMITED |
| 8262 | AYZO SOUTH EAST ASIA HOLDINGS INC. |
| 8263 | FLIXIR COMPANY LIMITED |
| 8336 | BEAUREGARD S.A. |
| 8400 | BROCKHAM FINANCE INC. |
| 8418 | A.F.A.I. CORPORATION |
| 8438 | INDEPENDENT FEATURE FILMS LIMITED |
| 8525 | INTERNATIONAL MINES CORPORATION |
| 8529 | BARTOK HOLDINGS, INC. |
| 8648 | BAKER INVESTMENT LTD. |
| 8870 | WARDOUR CONSULTANTS LIMITED |
| 8978 | WILDLIFE PROPERTIES CORPORATION |
| 9023 | GREAT SUCCESS LIMITED |
| 9061 | Marvellous Profit (PTC) Limited |
| 9192 | VIRGIN INTERNATIONAL SPORTS PROMOTIONS INC. |

| | |
|---|---|
| 243013 | ROGLO INVESTMENTS CORPORATION |
| 243042 | DROMEDA FINANCE LTD. |
| 243085 | ANDORINHA COMPANY LIMITED |
| 243325 | GLORY DRAGON PROFITS LIMITED |
| 243338 | VENTURE DRAGON LIMITED |
| 243437 | VIANNA DEVELOPMENT LIMITED |
| 243464 | WESTFIELD COMMERCIAL INC. |
| 243484 | NORDIC FINANCE COMPANY SERVICES LIMITED |
| 243487 | MILLION CHINA HOLDINGS LIMITED |
| 243576 | GLOBAL ELECTRONIC DISTRIBUTION COMPANY LIMITED |
| 243600 | COOKIES LTD. |
| 243736 | MIGNONETTE INVESTMENTS LIMITED |
| 243799 | INFINITY HOLDINGS GROUP INC. |
| 243986 | WHIRLIGIG LIMITED |
| 244008 | TRUELEX HOLDINGS LIMITED |
| 244060 | PROFIT UNION LIMITED |
| 244118 | PEACEFUL UNION LIMITED |
| 244157 | TELECOMMUNICATION SERVICE CONSULTING LIMITED |
| 244221 | ATMOSPHERE CORPORATION |
| 244248 | DATA ONE (B.V.I.) CO., LTD. |
| 244273 | CASETEK (B.V.I.) CO., LTD. |
| 244572 | SMART LINK CONSULTANTS LIMITED |
| 244770 | COMMERCIAL INTEREST ENTERPRISES LIMITED |
| 244781 | OCEAN LEISURE ENTERPRISES LIMITED |
| 244782 | OCEAN NAVIGATOR LIMITED |
| 244793 | BOLD CREATIVITY LIMITED |
| 244869 | GARDENGROVE INTERNATIONAL CO. LTD. |
| 244887 | PORTCULLIS INVESTMENT ADVISERS HOLDINGS LTD |
| 244893 | VERMILLION VELVET LIMITED |
| 244928 | SILVER BRIDGE GROUP LIMITED |
| 244950 | BYRON FINANCIAL CORP. |
| 244953 | BLUEFIELD FINANCIAL CORP. |
| 244971 | STARFIELD CONSULTANTS LTD. |
| 245033 | THE DAUFUSKIE COMPANY LIMITED |
| 245042 | GLOBAL STRATEGIC HOLDINGS LIMITED |
| 245168 | JONNIS TRADING LTD. |
| 245218 | BENTWICK INTERNATIONAL LIMITED |
| 245283 | CRANBORNE SERVICES LIMITED |
| 245333 | NORTON INTERNATIONAL INVESTMENT CORPORATION |
| 245334 | WISTOW MANAGEMENT LIMITED |
| 245350 | SHELLBROOK PROPERTIES CORP. |