# Exhibit L



| JUDGMENT IN TAX LIEN CASE | 19 TL 000768 | Commonwealth of Massachusetts Land Court Department of the Trial Court |

CASE NAME


Bk: 66983 Pg: 53
Page: 1 of 1  01/21/2022 10:39 AM  WD

Town of Westborough , Plaintiff(s)
v.
Westborough SPE, LLC , Defendant(s)

After consideration by the Court, it is **ADJUDGED** and **ORDERED** that all rights of redemption are forever foreclosed and barred under the following instruments:

| Land Type | Instrument Date | Book Number | Page Number | Document Number | Certificate of Title Number |
|---|---|---|---|---|---|
| Recorded | 12/28/2018 | 59943 | 371 | | |
| | | | | | |
| | | | | | |
| | | | | | |

This Judgment must be recorded and/or registered by the Plaintiff in the appropriate Registry of Deeds and/or Registration District pursuant to G. L. c. 60, § 75.

By the Court: Deborah J. Patterson

Attest:

A TRUE COPY ATTEST:
*Deborah J. Patterson*
RECORDER

DATE ENTERED: 01/05/2022              RECORDER: Deborah J. Patterson

063JUDTL (01-2020)         www.mass.gov/courts/landcourt      Printed: 01/05/2022 9:33:10 AM        Page 1 of 1

ATTEST: WORC. Kathryn A. Toomey, Register