# Exhibit M

# Delaware



The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF REVIVAL OF "WESTBOROUGH SPE LLC", FILED IN THIS OFFICE ON THE TWENTY-SECOND DAY OF NOVEMBER, A.D. 2022, AT 5 O`CLOCK P.M.



Jeffrey W. Bullock, Secretary of State

2811561  8100
SR# 20224086804

Authentication: 204937171
Date: 11-26-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

# STATE OF DELAWARE
## CERTIFICATE OF REVIVAL OF
## A DELAWARE LIMITED LIABILITY COMPANY
## PURSUANT TO TITLE 6, SEC. 18-1109

1. Name of the Limited Liability Company  WESTBOROUGH SPE LLC

2. Date of the original filing with the Delaware Secretary of State:
   10/22/1997

3. The name and address of the Registered Agent is
   THE INCORPORATORS LTD.
   300 CREEK VIEW ROAD, SUITE 209
   NEWARK, DE 19711

4. (Insert any other matters the members determine to include herein).

5. This Certificate of Revival is being filed by one or more persons authorized to Execute and file the Certificate of Revival.

In witness whereof, the above name Limited Liability Company does hereby certify that the Limited Liability Company is paying all annual Taxes, penalties and interest due to the State of Delaware.

BY: *[signature]*
Authorized Person
Name: Denise Edwards
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered  05:00 PM 11/22/2022
FILED  05:00 PM 11/22/2022
SR 20224086804 - File Number 2811561