# Exhibit N

**AttyLeahy@outlook.com**

---

**From:** Robert Haley <rhaley@town.westborough.ma.us>
**Sent:** Friday, December 9, 2022 9:43 AM
**To:** Iris Leahy
**Subject:** FW: Redemption of Tax Title: 231 Turnpike Road, Westborough (Former Regal Cinema)


**From:** Lolonyon Akouete <loloact2@gmail.com>
**Sent:** Tuesday, December 6, 2022 12:55 PM
**To:** TreasurerCollector@town.westborough.ma.us
**Subject:** Redemption of Tax Title: 231 Turnpike Road, Westborough (Former Regal Cinema)

Hello,

My name is Lolo. I am an asset recovery specialist. We have acquired Westborough SPE, LLC and we would like to redeem the property at 231 Turnpike Road.

Would you please let us know how much we owe?

Thank you,
Lolonyon Akouete
443-447-3276

1