# Exhibit O

THE ENTITY WAS FORFEITED FOR FAILURE TO FILE PROPERTY RETURN FOR

2010

× Close

## SMART INVESTORS, LLC: W13167986

> ⚠ **Notice** ✕
>
> If you applied for a 2-month extension prior to April 15th, the NEW deadline to file Annual Report/Personal Property Tax Return Filings is June 15th. **Please go HERE to file your Annual Report.**
>
> A 2-month **extension request** for filing the Annual Report and Personal Property Tax Return may be filed here.
>
> Please be aware of an **ongoing scam** in which newly registered businesses are being instructed to send additional payment in order to obtain a Certificate of Status. Any 3rd party solicitation from a company attempting to represent the 'Maryland Secretary of State' via mail or email should be fully vetted before submitting additional payment information.

**Department ID Number:**
W13167986

**Business Name:**
SMART INVESTORS, LLC

**Principal Office:** 
7135 EASTBROOK AVENUE
BALTIMORE MD 21224

**Resident Agent:** 
LOLONYON Y. AKOUETE
7135 EASTBROOK AVENUE
BALTIMORE MD 21224

**Status:**
FORFEITED

**Good Standing:**
THIS BUSINESS IS NOT IN GOOD STANDING

**Business Type:**
DOMESTIC LLC

**Business Code:**
20 ENTITIES OTHER THAN CORPORATIONS

**Date of Formation/ Registration:**
07/30/2009

**State of Formation:**
MD

**Stock Status:**

N/A

**Close Status:**

N/A

## SMART INVESTORS, LLC: W13167986

> ⚠ **Notice** 
>
> If you applied for a 2-month extension prior to April 15th, the NEW deadline to file Annual Report/Personal Property Tax Return Filings is June 15th. **Please go HERE to file your Annual Report.**
>
> A 2-month **extension request** for filing the Annual Report and Personal Property Tax Return may be filed here.
>
> Please be aware of an **ongoing scam** in which newly registered businesses are being instructed to send additional payment in order to obtain a Certificate of Status. Any 3rd party solicitation from a company attempting to represent the 'Maryland Secretary of State' via mail or email should be fully vetted before submitting additional payment information.

## Annual Report/Personal Property

Mailing Address:    SMART INVESTORS, LLC
7135 EASTBROOK AVENUE
BALTIMORE MD 21224

## Annual Report/Personal Property Tax Filings

| Asmt. Year | Date Filed | Extension | Penalty Amount | Date Penalty Paid |
|---|---|---|---|---|
| 2023 | | No | | |
| 2022 | | No | | |
| 2021 | | No | | |
| 2020 | | No | | |
| 2019 | | No | | |
| 2018 | | No | | |
| 2017 | | No | | |
| 2016 | | No | | |
| 2015 | | Yes | | |
| 2014 | | No | | |

## Personal Property Assessments Summary (Select year to view details)

| Asmt. Year | County Base | Town Base | Date Certified |
|---|---|---|---|
| 2023 | 0 | 0 | |
| 2022 | 0 | 0 | |
| 2021 | 0 | 0 | |
| 2020 | 0 | 0 | |
| 2019 | 0 | 0 | |
| 2018 | 0 | 0 | |
| 2017 | 0 | 0 | |
| 2016 | 0 | 0 | |
| 2015 | 0 | 0 | |
| 2014 | 0 | 0 | |

# CORPORATE CHARTER APPROVAL SHEET

**EXPEDITED SERVICE**     ** KEEP WITH DOCUMENT **

DOCUMENT CODE  40     BUSINESS CODE  20

\#  _____

Close _____   Stock _____   Nonstock _____

P.A. _____   Religious _____

Merging (Transferor) _____
_____
_____

Surviving (Transferee) _____
_____
_____

```
1000361998416022

ID # W13167986  ACK # 1000361998416022
PAGES: 0003
SMART INVESTORS, LLC

07/30/2009  AT 03:35 P  WO # 0001754842
```

New Name _____

### FEES REMITTED

| | |
|---|---|
| Base Fee: | 100 |
| Org. & Cap. Fee: | |
| Expedite Fee: | 70 |
| Penalty: | |
| State Recordation Tax: | |
| State Transfer Tax: | |
| Certified Copies | |
| Copy Fee: | 22 |
| Certificates | |
| Certificate of Status Fee: | |
| Personal Property Filings: | |
| Mail Processing Fee: | |
| Other: | |
| **TOTAL FEES:** | **192** |

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
       and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name
_____

_____ Other Change(s)
_____

Code _____

Attention: _____

Credit Card _____   Check  X   Cash _____

_____ Documents on _____ Checks

Approved By: _____

Keyed By: _____

COMMENT(S):

Mail: Name and Address

WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A.
4 RESERVOIR CIRCLE
BALTIMORE MD 21208-7301


CERTIFIED COPY MADE

### Stamp Work Order and Customer Number HERE

```
CUST ID:0002311804
WORK ORDER:0001754842
DATE:07-31-2009 06:02 PM
AMT. PAID:$192.00
```

# ARTICLES OF ORGANIZATION
# FOR

# SMART INVESTORS, LLC

The undersigned, being a natural persons of at least eighteen years of age and acting as the organizer of the limited liability company (the "Company") by these articles being formed under Section 4A of the Corporations and Associations Code of the State of Maryland the "Act", certify that:

### ARTICLE ONE
### NAME OF COMPANY

The name of the Company is SMART INVESTORS, LLC.

### ARTICLE TWO
### PURPOSE OF COMPANY

The purpose of the Company is to engage in any lawful act or activity for which limited liability companies may be organized under the Act.

### ARTICLE THREE
### PRINCIPAL OFFICE AND RESIDENT AGENT

The principal office of the company will be 7135 Eastbrook Avenue, Baltimore, MD 21224. Lolonyon Y. Akouete, of that address, will be the resident agent.

### ARTICLE FOUR
### DURATION

The period of duration of the Company is perpetual.

### ARTICLE FIVE
### MANAGEMENT

The Company is to be managed by one manager who will be elected by the member. Manager may but need not be a member of the Company.

### ARTICLE SIX
### LIABILITY OF MEMBERS

No member shall be personally liable for the obligations of the limited liability company, whether arising in contract, tort or otherwise, solely by reason of being a member of the limited liability company, pursuant to Section 4A-301 of the Act.

### ARTICLE SEVEN
### LIABILITY OF MANAGERS

A member acting in his, her or its capacity as a manager of the Company shall not be personally liable to the Company or its members for damages for any breach of duty in such capacity as a manager, except for damages resulting from actions or omissions by such manager, as to which there shall have been a judgment or other final adjudication that establishes that such acts or omissions were in bad faith, involved intentional misconduct or a knowing violation of law, or that such manager personally gained a financial profit or other advantage to which he was not legally entitled. Neither the amendment nor the repeal of this Article shall eliminate or reduce the effect of this Article in respect of any matter occurring, or any cause of action, suit or claim that, but for this Article, would accrue or arise, prior to such amendment, repeal or adoption of an inconsistent provision.

WEINSTOCK,
FRIEDMAN &
FRIEDMAN, P.A.

4 RESERVOIR
CIRCLE
BALTIMORE,
MARYLAND
21208-7301

410-559-9000

## ARTICLE EIGHT
## CLASSES OF MEMBERS

The Company may, from time to time, establish classes, or series of classes, of members or managers, with such relative rights, designations, qualifications, preferences and duties as may be adopted as set forth in the Company's operating agreement from time to time.

## ARTICLE NINE
## OPERATING AGREEMENT

These Articles shall be deemed to be the operating agreement of the Company, unless and until the members shall have otherwise adopted additional or inconsistent provisions in connection with any matters permitted to be addressed in an operating agreement.

## ARTICLE TEN
## AMENDMENTS TO THESE ARTICLES

These articles may be amended from time to time by unanimous consent of the members. Amendments must be signed in accordance with Section 4A-206 of the Act and filed with the State Department of Assessment and Taxation of Maryland.

In witness, these Articles of Organization have been subscribed by the undersigned, who affirms the foregoing as true under the penalties of perjury, this 13 day of July, 2009.

Organizer: _____
Lolonyon Y. Akouete

### Resident Agent Agreement

Pursuant to Maryland Corporations and Associations Code §1-208, I, Lolonyon Y. Akouete, a resident of Maryland at 7135 Eastbrook Avenue, Baltimore, MD 21224, hereby consents to serve as resident agent for SMART INVESTORS, LLC.

_____
Lolonyon Y. Akouete

07/13/09
Date

Filing party's return address:

Victor A. Lembo, Esquire
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle, Suite 200
Baltimore, MD 21208

CUST ID: 0002311804
WORK ORDER: 0001754842
DATE: 07-31-2009 06:02 PM
AMT. PAID: $192.00

WEINSTOCK,
FRIEDMAN &
FRIEDMAN, P.A.

4 RESERVOIR
CIRCLE
BALTIMORE,
MARYLAND
21208-7301

410-559-9000