# Exhibit P





### lolonyon Akouete · 3rd
N/A

SMART INVESTORS, LLC

Exellence

Baltimore, Maryland, United States · Contact info

**225** connections

Message   + Follow   More

---

**Activity**
229 followers

lolonyon hasn't posted yet
Recent posts lolonyon shares will be displayed here.

Show all activity 

---

**Experience**

**SMART INVESTORS, LLC**
14 yrs 7 mos

**CEO /Owner**
Jul 2009 - Present · 14 yrs 7 mos

Maryland based Real Estate investment company that buy and sell real estate.We specialize in finding properties for investors to rehab.   ...see more

**CEO /Owner**
Jul 2009 - Present · 14 yrs 7 mos

Maryland based Real Estate investment company that buy and sell real estate.We specialize in finding properties for investors to rehab. We provid…

**N/A**
N/A
2017 · Less than a year
N/A

N/A

 **Independent representative**
Primerica Financial Services
Oct 2008 - Mar 2010 · 1 yr 6 mos

Educate clients, teach them how money works, help families address their most serious financial problems and find solutions….

**Nutrition staff**
Johns Hopkins Hospital
Nov 2007 - Jul 2009 · 1 yr 9 mos

Food service

**Floor car technician**
Sears Holdings Corporation
Jan 2007 - Oct 2008 · 1 yr 10 mos

Disassembles and/or reassembles product. Performs PM checks, Performs functional test, Updates service order....

## Education

**Exellence**
Hight school, Social sciences
2003 - 2005

NA

## Skills

**Investments**
Endorsed by Stephen Rculac, PhD who is highly skilled at this
8 endorsements

**Marketing**
Endorsed by Kim Motta who is highly skilled at this
6 endorsements

Show all 34 skills →

## Interests

**Companies**   Groups

**Charles Schwab**
301,318 followers
+ Follow

**E*TRADE from Morgan Stanley**
134,460 followers
+ Follow

Show all companies →