# Exhibit Q

On May 11, 2021, EMIGRANT BANK, with the mailing address of 13 Croton Ave Ossining, NY 10562, reported to CUPD an abandoned savings account with a balance of $75,149.05 that belongs to Allen Thomas.

On March 8, 2022, Lolonyon Akouete (Lolo), an investigator of unclaimed property, called Allen to see if he could help him recover the funds. Allen vaguely remembers the savings account, but he was willing to let Lolo help recover the funds. On October 11, 2022, Allen received a check from CUPD for $67,634.15, And Lolo received a check from CUPD for $7,514.90 for assisting Allen in recovering his abandoned funds. *See a picture of the check below.*





# BETTY T. YEE
## California State Controller
## UNCLAIMED PROPERTY DIVISION

July 30, 2019

AKOUETE LOLONYON Y
800 RED MILLS RD
WALLKILL NY 12589

RE: Investigator Registration

Dear Lolonyon,

Thank you for registering to become an investigator with the California State Controller's Office, Unclaimed Property Division. We look forward to working with you to reunite lost and abandoned property with its rightful owner(s).

As part of the registration process, we have formatted payment to you as follows. Please review and ensure that the name, address, and SSN/FEIN are correct. If they are not, please contact our office with the correct information.

AKOUETE LOLONYON Y  (XXX-XX-7650)
800 RED MILLS RD
WALLKILL NY 12589

We encourage you to visit our website at http://www.sco.ca.gov/upd_form_investigator.html as it contains resources that will be helpful in the submission of claims. Below is a list of some of these resources.

- Downloadable Unclaimed Property Records - You can download all of the unclaimed property records in the Controller's public database

- Notices to Investigators – These notices alert the investigator community of important changes in forms, publications, and the law

- Investigator Handbook – Detailed guide on the claiming process and investigator requirements

- Investigator Forms – Forms required for submission of claims

Unclaimed Property Division
PO Box 942850
Sacramento, CA 94250-5873
(800) 992-4647 | (916) 323-2827