# Exhibit S

# Staples Community in North Babylon, NY

1241 Deer Park Avenue Suite 1
North Babylon, NY 11703
Get directions

**Tel:** (631) 243-3036
**Fax:** (631) 268-2581

Weekly Ad

## Hours of operation

| Day | Hours |
|---|---|
| Monday | 8:00 am - 9:00 pm |
| Tuesday | 8:00 am - 9:00 pm |
| Wednesday | 8:00 am - 9:00 pm |
| Thursday | 8:00 am - 9:00 pm |
| **Friday** | **8:00 am - 9:00 pm** |
| Saturday | 9:00 am - 8:00 pm |
| Sunday | 10:00 am - 6:00 pm |



**Free, fast delivery over $25**

Order online and pick up in store or get free delivery, $25 minimum.

Shop now >



**Explore in store**

Discover what's possible, connect with your community.

Find now >



**Same-day pickup & delivery**

From our stores to your door, get what you need.

Shop now >



# Available services at your Staples store



## Meet your store specialists



Hello, North Babylon! We are unstoppable when we come together. Here you'll find solutions to everyday challenges, connect with businesses that make our community thrive, and tips on keeping you safe and healthy as the season unfolds. We are excited for you to discover our business solutions at our Print and Marketing Department, at our store. Warm Regards, Michael Lopez General Manager

**Michael Lopez**
General Manager

