# Exhibit X

# PRINTABLE CASE VIEW

**Generated: 27-DEC-2023 04:55 AM**

**Search Criteria: Case ID or Citation Number: 3CG19100002K**

**1 record(s) total**

| | |
|---|---|
| **Case ID:** 3CG19100002K - IN RE FRANCES JAN BLAUSTEIN SCHOLES<br>**Type:** CG - Conservatorship & Guardianship<br>**Status:** ACTIVE - Active Case<br>**Last Updated:** 15-Aug-2019 | **Filing Date:** TUESDAY, APRIL 2, 2019<br>**Court:** THIRD CIRCUIT<br>**Location:** KONA DIVISION |

**Related Cases**

No related cases were found.

**Case Parties**

| Seq # | Assoc | End Date | Type | ID | Name / Aliases |
|---|---|---|---|---|---|
| 1 | Griswold, Rhonda L. | | Other | @4397033 | SCHOLES, FRANCES JAN BLAUSTEIN |
| 2 | SCHOLES, FRANCES JAN BLAUSTEIN | | Attorney | A3679 | Griswold, Rhonda L. |
| 3 | | | Other | D3CK3 | Third Circuit Court 3rd Division |

**Bail / Bond Information**

No Bails were found.

**Events**

| Event | Parties | Date | Time | Room | Location | Judge | Appearance Disposition |
|---|---|---|---|---|---|---|---|
| Petition(s) For | | 06/03/2019 | 09:30:00 | Third Circuit 3rd Division | KONA DIVISION | Kim , Robert | GRT-Granted |

**Dockets**

| Docket # | Date | | Document Name | Parties | Filing Party |
|---|---|---|---|---|---|

1 of 4

| # | Date | Document | Description | | Party |
|---|---|---|---|---|---|
| 1 | 04/02/2019 | Document Converted DOC ID: , Comments: ROBERT KIM) | PETITION FOR APPOINTMENT OF CONSERVATOR AND GUARDIAN; EXHIBITS A-B; SCHEDULE OF PROPERTY AND PROPOSED BUDGET; ACCEPTANCE OF APPOINTMENT NOTICE OF HEARING (HRG 06/03/19 @ 9:30 AM JUDGE | All Case Parties | Griswold, Rhonda L. |
| 2 | 04/02/2019 | Document Converted DOC ID: , Comments: | ORDER SETTING DATE, TIME AND PLACE OF HEARING ON PETITION FOR APPOINTMENT OF CONSERVATOR AND GUARDIAN | All Case Parties | Griswold, Rhonda L. |
| 3 | 04/02/2019 | Document Converted DOC ID: , Comments: | INFORMATION DESIGNATED AS CONFIDENTIAL PURSUANT TO RULE 9 OF THE HAWAII COURT RECORDS RULES (CONFIDENTIAL INFORMATION) | All Case Parties | Griswold, Rhonda L. |
| 4 | 04/08/2019 | Document Converted DOC ID: , Comments: A-B; SCHEDULE OF PROPERTY AND PROPOSED BUDGET ACCEPTANCE OF APPOINTMENT; NOTICE OF HEARING; (2) ORDER SETTING DATE, TIME AND PLACE OF HEARING AND PETITION FOR APPOINTMENT OF CONSERVATOR AND | RETURN AND ACKNOWLEDGMENT OF SERVICE (FRANCES JAN BLAUSTEIN SCHOLES ALSO KNOWN WAS JAN BLAUSTEINSCHOLES WAS SERVED 04/16/19 WITH 1) PETITION FOR APPOINTMENT OF CONSERVATOR AND GUARDIAN, EXHIBITS | All Case Parties | Shelverton, Summer Gillenwater |
| 5 | 04/08/2019 | Document Converted DOC ID: , Comments: | GUARDIAN; AND (3) DOCUMENTS SUBMITTED UNDER SEAL [DR. IAN N. CHUN'S LETTER DATED 02/27/19 AND US PASSPORT] | All Case Parties | Shelverton, Summer Gillenwater |
| 6 | 05/13/2019 | Document Converted DOC ID: , Comments: | FLAG SHEET NO. 1-C [CG] (HRG 06/03/19 @ 9:00 AM JUDGE ROBERT KIM) | All Case Parties | Griswold, Rhonda L. |
| 7 | 05/13/2019 | Document Converted DOC ID: , Comments: | PROOF OF SERVICE BY MAIL; EXHIBIT A (HRG 06/03/19 @ 9:00 AM JUDGE ROBERT KIM) | All Case Parties | Griswold, Rhonda L. |
| 8 | 05/20/2019 | Document Converted DOC ID: , Comments: | WAIVER OF NOTICE AND CONSENT TO CONSERVATORSHIP AND GUARDIANSHIP (HRG 06/03/19 @ 9:30 AM JUDGE ROBERT KIM) | All Case Parties | Griswold, Rhonda L. |

| | | | | | |
|---|---|---|---|---|---|
| 15 | 06/03/2019 | Minutes<br>DIGITAL RECORDING CC3.19-89/ 2019-6-3/9:34-9:36 CLERK - N. LOO<br>APPEARANCES BY TELEPHONE: S. SHELVERTON PETER BLAUSTIN<br>SHELVERTON: NOTED THAT FUNDS ARE LIMITED TO ONLY $1500/MONTH THAT PROTECTED<br>PERSON RECEIVES. ONLY THE CHECKING ACCOUNT IS NECESSARY.<br>***RULING***<br>PETITION IS APPROVED AS NOTED RE CHECKING ACCOUNT RESPONDENT IS AN INCAPACITATED PERSON BASIS EXIST FOR APPOINTMENT OF A CONSERVATOR AND GUARDIAN PETER BLAUSTEIN IS APPOINTED AND IS QUALIFIED AS CONSERVATOR AND GUARDIAN LETTERS OF CONSERVATORSHIP AND GUARDIANSHIP TO ISSUE APPOINTING PETER BLAUSTEIN FUNDS SHALL BE DEPOSITED IN CHECKING ACCOUNT ACCOUNTING TO BE MADE TO COURT TRI-ANNUALLY AND AT TERMINATION, COURT TO APPROVE BUDGET AND REASONABLE FEES AND COSTS TO BE PAID. SHELVERTON TO PREPARE THE ORDERS | | All Case Parties | JUDG Kim, Robert |
| 9 | 07/08/2019 | Document Converted DOC ID: , Comments: | ORDER GRANTING PETITION FOR APPOINTMENT OF CONSERVATOR AND GUARDIAN (HEARING: JUNE 3, 2019 AT 9:30 AM - JUDGE KIM) | All Case Parties | Griswold, Rhonda L. |
| 10 | 07/08/2019 | Document Converted DOC ID: , Comments: | JUDGMENT PURSUANT TO ORDER GRANTING PETITION FOR APPOINTMENT OF CONSERVATOR AND GUARDIAN (HEARING: JUNE 3, 2019 AT 9:30 AM JUDGE KIM) | All Case Parties | Griswold, Rhonda L. |

| | | | | |
|---|---|---|---|---|
| 11 | 07/08/2019 | LETTERS OF CONSERVATORSHIP AND GUARDIANSHIP<br><br>Document Converted DOC ID: , Comments: | All Case Parties | Griswold, Rhonda L. |
| 12 | 07/08/2019 | NOTICE OF APPOINTMENT OF CONSERVATOR AND GUARDIAN AND NOTICE OF RIGHT TO REQUEST MODIFICATION OR TERMINATION<br><br>Document Converted DOC ID: , Comments: | All Case Parties | Griswold, Rhonda L. |
| 13 | 07/15/2019 | AMENDED NOTICE OF APPOINTMENT OF CONSERVATOR AND GUARDIAN AND NOTICE OF RIGHT TO REQUEST MODIFICATION OR TERMINATION<br><br>Document Converted DOC ID: , Comments: | All Case Parties | Griswold, Rhonda L. |
| 14 | 07/30/2019 | CERTIFICATE OF SERVICE (ON JULY 25, 2019 FILED MARKED COPIES OF THE ORDER GRANTING PETITION FOR APPOINTMENT OF CONSERVATOR AND GUARDIAN, JUDGMENT PURUANT THERETO, AND THE<br><br>Document Converted DOC ID: , Comments: AMENDED NOTICE OF APPOINTMENT OF CONSERVATOR AND GUARDIAN AND NOTICE OF RIGHT TO REQUEST MODIFICATION OR TERMINATION WAS SERVED BY US MAIL TO FRANCES J.B. SCHOLES AND MICHAEL J. BLAUSTEIN) | All Case Parties | Griswold, Rhonda L. |