# Exhibit Y

CADES SCHUTTE
A Limited Liability Law Partnership

RHONDA L. GRISWOLD 3679-0
SUMMER G. SHELVERTON 9799-0
DANIEL C. VERMILLION 10568-0
PŌHAI NU'UHIWA CAMPBELL 10433-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813
Telephone: (808) 521-9200

Attorneys for Petitioner
PETER L. BLAUSTEIN

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE CONSERVATORSHIP AND GUARDIANSHIP<br><br>OF<br><br>FRANCES JAN BLAUSTEIN SCHOLES, also known as JAN BLAUSTEIN SCHOLES,<br><br>Respondent. | CG. NO. 19-1-002K<br>(Conservator and Guardian of Adult)<br><br>**WAIVER OF NOTICE AND CONSENT TO CONSERVATORSHIP**<br><br>DATE: June 3, 2019<br>TIME: 9:320 a.m.<br>JUDGE: The Hon. Robert D.S. Kim |

### WAIVER OF NOTICE AND CONSENT TO CONSERVATORSHIP

I acknowledge receipt of filed copies of the Petition requesting the appointment of my son, PETER L. BLAUSTEIN, as my Conservator and Guardian, and the Notice of Hearing in this action.

I consent to the conservatorship and guardianship, the appointment of the proposed Conservator and Guardian, and waive the requirement that I receive notice of the hearing at least fourteen days before the hearing on the Petition.

ImanageDB:4821959.1

Also,

[✓] I do not want to be notified of any further hearings and understand that the Court may grant the Petition without further notice to me.

[ ] I want to be notified of all future hearings but do not require that I be given at least fourteen days advance notice.

DATED: Kamuela, Hawaii, _____APRIL 19,_____, 2019.
(Date)

_____Frances Jan Blaustein Scholes_____
Print Name: FRANCES JAN BLAUSTEIN SCHOLES
Address:    68-1122 N. Kaniku Drive. No. 103
            Kamuela, HI 96743

---

**WAIVER OF NOTICE AND CONSENT TO CONSERVATORSHIP**, In The Matter of The Conservatorship and Guardianship of FRANCES JAN BLAUSTEIN SCHOLES, also known as JAN BLAUSTEIN SCHOLES. Respondent. CG. No. 19-1-002K

2

ImanageDB:4821959.1