# Exhibit AA

| | |
|---|---|
| **From:** | Lolonyon Akouete <info@smartinvestorsllc.com> |
| **Sent:** | Saturday, January 7, 2023 6:37 PM |
| **To:** | David Ferris |
| **Subject:** | 19 TL 000768 Town of Westborough v. Westborough SPE, LLC , et al. |
| **Attachments:** | 19 TL 000768 Town of Westborough v. Westborough SPE, LLC.pdf; Ex Parte Motion for Approval of Memorandum of Lis Pendens.pdf; 19 TL 000768 HPS - Summons and Hearing Notice.pdf; Verified Complaint (with exhibits).pdf |

**Caution**: External (info@smartinvestorsllc.com)

First-Time Sender   Details

Report This Email   FAQ   Skout Email Protection

David,

See attached:
Motion to Vacate foreclosure Judgment for 231 Turnpike Road property.
Ex Parte Motion for Approval of Memorandum of Lis Penden.

The hearing for the Ex Parte Motion will be on Tuesday 01/10/2023 at 09:00 AM.
The hearing for the Vacation of Foreclosure Judgment is on 01/19/2023. At 02:00 PM.

Thanks
Lolo