# Exhibit BB



















