# Exhibit FF

  

**Peter L Blaustein**

> Hello Peter How r you? Just checking to see if you have any additional questions and to see if you have decided to allow your mom to see if she can recover the funds. She seems to have the best chance to do so and believes that as well. Please call and let me know what you decide. Thank You. Have a Great day

Pblaustein@gmail.com

> Ok I sent the email and the notary is Billy Wahl and her number is 408-361-3316. Thank you. Please me know we are good !

Thu, Sep 15, 5:59 PM

We are good to proceed

Please have Billy connect with my mom and she can sign the docs and provide copies of her information

Tuesday 8:55 AM

> Good morning Peter, how are you? this is Denise Edwards, wanted to let you know that we are working with an Attorney. He is preparing an Affidavit for your mother to sign and wants to give you a call to get your Permission . If you can please call me back, I can explain the details. Thank you for your time. Praying all is well

  (iMessage)