United States Bankruptcy Court
District of Massachusetts

In re:  
Westborough SPE LLC  
    Debtor

Case No. 23-40709-cjp  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: admin     Page 1 of 2  
Date Rcvd: Jan 26, 2024     Form ID: pdf012     Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Westborough SPE LLC, 231 Turnpike Road, Westborough, MA 01581-2807 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | Email/Text: info@smartinvestorsllc.com | Jan 26 2024 22:11:00 | Lolonyon Akouete, Manager of Westborough, SPE, LLC, 1241 Deer Park Ave, Suite 1 #1051, North Babylon, NY 11703 |
| cr | Email/Text: info@smartinvestorsllc.com | Jan 26 2024 22:11:00 | Lolonyon Akouete, 800 Red Milles Rd, Wallkill, NY 12589 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:

**Name**      **Email Address**

Brian W. Riley  
     on behalf of Creditor Town of Westborough briley@k-plaw.com

Jeffrey T Blake  
     on behalf of Creditor Town of Westborough jblake@k-plaw.com

| | | |
|---|---|---|
| District/off: 0101-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 26, 2024 | Form ID: pdf012 | Total Noticed: 3 |

Jonathan R. Goldsmith
    on behalf of Trustee Jonathan R. Goldsmith bankrdocs1@gkalawfirm.com
    bankrdocs@gkalawfirm.com;kstelmashova@gkalawfirm.com

Jonathan R. Goldsmith
    trusteedocs1@gkalawfirm.com
    trusteedocs@gkalawfirm.com;kstelmashova@gkalawfirm.com;MA43@ecfcbis.com;mwolohan@gkalawfirm.com

Paul W. Carey
    on behalf of Creditor Ferris Development Group  LLC pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com

Richard King
    USTPRegion01.WO.ECF@USDOJ.GOV

Roger L. Smerage
    on behalf of Creditor Town of Westborough rsmerage@k-plaw.com

Scott Adam Schlager
    on behalf of Petitioning Creditor Nathanson & Goldberg  P.C. sas@natgolaw.com

Stephen F. Gordon
    on behalf of Petitioning Creditor Nathanson & Goldberg  P.C. sgordon@gordonfirm.com,
    vhaggerty@gordonfirm.com;notices@gordonfirm.com;stephenfgordon@gmail.com

TOTAL: 9



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Westborough SPE LLC | Chapter 7 |
| Debtor | 23-40709-CJP |

## ORDER

**MATTER:**

#68 Motion filed by Creditor Lolonyon Akouete to Require the Trustee to Furnish Information Under 11 U.S.C. Section 704(a)(7).

UPON CONSIDERATION OF THE *MOTION TO REQUIRE THE TRUSTEE TO FURNISH INFORMATION UNDER 11 U.S.C. § 704(a)(7)* [DKT. NO. 68] (THE "MOTION") FILED BY LOLONYON AKOUETE AND THE OBJECTION THERETO [DKT. NO. 75] FILED BY THE CHAPTER 7 TRUSTEE, JONATHAN R. GOLDSMITH, THE MOTION IS DENIED.

TO THE EXTENT A SETTLEMENT IS REACHED, THE TRUSTEE WILL FILE A COPY OF THE SETTLEMENT AGREEMENT IN SUPPORT OF A MOTION TO APPROVE THE SETTLEMENT UNDER FED. R. BANKR. P.9019.

Dated: 01/26/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge