**Scott A. Schlager**

| | |
|---|---|
| **From:** | Abromowitz, David M. <DAbromowitz@GOULSTONSTORRS.com> |
| **Sent:** | Tuesday, August 8, 2023 10:09 AM |
| **To:** | Scott A. Schlager |
| **Cc:** | Gewurz, Zev D.; Alvin Nathanson |
| **Subject:** | RE: Successor Counsel to Westborough SPE LLC - Signed Copy of LLC Operating Agreement |
| **Attachments:** | 0461_001.pdf |

Dear Scott,

We have located a signed copy of the Westborough SPE LLC operating agreement. Our standard practice is to ask for a current officer of the entity to confirm in writing (email is fine) the request to share that document with you as successor counsel. As soon as I receive that consent, I will forward a pdf.

As to your other questions, as you noted this deal began over 25 years ago and our representation appears to have ended by 1999. Typically, and as appears to have been the case in this matter, our client or clients in connection with the formation of an SPE (before the entity is created) are the entities or individuals who are forming the SPE. This means that we owe a duty of confidentiality to those clients and cannot disclose their confidential information without their consent. As I've had no contact with these former clients that I can recall for over 20 years, I have no way of contacting them to ask what they consider confidences and get the necessary consents. Accordingly, we cannot share anything further.

Regards,

David


**David Abromowitz**
(617) 574-4016

**goulston&storrs**

---

**From:** Scott A. Schlager <sas@natgolaw.com>
**Sent:** Thursday, August 3, 2023 3:29 PM
**To:** Abromowitz, David M. <DAbromowitz@GOULSTONSTORRS.com>
**Cc:** Gewurz, Zev D. <ZGewurz@GOULSTONSTORRS.com>; Alvin Nathanson <asn@natgolaw.com>
**Subject:** RE: Successor Counsel to Westborough SPE LLC - Signed Copy of LLC Operating Agreement

David,

We would be happy to provide some additional context and very much appreciate your assistance.