UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

In re:  )  Chapter 7
)  Case No. 23-40709-CJP
WESTBOROUGH SPE LLC,  )
)
Debtor.  )

## POSITION STATEMENT OF LOLONYON AKOUETE

I, Lolonyon Akouete, a creditor in the bankruptcy case of Westborough SPE LLC ("Debtor"), hereby submit this position statement regarding the joint status report and settlement discussions between the Chapter 7 Trustee ("Trustee") and the Town of Westborough (the "Town").

While recognizing the ongoing settlement discussions between the Trustee and the Town, I must express my grave concerns regarding the proposed settlement as outlined in the joint status report. The proposed settlement seeks to dismiss two significant legal cases—Land Court Case No: 19 TL 000768 and Civil Action Case No: 1:23-cv-12017. Dismissing these cases without resolution is not in the best interest of the Debtor.

Both cases have reached a critical stage where decisions are imminent. Dismissing them and initiating an interpleader action later would only serve to prolong the legal proceedings and potentially harm the interests of the Debtor. It is crucial to note that these cases are ripe for a decision, and any further delay would only exacerbate the situation.

I firmly believe that it is in the best interest of the Debtor and all stakeholders involved to proceed with the pending motions and allow the Court to make a decision on the matters set to be heard on the February 13th hearing. Any attempt to delay or defer these decisions through settlement negotiations undermines the integrity of the bankruptcy process and the rights of creditors.

Therefore, I respectfully urge the Court to prioritize the pending motions and adjudicate them on their merits. Any proposed settlement should be thoroughly evaluated to ensure it truly serves the best interests of the Debtor and all creditors involved.

DATED: February 9, 2024, Respectfully submitted:

By creditor,



Lolonyon Akouete
800 Red Milles Rd
Wallkill NY 12589
info@smartinvestorsllc.com
(443) 447-3276

CERTIFICATE OF SERVICE

I, Lolonyon Akouete, a creditor, hereby certify that the above document is served by email and mailing a copy of the same, first-class mail, to the following:

Stephen F. Gordon, Attorney of the Petitioners
(Email: sgordon@gordonfirm.com)
The Gordon Law Firm LLP
River Place 57 River Street Wellesley, MA 02481

Scott A. Schlager on behalf of,
Nathanson & Goldberg, P.C., a creditor.
(Email: sas@natgolaw.com)
183 State Street, 5th Floor Boston, MA 02109

Assistant U.S. Trustee
Richard King
Office of US. Trustee
446 Main Street 14th Floor
Worcester, MA 01608
USTPRegion01.WO.ECF@USDOJ.GOV

Jonathan R. Goldsmith
Chapter 7 Trustee
trusteedocs1@gkalawfirm.com
Goldsmith, Katz & Argenio P.C.
1350 Main Street, 15th Floor.
Springfield, MA 01103

Paul W. Carey, Attorney of Creditor
FERRIS DEVELOPMENT GROUP, LLC
(Email: pcarey@mirickoconnell.com)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street, Worcester, MA 01608

Brian W. Riley, Attorney of Creditor
Jeffrey T. Blake, Attorney of Creditor
Roger L. Smerage, Attorney of Creditor
TOWN OF WESTBOROUGH
(Email: briley@k-plaw.com)
(Email: jblake@k-plaw.com)
(Email: rsmerage@k-plaw.com)
KP Law, P.C.  101 Arch Street,
12th Floor Boston, MA 02110

Gary M Ronan
David M Abromowitz
Goulston&storrs
GRonan@goulstonstorrs.com
DAbromowitz@goulstonstorrs.com
400 Atlantic Avenue
Boston, MA 02110



_____
Lolonyon Y Akouete