UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 7, No. 23-40709 |
| WESTBOROUGH SPE LLC | |
| Debtor | |

## MOTION TO WITHDRAW CHAPTER 7 TRUSTEE'S MOTION TO COMPEL THE CALIFORNIA STATE CONTROLLER TO SURRENDER TO THE TRUSTEE PROPERTY OF THE ESTATE

Now comes JONATHAN R. GOLDSMITH, the duly appointed, qualified and acting Trustee in the above-captioned case ("Trustee"), and he does hereby withdraw his Motion to Compel the California State Controller to Surrender to the Trustee Property of the Estate (Docket #78) ("Motion") and requests that the Court cancel the hearing thereon presently scheduled for **February 13, 2024 at 10:30 a.m.** In support thereof, the Trustee represents that subsequent to the filing of the Motion the Controller for the State of California turned over to the Trustee the unclaimed funds as noted in the Motion.

WHEREFORE, the Trustee respectfully requests that this Court:

1. Allow the Trustee to withdraw his Motion;
2. Cancel the hearing on the Motion presently scheduled for February 13, 2024, at 10:30 a.m.; and
3. For such other relief as is just and proper.

JONATHAN R. GOLDSMITH, TRUSTEE IN
BANKRUPTCY FOR WESTBOROUGH SPE LLC

Dated: 2/12/24

By: /s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.
(BBO No. 548285)
GOLDSMITH, KATZ & ARGENIO, P.C.
1350 Main Street, Suite 1505
Springfield, MA 01103
Tel. (413) 747-0700

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 7, No. 23-40709 |
| WESTBOROUGH SPE LLC | |
| Debtor | |

## CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of GOLDSMITH, KATZ & ARGENIO, P.C., 1350 Main Street, Suite 1505, Springfield, Massachusetts, do hereby certify that I have served a copy of the within Withdrawal upon those parties listed on the attached Exhibit "A" by electronic mail or by mailing, first class mail, postage prepaid, on this 12th day of February, 2024.

*/s/ Jonathan R. Goldsmith, Esq.*
JONATHAN R. GOLDSMITH, ESQ.

| | | |
|---|---|---|
| David M. Ferris<br>Ferris Development Group, LLC<br>118 Turnpike Rd., Ste. 300<br>Southborough, MA 01772-2133 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Ferris Development Group, LLC<br>c/o Paul W. Carey, Esq.<br>Mirick O'Connell<br>100 Front Street<br>Worcester, MA 01608-1425 |
| Westborough SPE LLC<br>231 Turnpike Road<br>Westborough, MA 01581-2807 | Scott A. Schlager, Esq.<br>Nathanson & Goldberg, P.C.<br>183 State Street, 5th Floor<br>Boston, MA 02109-2666 | Darin Clagg<br>24 Kobbs Korner Rd<br>Pine Bush, NY 12566-5302 |
| LOLONYON AKOUETE<br>ATTN WESTBOROUGH SPE LLC<br>800 RED MILLS RD<br>WALLKILL, NY 12589-3220 | Allen Hight<br>The MobileStreet Trust<br>12 Cole Road<br>Wayland, MA 01778-3145 | Richard King, Esq.<br>Office of US. Trustee<br>446 Main Street, 14th Floor<br>Worcester, MA 01608-2361 |
| The MobileStreet Trust<br>12 Cole Road<br>Wayland, MA 01778-3145 | Matthew A. Morris<br>Sherin and Lodgen, LLP<br>101 Federal Street, 30th Floor<br>Boston, MA 02110-2109 | Walter Horst<br>Babcock & Brown<br>1264 Rimer Drive<br>Moraga, CA 94556-1727 |
| Town of Westborough<br>34 West Main Street<br>Westborough, MA 01581-1998 | Nathanson & Goldberg, P.C.<br>c/o Stephen F. Gordon, Esq.<br>The Gordon Law Firm LLP<br>57 River Street<br>Wellesley, MA 02481 | Denise Edwards<br>137 North 25th Street<br>Wyandanch, NY 11798-2002 |
| The MobileStreet Trust<br>225 Turnpike Road<br>Westborough, MA 01581-2807 | Ms. Malia M. Cohen<br>California State Controller<br>300 Capitol Mall, Suite 1850<br>Sacramento, CA 95814<br>**(also via email)** | Harpreet K. Nakhwal, Esq.<br>Office of the State Controller<br>Malia M. Cohen<br>300 Capitol Mall, Suite 1850<br>Sacramento, CA 95814<br>**(also via email)** |
| Roger L. Smerage, Esq.<br>KP Law, P.C.<br>101 Arch Street, 12th Floor<br>Boston, MA 02110-1109 | Brian Riley, Esq.<br>KP Law, P.C.<br>101 Arch Street, 12th Floor<br>Boston, MA 02110-1109 | Jeffrey T. Blake, Esq.<br>KP Law, P.C.<br>101 Arch Street, 12th Floor<br>Boston, MA 02110-1109 |