

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

In re:

**Westborough SPE LLC**
**Debtor**

**Chapter 7**
**23-40709-CJP**

## ORDER

**MATTERS:**

#20 Motion of the Town of Westborough for Relief from the Automatic Stay (231 Turnpike Road, Westborough, MA);
#69 Motion filed by Creditor Town of Westborough to Dismiss Case; and
#78 Motion filed by Trustee Jonathan R. Goldsmith to Compel the California State Controller to Surrender to the Trustee Property of the Estate.

THE COURT HEREBY CONVERTS THE IN PERSON/VIDEO HYBRID HEARINGS REGARDING DKT. NOS. 20, 69, AND 78 SCHEDULED FOR FEBRUARY 13, 2024 AT 10:30 A.M. TO TELEPHONIC STATUS CONFERENCES. TO PARTICIPATE, PARTIES SHALL DIAL (877) 873-8018 AND ENTER ACCESS CODE 1167883.

Dated: 2/13/2024

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge