

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:

Westborough SPE LLC

Debtor

Chapter 7
23-40709-CJP

## ORDER

**MATTER:**
#83 Motion filed by Creditor Town of Westborough for Remand Tax Foreclosure Action (Re: 74 Notice) with certificate of service. (Attachments: # 1 Appendix) (Smerage, Roger) (Motion has been docketed in AP 24-4006 Document #2.)

NO FURTHER ACTION WILL BE TAKEN ON THIS MOTION [DKT. NO. 83] ON THE MAIN CASE DOCKET. THE MOTION HAS BEEN REDOCKETED IN ADVERSARY PROCEEDING NO. 24-4006, DKT. NO. 2.

Dated: 02/12/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge