

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| **Westborough SPE LLC**<br>Debtor | Chapter 7<br>23-40709-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

Telephonic Status Conferences on
#20 Motion of the Town of Westborough for Relief from the Automatic Stay (231 Turnpike Road, Westborough, MA); #24 Opposition of Debtor; #43 Limited Objection of the Chapter 7 Trustee, Jonathan R. Goldsmith; and
#69 Motion of the Town of Westborough to Dismiss Bankruptcy Case; #73 Response of Lolonyon Akouete (Pro Se); #85 Opposition of the Chapter 7 Trustee, Jonathan R. Goldsmith; #86 Objection of Petitioning Creditors;#87 Opposition of Nathanson & Goldberg, PC.

**Decision set forth more fully as follows:**

THE STATUS CONFERENCES ON DKT. NOS. 20 AND 69 ARE CONTINUED TO 3/19/2024 AT 1:30 P.M. IN COURTROOM 3, 595 MAIN STREET, WORCESTER, MA, WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO.

TO OBTAIN VIDEO ACCESS INFORMATION FOR THE CONTINUED STATUS CONFERENCES, PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY, HALINA MAGEROWSKI, AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN 3/18/2024 AT 4:30 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

Dated: 02/13/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge