

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Westborough SPE LLC | Chapter 7 |
| | 23-40709-CJP |
| Debtor | |

## ORDER

**MATTER:**

#97 Response with certificate of service filed by Trustee Jonathan R. Goldsmith Re: 66 Order dated 1/12/2024.

UPON CONSIDERATION OF THE *TRUSTEE'S RESPONSE TO ORDER FOR STATUS REPORT REGARDING RELEASE OF INFORMATION FOR COMPLIANCE WITH THE FINANCIAL CRIMES ENFORCEMENT NETWORK REQUIREMENTS* [DKT. NO. 97], THE TRUSTEE SHALL FILE AN UPDATED STATUS REPORT WITH RESPECT TO THE ORDER ENTERED AT DKT. NO. 66 ON OR BEFORE MAY 23, 2024.

Dated: 02/23/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge