UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>WESTBOROUGH SPE LLC<br><br>Debtor | Chapter 7, No. 23-40709 |

### TRUSTEE'S OBJECTION TO: (i) MOTION OF LOLONYON AKOUETE FOR INTERIM DISTRIBUTION (DOCKET #92); AND (ii) REQUEST FOR EXPEDITED DETERMINATION – SUPPLEMENT TO MOTION FOR INTERIM DISTRIBUTION (DOCKET #99)

NOW comes JONATHAN R. GOLDSMITH, the duly appointed, qualified and acting Trustee ("Trustee") in the above-captioned case, and hereby files this Objection to the Motion for Interim Distribution (Docket #92); and Request for Expedited Determination – Supplement to Motion for Interim Distribution (Docket #99) (collectively "Motion"). In support of this Objection, the Trustee represents that:

1. On August 31, 2023, an Involuntary Petition was filed against Westborough SPE LLC ("Debtor") under the provisions of Chapter 7 of the Bankruptcy Code; subsequently, an Order for Relief was entered on October 11, 2023.

2. On October 12, 2023, JONATHAN R. GOLDSMITH accepted the appointment as Chapter 7 Trustee for the above-entitled estate.

3. The Motion that was filed by Lolonyon Akouete ("Akouete") requests that this Court permit an interim distribution. This Motion should be denied for several reasons, a distribution is premature. The Trustee submits that upon his initial review of the proofs of claims filed to date, there are a few such claims that either lack sufficient documentation to support the particular claim or should be reduced or denied in toto. The Trustee will finalize his review of

the proofs of claims and file appropriate objections upon his addressing the more immediate issue, which is the dispute with the Town of Westborough regarding the tax foreclosure.

4. In support of the Motion, Akouete references the rights of a debtor pursuant to 11 U.S.C. Section 706(a) to convert a case from Chapter 7 to Chapter 11. The Trustee does not believe that this statement has any bearing on the underlying request for interim distribution to creditors. Nonetheless, the Trustee submits that 11 U.S.C. Section 706(a), permits a debtor to request conversion, but **not a creditor**. It appears that Akouete is filing this motion as a purported creditor and not on behalf of the Debtor. If the Motion could somehow be construed as being brought by the Debtor, the Trustee submits that it should be denied/stricken since under Massachusetts law, a LLC must be represented by an attorney in court proceedings. See In re: Dickey v. Inspectional Services Department of Bos., SJC-12613 (Mass. Apr. 11, 2019).

5. In addition to the foregoing, the Trustee notes that the rights of a debtor to convert a case from Chapter 7 to Chapter 11 can be denied by a Court based upon a finding of bad faith. See In re: Angera v. Lasserman (In re Angera), 634 B.R. 658, 660 (D.Mass 2021) (citing In re: Marrama, 313 B.R. 525, 531 (2004), affid Marrama v. Citizens Bank of MA., 549 U.S. 365 (2007)). In the instant case, bad faith can be found since it appears that Akouete and one Denise Edwards ("Edwards") allege to have become managers of the Debtor somehow through the assignment granted to them from the prior manager, Babcock & Brown Parallel Member, LLC ("Babcock & Brown"). However, the individual that apparently acted on behalf of Babcock & Brown had no authority to do so which Akouete and Edwards knew or should have known. Accordingly, they do not have the authority to act on behalf of the Debtor. See the attached State of Delaware Certificate of Correction filed with the Delaware Secretary of State on February 15, 2024, on behalf of Babcock & Brown by Walter A. Horst, who is believed to be its Chief Financial Officer.

WHEREFORE, the Trustee requests the entry of the following Orders:

1. That the Motion for Interim Distribution (Docket #92) be denied;

2. That the Request for Expedited Determination – Supplement to Motion for Interim Distribution (Docket #99) be denied; and

3. For such other and further relief as is just and proper.

                                JONATHAN R. GOLDSMITH, TRUSTEE IN BANKRUPTCY FOR WESTBOROUGH SPE LLC

Dated: 2/26/24

By: */s/ Jonathan R. Goldsmith, Esq.*
JONATHAN R. GOLDSMITH, ESQ.
(BBO No. 548285)
GOLDSMITH, KATZ & ARGENIO, P.C.
1350 Main Street, 15th Floor
Springfield, MA 01103
Tel: (413) 747-0700

*Exhibit "A"*



# Delaware
## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CORRECTION OF "BABCOCK & BROWN PARALLEL MEMBER LLC", FILED IN THIS OFFICE ON THE FIFTEENTH DAY OF FEBRUARY, A.D. 2024, AT 11:16 O`CLOCK A.M.



Jeffrey W. Bullock, Secretary of State

4370415  8100
SR# 20240516277

Authentication: 202816178
Date: 02-15-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

# State of Delaware
# Certificate of Correction
# of a Limited Liability Company
# to be filed pursuant to Section 18-211(a)

1. The name of the Limited Liability Company is: BABCOCK & BROWN PARALLEL MEMBER LLC

2. That a Certificate of Correction was filed by the Secretary of State of Delaware on June 30, 2023, and that said Certificate requires correction as permitted by Section 18-211 of the Limited Liability Company Act.

3. The inaccuracy or defect of said Certificate is: (must give specific reason)

   1. The Authorized Person who signed the June 30, 2023 Certificate of Correction ceased to be an officer of all affiliates of the Limited Liability Company as of October 1, 2007 and had no signing authority.
   2. The June 30, 2023 Certificate of Correction was not authorized by the Limited Liability Company or it affiliates and was fraudulently filed.

4. The Certificate is hereby corrected to read as follows:

   The Certificate of Correction is hereby rendered null and void, and that certain Certificate of Cancellation of Babcock & Brown Parallel Member LLC, filed with the Secretary of State of Delaware on March 15, 2019, is hereby in full force and effect.

IN WITNESS WHEREOF, the undersigned have executed this Certificate on the 13th day of February, A.D. 2024.

By: _____
Authorized Person

Name: Walter A. Horst
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:16 AM 02/15/2024
FILED 11:16 AM 02/15/2024
SR 20240516277 - FileNumber 4370415

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 7, No. 23-40709 |
| WESTBOROUGH SPE LLC | |
| Debtor | |

## CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of GOLDSMITH, KATZ & ARGENIO, P.C., 1350 Main Street, 15th Floor, Springfield, MA 01103, do hereby certify that I served a copy of the within Response upon those parties listed on the attached Exhibit "A" by electronic mail or by mailing, first class mail, postage prepaid, on this 26th day of February, 2024:

/s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.

Ferris Development Group, LLC
c/o Paul W. Carey, Esq.
Mirick O'Connell
100 Front Street
Worcester, MA 01608-1425

Darin Clagg
24 Kobbs Korner Rd
Pine Bush, NY 12566-5302

Richard King, Esq.
Office of US. Trustee
446 Main Street, 14th Floor
Worcester, MA 01608-2361

Walter Horst
Babcock & Brown
1264 Rimer Drive
Moraga, CA 94556-1727

Denise Edwards
137 North 25th Street
Wyandanch, NY 11798-2002

Brian Riley, Esq.
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Scott A. Schlager, Esq.
Nathanson & Goldberg, P.C.
183 State Street, 5th Floor
Boston, MA 02109-2666

Allen Hight
The MobileStreet Trust
12 Cole Road
Wayland, MA 01778-3145

Matthew A. Morris
Sherin and Lodgen, LLP
101 Federal Street, 30th Floor
Boston, MA 02110-2109

Nathanson & Goldberg, P.C.
c/o Stephen F. Gordon, Esq.
The Gordon Law Firm LLP
57 River Street
Wellesley, MA 02481

Roger L. Smerage, Esq.
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109

David M. Ferris
Ferris Development Group, LLC
118 Turnpike Rd., Ste. 300
Southborough, MA 01772-2133

Westborough SPE LLC
231 Turnpike Road
Westborough, MA 01581-2807

LOLONYON AKOUETE
ATTN WESTBOROUGH SPE LLC
800 RED MILLS RD
WALLKILL, NY 12589-3220

The MobileStreet Trust
12 Cole Road
Wayland, MA 01778-3145

Town of Westborough
34 West Main Street
Westborough, MA 01581-1998

The MobileStreet Trust
225 Turnpike Road
Westborough, MA 01581-2807

Jeffrey T. Blake, Esq.
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109