UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) Case No. 23-40709-CJP |
| WESTBOROUGH SPE LLC, | ) |
| Debtor. | ) |

RESPONSE OF PETITIONING CREDITORS TO MOTION FOR INTERIM DISTRIBUTION
[Docket No. 92]

To The Honorable Christopher J. Panos, United States Bankruptcy Judge:

Now come the Petitioning Creditors herein, by and through their counsel, and state the following in response the Motion for Interim Distribution [Docket No. 92], the Request for Expedited Determination – Supplement to Motion for Interim Distribution [Docket No. 99], the Trustee's Objection to: (i) Motion of Lolonyon Akouete for Interim Distribution; and (ii) Request for Expedited Determination – Supplement to Motion for Interim Distribution [Docket No. 107] and the Response to Trustee's Objection [Docket No. 108] (all hereinafter the "Interim Distribution Pleadings"):

1. The Petitioning Creditors do not want this Court to take their cost-saving silence with respect to the Interim Distribution Pleadings as either an acquiescence to or support of either the initial or supplemental requests for an interim distribution.

2. The Petitioning Creditors support and adopt that Trustee's well-reasoned and well-stated Objection to any interim distribution at this time.

3. The Petitioning Creditors believe that the allowance of any partial interim distribution at this time will only serve to delay the ultimate recovery in full of creditors in this Chapter 7 case.

1

Wherefore, the Petitioning Creditors join the Chapter 7 Trustee in objecting to any interim distribution at this point in time.

Respectfully submitted,

PETITIONING CREDITORS,

By their attorneys,

/s/ Stephen F. Gordon
Stephen F. Gordon (BBO No. 203600)
The Gordon Law Firm LLP
57 River Place, Suite 200
Wellesley, Massachusetts 02481
Tel: (617) 261-0100
E-mail: sgordon@gordonfirm.com

Dated: February 27, 2024

## CERTIFICATE OF SERVICE

I, Stephen F. Gordon, hereby certify that on February 27, 2024, the foregoing **Response of Petitioning Creditors to Motion for Interim Distribution** was served by operation of the Court's ECF System on all individuals designated to receive service by ECF:

- Jeffrey T Blake    jblake@k-plaw.com
- Paul W. Carey    pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
- Jonathan R. Goldsmith    bankrdocs1@gkalawfirm.com, bankrdocs@gkalawfirm.com;kstelmashova@gkalawfirm.com
- Jonathan R. Goldsmith    trusteedocs1@gkalawfirm.com, trusteedocs@gkalawfirm.com;kstelmashova@gkalawfirm.com;MA43@ecfcbis.com;mwolohan@gkalawfirm.com
- Stephen F. Gordon    sgordon@gordonfirm.com, vhaggerty@gordonfirm.com;notices@gordonfirm.com;stephenfgordon@gmail.com
- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
- Brian W. Riley    briley@k-plaw.com
- Scott Adam Schlager    sas@natgolaw.com
- Roger L. Smerage    rsmerage@k-plaw.com

and by email upon:

Lolonyon Akouete (info@smartinvestorsllc.com)

/s/ Stephen F. Gordon
Stephen F. Gordon (BBO No. 203600)

P:\Clients-GLF\Westborough SPE\Plead (Bktcy)\Resp to Mtn f Interim Distribution.docx