| | |
|---|---|
| **From:** | Lolonyon Akouete <info@smartinvestorsllc.com> |
| **Sent:** | Wednesday, March 27, 2024 6:38 AM |
| **To:** | MABdb_Prose_Filings |
| **Cc:** | Stephen Gordon; Denise Edwards; Scott A. Schlager; USTPRegion01.WO.ECF@usdoj.gov; Brian Riley; Jeffrey T. Blake; pcarey_mirickoconnell.com; Roger L. Smerage; Jonathan Goldsmith |
| **Subject:** | Debtor - Westborough SPE LLC, Involuntary Chapter: 7 Case No: 23-40709-CJP |
| **Attachments:** | Westborough SPE, LLC's Motion for Approval of a Memorandum of Lis Pendens.rtf |

**CAUTION - EXTERNAL:**

Hello,

Could you please help me file the transcript of the hearing on Westborough SPE, LLC's motion for approval of a memorandum of lis pendens?

Hearing on 01/10/2023.
Case:19 TL 000768 Town of Westborough v. Westborough SPE, LLC , et al.

Thank you.
Lolonyon Akouete
800 Red Milles Rd
Wallkill NY 12589

info@smartinvestorsllc.com

(443) 447-3276

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.