# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
 In re: Westborough SPE, LLC          :   Case No. 23-40709-CJP
                                      :
                                      :
                                      :
                                      :
                                      :
                                      :
                                      :
                                      :
                                      :
                                      :
                                      :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

## NOTICE OF WITHDRAWAL OF COUNSEL FOR PETITIONING CREDITOR NATHANSON & GOLDBERG, P.C.

**NOW**, **COMES**, Scott A. Schlager, Esq., formerly of Nathanson & Goldberg, P.C., and hereby withdraws his appearance on behalf of Petitioning Creditor, Nathanson & Goldberg, P.C. Petitioning Creditors (i.e., Nathanson & Goldberg, P.C. and The MobileStreet Trust) continue to be represented by Stephen F. Gordon, Esq. of The Gordon Law Firm LLP.

Dated:  
    April 15, 2024

Respectfully submitted,

SCOTT A. SCHLAGER, FORMERLY OF
NATHANSON & GOLDBERG, P.C.,
COUNSEL FOR PETITIONG CREDITOR
NATHANSON & GOLDBERG, P.C.

By:  **/s/ Scott A. Schlager**
     Scott A. Schlager, BBO #695421
     Locke Lord LLP
     111 Huntington Avenue, 9th Floor
     Boston, MA  02199-7613
     Tel. (617) 909-4511
     Fax. (888) 325-9020
     scottschlager@lockelord.com

## CERTIFICATE OF SERVICE

I, Scott A. Schlager, Esq., hereby certify that notice was sent by USPS first class mail postage prepaid to the following persons on April 15, 2024:

Westborough SPE LLC
231 Turnpike Road
Westborough, MA 01581

The MobileStreet Trust
12 Cole Road
Wayland, MA 01778-3145

## NOTICE BY ELECTRONIC TRANSMISSION

Notice by electronic transmission was sent to the following persons/entities on April 15, 2024 by Scott A. Schlager, Esq.:

Lolonyon Akouete, Manager of Westborough SPE, LLC (info@smartinvestorsllc.com)
1241 Deer Park Avenue, Suite 1, #1051
North Babylon, New York 11703

Lolonyon Akouete (info@smartinvestorsllc.com)
800 Red Milles Road
Walkill, New York 12589

Denise Edwards, Manager of Westborough SPE, LLC (deniseedwards818@yahoo.com)
137 North 25th Street
Wyandanch, New York 11798

Denise Edwards (deniseedwards818@yahoo.com)
137 North 25th Street
Wyandanch, New York 11798

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2024 at the address(es) listed below:

Brian W. Riley
on behalf of Creditor Town of Westborough briley@k-plaw.com

2

137114113v.1

Jeffrey T Blake
on behalf of Creditor Town of Westborough jblake@k-plaw.com

Jonathan R. Goldsmith
on behalf of Trustee Jonathan R. Goldsmith bankrdocs1@gkalawfirm.com
bankrdocs@gkalawfirm.com;kstelmashova@gkalawfirm.com

Jonathan R. Goldsmith
trusteedocs1@gkalawfirm.com
trusteedocs@gkalawfirm.com;kstelmashova@gkalawfirm.com;MA43@ecfcbis.com;mwolohan@gkalawfirm.com

Paul W. Carey
on behalf of Creditor Ferris Development Group LLC pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com

Richard King
USTPRegion01.WO.ECF@USDOJ.GOV

Roger L. Smerage
on behalf of Creditor Town of Westborough rsmerage@k-plaw.com

Scott Adam Schlager
on behalf of Petitioning Creditor Nathanson & Goldberg P.C. sas@natgolaw.com

Stephen F. Gordon
on behalf of Petitioning Creditor Nathanson & Goldberg P.C. sgordon@gordonfirm.com,
vhaggerty@gordonfirm.com; notices@gordonfirm.com;stephenfgordon@gmail.com

## **NOTICE CERTIFICATION**

I, Scott A. Schlager, Esq., declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Dated: April 15, 2024

Signature: **/s/ Scott A. Schlager**

137114113v.1