UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

WORCESTER, ss. _____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) | Case No. 23-40709-CJP |
| WESTBOROUGH SPE LLC, | ) |  |
| _____ | ) |  |
|  | ) |  |
| DENISE EDWARDS, | ) |  |
|  | ) |  |
| Plaintiff, | ) | Case No. |
| v. | ) |  |
| SCOTT A SCHLAGER | ) |  |
| Defendant. | ) |  |
| JONATHAN GOLDSMITH | ) |  |
| Defendant. | ) |  |
| MATTHEW MORRIS | ) |  |
| Defendant | ) |  |
| LOLONYON AKOUETE | ) |  |
| Defendant | ) |  |
| _____ | ) |  |

**COMPLAINT TO REPORT THREATS , HARASSMENT, DISRESPECT. ISSOLATION, MENTAL STRESS, EMOTIONAL STRESS, PHYSICAL DISTRESS and FINIANCIAL HARDSHIP.**

Plaintiff: Denise Edwards alleges for her Complaint against Jonathan Goldsmith, Scott A, Schlager, Matthew A, Morris, Lolonyon Akouete and  other contested parties, the following: **REPORT THREAT OF HARASSMENT, DISRESPECT. ISSOLATION, MENTAL STRESS, EMOTIONAL STRESS AND CAUSING ME FINIANCIAL HARDSHIP.**

**PAGE 1-5**

INTRODUCTION

1. Plaintiff, Denise Edwards, by virtue of a Durable Power of Attorney executed on June 26, 2023, by Babcock and Brown Parallel Member LLC, the successor in interest to Babcock and Brown Administrative Services Inc., and pursuant to the Operating Agreement of Westborough SPE LLC ("the Company") dated October 22, 1997, asserts her rightful position as Manager of the Company. This assertion is further substantiated by the provision in the Operating Agreement that "The signature of the Manager, or any Manager when more than one is present, on any agreement, contract, instrument, or document is sufficient to bind the Company and any other Manager. Such signature shall be deemed the action of the Company and of all Managers, conclusively evidencing the authority of the executing Manager and the Company, without requiring third parties to seek further evidence, joinder, or consent to bind the Company or to verify the Manager's authority."

JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

PARTIES

1. Plaintiff Denise Edwards is the appointed Manager of Westborough SPE LLC, a Delaware Limited Liability Company with its principal place of business at 1241 Deer Park Ave., Suite 1, #1051 North Babylon, NY 11703.

Case No.

2. Defendant Jonathan Goldsmith is a Chapter 7 Trustee of the Debtor Westborough SPE LLC.

**COMPLAINT TO REPORT THREATS OR HARASSMENT, DISRESPECT. ISSOLATION, MENTAL STRESS, EMOTIONAL STRESS, PHYSICAL DISTRESS AND FINIANCIAL HARDSHIP.**

I will start by saying I'm tired of everyone using me as a Scapegoat, to stop **Lolonyon Akouete**, from behaving in a manner that is not acceptable to ***Matthew Morris, Scott A Schlager*** and **Jonathan Goldsmith**.  I was first contacted by **Matthew when he was the attorney for Westborough SPE LLC.**

He wanted me to speak to **Lolonyon**, about not threatening the Town Attorney and others. Matthew Morris and his firm  eventually resigned  and left us to stop the foreclosure of the Movie Theater a day before the foreclosure was to go in effect**. Matthew Morris had lost focus as to why we hired him in the first place, he didn't believe in us and started to work closely with Peter Blaustein, the son of Jan Blaustein, and Dyann Blaine, when we were the ones to have paid him the retainer. Lolonyon Akouete**, hired a carrier and had him get some documents notarized  and file them with the land court to **stop the foreclosure.  Matthew** also decided to focus on how we obtained the property, and not help us to correct the paperwork, not understanding the money and investment  of time already spent to get to needing his help. To be clear **Lolonyon** and I  have our own companies, we partnered up on a number of claims as independent contractors and decided to  work on this case together.  We first saw the CHECKING ACCOUNT, that was being held by California State Unclaimed property division. **Lolonyon** then discovered that the company also owed a Movie Theater that was up for a Tax foreclosure. We talked about what it would take to continue with the case. We had no idea we would end up in a mess and in BK court.  We are both registered investigators, with unclaimed property, I'm registered in New York, CA and Texas. We were unable to recover the funds as investigators, and learned that we would have to revive the Westborough SPE LLC by paying off the taxes, owed in Delaware and reestablish, doing business in Boston, Massachusetts

### DEFENDANT MATTHEW MORRIS AND FIRM

**We hired <u>Matthew Morris and his firm</u>**  to help us stop a foreclosure, not to help us recover the 1.923 million unclaimed property at the State. The was a plus. Without the work, the money and time spent there would be no money to recover from the State and there would be no Property, saved from the greed town, whose plan was to act like they couldn't have done what we did, to find the owners, but instead just wanted to sell the property to whoever they chose, even though there was and auction and the highest bid was **over 7 million dollars**. Had the town agreed to allow us to pay off the taxes and return the surplus to the company we would not be in BK court. also working with David Ferris, development who was the second lowest bidder, to have them pay off the taxes owed to the county and allow his company to purchase the property.

### DEFENDANT JONATHAN GOLDSMITH

**Trustee Jonathan Goldsmith**, call me to explained that he was working on an agreement with the town to sell the property to LAX  the lowest bidder and **wanted me to stop Lolonyon from putting in motions**, so that him and the town attorney could  make an agreement to sell the property to Lax and  I'm sure I told him I was tired of everyone wanting me to handle Lolonyon. I said I would try, and he sent an email promising to pay me 150,000 in 90days and pay Lolonyon 250,000, plus 150.000-200,000 if he would stop putting in motion.

**PAGE 3-5**

Lolonyon was also working with David Ferris, development, who was the second lowes t bidder. They agreed to put up a note or put up the money to pay off the Taxes and buy the property, But the town wanted to keep all the money, the 2.5 million in their pot after having an auction, having higher

bidder and still choosing the lowest bid. Town should have just called up Lax and asked if they wanted to buy a movie Theater, then we would have been to late to stop the foreclosure.

**Defendant- Scott A Schlager**

When I spoke to **Lolonyon** he said he would not stop, and was not trying to hear it, and when I put **Scott A Schlager, on a three-way call with Lolonyon, Scott proceeded to say that if Lolonyon continued to put in Motion, that would "pissed off" the Trustee Jonathan Goldsmith and as a result, the Trustee would make it hard for myself and Lolonyon to be paid. Which I heard Jonathan Goldsmith reference at the end of the last court hearing on 3/19/2024-That there are two creditors his going challenge in those words.  When I confronted Scott on the reason why he was Threatening us on behalf of the trustee, he tried to cope with a plea. P.S Lolonyon put in a motion that day and has not stop sense.**

**Defendant- Lolonyon Akouete**

 I have spent a lot of money to help move this case along, hired attorneys, pay for supporting documents, pay a tax bill, order Tax Record, which the Trustee has the return checks to support that claim. I have also sent **Lolonyon Akouete** funds from my personal account to support his personal needs throughout this process just the other day $150.00.

 I have a large number of responsibilities, to include paying a mortgage, Car note, 12 grandchildren of which two are in college and whose father, my son was murdered on August 16, 2019. So, I help them when there are funds to do so. **Lolonyon** only has himself to support. He has borrowed 10,000 for hire Scott and now we all wait until he is finished with his one-man attack

My name is Denise S. Edwards. I'm now like everyone else, a Creditor, my address is 137 North 25th Street, Wyandanch, New York 11798. I know other creditor is being called and asked to control their Associate,  Lolonyon is using the company address, and while we did start this Case as independent contracts and registered investigator with Ca unclaimed property, this case to a turn, that has caused a lot of time, stress, and money for me.  We both have our own companies; This was just a joint venture and my check need to be sent to my address listed above.

**Lolonyon**, has locked me out of the site that contains all the documents, receipts and information that I have paid for and that upload the shared site (MOJO), because he controlled the account. Although we are both down as Managers of the company, **Lolonyon** decided to focus everything on just this case and not communicate to me what he was up to.  Only after Scott and Jonathan called

**PAGE 4-5**

to ask me to speak to **Lolonyon** and ask him to stop putting in motions, did he briefly explain why he is not going with their offer. I'm ready to take the 150.000 promised and move on with my life. He

is on a mission of his own and will destroy anyone or any relationship no matter what, just stay out of his way. So why should I be held accountable for his actions. I have big bills and the creditor can wait until he is under control. Johnathan in his email promised to pay me in 90 days see the attached document. I need those funds released and sent to my account or mailed to me as soon as this case is settled. I understand that no matter what happens, all the creditors will need to be paid. I need the Trust Jonathan and Attorney Scott and Attorney Matthew; it is not my responsibility to control the behaviors of grown man. I did explain in an email to Scott that it is wrong for him to Threaten me by way of the Trustee.

That is not fair, everyone, even those who dropped the ball on Westborough SPE LLC are now back out of the woodwork to claim the proceeds. While everyone wants to stop Lokonyen and myself who put up the money to get us here, from completing the Job.

.

If there was no money from CA Unclaimed Property, that we found, not any of the attorney's nor the owner of the Westborough SPE LLC and according to your local Newspaper, there was no one to be founds and when those responsible for managing the LLC in the first placed acted like that know nothing. Now they are here, being emailed and sitting in court. Then we would still have to decide who can buy the property, the highest or the lowest bidder. So why should we after all this work that was done by Lolonyon, as far as finding all the player, which no one could do back in 2017 when the movie Theater was abandoned**.**

So, the $150,000 that I was promised in email by Scott the former, Attorney for Westborough SPE LLC and The Trustee Johnathan **if I could do what no, Attorney, Town or Company, no other Creditor or Court could do and that is to Stop, Lolonyon from putting motions, would come in right on time. Please see the attached email to that show what was promised if I was a hero for the town, court and trustee. Write about how we got off the phone with Scott, Lolonyon put in a motion, maybe the court should gag him and take the pressure off of me. Thank you your time.**

DATED: April 15, 2024, Respectfully submitted