UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Westborough SPE LLC , <br>         Debtor | Chapter: 7 <br> Case No: 23–40709 <br> Judge Christopher J. Panos |

## NOTICE OF FILING FEE DUE

On **APRIL 17, 2024** you filed a **Motion For Relief From Stay (Fee $199.00)** which requires the fee indicated. Please submit your payment by **MAY 2, 2024 .**

Date:  4/18/24

By the Court,

Alberto Barrera
Deputy Clerk
508−770−8932

**PLEASE RETURN THIS FORM WITH YOUR PAYMENT**

**NOTE: DEBTORS CHECKS AND CASH ARE NOT ACCEPTED.**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DENIAL/DISMISSAL WITHOUT FURTHER NOTICE.**

○ United States Bankruptcy Court
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109−3945

◉ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608−2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105−2925

123 − 122