UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

In re:  )  Chapter 7
 )  Case No. 23-40709-CJP
WESTBOROUGH SPE LLC,  )
 )
Debtor.  )

### MOTION TO INCLUDE RELIEF FROM AUTOMATIC STAY MOTION
### Doc.#122 IN THE UPCOMING COURT HEARING

Lolonyon Akouete, creditor in the above-captioned case, respectfully submits this amended motion to request that the Court include the motion for relief from the automatic stay filed on April 18, 2024, in the agenda for the upcoming hearing scheduled for April 23, 2024. In support of this motion, the creditor states as follows:

### 1. Introduction

The creditor previously filed a motion for relief from the automatic stay to pursue a judgment confirming the amount of the debt owed by the debtor, Westborough SPE LLC. This motion was duly filed with a certificate of service, and objections to this motion are due by May 2, 2024.

### 2. Opposition

The creditor has engaged in communication with representatives of other interested parties, including Stephen F. Gordon of The Gordon Law Firm LLP, who represents Nathanson & Goldberg, P.C. and The MobileStreet Trust in this matter. Mr. Gordon has indicated that his client's decision on whether to object to the motion for relief from the automatic stay will depend on the results of the upcoming hearing scheduled for April 23, 2024. Accordingly, while there is not yet a formal objection, the potential for future opposition has been noted.

### 3. Judicial Economy

In light of the potential for changes in the positions of other creditors following the upcoming hearing, and to conserve judicial resources, the creditor proposes that this motion be heard at the already scheduled hearing date of April 23, 2024. This approach will allow for any objections to be addressed promptly and will potentially lead to a more efficient administration of the bankruptcy estate.

### Conclusion and Request for Relief

Given the potential developments anticipated in the upcoming hearing, Lolonyon Akouete respectfully requests that this Court include the motion for relief from the automatic stay in the court hearing scheduled for April 23, 2024. Addressing this motion concurrently with other matters will streamline the process and could facilitate a more expedient resolution of these issues.

DATED: April 22, 2024, Respectfully submitted:

By creditor,



Lolonyon Akouete
800 Red Milles Rd
Wallkill NY 12589
info@smartinvestorsllc.com
(443) 447-3276

CERTIFICATE OF SERVICE

I, Lolonyon Akouete, hereby certify that the above document is served by email and mailing a copy of the same, first-class mail, to the following:

Stephen F. Gordon, Attorney of the Petitioners
(Email: sgordon@gordonfirm.com)
The Gordon Law Firm LLP
River Place 57 River Street Wellesley, MA 02481

Scott A. Schlager on behalf of,
Nathanson & Goldberg, P.C., a creditor.
(Email: sas@natgolaw.com)
183 State Street, 5th Floor Boston, MA 02109

Assistant U.S. Trustee
Richard King
Office of US. Trustee
446 Main Street 14th Floor
Worcester, MA 01608
USTPRegion01.WO.ECF@USDOJ.GOV

Jonathan R. Goldsmith
Chapter 7 Trustee
trusteedocs1@gkalawfirm.com
Goldsmith, Katz & Argenio P.C.
1350 Main Street, 15th Floor.
Springfield, MA 01103

Dyann Blaine
20 Queensbrook Place
Orinda, CA 94563
dyann.blaine@gmail.com

Jan Blaustein Scholes
7501 E Thompson Peak Pkwy
Scottsdale, AZ 85255
jan.scholes2@gmail.com

Paul W. Carey, Attorney of Creditor
FERRIS DEVELOPMENT GROUP, LLC
(Email: pcarey@mirickoconnell.com)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street, Worcester, MA 01608

Brian W. Riley, Attorney of Creditor
Jeffrey T. Blake, Attorney of Creditor
Roger L. Smerage, Attorney of Creditor
TOWN OF WESTBOROUGH
(Email: briley@k-plaw.com)
(Email: jblake@k-plaw.com)
(Email: rsmerage@k-plaw.com)
KP Law, P.C.  101 Arch Street,
12th Floor Boston, MA 02110

Gary M Ronan
David M Abromowitz
Goulston&storrs
GRonan@goulstonstorrs.com
DAbromowitz@goulstonstorrs.com
400 Atlantic Avenue
Boston, MA 02110

Peter Blaustein
950 Vista Road
Hillsborough, CA 94010
pblaustein@gmail.com

Walter Horst
Babcock & Brown
1264 Rimer Drive
Moraga, CA 94556
walter.horst@babcockbrown.com



_____
Lolonyon Y Akouete