UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

In re:                                          )    Chapter 7
                                                )    Case No. 23-40709-CJP
WESTBOROUGH SPE LLC,                            )
                                                )
                      Debtor.                   )

MOTION REQUESTING RESPONSE TO PREVIOUSLY FILED MOTIONS AND CONCERNS OVER PROPOSED SETTLEMENT

**Dear Honorable Christopher J. Panos,**

I, Lolonyon Akouete, as a creditor in the above-referenced bankruptcy case, respectfully submit this motion requesting the Court's attention and response to previously filed Motions and to express significant concerns regarding the ongoing settlement negotiations.

**Background:**

1. On February 11, 2024, I filed a Motion for Interim Distribution (Doc.#92) seeking the Court's approval for distribution of funds available in the estate to satisfy the claims of various creditors.
2. On February 14, 2024, I filed a Request for Expedited Determination - Supplement to Motion for Interim Distribution (Doc.#99), seeking a prompt resolution given the urgent financial needs of the creditors and the estate's position.
3. I have been informed of a settlement proposal negotiated by the Trustee and the Town, involving the property at 231 Turnpike Rd, Westborough, MA. The proposal contemplates the sale of this property to Lax Media LLC for $2.8 million, a figure substantially lower than other received offers, including a $7.94 million bid from Pulte Group.

**Concerns Regarding Settlement Proposal:** The proposed settlement does not adhere to Massachusetts General Laws (M.G.L. c. 30B, §16), specifically regarding competitive bidding processes, and may violate ethical standards outlined in Section 23(b)(2)(ii) of G.L. c. 268A. The proposal's acceptance could potentially expose all parties to legal challenges, erode public trust, and significantly deprive WESTBOROUGH SPE LLC and its creditors of substantial equity.

**Request for Court's Action:** Given the complexity and potential unlawfulness of the proposed settlement, and the lack of response to my previous motions, I respectfully request the following from this Honorable Court:

1. A timely review and response to the Motion for Interim Distribution (Doc.#92).
2. Consideration of the settlement's compliance with Massachusetts law and its implications on the equity and fairness principles as outlined in the "In re Martin" case.
3. Any other relief that this Court deems just and necessary under the circumstances.

**Conclusion:** The resolution of these issues is critical for upholding the interests of the creditors and ensuring the proper administration of the estate. Your prompt attention to these matters will be greatly appreciated.

DATED: May 8, 2024, Respectfully submitted:

By creditor,

Lolonyon Akouete
800 Red Milles Rd
Wallkill NY 12589
info@smartinvestorsllc.com
(443) 447-3276

## CERTIFICATE OF SERVICE

I, Lolonyon Akouete, a creditor, hereby certify that the above document is served by email and mailing a copy of the same, first-class mail, to the following:

Stephen F. Gordon, Attorney of the Petitioners
(Email: sgordon@gordonfirm.com)
The Gordon Law Firm LLP
River Place 57 River Street Wellesley, MA 02481

Jose C. Centeio, JR. on behalf of,
Nathanson & Goldberg, P.C., a creditor.
(Email: jcc@natgolaw.com)
183 State Street, 5th Floor Boston, MA 02109

Assistant U.S. Trustee
Richard King
Office of US. Trustee
446 Main Street 14th Floor
Worcester, MA 01608
USTPRegion01.WO.ECF@USDOJ.GOV

Jonathan R. Goldsmith
Chapter 7 Trustee
trusteedocs1@gkalawfirm.com
Goldsmith, Katz & Argenio P.C.
1350 Main Street, 15th Floor.
Springfield, MA 01103

Paul W. Carey, Attorney of Creditor
FERRIS DEVELOPMENT GROUP, LLC
(Email: pcarey@mirickoconnell.com)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street, Worcester, MA 01608

Brian W. Riley, Attorney of Creditor
Jeffrey T. Blake, Attorney of Creditor
Roger L. Smerage, Attorney of Creditor
TOWN OF WESTBOROUGH
(Email: briley@k-plaw.com)
(Email: jblake@k-plaw.com)
(Email: rsmerage@k-plaw.com)
KP Law, P.C.  101 Arch Street,
12th Floor Boston, MA 02110

Gary M Ronan
David M Abromowitz
Goulston&storrs
GRonan@goulstonstorrs.com
DAbromowitz@goulstonstorrs.com
400 Atlantic Avenue
Boston, MA 02110

Lenard Benson Zide
Butters Brazilian LLP
420 Boylston Street, 4th Floor
Boston, MA 02116
zide@buttersbrazilian.com

Matthew A. Morris
Sherin and Lodgen LLP
101 Federal Street, 30th Floor
Boston, MA 02110
mmorris@sherin.com

Denise Edwards
137 North 25th Street
Wyandanch, NY 11798
deniseedwards818@yahoo.com

Darin Clagg
24 Kobbs Korner Rd.
Pine Bush, NY 12566
Dclagg@gmail.com



_____
Lolonyon Y Akouete