

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:<br>Westborough SPE LLC<br>Debtor | Chapter 7<br>23-40709-CJP |
|---|---|

## ORDER

**MATTER:**
#118 Motion before The Honorable Howard P. Speicher filed by Party Lolonyon Akouete Re: #117 Email from Interested Party Lolonyon Akouete.

NO SUPPLEMENT HAVING BEEN FILED TO THE DOCUMENT AT DKT. NO. 118 (THE "DOCUMENT") IN COMPLIANCE WITH THE ORDER ENTERED AT DKT. NO. 125, THE DOCUMENT IS HEREBY STRICKEN, WITHOUT PREJUDICE TO THE DOCUMENT BEING REFILED AS AN EXHIBIT TO ANY RELEVANT PLEADING, IF APPROPRIATE. IN ADDITION, THE TRANSMISSION EMAIL AT DKT. NO. 117 IS ALSO STRICKEN.

Dated: 05/13/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge