UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

In re:                                                      )     Chapter 7
                                                            )     Case No. 23-40709-CJP
WESTBOROUGH SPE LLC,                                        )
                                                            )
                                                            )
LOLONYON AKOUETE,                                           )
                                                            )
        Plaintiff,                                          )     Adversary Proceeding: 24−04017
v.                                                          )
                                                            )
JONATHAN GOLDSMITH,                                         )
                                                            )
        Defendant.                                          )

05/16/2024 THE REQUEST IS DENIED WITHOUT PREJUDICE AS WILL BE REFLECTED IN A SEPARATE ORDER TO ENTER. THE MAY 16, 2024 HEARING ON THIS MATTER IS CANCELLED.

## MOTION FOR WAIVER OF FILING FEES

Now comes Lolonyon Akouete, in the above-captioned matter, and respectfully requests a waiver of the filing fees for the pending bankruptcy case, including the motion for relief from the stay and the adversary proceeding. The basis for this request is detailed in the attached "Affidavit of Indigency" which demonstrates the applicant's financial inability to afford the court costs.

### 1. Background

The applicant, Lolonyon Akouete, has been involved in the Motion to vacate a foreclosure judgment in the land court proceeding since January 4th, 2023. This proceeding has subsequently led to the current bankruptcy case, significantly depleting the applicant's financial resources and rendering them unable to afford additional fees.

### 2. Affidavit of Indigency

Attached herewith is the "Affidavit of Indigency" duly filled and signed under the penalties of perjury, which substantiates the applicant's current financial status. The affidavit provides a detailed account of income, expenses, and assets, asserting that the applicant's income falls below the threshold necessary to sustain basic living expenses while affording court-related costs.

### 3. Request for Relief

The applicant respectfully requests that the Court grant a waiver for:

- The filing fee for the motion for relief from the stay ($199.00).
- The filing fee for the adversary proceeding ($350.00).
- Any other court-related fees or costs, as detailed in the attached affidavit.