UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 23-40709-CJP

Chapter 7

In re:

WESTBOROUGH SPE LLC

LIST OF EXHIBITS

Pursuant to Rule 5 of Appendix 8 of the Local Bankruptcy Rules for the U.S. Bankruptcy Court for the District of Massachusetts, the Town of Westborough ("Town"), listed in the Debtor's Matrix List of Creditors (Doc. No. 7) in the above-captioned action, hereby lists the exhibits that are filed separately in conjunction with the Town's Reply in Support of Motion to Approve Settlement:

| Exhibit | Description | No. of Pages (with cover sheet) |
|---|---|---|
| 1 | Declaration of Kristi Williams | 4 |
| 2 | Affidavit of Select Board Chair Ian Johnson | 52 |

932343/WBOR/0049