

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>　　　Westborough SPE LLC<br><br>　　　　　　　　Debtor | Chapter 7<br>23-40709-CJP |

## ORDER

**MATTER:**
#182 Motion filed by Creditor Lolonyon Akouete to Amend Proof of Claim.

THE MOTION TO AMEND PROOF OF CLAIM [DKT. NO. 182] (THE "MOTION") IS DENIED AS UNNECESSARY. CLAIM AMENDMENTS ARE NOT GOVERNED BY FED. R. BANKR. P. 7015. MR. AKOUETE MAY AMEND CLAIM 4-1 FILED ON 12/14/2023 BY FILING AN AMENDED CLAIM ON THE CLAIMS REGISTER, WHICH AMENDED CLAIM SHALL BE SUBJECT TO OBJECTION. THE COURT WILL PLACE THE PROOF OF CLAIM ATTACHED AS EXHIBIT B TO THE MOTION ON THE CLAIMS REGISTER AND IT WILL BE DEEMED FILED AS CLAIM 4-2 AS OF THE DATE MR. AKOUETE FILED THE MOTION. ANY OTHER RELIEF REQUESTED THROUGH THE MOTION IS DENIED.

Dated: 07/25/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge