**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In Re:   Westborough SPE LLC

Chapter
23–40709
Judge Christopher J. Panos

## NOTICE OF FILING OF APPEAL TO BANKRUPTCY APPELLATE PANEL

On **JULY 26, 2024,** the appellant, LOLONYON AKOUETE filed a Notice of Appeal in the above referenced case which has been transmitted to the United States Bankruptcy Appellate Panel for the First Circuit ("BAP"). If desired, an appellee(s) has 30 days from the date of the service of this notice to file an election with the BAP to have the United States District Court for the District of Massachusetts hear the appeal. *See* 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001 et seq.

Pursuant to Fed. R. Bankr. P. 8009, the appellant must file with the Clerk of the Bankruptcy Court a designation of the items to be included in the record on appeal and a statement of issues to be presented within the deadline set forth in the rule and serve a copy on the appellee(s).

The appellee(s) may file a designation of additional items to be included in the record within fourteen (14) days after service of the appellant's designation and statement. The parties shall consult Fed. R. Bankr. P. 8009 for deadlines applicable to cross–appeals.

Upon the filing of the designation of the items to be included in the record on appeal and the statement of issues to be presented, and after expiration of the fourteen (14) day period for the appellee(s) to file a designation of additional items, the Clerk's Office will forward the designation(s) and statement to the BAP electronically.

If a party to the appeal designates any document placed under seal to be part of the record on appeal, that party must file a motion with the BAP to accept the document under seal. If the BAP grants the motion, the movant must notify the Bankruptcy Court of the ruling. *See* Fed. R. Bankr. P. 8009(f).

It is the duty of the parties to order a transcript of the proceedings or relevant parts thereof. If no transcript is ordered, the parties must advise the Bankruptcy Court by filing "Certificate of No Transcript Ordered." *See* Fed. R. Bankr. P. 8009(b).

It is the duty of the parties to ensure that the record on appeal is complete.

Date:7/26/24

Mary P. Sharon
Clerk, U.S. Bankruptcy Court

By the Court,

<u>Megan Heinrich</u>
Deputy Clerk
(508) 770– 8950