**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Westborough SPE LLC | Chapter: 7 |
| Debtor | Case No: 23–40709 –cjp |

## INITIAL TRANSMITTAL

The following is being transmitted to your court:

- ☒ Notice of Appeal with Order
- ☒ Bankruptcy Court Docket
- ☐ Motion for Leave to Appeal
- ☐ Objections to Motion for Leave to Appeal
- ☐ Appellee Election to District Court
- ☒ Bankruptcy Court Notice(s)
- ☐ Fed. R. Bankr.P. 8010 Motions/Orders/Transcripts
- ☐ Other

Date:  7/26/24                                                                                          By the Court,

<u>Megan Heinrich</u>
Deputy Clerk
508–770–8950

Receipt is acknowledged of the enclosures referred to above.

BAP Docket Number:_____
Date:_____                                                              By:_____
                                                                                                                    Deputy Clerk