UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

In re:

WESTBOROUGH SPE LLC,

    Debtor.

LOLONYON AKOUETE,

    Creditor/Appellant,

v.

JONATHAN GOLDSMITH, Chapter 7 Trustee,
Nathanson & Goldberg, P.C, Petitioning Creditor
The MobileStreet Trust, Petitioning Creditor,
Town of Westborough, Creditor,

    Appellees

Case No. 23-40709-CJP
Chapter 7

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred in denying Creditor Lolonyon Akouete's Motion for Interim Distribution (Doc #180) as premature.
2. Whether the Bankruptcy Court erred in denying Creditor Lolonyon Akouete's Request for Expedited Determination (Doc #181) regarding the Motion for Interim Distribution.
3. Whether the Bankruptcy Court properly considered the objections filed by the Chapter 7 Trustee (Doc #185), the Petitioning Creditor Nathanson & Goldberg, P.C. (Doc #184), and the Town of Westborough (Doc #183) in its decision to deny the Motion for Interim Distribution.
4. Whether the Bankruptcy Court's decision to deny the Motion for Interim Distribution aligns with the principles of equitable distribution and the fiduciary duties of the Trustee.

DATED: July 26, 2024, Respectfully submitted:



Lolonyon Akouete
800 Red Milles Rd
Wallkill NY 12589
info@smartinvestorsllc.com

<u>CERTIFICATE OF SERVICE</u>

I, Lolonyon Akouete, hereby certify that the above document is served by email and mailing a copy of the same, first-class mail, to the following:

| | |
|---|---|
| Stephen F. Gordon, Attorney of the Petitioners<br>(Email: sgordon@gordonfirm.com)<br>The Gordon Law Firm LLP<br>River Place 57 River Street Wellesley, MA 02481 | Paul W. Carey, Attorney of Creditor<br>FERRIS DEVELOPMENT GROUP, LLC<br>(Email: pcarey@mirickoconnell.com)<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street, Worcester, MA 01608 |
| Scott A. Schlager on behalf of,<br>Nathanson & Goldberg, P.C., a creditor.<br>(Email: sas@natgolaw.com)<br>183 State Street, 5th Floor Boston, MA 02109 | Brian W. Riley, Attorney of Creditor<br>Jeffrey T. Blake, Attorney of Creditor<br>Roger L. Smerage, Attorney of Creditor<br>TOWN OF WESTBOROUGH<br>(Email: briley@k-plaw.com)<br>(Email: jblake@k-plaw.com)<br>(Email: rsmerage@k-plaw.com)<br>KP Law, P.C. 101 Arch Street,<br>12th Floor Boston, MA 02110 |
| Assistant U.S. Trustee<br>Richard King<br>Office of US. Trustee<br>446 Main Street 14th Floor<br>Worcester, MA 01608<br>USTPRegion01.WO.ECF@USDOJ.GOV | |
| Jonathan R. Goldsmith<br>Chapter 7 Trustee<br>trusteedocs1@gkalawfirm.com<br>Goldsmith, Katz & Argenio P.C.<br>1350 Main Street, 15th Floor.<br>Springfield, MA 01103 | Gary M Ronan<br>David M Abromowitz<br>Goulston&storrs<br>GRonan@goulstonstorrs.com<br>DAbromowitz@goulstonstorrs.com<br>400 Atlantic Avenue<br>Boston, MA 02110 |
| Dyann Blaine<br>20 Queensbrook Place<br>Orinda, CA 94563<br>dyann.blaine@gmail.com | Peter Blaustein<br>950 Vista Road<br>Hillsborough, CA 94010<br>pblaustein@gmail.com |
| Jan Blaustein Scholes<br>7501 E Thompson Peak Pkwy<br>Scottsdale, AZ 85255<br>jan.scholes2@gmail.com | Walter Horst<br>Babcock & Brown<br>1264 Rimer Drive<br>Moraga, CA 94556<br>walter.horst@babcockbrown.com |
| Mark S. Lichtenstein<br>AKERMAN LLP<br>1251 Avenue of the Americas, 37th Flr.<br>New York, New York 10020<br>mark.lichtenstein@akerman.com | Samual A. Miller, Esq.<br>AKERMAN LLP<br>420 South Orange Avenue<br>Suite 1200<br>Orlando, FL 32801<br>samual.miller@akerman.com<br>sharlene.harrison-carera@akerman.com |



_____
Lolonyon Y Akouete