UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

In re:

WESTBOROUGH SPE LLC,

    Debtor.

LOLONYON AKOUETE,

    Creditor/Appellant,

v.

JONATHAN GOLDSMITH, Chapter 7 Trustee,
Nathanson & Goldberg, P.C, Petitioning Creditor
The MobileStreet Trust, Petitioning Creditor,
Town of Westborough, Creditor,

    Appellees

Case No. 23-40709-CJP
Chapter 7

# DESIGNATION OF RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Creditor/Appellant Lolonyon Akouete hereby designates the following items to be included in the record on appeal:

1. **Doc #180:** Motion filed by Creditor Lolonyon Akouete for Interim Distribution and Request for Expedited Determination with certificate of service. (filed: 06/19/2024)
2. **Doc #181:** Motion filed by Creditor Lolonyon Akouete with certificate of service to Shorten Time for Objections and Opposition Re: [180] Motion for Interim Distribution. (filed: 06/19/2024)
3. **Doc #183:** Opposition with certificate of service filed by Creditor Town of Westborough Re: [180] Motion filed by Creditor Lolonyon Akouete for Interim Distribution with certificate of service. (filed: 06/26/2024)
4. **Doc #184:** Opposition with certificate of service filed by Petitioning Creditor Nathanson & Goldberg, P.C. Re: [180] Motion filed by Creditor Lolonyon Akouete for Interim Distribution with certificate of service. (filed: 06/26/2024)
5. **Doc #185:** Objection with certificate of service filed by Trustee Jonathan R. Goldsmith Re: [180] Motion filed by Creditor Lolonyon Akouete for Interim Distribution with certificate of service. (filed: 06/26/2024)

6. **Doc #186:** Reply with certificate of service filed by Creditor Lolonyon Akouete Re: [183] Opposition filed by Creditor Town of Westborough Re: [180] Motion filed by Creditor Lolonyon Akouete for Interim Distribution, [184] Opposition filed by Petitioning Creditor Nathanson & Goldberg, P.C. Re: [180] Motion filed by Creditor Lolonyon Akouete for Interim Distribution, and [185] Objection filed by Trustee Jonathan R. Goldsmith Re: [180] Motion filed by Creditor Lolonyon Akouete for Interim Distribution. (filed: 06/28/2024)

7. **Doc #204:** Order dated 7/25/2024 Re: [180] Motion filed by Creditor Lolonyon Akouete for Interim Distribution and Request for Expedited Determination. REQUEST FOR EXPEDITED DETERMINATION [DKT. NO. 181] OF THE SECOND MOTION FOR INTERIM DISTRIBUTION FILED BY LOLONYON AKOUETE [DKT. NO. 180] (THE "SECOND MOTION") IS DENIED. UPON CONSIDERATION OF THE SECOND MOTION, THE OBJECTIONS OF THE CHAPTER 7 TRUSTEE [DKT. NO. 185], THE PETITIONING CREDITOR [DKT. NO. 184], AND THE TOWN OF WESTBOROUGH [DKT. NO. 183], THE REPLY OF MR. AKOUETE [DKT. NO. 186], AND THE RECORD OF THIS CASE, THE SECOND MOTION IS DENIED AS PREMATURE. (filed: 07/25/2024)

## Certification Regarding Transcripts

No hearings were held on the motions referenced above, and therefore, no transcripts are required for this appeal.


DATED: July 26, 2024, Respectfully submitted:

By creditor/Appellant,

Lolonyon Akouete
800 Red Milles Rd
Wallkill NY 12589
info@smartinvestorsllc.com
(443) 447-3276

## CERTIFICATE OF SERVICE

I, Lolonyon Akouete, hereby certify that the above document is served by email and mailing a copy of the same, first-class mail, to the following:

| | |
|---|---|
| Stephen F. Gordon, Attorney of the Petitioners (Email: sgordon@gordonfirm.com) The Gordon Law Firm LLP River Place 57 River Street Wellesley, MA 02481 | Paul W. Carey, Attorney of Creditor FERRIS DEVELOPMENT GROUP, LLC (Email: pcarey@mirickoconnell.com) Mirick, O'Connell, DeMallie & Lougee, LLP 100 Front Street, Worcester, MA 01608 |
| Scott A. Schlager on behalf of, Nathanson & Goldberg, P.C., a creditor. (Email: sas@natgolaw.com) 183 State Street, 5th Floor Boston, MA 02109 | Brian W. Riley, Attorney of Creditor Jeffrey T. Blake, Attorney of Creditor Roger L. Smerage, Attorney of Creditor TOWN OF WESTBOROUGH (Email: briley@k-plaw.com) (Email: jblake@k-plaw.com) (Email: rsmerage@k-plaw.com) KP Law, P.C. 101 Arch Street, 12th Floor Boston, MA 02110 |
| Assistant U.S. Trustee Richard King Office of US. Trustee 446 Main Street 14th Floor Worcester, MA 01608 USTPRegion01.WO.ECF@USDOJ.GOV | |
| Jonathan R. Goldsmith Chapter 7 Trustee trusteedocs1@gkalawfirm.com Goldsmith, Katz & Argenio P.C. 1350 Main Street, 15th Floor. Springfield, MA 01103 | Gary M Ronan David M Abromowitz Goulston&storrs GRonan@goulstonstorrs.com DAbromowitz@goulstonstorrs.com 400 Atlantic Avenue Boston, MA 02110 |
| Dyann Blaine 20 Queensbrook Place Orinda, CA 94563 dyann.blaine@gmail.com | Peter Blaustein 950 Vista Road Hillsborough, CA 94010 pblaustein@gmail.com |
| Jan Blaustein Scholes 7501 E Thompson Peak Pkwy Scottsdale, AZ 85255 jan.scholes2@gmail.com | Walter Horst Babcock & Brown 1264 Rimer Drive Moraga, CA 94556 walter.horst@babcockbrown.com |
| Mark S. Lichtenstein AKERMAN LLP 1251 Avenue of the Americas, 37th Flr. New York, New York 10020 mark.lichtenstein@akerman.com | Samual A. Miller, Esq. AKERMAN LLP 420 South Orange Avenue Suite 1200 Orlando, FL 32801 samual.miller@akerman.com sharlene.harrison-carera@akerman.com |



_____
Lolonyon Y Akouete