UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

In re:

WESTBOROUGH SPE LLC,

    Debtor.

LOLONYON AKOUETE,

    Creditor/Appellant,

v.

JONATHAN GOLDSMITH, Chapter 7 Trustee,
Nathanson & Goldberg, P.C, Petitioning Creditor
The MobileStreet Trust, Petitioning Creditor,
Town of Westborough, Creditor,

    Appellees

Case No. 23-40709-CJP
Chapter 7

# APPELLANT'S MOTION TO SHORTEN TIME FOR APPELLEE'S BRIEF

### I. Introduction

Creditor/Appellant Lolonyon Akouete respectfully moves this Court to shorten the time for the Appellee's Brief. In support of this motion, Appellant states the following:

### II. Background

1. On June 19, 2024, Appellant filed a Motion for Interim Distribution and Request for Expedited Determination (Doc #180).
2. The Bankruptcy Court denied this motion on July 25, 2024 (Doc #204).
3. Appellant has filed a Notice of Appeal and is preparing to proceed with the appellate process.

### III. Argument

Appellant respectfully requests that the Court shorten the time for the Appellee's Brief for the following reasons:

1. **Urgency of Financial Relief:** The bankruptcy estate holds significant funds that should be distributed to creditors. Delays in the distribution process cause undue financial hardship to the creditors, including the Appellant.
2. **Efficiency in Case Administration:** Expedited proceedings will facilitate more efficient administration of the bankruptcy estate and reduce unnecessary delays.
3. **Minimal Prejudice to Appellees:** The Appellees have been actively involved in the case and are well-acquainted with the issues at hand. A shortened briefing schedule would not unduly prejudice their ability to respond.

## IV. Conclusion

For the reasons stated above, Appellant respectfully requests that the Court issue an order shortening the time for the Appellee's Brief to 7 days from the date of this order.

DATED: July 26, 2024, Respectfully submitted:

By creditor/Appellant,

Lolonyon Akouete
800 Red Milles Rd
Wallkill NY 12589
info@smartinvestorsllc.com
(443) 447-3276

CERTIFICATE OF SERVICE

I, Lolonyon Akouete, hereby certify that the above document is served by email and mailing a copy of the same, first-class mail, to the following:

Stephen F. Gordon, Attorney of the Petitioners
(Email: sgordon@gordonfirm.com)
The Gordon Law Firm LLP
River Place 57 River Street Wellesley, MA 02481

Scott A. Schlager on behalf of,
Nathanson & Goldberg, P.C., a creditor.
(Email: sas@natgolaw.com)
183 State Street, 5th Floor Boston, MA 02109

Assistant U.S. Trustee
Richard King
Office of US. Trustee
446 Main Street 14th Floor
Worcester, MA 01608
USTPRegion01.WO.ECF@USDOJ.GOV

Jonathan R. Goldsmith
Chapter 7 Trustee
trusteedocs1@gkalawfirm.com
Goldsmith, Katz & Argenio P.C.
1350 Main Street, 15th Floor.
Springfield, MA 01103

Dyann Blaine
20 Queensbrook Place
Orinda, CA 94563
dyann.blaine@gmail.com

Jan Blaustein Scholes
7501 E Thompson Peak Pkwy
Scottsdale, AZ 85255
jan.scholes2@gmail.com

Mark S. Lichtenstein
AKERMAN LLP
1251 Avenue of the Americas, 37th Flr.
New York, New York 10020
mark.lichtenstein@akerman.com

Paul W. Carey, Attorney of Creditor
FERRIS DEVELOPMENT GROUP, LLC
(Email: pcarey@mirickoconnell.com)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street, Worcester, MA 01608

Brian W. Riley, Attorney of Creditor
Jeffrey T. Blake, Attorney of Creditor
Roger L. Smerage, Attorney of Creditor
TOWN OF WESTBOROUGH
(Email: briley@k-plaw.com)
(Email: jblake@k-plaw.com)
(Email: rsmerage@k-plaw.com)
KP Law, P.C.  101 Arch Street,
12th Floor Boston, MA 02110

Gary M Ronan
David M Abromowitz
Goulston&storrs
GRonan@goulstonstorrs.com
DAbromowitz@goulstonstorrs.com
400 Atlantic Avenue
Boston, MA 02110

Peter Blaustein
950 Vista Road
Hillsborough, CA 94010
pblaustein@gmail.com

Walter Horst
Babcock & Brown
1264 Rimer Drive
Moraga, CA 94556
walter.horst@babcockbrown.com

Samual A. Miller, Esq.
AKERMAN LLP
420 South Orange Avenue
Suite 1200
Orlando, FL 32801
samual.miller@akerman.com
sharlene.harrison-carera@akerman.com

_____
Lolonyon Y Akouete