UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 23-40709-CJP

Chapter 7

In re:

WESTBOROUGH SPE LLC

TOWN OF WESTBOROUGH'S OPPOSITION TO LOLONYON AKOUETE'S MOTION TO ALLOW CLAIM

The Town of Westborough ("Town"), listed in the Debtor's Matrix List of Creditors (Doc. No. 7) in the above-captioned action, hereby opposes the Motion to Allow Claim (Doc. No. 214) filed by Lolonyon Akouete.

Mr. Akouete's motion ignores a key procedural hurdle to the allowance of any claim in this proceeding. The Town has moved to dismiss this bankruptcy in its entirety pursuant to 11 U.S.C. § 707(a). See Doc. No. 69. Among the reasons for the Town's motion are that Mr. Akouete (among others) have engaged in egregious actions to falsely revive Westborough SPE LLC (the purported debtor) in an effort to extract money from that entity where there is no right to do so and took action to bring about this bankruptcy as a way of frustrating the Town's efforts to complete the judicial process for clearing the tax title on the property located at 231 Turnpike Road, Westborough, Massachusetts (the "Property"). Until such time as the issues raised by the Town's motion are resolved, allowance of any claim in this proceeding—whether by Mr. Akouete or anyone else—is improper. To the benefit of all, however, the Town and the Chapter 7 Trustee have reached agreement on a resolution of the Town's motion to dismiss (among other issues) and the proposed settlement that has been reached will be before the Court on August 20, 2024, for approval. Assuming that settlement is approved and the Town's motion to dismiss withdrawn as

a result, all claims remaining in this bankruptcy thereafter (including Mr. Akouete's) can be addressed by the Trustee and adjudicated by the Court.

Until such time, however, allowance of Mr. Akouete's claim is premature. Indeed, the Court has already concluded as much in the context of Mr. Akouete's two motions for interim distribution. See Doc. Nos. 114 & 204. Mr. Akouete has not established any reason for the Court to now take a different approach.

For the foregoing reasons, the Court should deny Mr. Akouete's motions.

                                              Respectfully submitted,

                                              TOWN OF WESTBOROUGH,

                                              By its attorneys,

/s/ Brian W. Riley
_____
Brian W. Riley (BBO# 555385)
Jeffrey T. Blake (BBO# 655773)
Roger L. Smerage (BBO# 675388)
KP Law, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
briley@k-plaw.com
jblake@k-plaw.com
rsmerage@k-plaw.com

Dated: August 8, 2024

934089/WBOR/0049

2

<u>CERTIFICATE OF SERVICE</u>

I, Roger L. Smerage, hereby certify that on the below date, I caused a copy of the foregoing Opposition to be served through the Court's CM/ECF system to the following counsel of record or by U.S. mail to the following unregistered parties:

| | | |
|---|---|---|
| Stephen F. Gordon<br>The Gordon Law Firm LLP<br>River Place<br>57 River Street<br>Wellesley, MA 02481<br>sgordon@gordonfirm.com<br>*Attorney for Petitioning Creditors* | Jonathan R. Goldsmith<br>Goldsmith, Katz & Argenio P.C.<br>1350 Main Street, 15th Floor<br>Springfield, MA 01103<br>trusteedocs1@gkalawfirm.com<br>*Attorney for Chapter 7 Trustee* | Richard King<br>Office of US. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>*Attorney for the U.S. Trustee* |
| Westborough SPE, LLC<br>c/o Lolonyon Akouete<br>1241 Deer Park Ave., Suite 1, #1051<br>North Babylon, NY 11703<br>*Debtor* (by U.S. mail) | Lenard Benson Zide<br>Butters Brazilian LLP<br>420 Boylston Street, 4th Floor<br>Boston, MA 02116<br>zide@buttersbrazilian.com<br>*Attorney for Creditor The MobileStreet Trust* (by email) | Paul W. Carey<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA  01608-1477<br>pcarey@mirickoconnell.com<br>*Attorney for Creditor Ferris Development Group, LLC* |
| Darin Clagg<br>24 Kobbs Korner Rd.<br>Pine Bush, NY 12566<br>*Creditor* (by U.S. Mail) | Jonathan La Liberte<br>Sherin and Lodgen LLP<br>101 Federal Street, 30th Floor<br>Boston, MA 02110<br>jclaliberte@sherin.com<br>*Attorney for Creditor Sherin and Lodgen LLP* (by email) | Lolonyon Akouete<br>800 Red Milles Rd.<br>Wallkill, NY 12589<br>info@smartinvestorsllc.com<br>*Creditor* (by email) |
| Denise Edwards<br>137 North 25th Street<br>Wyandanch, NY 11798<br>deniseedwards818@yahoo.com<br>*Creditor* (by email) | | |

Dated: Augut 8, 2024

_____
Roger L. Smerage