**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

In Re:   Westborough SPE LLC                     Chapter: 7
         Debtor                                  Case No.: 23–40709 –cjp

                                                 BAP Case No.:  24–0016

---

# TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. Bankr. P. 8010(b), I, Mary P. Sharon, Clerk of the United States Bankruptcy Court, District of Massachusetts, certify that I am transmitting the following with respect to the Record on Appeal for the above−captioned case:

☐  Copies of all the original documents listed in the Appellant's Designation of Record.

☑  Copies of all the original documents listed in the Appellee's Designation of Record.

☐  Copies of those original documents listed in the Appellant's Designation of Record which are part of the official record of this Court. The following document, which the Appellant listed but is not part of the official record of this Court, is not included in this transmission:

☐  Copies of those original documents listed in the Appellee's Designation of Record which are part of the official record of this Court. The following document, which the Appellee listed but is not part of the official record of this Court, is not included in this transmission:

☑  The transcript(s) of the hearing(s) held on

- ☐  Is attached.
- ☐  Was ordered, is not yet available, and is not included in this transmission.
- ☑  Was not requested.

☐  Other:

Date: 8/9/24

                                                 For the Court
                                                 Mary P. Sharon
                                                 Clerk, U.S. Bankruptcy Court


                                                 By the Court,

                                                 <u>Toni Elam</u>
                                                 Deputy Clerk
                                                 508−770−8913