UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: <br><br> WESTBOROUGH SPE LLC <br><br> Debtor | Chapter 7, No. 23-40709 |

## TRUSTEE'S OPPOSITION TO LOLONYON AKOUETE'S MOTION TO ALLOW CLAIM (DOCKET NO. 214)

NOW comes JONATHAN R. GOLDSMITH, Chapter 7 Trustee of Westborough SPE, LLC ("Trustee") and hereby Opposes the Motion to Allow Claim. In particular, the Trustee submits that there is currently pending a Motion of Chapter 7 Trustee for Approval of Settlement Agreement ("Settlement") (Docket No. 190) which is intended to resolve, inter alia, the Motion of the Town of Westborough seeking dismissal of the bankruptcy case. Upon approval of the Settlement, the Trustee avers that at that time he will be in a better position to address any issues regarding the validity of any claims filed in the case, including the claim of Lolonyon Akouete.

WHEREFORE, the Trustee respectfully requests that the Motion of Lolonyon Akouete for allowance of his claim be denied.

Dated: 8\9\24

JONATHAN R. GOLDSMITH, TRUSTEE IN BANKRUPTCY FOR WESTBOROUGH SPE LLC

By: */s/ Jonathan R. Goldsmith, Esq.*
JONATHAN R. GOLDSMITH, ESQ.
(BBO No. 548285)
GOLDSMITH, KATZ & ARGENIO, P.C.
1350 Main Street, 15th Floor
Springfield, MA 01103
Tel: (413) 747-0700

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 7, No. 23-40709 |
| WESTBOROUGH SPE LLC | |
| Debtor | |

## CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of GOLDSMITH, KATZ & ARGENIO, P.C., 1350 Main Street, 15th Floor, Springfield, MA 01103, do hereby certify that I served a copy of the within Objection upon those parties listed on the attached Exhibit "A" by electronic mail or by mailing, first class mail, postage prepaid, on this 9th day of August, 2024:

/s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.

The MobileStreet Trust
225 Turnpike Road
Westborough, MA 01581-2807

Westborough SPE LLC
231 Turnpike Road
Westborough, MA 01581-2807

Darin Clagg
24 Kobbs Korner Rd
Pine Bush, NY 12566-5302

Allen Hight
The MobileStreet Trust
12 Cole Road
Wayland, MA 01778-3145

Richard King, Esq.
Office of US. Trustee
446 Main Street, 14th Fl.
Worcester, MA 01608-2361

Matthew A. Morris, Esq.
Sherin and Lodgen, LLP
101 Federal Street, 30th Floor
Boston, MA 02110-2109

David M. Ferris
Ferris Development Group, LLC
118 Turnpike Rd., Ste. 300
Southborough, MA 01772-2133

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Lolonyon Akouete
800 Red Milles Rd
Wallkill NY 12589,

Jose Centeio, Esq.
Nathanson & Goldberg, P.C.
183 State Street, 5th Floor
Boston, MA 02109-2666

Ferris Development Group, LLC
c/o Paul W. Carey, Esq.
Mirick O'Connell
100 Front Street
Worcester, MA 01608-1425

The MobileStreet Trust
12 Cole Road
Wayland, MA 01778-3145

Walter Horst
Babcock & Brown
1264 Rimer Drive
Moraga, CA 94556-1727

Town of Westborough
34 West Main Street
Westborough, MA 01581-1998

Denise Edwards
137 North 25th Street
Wyandanch, NY 11798-2002

Nathanson & Goldberg, P.C.
c/o Stephen F. Gordon, Esq.
The Gordon Law Firm LLP
57 River Street
Wellesley, MA 02481

Town of Westborough
c/o Roger L. Smerage, Esq.
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109

Town of Westborough
c/o Brian W. Riley, Esq.
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109

Town of Westborough
c/o Jeffrey T. Blake, Esq.
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109

Lolonyon Akouete
P.O. Box 121
Wallkill, NY 12889

Craig R. Jalbert, CIRA
Verdolino & Lowey, P.C.
124 Washington Street
Foxboro, MA 02035

Gary M. Ronan
David M. Abromowitz
Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110