

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: Westborough SPE LLC, Debtor | Chapter 7<br>23-40709-CJP |
|---|---|

## ORDER

**MATTER:**

#165 Motion filed by Creditor Lolonyon Akouete for Reconsideration (Re: 163 Proceeding Memorandum and Order dated 5/20/2024 Re: 135 Motion filed by Creditor Lolonyon Akouete For Court Intervention.

DENIED. THE DOCKET REFLECTS THAT THE MOVANT RECEIVED NOTICE OF THE HEARING. SEE ECF NO. 144. IN DENYING THE UNDERLYING MOTION [ECF NO. 135], THE COURT CONSIDERED THE MERITS IN DETERMINING THAT THE MOTION WAS PREMATURE. THE MOTION FOR RECONSIDERATION DOES NOT ASSERT THAT THE COURT MADE A MANIFEST ERROR OF LAW OR MISTAKE IN FACT. SEE IN RE WEDGESTONE FIN., 142 B.R. 7, 8 (BANKR. D. MASS. 1992) (CITATIONS OMITTED). THE MOTION FOR RECONSIDERATION ALSO DOES NOT STATE THAT A HEARING WAS NECESSARY TO ADDRESS INFORMATION DEVELOPED AFTER FILING OF THE MOTION. THE BANKRUPTCY CODE AUTHORIZES AND REQUIRES THE TRUSTEE TO ADMINISTER THE BANKRUPTCY ESTATE AND TO USE BUSINESS JUDGMENT IN DOING SO. ASSUMING STANDING, THE MOVANT MAY OBJECT TO THE PROPOSED COMPROMISE FILED BY THE TRUSTEE.

Dated: 08/09/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge