

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:  Westborough SPE LLC  Debtor | Chapter 7  23-40709-CJP |
|---|---|

## ORDER

**MATTER:**

#164 Motion filed by Creditor Lolonyon Akouete for Reconsideration of Order Denying Motion for Relief from Stay (Re: 162 Proceeding Memorandum and Order Re: 122 Motion filed by Creditor Lolonyon Akouete for Relief from Stay.

THE MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FOR RELIEF FROM STAY [ECF NO. 164], AS SUPPLEMENTED BY ECF NO. 177, IS DENIED. THE MOTION FOR RELIEF FROM STAY WAS NOT DENIED BECAUSE MOVANT FAILED TO APPEAR. THE COURT REVIEWED AND CONSIDERED THE MOTION AND THE OPPOSITION. THE MOTION WAS DENIED ON THE MERITS. CAUSE WAS NOT SHOWN APPLYING THE STANDARDS IN GRELLA V. SALEM FIVE CENT SAV. BANK AND OTHER APPLICABLE LAW. SEE GRELLA V. SALEM FIVE CENT SAV. BANK, 42 F.3D 26, 33-34 (1ST CIR. 1994). THE MOTION FOR RECONSIDERATION DOES NOT STATE THAT THE MOVANT HAD ADDITIONAL MATERIAL INFORMATION THAT WOULD HAVE BEEN CONSIDERED AT ORAL ARGUMENT OR THAT THE COURT MADE A MANIFEST ERROR OF LAW OR FACT. SEE IN RE WEDGESTONE FIN., 142 B.R. 7, 8 (BANKR. D. MASS. 1992) (CITATIONS OMITTED).

Dated: 08/09/2024

By the Court,

Christopher J. Panos  
United States Bankruptcy Judge