# Certificate of Service

District/Off 0101-4   User: ab

Date printed:
08/12/2024

Case: 23-40709

**CR**   Lolonyon Akouete, 800 Red Milles Rd, Wallkill, NY 12589