

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:<br><br>Westborough SPE LLC<br><br>Debtor | Chapter 7<br>23-40709-CJP |
|---|---|

## ORDER

**MATTER:**
#214 Motion filed by Creditor Lolonyon Akouete To Allow Claim.
#239 Motion filed by Creditor Lolonyon Akouete For Summary Judgment and Response to Oppositions to Motion to Allow Claim (Re: 214 Motion filed by Creditor Lolonyon Akouete To Allow Claim, 223 Opposition filed by Creditor Town of Westborough, and 231 Opposition filed by Trustee Jonathan R. Goldsmith).

UPON CONSIDERATION OF THE "MOTION TO ALLOW CLAIM" [ECF NO. 214] (THE "CLAIM ALLOWANCE MOTION") FILED BY LOLONYON AKOUETE (THE "MOVANT"), THE OPPOSITIONS THERETO BY THE TOWN OF WESTBOROUGH [ECF NO. 223], THE CHAPTER 7 TRUSTEE [ECF NO. 231], AND THE PETITIONING CREDITORS [ECF NO. 233], THE REPLY OF THE MOVANT TO CERTAIN OF THE OBJECTIONS [ECF NO. 230], AND THE REPLY OF THE MOVANTS TO THE OBJECTIONS EMBODIED IN THE "MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO OPPOSITIONS TO MOTION TO ALLOW CLAIM" [ECF NO. 239] (THE "SUMMARY JUDGMENT MOTION") AND THE RECORD OF THIS CASE, THE CLAIM ALLOWANCE MOTION IS DENIED AS THE CHAPTER 7 TRUSTEE REMAINS IN THE PROCESS OF ADMINISTERING THE CASE AND, AS THE MOVANT RECOGNIZES IN THE MOTION, THERE IS NO APPLICABLE PENDING DEADLINE FOR THE TRUSTEE TO FILE OBJECTIONS TO CLAIMS IN THIS CASE.

THE SUMMARY JUDGMENT MOTION IS DENIED AS PREMATURE.

Dated: 08/12/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge