UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

In re:  )  Chapter 7
        )  Case No. 23-40709-CJP
WESTBOROUGH SPE LLC,  )
        )
        Debtor.  )

### MOTION TO REQUEST DECISION ON CREDITOR'S MOTION FOR ORDER DIRECTING TRUSTEE TO ABANDON CLAIMS OR PURSUE CLAIMS BELONGING TO THE BANKRUPTCY ESTATE (DKT. 166)

Now comes **Lolonyon Akouete**, Creditor of Westborough SPE LLC (the "Debtor"), and respectfully requests that this Honorable Court issue a decision on the pending Motion filed by Creditor on May 22, 2024, requesting an Order directing the Trustee to abandon claims or pursue claims belonging to the bankruptcy estate (Dkt. 166). In support of this Motion, Creditor states as follows:

1. **Background**

    1.1. On May 22, 2024, Creditor filed a Motion for Order Directing the Trustee to Abandon Claims or Pursue Claims Belonging to the Bankruptcy Estate (Dkt. 166).

    1.2. On June 5, 2024, the Trustee, Jonathan R. Goldsmith, filed an Objection to Creditor's Motion (Dkt. 173).

    1.3. On June 17, 2024, Creditor filed a Response to the Trustee's Objection (Dkt. 179).

2. **Basis for Request**

    2.1. It has been nearly three months since the Creditor's Motion was fully briefed and submitted to the Court.

    2.2. The lack of a timely decision on this Motion is causing significant delays and uncertainties in the administration of the bankruptcy estate, particularly regarding the claims that are the subject of the Motion.

    2.3. The delay in ruling on this Motion hinders the Creditor's ability to take necessary actions to protect his interests in the bankruptcy estate.

3. **Relief Requested**

    3.1. Creditor respectfully requests that this Court issue a decision on the pending Motion (Dkt. 166) as soon as possible, so that the issues raised therein can be resolved and the administration of the bankruptcy estate can proceed without further delay.

4. **Conclusion**

For the reasons set forth above, Creditor respectfully requests that this Court:

a. Issue a decision on Creditor's Motion for Order Directing the Trustee to Abandon Claims or Pursue Claims Belonging to the Bankruptcy Estate (Dkt. 166) without further delay; and

b. Grant such other and further relief as the Court deems just and proper.

DATED: August 13, 2024, Respectfully submitted:

By creditor,

Lolonyon Akouete
800 Red Milles Rd
Wallkill NY 12589
info@smartinvestorsllc.com
(443) 447-3276

CERTIFICATE OF SERVICE

I, Lolonyon Akouete, hereby certify that the above document is served by email and mailing a copy of the same, first-class mail, to the following:

| | |
|---|---|
| Stephen F. Gordon, Attorney of the Petitioners (Email: sgordon@gordonfirm.com) The Gordon Law Firm LLP River Place 57 River Street Wellesley, MA 02481 | Paul W. Carey, Attorney of Creditor FERRIS DEVELOPMENT GROUP, LLC (Email: pcarey@mirickoconnell.com) Mirick, O'Connell, DeMallie & Lougee, LLP 100 Front Street, Worcester, MA 01608 |
| Scott A. Schlager on behalf of, Nathanson & Goldberg, P.C., a creditor. (Email: sas@natgolaw.com) 183 State Street, 5th Floor Boston, MA 02109 | Brian W. Riley, Attorney of Creditor Jeffrey T. Blake, Attorney of Creditor Roger L. Smerage, Attorney of Creditor TOWN OF WESTBOROUGH (Email: briley@k-plaw.com) (Email: jblake@k-plaw.com) (Email: rsmerage@k-plaw.com) KP Law, P.C. 101 Arch Street, 12th Floor Boston, MA 02110 |
| Assistant U.S. Trustee Richard King Office of US. Trustee 446 Main Street 14th Floor Worcester, MA 01608 USTPRegion01.WO.ECF@USDOJ.GOV | |
| Jonathan R. Goldsmith Chapter 7 Trustee trusteedocs1@gkalawfirm.com Goldsmith, Katz & Argenio P.C. 1350 Main Street, 15th Floor. Springfield, MA 01103 | Gary M Ronan David M Abromowitz Goulston&storrs GRonan@goulstonstorrs.com DAbromowitz@goulstonstorrs.com 400 Atlantic Avenue Boston, MA 02110 |
| Dyann Blaine 20 Queensbrook Place Orinda, CA 94563 dyann.blaine@gmail.com | Peter Blaustein 950 Vista Road Hillsborough, CA 94010 pblaustein@gmail.com |
| Jan Blaustein Scholes 7501 E Thompson Peak Pkwy Scottsdale, AZ 85255 jan.scholes2@gmail.com | Walter Horst Babcock & Brown 1264 Rimer Drive Moraga, CA 94556 walter.horst@babcockbrown.com |
| Mark S. Lichtenstein AKERMAN LLP 1251 Avenue of the Americas, 37th Flr. New York, New York 10020 mark.lichtenstein@akerman.com | Samual A. Miller, Esq. AKERMAN LLP 420 South Orange Avenue Suite 1200 Orlando, FL 32801 samual.miller@akerman.com sharlene.harrison-carera@akerman.com |


_____
Lolonyon Y Akouete