08/14/2024 DENIED AS UNNECESSARY. SEE ORDER ENTERED AT ECF NO. 251.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

In re:                                              )
                                                    )   Chapter 7
                                                    )   Case No. 23-40709-CJP
WESTBOROUGH SPE LLC,                                )
                                                    )
              Debtor.                               )
                                                    )

### MOTION TO REQUEST DECISION ON CREDITOR'S MOTION FOR ORDER DIRECTING TRUSTEE TO ABANDON CLAIMS OR PURSUE CLAIMS BELONGING TO THE BANKRUPTCY ESTATE (DKT. 166)

Now comes **Lolonyon Akouete**, Creditor of Westborough SPE LLC (the "Debtor"), and respectfully requests that this Honorable Court issue a decision on the pending Motion filed by Creditor on May 22, 2024, requesting an Order directing the Trustee to abandon claims or pursue claims belonging to the bankruptcy estate (Dkt. 166). In support of this Motion, Creditor states as follows:

1. **Background**

   1.1. On May 22, 2024, Creditor filed a Motion for Order Directing the Trustee to Abandon Claims or Pursue Claims Belonging to the Bankruptcy Estate (Dkt. 166).

   1.2. On June 5, 2024, the Trustee, Jonathan R. Goldsmith, filed an Objection to Creditor's Motion (Dkt. 173).

   1.3. On June 17, 2024, Creditor filed a Response to the Trustee's Objection (Dkt. 179).

2. **Basis for Request**

   2.1. It has been nearly three months since the Creditor's Motion was fully briefed and submitted to the Court.

   2.2. The lack of a timely decision on this Motion is causing significant delays and uncertainties in the administration of the bankruptcy estate, particularly regarding the claims that are the subject of the Motion.

   2.3. The delay in ruling on this Motion hinders the Creditor's ability to take necessary actions to protect his interests in the bankruptcy estate.

3. **Relief Requested**

   3.1. Creditor respectfully requests that this Court issue a decision on the pending Motion (Dkt. 166) as soon as possible, so that the issues raised therein can be resolved and the administration of the bankruptcy estate can proceed without further delay.