

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:<br><br>Westborough SPE LLC<br><br>Debtor | Chapter 7<br>23-40709-CJP |
|---|---|

## ORDER

**MATTER:**
#248 Motion filed by Creditor Lolonyon Akouete for Leave to Appeal Interlocutory Order Under U.S.C. 158(a)(3) (Re: 242 Order dated 8/12/2024).

DENIED. AS THE MOTION ACKNOWLEDGES, THE TIMING OF CLAIMOBJECTIONS IS LEFT TO THE DISCRETION OF THE TRUSTEE IN ADMINISTERING THE CASE UNLESS OTHERWISE ORDERED BY THE COURT. CONTRARY TO THE ASSERTIONS OF THE MOVANT, THE COURT'S ASSESSMENT IS THAT DETERMINATION OF THE MOVANT'S CLAIM IS PREMATURE AND WOULD NOT ADVANCE THE ADMINISTRATION OF THE CASE. FURTHER, THE MOVANT HAS IDENTIFIED NO IMPAIRMENT OF LEGAL RIGHTS OR IRREPARABLE HARM THAT WOULD BE AVOIDED BY AN INTERLOCUTORY APPEAL.

Dated: 08/14/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge