

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Westborough SPE LLC<br><br>Debtor | Chapter 7<br>23-40709-CJP |

## ORDER

**MATTER:**
#250 Motion filed by Creditor Lolonyon Akouete For Discovery.

DENIED. THE COURT HAS AUTHORIZED THE ISSUANCE OF SUBPOENAS IN RELATION TO MR. AKOUETE'S OBJECTION TO THE MOTION TO APPROVE COMPROMISE. SEE ORDER ENTERED AT ECF NO. 236. MR. AKOUETE MUST REQUEST FROM THE CLERK'S OFFICE THAT SUBPOENA(S) ISSUE DIRECTED TO SPECIFIC PARTIES REGARDING THE PRODUCTION OF DOCUMENTS AND HE MUST SERVE SUCH SUBPOENA(S) IN ACCORDANCE WITH THE APPLICABLE RULES.

Dated: 08/14/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge