

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: Westborough SPE LLC, Debtor | Chapter 7<br>23-40709-CJP |
|---|---|

## ORDER

**MATTER:**
#258 Emergency Motion filed by Creditor Lolonyon Akouete with certificate of service for Interim Distribution Pending Appeal, and Motion filed by Creditor Lolonyon Akouete to Reconsider (Re: 255 Order dated 8/14/2024).

THE EMERGENCY MOTION FOR INTERIM DISTRIBUTION PENDING APPEAL AND RECONSIDERATION OF ORDER DATED 8/14/2024 IS DENIED. THE MOVANT HAS NOT RAISED A MANIFEST ERROR OF LAW OR FACT THAT WARRANTS RECONSIDERATION OF THE ORDER ENTERED AT ECF NO. 255. *SEE IN RE WEDGESTONE FIN.*, 142 B.R. 7, 8 (BANKR. D. MASS. 1992) (CITATIONS OMITTED). THE ADDITIONAL REQUEST THAT THE COURT GRANT AN INTERIM DISTRIBUTION TO THE MOVANT PENDING THE RESOLUTION OF THE APPEAL IS DENIED AND NOT WELL TAKEN WHEN NUMEROUS ORDERS HAVE ENTERED STATING THAT SUCH RELIEF IS PREMATURE AS THE TRUSTEE HAS NOT COMPLETED A CLAIMS REVIEW PROCESS.

Dated: 08/15/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge