**Fill in this information to identify the case:**

Debtor name __Westborough SPE LLC_____ _____

United States Bankruptcy Court for the: _District of Massachusetts_

Case number (If known): _____23-40709_____

☒ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................... $ _2,875,000.00_____

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................ $ _1,293,646.83_____

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................... $ _4,168,646.83_____

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................... $ _1,539,934.00_____

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................... $ _ 0_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................ + $ _1,724,085.05_____

4. **Total liabilities**...........................................................................................................
   Lines 2 + 3a + 3b

   $ _3,264,019.05_____

Official Form 206Sum          Summary of Assets and Liabilities for Non-Individuals          page 1