

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:<br>Westborough SPE LLC<br>Debtor | Chapter 7<br>23-40709-CJP |
|---|---|

## SCHEDULING ORDER

**MATTER:**
#280 Emergency Motion filed by Creditor Lolonyon Akouete to Remove Trustee For Cause.

THE *EMERGENCY MOTION TO REMOVE TRUSTEE FOR CAUSE* [ECF NO. 280] IS SCHEDULED FOR A PRELIMINARY HEARING ON **AUGUST 20, 2024 AT 2:00 P.M.** IN PERSON IN COURTROOM 3, DONOHUE FEDERAL BUILDING AND COURTHOUSE, 595 MAIN STREET, WORCESTER, MASSACHUSETTS, WITH THE OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO. PRELIMINARY OBJECTIONS MAY BE STATED AT THE HEARING.

TO THE EXTENT PARTIES IN INTEREST SEEK TO APPEAR BY VIDEO IN CONNECTION WITH THE PRELIMINARY HEARING ON THIS MATTER (AND HAVE NOT ALREADY OBTAINED ZOOM ACCESS INFORMATION IN CONNECTION WITH OTHER MATTERS SCHEDULED ON AUGUST 20, 2024), PARTIES IN INTEREST MUST EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV, BY NO LATER THAN AUGUST 20, 2024 AT 10:00 A.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

Dated: 08/19/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge