

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>**Westborough SPE LLC**<br>Debtor(s) | Chapter 7<br>23-40709-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
Hybrid Hearing on #280 Emergency Motion filed by Creditor Lolonyon Akouete to Remove Trustee For Cause.

**Decision set forth more fully as follows:**

FOR THE REASONS STATED ON THE RECORD, THE MOTION IS DENIED.

Dated: 08/21/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge