

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>**Westborough SPE LLC**<br>Debtor(s) | Chapter 7<br>23-40709-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

Hybrid Status Conference on #20 Motion of the Town of Westborough for Relief from the Automatic Stay Re: 231 Turnpike Road, Westborough, MA.

**Decision set forth more fully as follows:**

THE STATUS CONFERENCE IS CONTINUED TO 9/17/2024 AT 9:30 A.M. IN COURTROOM 3, UNITED STATES BANKRUPTCY COURT, 595 MAIN STREET, WORCESTER, MA, WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO (TO THE EXTENT THEY ARE NOT REQUIRED TO APPEAR IN PERSON IN CONNECTION WITH THE EVIDENTIARY HEARING SCHEDULED FOR THAT SAME DAY REGARDING THE TRUSTEE'S MOTION TO APPROVE SETTLEMENT AGREEMENT [BANKR. CASE NO. 23-40709, ECF NO. 190]). TO OBTAIN VIDEO ACCESS INFORMATION FOR THE CONTINUED STATUS CONFERENCE, PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN 9/16/2024 AT 4:30 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

Dated: 08/21/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge