

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| In re: Westborough SPE LLC Debtor(s) | Chapter 7 23-40709-CJP |
|---|---|

### PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
Hybrid Hearing on #190 Motion filed by Trustee Jonathan R. Goldsmith to Approve #189 Settlement Agreement.

**Decision set forth more fully as follows:**

A CONTINUED EVIDENTIARY HEARING IS SCHEDULED ON THE MOTION TO APPROVE SETTLEMENT AGREEMENT [ECF NO. 190] FOR SEPTEMBER 17, 2024, COMMENCING AT 9:30 A.M. (THE "HEARING"), IN COURTROOM 3, HAROLD DONAHUE FEDERAL BUILDING AND COURTHOUSE, 595 MAIN STREET, WORCESTER, MA 01608. THE EVIDENITARY HEARING IS IN PERSON (ALL WITNESSES AND PARTIES IN INTEREST INTENDING TO QUESTION WITNESSES MUST APPEAR IN PERSON), WITH AN OPTION FOR PARTIES IN INTEREST WHO ARE ONLY OBSERVING TO OBSERVE BY ZOOM VIDEO. TO OBTAIN VIDEO ACCESS INFORMATION, SUCH PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN 9/16/2024 AT 4:30 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

AS DISCUSSED ON THE RECORD, THE CHAPTER 7 TRUSTEE AND THE AFFIANTS WHO SUBMITTED AFFIDAVITS FOR THE TOWN OF WESTBOROUGH SHALL APPEAR IN PERSON AND BE AVAILABLE FOR EXAMINATION AT THE HEARING. TO THE EXTENT THE TOWN OF WESTBOROUGH INTENDS TO OFFER EVIDENCE OF THE VALUE OF THE PROPERTY, ON OR BEFORE SEPTEMBER 11, 2024 AT 11:59 P.M., THE TOWN SHALL IDENTIFY THE INDIVIDUAL FROM THE ASSESSOR'S OFFICE THE TOWN INTENDS TO HAVE TESTIFY FOR THAT PURPOSE. TO THE EXTENT THAT LOLONYON AKOUETE OR THE CHAPTER 7 TRUSTEE WILL SEEK TO INTRODUCE APPRAISAL TESTIMONY AT THE HEARING, ON OR BEFORE SEPTEMBER 11, 2024 AT 11:59 P.M., THEY SHALL IDENTIFY THE APPRAISER AND FILE A COPY OF THE APPRAISAL REPORT ON THE DOCKET.

Dated: 08/22/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge