UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | Case No. 23-40709-CJP |
| WESTBOROUGH SPE LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure and Rule 56 of the Federal Rules of Civil Procedure, creditor Lolonyon Akouete ("Movant") hereby moves this Court for summary judgment in the above-captioned case. In support of this motion, Movant states as follows:

## I. INTRODUCTION

Movant, Lolonyon Akouete, is a creditor of Westborough SPE LLC ("Debtor") in this Chapter 7 bankruptcy case. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. This motion arises out of the Trustee's motion to approve a settlement agreement regarding the property located at 231 Turnpike Road, Westborough, Massachusetts (the "Property") [Dkt. No. 190]. A continued evidentiary hearing on the motion is scheduled for September 17, 2024. The Movant contends that there are no genuine issues of material fact in dispute and that judgment as a matter of law is appropriate.

## II. STANDARD FOR SUMMARY JUDGMENT

Summary judgment is appropriate when there are no genuine disputes as to any material facts and the moving party is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(a); Fed. R. Bankr. P. 7056. The court must view the evidence in the light most favorable to the non-moving party and draw all reasonable inferences in that party's favor. However, a party opposing summary judgment must set forth specific facts showing that there is a genuine issue for trial.

## III. STATEMENT OF UNDISPUTED FACTS

### A. Appraisal and Assessed Values

1. **Appraisal History:** The Property was appraised in 2018 at a value of $4,790,000 (the "2018 Appraisal"). This appraisal was conducted by T.H. Reenstierna LLC, a certified real estate appraiser, and relied upon established methods including the Sales Comparison Approach and the Income Capitalization Approach. ***See Exhibit 1.***
2. **Assessed Values:** The current assessed value of the Property by the Town of Westborough for the 2024 tax year is $1,813,300. However, the assessed values from previous years show a sharp decline, as outlined below: ***See Exhibit 2.***

| Year | Property Tax | Land | Improvements | Assessed Value |
|------|-------------|------|--------------|----------------|
| 2024 | $36,886 | $712,000 | $585,500 | $1,813,300 |
| 2023 | $38,546 | $703,000 | $1,060,200 | $2,082,000 |
| 2022 | $36,886 | $703,700 | $1,291,200 | $1,994,900 |
| 2021 | $48,614 | $1,330,900 | $1,291,200 | $2,622,100 |
| 2020 | $95,980 | $4,149,500 | $1,089,600 | $5,239,100 |
| 2019 | $96,033 | $4,149,500 | $1,089,600 | $5,239,100 |
| 2018 | $171,028 | $3,953,500 | $5,311,300 | $9,264,800 |
| 2017 | $164,913 | $3,953,500 | $5,311,300 | $9,264,800 |
| 2016 | $164,635 | $3,953,500 | $5,311,300 | $9,264,800 |
| 2015 | $162,663 | $3,757,500 | $4,992,500 | $8,750,000 |
| 2014 | $168,788 | $3,757,500 | $4,992,500 | $8,750,000 |

## B. Town's Failure to Obtain a Proper Appraisal

When the Town of Westborough requested a proposal under the RFP process, they failed to obtain an appraisal of the Property. Instead, they relied on the faulty assessed value, which is not in line with the requirements under Massachusetts law. According to Massachusetts General Laws Chapter 30B, § 16(b), municipalities are required to determine the value of a property through procedures customarily accepted by the appraising profession. The reliance on an outdated and inaccurate assessed value in this case violates this statutory requirement.

A similar issue was addressed by the Office of the Inspector General in a letter dated November 14, 2019, regarding the Town of Montague. In that case, the Inspector General found that the Town's use of an inaccurate property valuation, not based on a professional appraisal, violated Chapter 30B. The same legal principles apply here, further supporting the Movant's argument that the Town's actions were not in compliance with the law. ***See Exhibit 3.***

## C. Comparable Sales Analysis

The Movant has conducted an analysis of comparable sales in nearby areas, which highlights the discrepancy between the assessed value and the potential market value. This analysis includes the following comparable sales of movie theater properties: ***See Exhibit 4.***

| # | Property | Sold Date | Sale Price | Land (sq ft) | $/sfland | GBA (sq ft) | $/SFGBA |
|---|----------|-----------|-----------|--------------|----------|-------------|---------|
| 1 | 135 Brooks St, Worcester, MA | 7/1/2021 | $8,750,000.00 | 751410 | $11.64 | 115941 | $75.47 |
| 2 | 565 Squire Rd, Revere, MA | 5/18/2021 | $49,800,000.00 | 603306 | $82.56 | 140572 | $354.29 |
| 3 | 16 Pine St, Waltham, MA | 3/8/2023 | $4,500,000.00 | 19377 | $232.18 | 18996 | $236.87 |
| 4 | 100 Commerce Way, Seekonk, MA | 7/17/2024 | $9,500,000.00 | 715691 | $13.27 | 53299 | $178.22 |
| 5 | 1655 Boston Rd, Springfield, MA | 4/19/2023 | $4,500,000.00 | 985327 | $4.57 | 204931 | $21.96 |
| 6 | 371 Lowell Ave, Haverhill, MA | 11/8/2021 | $4,536,000.00 | 69696 | $65.08 | 20353 | $222.83 |
| 7 | 37 Doty St, West Wareham, MA | 12/7/2021 | $5,200,000.00 | 827640 | $6.28 | 26284 | $197.79 |
| 8 | 850 Providence Hwy, Dedham, MA | 5/28/2021 | $4,533,055.00 | 93654 | $48.41 | 26284 | $172.48 |
| 9 | 85 Voluntown Rd, Pawcatuck, CT | 1/18/2023 | $6,000,000.00 | 595465 | $10.08 | 37730 | $158.97 |
| Average | | | $10,379,395.00 | 582285 | $52.34 | 82830 | $157.54 |
| Median | | | $6,000,000.00 | 595465 | $13.27 | 37730 | $172.48 |

## D. Discrepancies Between Assessed Values and Market Sales

A detailed comparison of assessed values and actual market sales reveals significant discrepancies, further suggesting that the Property's assessed value is substantially below its true market value. The following table highlights these discrepancies:

| # | Location | Assessed Value | Sale Date | Sale Price | Difference | Land (sq ft) | $/sfland | GBA (sq ft) | $/SFGBA |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 346 Turnpike Rd, Westborough, MA | $59,502,000.00 | 5/18/2018 | $65,500,000.00 | $6,550,000.00 | 857696 | $76.38 | 297452 | $220.17 |
| 2 | 297 Turnpike Rd, Westborough, MA | $40,759,500.00 | 6/6/2019 | $130,000,000.00 | $89,240,500.00 | 172062 | $755.68 | 205712 | $632.08 |
| 3 | 295 Turnpike Rd, Westborough, MA | $38,241,200.00 | 6/6/2019 | $130,000,000.00 | $91,758,800.00 | 241758 | $537.60 | 201818 | $644.02 |
| 4 | 293 Turnpike Rd, Westborough, MA | $36,218,400.00 | 6/6/2019 | $130,000,000.00 | $93,781,600.00 | 250905 | $518.09 | 205712 | $631.94 |
| 5 | 330 Turnpike Rd, Westborough, MA | $13,796,400.00 | 10/4/2001 | $10,850,000.00 | -$2,946,400.00 | 1117314 | $9.71 | 131742 | $82.34 |
| 6 | 350 Turnpike Rd, Westborough, MA | $6,196,200.00 | 2/9/2006 | $12,200,000.00 | $6,003,800.00 | 779724 | $15.64 | 30431 | $400.87 |
| 7 | 276 Turnpike Rd, Westborough, MA | $6,140,400.00 | 6/5/1996 | $4,500,000.00 | -$1,640,400.00 | 316681 | $14.21 | 59705 | $75.39 |
| 8 | 139 Turnpike Rd, Westborough, MA | $5,675,100.00 | 4/16/2021 | $7,992,627.00 | $2,317,527.00 | 86684 | $92.21 | 10106 | $790.74 |
| 9 | 272 Turnpike Rd, Westborough, MA | $5,614,800.00 | 4/25/1997 | $1,400,000.00 | -$4,214,800.00 | 392040 | $3.57 | 71000 | $19.72 |
| 10 | 110 Turnpike Rd, Westborough, MA | $5,004,700.00 | 12/27/2022 | $19,914,382.00 | $14,909,682.00 | 209524 | $95.04 | 72148 | $275.98 |
| 11 | 114 Turnpike Rd, Westborough, MA | $4,972,300.00 | 12/27/2022 | $19,914,382.00 | $14,942,082.00 | 217364 | $91.61 | 71698 | $277.78 |
| 12 | 112 Turnpike Rd, Westborough, MA | $4,963,000.00 | 12/27/2022 | $19,914,382.00 | $14,951,382.00 | 222156 | $89.64 | 71546 | $278.47 |
| 13 | 254 Turnpike Rd, Westborough, MA | $4,327,000.00 | 1/19/2021 | $3,800,000.00 | -$527,000.00 | 261360 | $14.54 | 34560 | $109.92 |
| 14 | 150 Turnpike Rd, Westborough, MA | $4,261,600.00 | 2/13/2018 | $8,750,000.00 | $4,488,400.00 | 556697 | $15.71 | 27786 | $314.91 |
| 15 | 310 Turnpike Rd, Westborough, MA | $4,116,200.00 | 9/25/2003 | $9,500,000.00 | $5,383,800.00 | 188462 | $50.41 | 24860 | $382.06 |
| 16 | 97 Turnpike Rd, Westborough, MA | $3,116,800.00 | 3/26/2021 | $4,800,000.00 | $1,683,200.00 | 152460 | $31.48 | 28921 | $165.99 |
| 17 | 273 Turnpike Rd, Westborough, MA | $2,908,400.00 | 3/16/2021 | $3,300,000.00 | $391,600.00 | 114127 | $28.92 | 10150 | $325.86 |

The discrepancies shown above provide further evidence that the Town's reliance on the assessed value rather than obtaining an independent appraisal has led to the undervaluation of the Property, impacting the rights and interests of creditors, including the Movant.

### E. Unfairness of Selling the Property to LAX Media

The Town of Westborough and the Trustee's decision to sell the property at 231 Turnpike Road to LAX Media MA, LLC is grossly unfair and detrimental to the interests of creditors, including the Movant. LAX Media, the lowest bidder in the Town's RFP proposal, stands to gain a significant windfall from this transaction, while the creditors and the bankruptcy estate are left with an undervalued sale.

LAX Media, which is a holding company for Sand Media Corp Inc./Sand Media NM Inc., DBA Apple Cinemas, is well aware of the true market value of movie theater properties. The locations they currently operate from have been sold for significantly higher amounts than what they are offering for the Debtor's property. For example, the property located at 183 County Rd, Westbrook, ME, sold for $9,288,000 on February 24, 2011, while it was assessed at $6,953,800. Similarly, the property at 38 Cinemagic Way, Hooksett, NH, was sold for $14,018,000 on March 3, 2011, with an assessed value of $8,817,900. Another example includes the sale of the property at 11 Executive Park Drive, Merrimack, NH, which was sold for $8,324,000 on March 3, 2011, against an assessment of $3,296,700. Additionally, the property at 779 Portland Rd, Saco, ME, was sold for $5,170,000 on March 4, 2011, with an assessed value of $5,719,600.

These transactions clearly demonstrate that LAX Media is accustomed to paying fair market value for theater properties, yet they are offering an unreasonably low amount for the Debtor's property. This discrepancy suggests that they are leveraging the bankruptcy process to acquire the property at a significant discount, which is unjust to the creditors and the bankruptcy estate.

## IV. ARGUMENT

The Movant asserts that the Trustee's reliance on the assessed value and the failure to obtain an updated appraisal as required by law is a clear violation of the procedures customarily accepted by the appraising profession, as mandated by Massachusetts law. This failure has resulted in an undervaluation of the Property, which significantly harms the Movant and other creditors.

The evidence provided, including the sharp decline in assessed value, the Town's failure to comply with legal requirements, the comparable sales analysis, and the significant discrepancies between assessed values and actual market sales, all demonstrate that the Trustee's proposed settlement is not in the best interest of creditors and should be denied.

## V. CONCLUSION

For the reasons stated herein, Movant respectfully requests that the Court grant this Motion for Summary Judgment and deny the Trustee's motion to approve the settlement agreement concerning the Property at 231 Turnpike Road, Westborough, MA.

DATED: August 26, 2024, Respectfully submitted:

By creditor,

Lolonyon Akouete
800 Red Milles Rd
Wallkill NY 12589
info@smartinvestorsllc.com
(443) 447-3276

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) | Case No. 23-40709-CJP |
| WESTBOROUGH SPE LLC, | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

LIST OF EXHIBITS

The Movant, Lolonyon Akouete, hereby provides a list of exhibits in compliance with Local Bankruptcy Rule 5.

| Exhibit | Description | No. of Pages |
|---------|-------------|--------------|
| 1 | 2018 Appraisal of 231 Turnpike Rd Westborough, MA | 38 |
| 2 | 231 Turnpike Rd Westborough, MA Unofficial Property Record Card | 2 |
| 3 | Town of Montague Property Sale - Valuation and Bidding Concerns | 2 |
| 4 | Comparable Sales Unofficial Property Record Card | 25 |

Exhibit 1

**Appraisal Report**

**As Of**

**August 3, 2018**

**Of the**
**Movie Theater Building**

**Located at:**
**231 Turnpike Road**
**Westborough, MA 01581**

**Mark S. Reenstierna**
**Appraiser**

**T. H. Reenstierna LLC**
**22 Mill Street, Suite 102**
**Arlington, Massachusetts 02476**

**Client:**
**Mr. Jonathan Steinberg, MAA**
**Chief Assessor**
**Town of Westborough**
**34 West Turnpike Road**
**Westborough, MA 01581**

# T.H. REENSTIERNA LLC

*Real Estate Appraisers and Consultants*
22 Mill Street, Suite 102
Arlington, Massachusetts 02476
ph: 781-643-5737 • 888-330-7336 • fax: 781-648-6423
www.threenstierna.com

September 4, 2018

Jonathan Steinberg, MAA
Chief Assessor
Town of Westborough
34 West Turnpike Road
Westborough, MA 01581

Dear Mr. Steinberg:

In accordance with your request, we have made an inspection and have prepared an Appraisal of the subject property, and herein submit our **Appraisal Report**.  The subject property is known and numbered as 231 Turnpike Road, a parcel of land containing 29.34 acres (1,277,876 square feet) improved with a single-story Movie Theater.  The subject is located in Westborough, Worcester County, Commonwealth of Massachusetts.  The purpose of our inspection was to estimate the Market Value of the fee simple estate in the property "as is" as of August 3, 2018.

To prepare this appraisal, Mark S. Reenstierna inspected the interior and exterior of the property on August 3, 2018, reviewed local and regional market conditions and made inquiries regarding the most recent comparable sales and rental rates in the market.  He considered all generally accepted approaches to valuation and, as discussed in the report, has relied on the Income Capitalization and Comparable Sales Method in developing this opinion of value.  As noted in the Final Reconciliation section of this report, given current market conditions and specifics relating to the subject property, considered an appropriate exposure to the market of 6 to 12 months.

It is, therefore, our opinion that the "as is" market value of the fee simple interest of the property under review, in accordance with the assumptions and limiting conditions prescribed in the report, and considered for its most productive use as of August 3, 2018, is fairly represented by the amount of:

**Four Million Seven Hundred Ninety Thousand U.S. Dollars**
**$4,790,000**

Please do not hesitate to call on us if we may be of any further service to you.

Sincerely,

Mark S. Reenstierna
Massachusetts Certified General
Real Estate Appraiser #3803

# *TABLE OF CONTENTS*

| | |
|---|---|
| **INTRODUCTION** | **2** |
| **Site Photograph** | **2** |
| **Summary of Important Facts and Conclusions** | **3** |
| **Location** | **4** |
| **Ownership** | **4** |
| **Purpose and Function of Appraisal** | **4** |
| **Scope of Assignment** | **6** |
| **General Assumptions and Limiting Conditions** | **8** |
| **FACTUAL DESCRIPTIONS** | **11** |
| **Location Overview** | **11** |
| **Neighborhood Description** | **14** |
| **Site and Improvement** | **15** |
| **Zoning and Other Use Restrictions** | **24** |
| **Highest and Best Use** | **25** |
| **Sales Comparison Approach** | **28** |
| **Income Capitalization Approach "As Is"** | **31** |
| **Reconciliation and Final Value Estimate "As Is"** | **34** |
| **CERTIFICATE OF VALUE** | **35** |
| **ADDENDA** | **56** |

*September 4, 2018*                                                                                                *Page No. 2*

*Jonathan Steinberg*                                                                                        *231 Turnpike Road*
*Town of Westborough*                                                                        *Westborough, Massachusetts*

## *INTRODUCTION* _____

### Subject Photograph



*September 4, 2018*                                                                              *Page No. 3*

*Jonathan Steinberg*                                                                    *231 Turnpike Road*
*Town of Westborough*                                                    *Westborough, Massachusetts*

## Summary of Important Facts and Conclusions

**Address:**                           231 Turnpike Road, Westborough, MA 01581

**Ownership:**                         WESTBOROUGH SPE LLC

**Property Rights Appraised:**         Fee simple

**Value Appraised:**                   Market Value

**Date of Value:**                     August 3, 2018

**Assumptions:**                       Typical

**Important Locational Economic Factors:** Westborough/MA

**Land Area:**                         1,277,876 total square feet

**Gross Building Area:**               47,872 square feet

**Zoning:**                            BA-Highway Business Districts


**Improvements:**                      One-story, steel frame, concrete block retail
                                       building/Movie Theater

**Current Use:**                       Movie Theater

**Current Occupancy:**                 **Vacant**

**Highest and Best Use as if Vacant:** Commercial development


**Value Indications:**                 **As Is**

    Sales Comparison Approach:        $4,790,000

    Income Capitalization Approach:   $4,795,000

    Cost Approach:                    NAP

**Final Value Estimate:**              **$4,790,000**

Marketing Time:                        6 to 12 months

*September 4, 2018*                                                                                      *Page No. 4*

*Jonathan Steinberg*                                                                                *231 Turnpike Road*
*Town of Westborough*                                                               *Westborough, Massachusetts*

## Location

The subject property is comprised of a single parcel of land, improved with a currently vacant movie theater.  The subject is known as 231 Turnpike Road, Westborough, Massachusetts. The subject property is further identified as Parcel 32-48 by the Town of Westborough Assessors.

## Ownership

As of the date of value, ownership of the subject is vested in WESTBOROUGH SPE LLC, by a deed recorded at the Worcester County Registry of Deeds at Book 19369 Page 75.

## Purpose and Function of Appraisal

The purpose of this appraisal is to estimate the Market Value of the fee simple estate in the subject property as of August 3, 2018.  The function of this appraisal is to assist in the valuation of an asset for internal planning/asset disposition.

This report is issued to you in compliance with the minimum standards prescribed in the Uniform Standards of Professional Appraisal Practice (USPAP) adopted by the Appraisal Standards Board of The Appraisal Foundation, as well as any additional policies expressed to us in your engagement letter.  This is an Appraisal Report that is intended to comply with the reporting requirements set forth under the Scope of Work Standards for an Appraisal Report.

Courts and appraisal organizations make use of different definitions of "Market Value" or "Fair Market Value."  All refer to a hypothetical sale in which the seller offers property in a competitive market and accepts the highest price offer made.  That price, as estimated by the appraisers, is the most probable selling price and the Market Value.  An exchange of property for cash to the seller is typically presumed, unless other terms are standard in the market and are available for the subject property.  If seller financing, an assumable mortgage, tax credits, or other such terms are taken into account, these are made explicit in this report.

*September 4, 2018*                                                                            *Page No. 5*

*Jonathan Steinberg*                                                                  *231 Turnpike Road*
*Town of Westborough*                                              *Westborough, Massachusetts*

## Market Value Definition

> "*Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:*

1. buyer and seller are typically motivated;
2. both parties are well informed or well advised and acting in what they consider their own best interests;
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

Source: Title XI, Financial Institutions Reform, Recovery, and Enforcement Act of 1989 ("FIRREA"), [Pub. L, No 101-73, 103 Stat. 183 (1989)], 12 U.S.C. 3310, 3331-3351, and section 5(b) of the Bank Holding Company Act, 12 U.S.C. 1844 (b); Part 225, Subpart G: Appraisals; Paragraph 226.62 (f).

## Interest Valued – Fee Simple

The fee simple value of the subject property has been appraised.

> "A fee simple estate is absolute ownership unencumbered by any other interest or estate subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat." (*The Dictionary of Real Estate Appraisal*, Sixth Edition, The Appraisal Institute, Chicago, 2015, p. 90)

> A *Leased Fee Estate* is the lessor's, or landlord's, interest.  A landlord holds specified rights that include the right of use and occupancy conveyed by lease to others.  The rights of lessor (the leased fee owner) and lessee (leaseholder) are specified by contract terms contained within the lease. (Source: *The*

*Jonathan Steinberg*                                                      *231 Turnpike Road*
*Town of Westborough*                                      *Westborough, Massachusetts*

> *Appraisal of Real Estate*, Twelfth Edition, The Appraisal Institute, Chicago, 2001, p. 81)

## Effective Date of Valuation

The subject property was last inspected on August 3, 2018. This is the effective date of valuation.

## Date of Report

This report was written on September 4, 2018. This is the date of the report.

## Scope of Assignment

This appraisal report is prepared at the request of Jonathan Steinberg, on behalf of the Town of Westborough, the client and intended users, for valuation of an asset for estate administration/disposition purposes, the intended use of this report. This assignment calls for an appraisal report in conformity with the Uniform Standards of Professional Appraisal Practice, including an inspection of the property, a complete highest and best use analysis, and application of the three traditional approaches to valuation. The appraisers are competent to perform this assignment, with experience in the appraisal of commercial and retail properties throughout the region.

Mark S. Reenstierna inspected the property on August 3, 2018. The inspection included the interior and exterior of the building, but not the roof. Descriptions of the property, plans, and other information have been provided to the appraisers by the property owner and the client. The data in this report are derived from numerous sources including the following.

- Deed at Worcester County Registry of Deeds
- Assessments at the Town of Westborough Assessors
- Westborough zoning maps and by-laws
- Westborough Board of Health, regarding history of possible contamination
- Massachusetts Department of Environmental Protection databases, regarding possible contamination
- Personal inspection
- Site plans from Assessors
- brokers (regarding leases)
- rental and expense for comparable properties
- FEMA Flood plain maps
- published data sources (The Warren Group, REIS, MLS, Korpacz, LoopNet, Costar)

*Jonathan Steinberg*                                                   *231 Turnpike Road*
*Town of Westborough*                                       *Westborough, Massachusetts*

- Deeds for comparable properties
- Conversations with brokers or principals for sales and leases, as noted

In all cases, participants or brokers involved in sales were contacted for verification.  In some cases, verification was not possible; in others, participants in sales revealed information, which is described in the "Comment" section for each sale.

## Appraisal Development and Reporting Process

In preparing this appraisal, the appraiser:

1. Inspected the subject site and improvements;
2. Gathered information on both vacant and improved sales, rents, operating expenses, and capitalization rates;
3. Confirmed and analyzed the data and applied the Sales Comparison Approach to value and the Income Capitalization Approach to value.

To develop the opinion of value, the appraiser performed a complete appraisal process, as defined by the Uniform Standards of Professional Appraisal Practice.

This Appraisal Report is a brief recapitulation of the appraiser's data, analyses, and conclusions.  Supporting documentation is retained in the appraiser's file.

*September 4, 2018*                                                                 *Page No. 8*

*Jonathan Steinberg*                                                     *231 Turnpike Road*
*Town of Westborough*                                          *Westborough, Massachusetts*

## General Assumptions and Limiting Conditions

1. This is an Appraisal Report that is intended to comply with the minimum reporting requirements of the Uniform Standards of Professional Appraisal Practice. It includes summarized discussions of the data, reasoning, and analyses that were used in the appraisal process to develop the appraiser's opinion of value.

2. No responsibility is assumed for legal or title considerations. Title to the property is assumed to be good and marketable unless otherwise stated in this report.

3. The property is appraised free and clear of any or all liens and encumbrances unless otherwise stated in this report.

4. Responsible ownership and competent property management are assumed unless otherwise stated in this report.

5. The information furnished by others is believed to be reliable. However, no warranty is given for its accuracy.

6. All engineering is assumed to be correct. Any plot plans and illustrative material in this report are included only to assist the reader in visualizing the property.

7. It is assumed that there are no hidden or unapparent conditions of the property, subsoil, or structures that render it more or less valuable. No responsibility is assumed for such conditions or for arranging for engineering studies that may be required to discover them.

8. It is assumed that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless otherwise stated in this report.

9. It is assumed that all applicable zoning and use regulations and restrictions have been complied with, unless a nonconformity has been stated, defined, and considered in this appraisal report.

10. It is assumed that all required licenses, certificates of occupancy or other legislative or administrative authority from any local, state, or national governmental or private entity or organization have been or can be obtained or renewed for any use on which the value estimates contained in this report are based.

11. Any sketch in this report may show approximate dimensions and is included to assist the reader in visualizing the property. Maps and exhibits found in this report are provided for reader reference purposes only. No guarantee as to accuracy is expressed or implied unless otherwise stated in this report. No survey has been made for the purpose of this report.

12. It is assumed that the utilization of the land and improvements is within the boundaries or property lines of the property described and that there is no encroachment or trespass unless otherwise stated in this report.

13. The appraiser is not qualified to detect hazardous waste and/or toxic materials. Any comment by the appraiser that might suggest the possibility of the presence of such

*September 4, 2018*                                                                            *Page No. 9*

*Jonathan Steinberg*                                                             *231 Turnpike Road*
*Town of Westborough*                                                  *Westborough, Massachusetts*

substances should not be taken as confirmation of the presence of hazardous waste and/or toxic materials. Such determination would require investigation by a qualified expert in the field of environmental assessment. The presence of substances such as asbestos, urea-formaldehyde foam insulation, or other potentially hazardous materials may affect the value of the property. The appraiser's value estimate is predicated on the assumption that there is no such material on or in the property that would cause a loss in value unless otherwise stated in this report. No responsibility is assumed for any environmental conditions, or for any expertise or engineering knowledge required to discover them. The appraiser's descriptions and resulting comments are the result of the routine observations made during the appraisal process.

14. Unless otherwise stated in this report, the subject property is appraised without a specific compliance survey having been conducted to determine whether the property is or is not in conformance with the requirements of the Americans with Disabilities Act. The presence of architectural and communications barriers that are structural in nature that would restrict access by disabled individuals may adversely affect the property's value, marketability, or utility.

15. Any proposed improvements are assumed to be completed in a good workmanlike manner in accordance with submitted plans and specifications.

16. The distribution, if any, of the total valuation in this report between land and improvements applies only under the stated program of utilization. The separate allocations for land and buildings must not be used in conjunction with any other appraisal and are invalid if so used.

17. Possession of this report or a copy thereof does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed without the written consent of the appraiser and, in any event, only with proper written qualification, and only in its entirety.

18. Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraiser, or the firm with which the appraiser is connected) shall be disseminated to the public through advertising, public relations, news sales, or other media without prior written consent and approval of the appraiser.

19. If an income analysis is part of this appraisal, the projections of future cash flow and resale value are intended only to reflect the thinking of a typical investor, as modeled by the appraisers, as of the appraisal's effective date and are not meant as any form of guarantee that such cash flow will actually be achieved or as the appraiser's personal opinion regarding the likelihood of future events.

*September 4, 2018*                                                    *Page No. 10*

*Jonathan Steinberg*                                          *231 Turnpike Road*
*Town of Westborough*                            *Westborough, Massachusetts*

**<u>Extraordinary Assumptions and Hypothetical Conditions</u>**

**HYPOTHETICAL CONDITION:** that which is contrary to what exists but is supposed for the purpose of analysis. Hypothetical conditions assume conditions contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.

**EXTRAORDINARY ASSUMPTION:** an assumption, directly related to a specific assignment, which, if found to be false, could alter the appraiser's opinions or conclusions. Extraordinary assumptions presume as fact otherwise uncertain information about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.

This appraisal is not subject to any hypothetical conditions or extraordinary assumptions.

It is important to note that the Appraiser's inspection of the subject property is done only as part of the appraisal assignment's scope of work, which is one of the recognized and required steps in the appraisal process, as required by the lender/client. The Appraiser is NOT a qualified property inspector and makes no representation or warranty about the current or future condition, quality or adequacy of the structural and/or mechanical components of the subject property. The borrower(s)/owner(s) should not rely upon any representation or description contained in the appraisal report concerning these aspects of the subject property. It is recommended that the borrower(s)/owner(s) obtain an inspection report from a qualified expert such as a property inspector.

*September 4, 2018*                                                                 *Page No. 11*

*Jonathan Steinberg*                                                           *231 Turnpike Road*
*Town of Westborough*                                              *Westborough, Massachusetts*

# *FACTUAL DESCRIPTIONS*

## Location Overview
### Westborough, Massachusetts

Westborough is a town in Worcester County, Massachusetts, United States.  The population was 18,272 at the 2010 Census, in nearly 6,900 households.  Incorporated in 1717, the town is governed under the New England open town meeting system, headed by a five-member elected Board of Selectmen whose duties include licensing, appointing various administrative positions, and calling a town meeting of citizens annually or whenever the need arises.

### History

The early English explorer John Oldham followed these trails through Westborough in 1633, and settlers in search of fertile farmlands followed not long after.  By late 1675, a few families had settled near Lake Chauncy, in the "west borough" of Marlborough.

On November 18, 1717, Westborough was incorporated as the hundredth town in Massachusetts, populated by twenty-seven families, including Thomas Rice who had represented Marlborough in the Great and General Court.  Soon large farms were carved out, mills built along the Assabet River and Jackstraw Brook, and taverns flourished.  Westborough's first minister, Reverend Ebenezer Parkman, shepherded the growing town of colonists through the years toward independence from Great Britain.  Forty-six minutemen from Westborough fought under Captain Edmund Brigham in the Revolutionary War.

In 1775, Northborough split off as the "north borough" of Westborough, much as Westborough split off from Marlborough some 58 years before.  However, the two towns shared a meetinghouse for some time more.

In 1810 the route from Boston to Worcester was straightened and improved into an official turnpike (the present Route 9), and along its Westborough route, the Wesson Tavern Common, Forbush Tavern and Nathan Fisher's store prospered.  The center of commerce shifted downtown in 1824 with the arrival of the steam train through Westborough's center.  The railroad brought a new era to the town industry: over the next century, local factories shipped boots and shoes, straw hats, sleighs, textiles, bicycles, and eventually abrasive products, across the nation.  Westborough dairies supplied cities with milk and local greenhouses shipped out carnations, while the eight orchards found ready markets for their produce.

*Jonathan Steinberg*                                                                   *231 Turnpike Road*
*Town of Westborough*                                                     *Westborough, Massachusetts*

In 1848 the State Reform School for Boys, the first publicly funded reform school in the United States, was opened on Lake Chauncy.  It operated as a State reform school until 1884 at which time the newly established Westborough State Hospital took over the property.  In the same year, the reform school was relocated nearby on Chauncy Street and renamed The Lyman School for Boys.

The industrial progress of the entire country is indebted to Westborough's most famous native son Eli Whitney Jr.  Born in 1765, Whitney invented the cotton gin in 1795 after graduating from Yale.  In 1798 he introduced mass production to the United States at his Whitney Arms Company in New Haven, Connecticut.  Whitney's legacy is apparent in the modern industries located within the town's borders: AstraZeneca, Dover Electric, Proteon, Genzyme, EMC Corporation, IBM, PFPC, Bose Corporation and the global headquarters of American Superconductor.

## Geography

According to the United States Census Bureau, the town has a total area of 21.6 square miles, of which 20.5 square miles of it is land, and 1.1 square miles of it is water or 5.09 percent.  Westborough is drained by the Sudbury and Assabet rivers.  The town contains numerous bodies of water, including Lake Chauncy, Mill Pond, Lake Hoccomocco, and the Westborough Reservoir.  Lake Chauncy is open to swimming, boating, and fishing, and has a public beach open to residents of Westborough and Northborough during the summer months.  The average elevation of the town is approximately 300 feet.

Adjacent towns

Westborough is located in east/central Massachusetts, located about 28 miles west of Boston and 12 miles east of Worcester.  It is bordered by six towns.

## Education

Westborough Public Schools consist of three elementary schools, two middle schools and one high school:

- Hastings Elementary School
- Armstrong Elementary School
- Annie E.  Fales Elementary School

*September 4, 2018*                                                                                     *Page No. 13*

*Jonathan Steinberg*                                                                                  *231 Turnpike Road*
*Town of Westborough*                                                            *Westborough, Massachusetts*

- Mill Pond School
- Sarah W.  Gibbons Middle School
- Westborough High School (school mascot – Rangers)

The Mill Pond School is the newest school addition to Westborough.  The Mill Pond School consists of grade 4 to 6, then Gibbons Middle School which consists of grades 7 and 8, and then Westborough High School.  There are three options depending upon residents' geographic location in the town for preschool through third grade.

**Transportation**

The Town of Westborough is located on the west side of the Massachusetts Turnpike (Interstate 90) and Interstate 495 intersection.  Route 30 (Main Street) and Route 135 (South Street/Milk Street) intersect in a rotary at the town's center, while Route 9 runs nearby serving much of the town's commerce.

In terms of public transportation, Westborough is currently served by an MBTA commuter rail station on the Framingham/Worcester Line as well as public bus service through the Worcester Regional Transit Authority.  Limited commercial airline service is available at the Worcester Regional Airport.  The nearest international airport is at Boston.

Additional demographic information can be found in the addenda.

*Jonathan Steinberg*                                                              *231 Turnpike Road*
*Town of Westborough*                                              *Westborough, Massachusetts*

**Area Map**



## Neighborhood Description

Regal Cinema is a 47,872-sf neighborhood shopping center located in Westborough, Massachusetts. The subject property is located along Route 9 in the northerly portion of Westborough. The subject property is accessible from frontage on Milk Street. Additionally, the subject is accessible from the westbound side of Route 9, through the adjacent shopping center.

Overall, the subject neighborhood is considered very well located. The neighborhood encompasses primarily commercial uses and has good access to public transportation, highways, restaurants, and shopping. The neighborhood encompasses shopping centers and employment areas. All these factors bode well for a commercial property like the subject.

*September 4, 2018*                                                                 *Page No. 15*

*Jonathan Steinberg*                                                      *231 Turnpike Road*
*Town of Westborough*                                        *Westborough, Massachusetts*

**Neighborhood Map**



### Westborough Area Retail

The subject is located in the northwestern portion of Westborough along the Route 9 retail corridor. The area is characterized by a variety of retail uses along Route 9, including box store, cinemas, automobile dealerships and restaurants. Retail rents range from $12.00 to as high as $26.00 per square foot. Vacancy rates have tracked fairly closely to regional trends, in many instances performing slightly better. The Greater Worcester retail market has maintained a vacancy rate of about 10%.

### Site and Improvement "as is"

The subject property consists of a 29.34-acre parcel of land improved with 47,872/sf of space within the building. The property was developed in 1997. The building is constructed of concrete block masonry with a flat membrane roof supported by a steel truss system. The storefront windows are aluminum frame with insulated glass. Surface parking is located throughout the site and appears adequate.

*September 4, 2018*                                                                      *Page No. 16*

*Jonathan Steinberg*                                                        *231 Turnpike Road*
*Town of Westborough*                                          *Westborough, Massachusetts*

**Utilities:**
Water & Sewer: Municipal
Electricity: Public
Gas: Public
Heating: Gas fired, forced hot air
Air Conditioning: Electric roof mounted package units

**Tenancy:** The property is currently vacant.  The improvement is configured as a multi-screen movie theater.

Overall, the subject property is appears to be of average to good quality and condition.  It appears to have been well maintained.  Its quality and condition position it well in the Westborough area retail market.

**Contamination** - No tests for contamination have been performed by/or made available to the appraisers.  The appraisers are not experts in the detection of hazardous wastes.  No information has been supplied to the appraisers regarding the presence of hazardous wastes at the property other than that described above.  The subject property did not appear in a search of the Massachusetts Department of Environmental Protection's Waste Site / Reportable Releases Look Up database.  For the purpose of this appraisal, the property is valued as though free of hazardous wastes requiring immediate remediation.

**Equipment and Personal Property** - No personal property or equipment is included with the real estate valued here.  Personal property includes dumpsters, furniture, etc.

*September 4, 2018*                                                    *Page No. 17*

*Jonathan Steinberg*                                          *231 Turnpike Road*
*Town of Westborough*                          *Westborough, Massachusetts*

### Assessors Map



*September 4, 2018*                                                                                  *Page No. 18*

*Jonathan Steinberg*                                                                      *231 Turnpike Road*
*Town of Westborough*                                                        *Westborough, Massachusetts*

**Street Photos**



View of Milk Street (looking northerly)

*September 4, 2018*                                                                                     *Page No. 19*

*Jonathan Steinberg*                                                                        *231 Turnpike Road*
*Town of Westborough*                                                         *Westborough, Massachusetts*



View of Milk Street (looking southerly)

*September 4, 2018*                                                                 *Page No. 20*

*Jonathan Steinberg*                                              *231 Turnpike Road*
*Town of Westborough*                                   *Westborough, Massachusetts*

**Exterior Photos**



View of façade, looking northerly



View of front facade

*September 4, 2018*                                                                                   *Page No. 21*

*Jonathan Steinberg*                                                            *231 Turnpike Road*
*Town of Westborough*                                             *Westborough, Massachusetts*


View of side façade, looking southwesterly


View of building's
rear and side façade, looking easterly

*Jonathan Steinberg*                                                                   *231 Turnpike Road*
*Town of Westborough*                                                       *Westborough, Massachusetts*



View of building's side façade, looking southeasterly



View of entry from Milk Street (signalized)

*September 4, 2018*                                                                          *Page No. 23*

*Jonathan Steinberg*                                                          *231 Turnpike Road*
*Town of Westborough*                                      *Westborough, Massachusetts*

**Interior Photos**



Interior view of lobby



Interior view of typical theater

*September 4, 2018*                                                    *Page No. 24*

*Jonathan Steinberg*                                                 *231 Turnpike Road*
*Town of Westborough*                                    *Westborough, Massachusetts*

### Legal Description

As of the effective date of this appraisal, ownership of the subject is vested in WESTBOROUGH SPE LLC, by a deed recorded at the Worcester County Registry of Deeds at Book 42264 Page 285.

### Assessment and Taxes

The Town of Westborough Assessors Office has assigned the subject the following values and taxes for the 2018 tax year.


Assessed values are not reliable indicators of Fair or Market Value and are used by municipalities for tax purposes only.  The local taxing authority indicated that assessed values are generally proximate to near market value.  Research indicated, however, that assessments are generally below market values.  The assessment here is below our opinion of market value.

### History and Recent Use

In accordance with the Standards of Professional Appraisal Practice of the Appraisal Institute, for a property such as the subject, the appraiser must consider and analyze any sales of the property that have occurred within the past three years.

According to our discussions with local officials, and a review of public records, the subject property has not transferred or been marketed for sale within the last three years.

No title search has been made and it is assumed that the present title is satisfactory.  The value submitted is based on the assumption that the property is free and clear of any encumbrances, easements, or other restrictions detrimental to its market value other than those so noted in this report.

### Zoning and Other Use Restrictions

Zoning is defined as follows by the Appraisal Institute.

> "The public regulation of the character and extent or real estate use through police power; accomplished by establishing districts or areas with uniform restrictions relating to improvements; structural height, area and bulk; density of population; and other aspects of use and development of private property."

*September 4, 2018*                                                                      *Page No. 25*

*Jonathan Steinberg*                                                      *231 Turnpike Road*
*Town of Westborough*                                          *Westborough, Massachusetts*

(*The Dictionary of Real Estate Appraisal*, Third Edition, Chicago, 1993, p. 399)

The zoning map and by-laws of the town of Westborough were utilized to determine the use restrictions and requirements applicable to the subject property.

The subject property is situated within the BA-Highway Business District of Westborough. The subject is considered to be a legal, conforming use under the Town of Westborough Zoning By-Laws.

Allowed uses include: Agriculture, Educational, Religious, Municipal Use, Retail Uses, Business and Professional Office.  For other uses see the town of Westborough Zoning Ordinance.

Dimensional requirements within the district include a minimum lot area of 15,000 square feet, a minimum frontage of 125 feet, a maximum height of 60 feet; a maximum lot coverage of 40%.  The district allows a minimum front yard of 25 feet, a minimum side yard of 25 feet and a minimum rear yard of 25 feet.

## Highest and Best Use

The American Institute of Real Estate Appraisers, now the Appraisal Institute, defines highest and best use as follows:

> "The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value.  The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability." (*The Appraisal of Real Estate*, Tenth Edition, Chicago, 1992, p. 45)

There are four essential steps in analyzing the highest and best use of the subject property.  The first step is a review of legal uses or permissible uses and elimination from consideration of those uses that are not allowed under the current zoning or any deed or other legal restrictions. The second step is a consideration of possible uses and elimination from consideration of those uses that are not physically possible on the site.  The third step is a review of feasible uses. Feasible uses are uses that will produce any return on investment to the owner of the site; those uses that do not produce any return are eliminated from consideration.  The fourth and final

*September 4, 2018*                                                                                          *Page No. 26*

*Jonathan Steinberg*                                                                          *231 Turnpike Road*
*Town of Westborough*                                                        *Westborough, Massachusetts*

step is a determination of the single use, from among the uses remaining under consideration, which will produce the highest return to the owner.  This use is the "highest and best" use and is the use on which the valuation analysis is based.

It is important to note the limits to which it is possible to be specific in the determination of highest and best use.  For instance, in a market in which similar parcels of land are purchased for retail use, office use, and hotel use, it may be possible only to specify that the highest and best use for a subject property is for general commercial development.

The highest and best use of the property as improved may be different from the highest and best use of the site as if vacant.  This occurs when the improvement to the site is an under-improvement or not an appropriate use but still contributes to the value of the property in excess of the value of the vacant site.

The Appraisal Institute defines the highest and best use of property as improved as follows:

> "The use that should be made of a property as it exists.  An existing property should be renovated or retained as is as long as it continues to contribute to the total market value of the property, or until the return from a new improvement would more than offset the cost of demolishing the existing building and constructing a new one." (*The Dictionary of Real Estate Appraisal*, Third Edition, Chicago, 1993, p. 171)

The subject is comprised of a single parcel of land containing 29.34 acres or about 1,277,876 square feet.  The site includes a considerable amount of wetlands.  It is improved with a single-story Movie Theater containing a gross building area of about 47,872 square feet.  The current zoning regulations and use restrictions permit this use by right.  The appraisers have considered alternative uses for the subject property and have determined that the improvements to the site create a greater value to the property than as if vacant.

*Jonathan Steinberg*                                      *231 Turnpike Road*
*Town of Westborough*                          *Westborough, Massachusetts*

## APPRAISAL PROCESS _____

The purpose of this report is to arrive at an estimate of the Market Value of the subject property. This is achieved by a systematic gathering, classification and analysis of data that is required in the development of the three basic approaches to value: the Cost Approach, the Sales Comparison Approach, and the Income Capitalization Approach.

The *Cost Approach* consists of estimating the replacement cost of all improvements, deducting accrued depreciation from all sources, and adding the value of the land. This is estimated by comparison of the subject to recent sales of similar land. This approach has its strongest reliability in applications involving real estate with new or fairly new structures or with improvements that are designed for a special purpose and which could not be readily converted to other uses.

The *Sales Comparison Approach* involves a comparison of the subject property to similar properties that have actually sold in arms-length transactions or are offered for sale. Sale and asking prices are adjusted to reflect the significant differences, if any, which exist between the sale property and the subject property and the adjusted prices are correlated into a final, indicated subject value. This approach demonstrates what buyers have been willing to pay (and sellers willing to accept) for similar properties in an open and competitive market and is particularly useful in estimating the value of land and properties that are typically owner-occupied. The value generated by analysis of sales typically embraces Fee Simple interests, as in the case of owner-users, or Fee Simple interests at or near market rent levels.

The *Income Capitalization Approach* involves an analysis of the income earning capabilities of the subject property by estimating the Market Rent and deducting the operating expenses necessary to support the estimated rent. The net income remaining after expenses is converted into an indication of Market Value through capitalization. This approach is particularly applicable to estimating the value of properties that are normally rented to provide a return on investment (acquisition cost) and that are typically purchased for investment purposes.

### Appraisal Analysis

In estimating the market value of the subject property, the appraisers have employed the Income Capitalization Approach to Value as well as the Sales Comparison Approach to value. The Sales Comparison Approach provides a reliable indication of value when there are sufficient transfers of comparable properties. This approach is considered a reliable approach to value, although it typically represents the motivations of the owner-user segment of the market. The Income Approach is another reliable method of valuation. Not only does it test

*Jonathan Steinberg*                                                              *231 Turnpike Road*
*Town of Westborough*                                              *Westborough, Massachusetts*

the validity of the conclusions of the Sales Comparison Approach, it best represents a segment of the market that would seek to acquire the subject, the investor segment. The Cost Approach was not applied due to the nature and age of the improvements to the subject property. Moreover, market participants seldom consider the Cost Approach in making buy-sell decisions.

The Sales Comparison and Income Capitalization Approaches follow.

## Sales Comparison Approach

This approach generally provides a useful analytical tool, which seeks to abstract from realty conveyances a common denominator, typically expressed as sale price per physical or economic unit that is subsequently adjusted to reflect the differing characteristics that exist between the sales and the subject property. In the Approaches to Value, the subject property serves as the standard against which the comparables are measured. In this instance, the common unit of measure is the price paid per unit. Adjustments to the comparable sales are made for such differences as date of sale, location, condition, size, quality of the improvements, and overall quality of the development, as well as economic features such as income and occupancy levels, general market demand, and other factors that affect market value.

The appraisers conducted a comprehensive search for sales of multi-tenant investment properties in the subject's market area or in competing areas. These properties are realizing pricing that is generally increasing throughout the local market area. The appraisers have selected sales that are most comparable to the subject in terms of date of transfer, location and quality of investment. Differences in selling price reflect more the unique character of a particular property than its comparison within the market as a whole.

The following sales were selected for comparison with the subject property.

| # | Street | Town | Sold Date | Sale $ | Land | $/sf land | GBA | $/SF GBA |
|---|--------|------|-----------|--------|------|-----------|-----|----------|
| 6 | Chickering | Lawrence | 4/18/2018 | $3,000,000 | 60,548 | $49.55 | 46,935 | $63.92 |
| 14 | Winthrop | Lawrence | 12/20/2016 | $2,800,000 | 178,160 | $15.72 | 35,229 | $79.48 |
| 797 | Washington | Stoughton | 10/18/2016 | $1,450,000 | 18,239 | $79.50 | 25,910 | $55.96 |
| 330 | New Park | Hartford CT | 1/31/2018 | $6,900,000 | 584,140 | $11.81 | 67,711 | $101.90 |
| 800 | Fall River | Seekonk | offering | $5,700,000 | 960,062 | $5.94 | 50,306 | $113.31 |
| | | | | | | | | |
| | AVERAGE | | | $3,970,000 | 360,230 | $32.50 | 45,218 | $82.91 |
| | MEDIAN | | | $3,000,000 | 178,160 | $15.72 | 46,935 | $79.48 |

*Jonathan Steinberg*                                                              *231 Turnpike Road*
*Town of Westborough*                                                *Westborough, Massachusetts*

The sales used here consist of recent transfers and offerings of movie theaters. The subject property has been compared with four sales and one offering. The sales range in unadjusted price per square foot of building area from $64 up to $113, with an average of $83. Adjustments have been calculated utilizing market indications of variation and the appraisers' judgment when necessary. Differences that account for the range are primarily in terms of differing date of sale, location, quality and condition, building area and parking.

**Conditions of Sale** – All of the sales listed above are arm's length transactions with both buyer and seller acting out of self-interest. No adjustments are indicated or applied for conditions of sale.

**Date of Sale (Market Conditions)** - The sales span the time period from April 2016 through January 2018 and also include a current offering. The market for multi-tenant retail properties was generally level to slightly increasing in the Westborough area during this period. The best indication is of a slightly increasing market over the period from 2015 through 2018. We have adjusted the sales upward to reflect the increasing market.

**Location** – The subject property is located in a mixed commercial neighborhood and is zoned for commercial uses. The subject has good highway access. It is considered to be in an average to good location for a retail property. The sales are all located in a variety of neighborhoods and communities and do require adjustments for location.

**Building Quality and Condition** – The subject property was constructed in 1997 and appears to be in "average to good" cosmetic condition. The sales are judged to be in a variety of conditions and have been adjusted for this factor.

**Building Size** – Smaller retail buildings tend to sell at a higher price per square foot than larger, but otherwise similar, retail buildings. Analysis of a large body of data for Greater Boston retail buildings by this office indicates that, as building size doubles, price per square foot of building declines at a rate of 10% to 15%. The effect tends to be stronger with smaller buildings than larger buildings. Adjustments are applied at a rate of 15% for each doubling or halving of a property's building area that is required to make a sale equal in this respect to the subject.

**Exposure and Access** – The subject property has good exposure on Milk Street (Route 135).

*September 4, 2018*                                                              *Page No. 30*

*Jonathan Steinberg*                                                    *231 Turnpike Road*
*Town of Westborough*                                        *Westborough, Massachusetts*

**Parking** – Retail buildings with off-street parking are considered superior by market participants to otherwise similar retail buildings without off-street parking. The subject property has good off-street parking. Of the sales, #2, #4 and #5 have similar parking situations to that of the subject. No adjustments are required for parking to make the sales similar to the subject. Sales #1 and #3 are inferior in terms of parking and have been adjusted accordingly.

**Sale Terms** –Unusual sale terms, such as sales at foreclosure auction, can affect price. None of the sales presented here are affected by unusual terms. No adjustments are applied to the sales.

**Weight** –In the adjustment process, the various adjustments are applied to the per square foot prices for the sales. The adjustments are applied in summation. After adjustments, Sale #2 located in Lawrence, Sale #4, located in Hartford and Sale/Offering #5, located in Seekonk are considered most similar to the subject property. These three properties are each multi-screen theaters, like the subject.

Therefore, based on the foregoing analysis, an overall unit value of $100 per square foot of building area is concluded for the subject. With 47,872 square feet of gross building area, the estimated value is $4,787,200, rounded to $4,790,000.

*Jonathan Steinberg*                                                                              *231 Turnpike Road*
*Regal Cinema*                                                                          *Westborough, Massachusetts*

## Income Capitalization Approach "As Is"

The Income Capitalization Approach is based on the principle of anticipation in that a prudent investor purchases a property in anticipation of the future benefits of an income stream and the eventual resale of the property or reversion. The process of converting an anticipated income stream and reversion into an indication of value is called capitalization. There are two capitalization methods that the appraiser feels would be appropriate for analyzing the subject property. They are direct capitalization and yield capitalization.

**Yield Capitalization** converts the anticipated future benefits of an income stream and reversion into an indication of value by discounting each year's income over an anticipated holding period, plus the eventual reversion, by an appropriate yield rate. This technique is especially useful when evaluating the benefits of a specific leased fee estate as it more accurately reflects the varying value of predetermined income streams.

**Direct Capitalization**, on the other hand, is a technique whereby the projected income stream of a single year, estimated on the basis of the recent history of the property and on an analysis of rents and expenses experienced by similar properties, is converted into an indication of value in one direct step, either by dividing the net operating income by an appropriate capitalization rate, or by multiplying the net operating income by an appropriate income factor.

In estimating value for the subject property through the Income Capitalization Approach, the appraisers have used the Direct Capitalization method because the subject property is stabilized at market or economic occupancy and rent levels.

### Market Rent

The first step in the Income Capitalization Approach, despite which methodology is used, is to estimate market rent for the subject property. To this end, the appraisers have analyzed rental data from competing commercial properties in the subject's general market area (Westborough and the surrounding towns). It should be noted that a regional survey produced no l4eases or offerings of similar theater properties. We have considered the local retail market place as the best indication of potential rental rates for the subject.

### Economic Rent Discussion

The units analyzed were a primarily retail units and represent anchor and other large tenants, as well as inline and pad sites.

*September 4, 2018*                                                                    *Page No. 32*

*Jonathan Steinberg*                                                          *231 Turnpike Road*
*Regal Cinema*                                                *Westborough, Massachusetts*

**Subject Rent**

We have concluded to a rental rate for the subject of $12.00 per square foot.

Tenants reimburse the landlord for various expenses.  Total expense reimbursements are estimated at $5.88 per square foot and include taxes and CAM.

The Gross Potential Income (PGI) from the subject is calculated as $855,951.

**Vacancy and Collection Loss** – Current vacancy in the Westborough retail markets is varied.  An informal survey of the shopping centers along Route 9 revealed vacancies, sometimes substantial, in every center.  Published retail reports for Westborough are scarce, but informal information gleaned from news articles and listings indicate an overall vacancy level between 10% and 20% for the marketplace.  A vacancy rate of 20% is applied to the subject property, to reflect the potential for vacancy and non-collection, as at times of tenant business failure.

| | |
|---|---:|
| Potential Gross Income: | $855,951 |
| Vacancy (15%) | -$171,190 |
| Effective Gross Income: | $684,761 |

**Operating Expenses** – The owner of the subject property has not  provided an itemized list of expenses for the subject property.  The Operating Expenses are based on national surveys and surveys of similar local properties that have sold.

Real estate taxes are applied at their actual annual amount.

Insurance costs of $47,872 or about $1.00 per square foot of net rentable building area are applied to the subject property.  This is in-line with insurance costs for this market, and is reasonable due to the age and use of the subject.

For utilities, an expense of $21,254 or about $0.45 per square foot of net rentable building area is applied.  This is a minimal amount to help account for utility expenses at times of vacancy.

Repairs and maintenance expenses of $47,872 or $1.00 per square foot of building area are applied to the subject property.  This again is based on surveys of local properties.

Management is calculated as 5% of effective gross income.

General and administrative are calculated at a rate of $0.25 per square foot of building area or $11,968.

*September 4, 2018*                                                                                          *Page No. 33*

*Jonathan Steinberg*                                                                          *231 Turnpike Road*
*Regal Cinema*                                                               *Westborough, Massachusetts*

A reserve for replacement of short lived items such as the roof, elevator, HVAC systems and pavement is included at $0.35 per square foot.

An expense for miscellaneous and legal costs is applied at a rate $10,000.

The expenses work out to about 52.76% of effective gross income or about $7.55 per square foot of net rentable area. We have researched retail buildings in eastern New England and have determined that a market expense rate of 20% to 50% of EGI is typical. The expense rate at the subject falls beyond that range. It is likely that a new owner would appeal the property assessment and secure a reduction in the tax burden associated with the property.

**Net Operating Income** - Our estimate of net operating income is as follows.

$684,761 (EGI) - $361,276 (operating expenses) = $323,485 (Net Operating Income)

**Capitalization Rate Selection** - The subject property is located within a mixed commercial/industrial/residential neighborhood in a good quality suburban location. The Second Quarter 2018 PwC Real Estate Investor Survey reports capitalization rates for National Net Lease properties, the property types most similar to the subject property. The range of overall cap rates is reported to be 5.00% to 8.50% with an average of 6.60%. Cap rates for Non-institutional properties tend to be higher on average.

The subject's location in Westborough and the size of the subject building would suggest a capitalization rate in-line with the middle of the indicated range for non-institutional grade properties. A potential buyer would see an average level of risk for the subject property. To this end, a capitalization rate of 6.75% has been estimated.

**Summary of Income Approach "as is"**

The cash flow of the subject property is estimated at $323,485 annually. Capitalizing this NOI estimate by a rate of 6.75% indicates an estimated value for the subject property of approximately $4,792,370, rounded to $4,795,000.

**Conclusion - Income Capitalization Approach**

In this Approach, the appraisers have employed only the Direct Capitalization method. The results of this analysis follow:

**Direct Capitalization:**          **$4,795,000**

*September 4, 2018*                                                                                          *Page No. 34*

*Jonathan Steinberg*                                                                                    *231 Turnpike Road*
*Regal Cinema*                                                                        *Westborough, Massachusetts*


## Reconciliation and Final Value Estimate

The appraisers have examined the three traditional approaches in order to estimate the Market Value of the fee simple estate, "as is" in the subject property. The approaches provided indications of market value as follows:

|                                      |               |
| ------------------------------------ | ------------- |
| **Sales Comparison Approach**        | **$4,790,000** |
| **Income Capitalization Approach**   | **$4,795,000** |
| **Cost Approach**                    | **Not Applied** |

The Income Approach was afforded secondary emphasis in the final estimate of value. Sufficient income and expense information could be extracted from comparable rental properties and expense comparables in order to derive a reliable net income estimate. In addition, reliable capitalization rate information could be extracted from recent comparable sales in the subject's immediate market or in competing markets.

The Sales Comparison Approach generally provided consistent units of measure with which to value the subject. These were the sales price per square foot. The Sales Comparison Approach was considered to give primary emphasis.

The Cost Approach was not considered, as this approach does not test the competitiveness of typical buyers and sellers of this property type.

On the basis of these considerations, we estimate that the "as is" Market Value of the fee simple estate in the subject as of August 3, 2018, is Four Million Seven Hundred Ninety Thousand U.S. Dollars ($4,790,000).

*September 4, 2018*                                                                                   *Page No. 35*

*Jonathan Steinberg*                                                                        *231 Turnpike Road*
*Regal Cinema*                                                               *Westborough, Massachusetts*


# *CERTIFICATE OF VALUE* _____

I certify, to the best of my knowledge and belief, as follows:

- that the statements of fact contained in this report are true and correct;

- that the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, unbiased professional analyses, opinions and conclusions;

- that I have no present or prospective interest in the property that is the subject of this report and I have no personal interest or bias with respect to the parties involved;

- that my compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event;

- that this appraisal was not based on a requested minimum valuation, a specific valuation, or the approval of a loan;

- that my analyses, opinions and conclusions were developed, and this report has been prepared, in conformance with the requirements of the Appraisal Institute, the Uniform Standards of Professional Appraisal Practice (USPAP) and Title XI (and amendments) of the Financial Institution Reform, Recovery and Enforcement Act of 1989 (FIRREA);

- that Mark S. Reenstierna made a personal inspection of the property that is the subject of this report;

- that no one provided significant professional assistance to the person(s) signifying this report;

- that the use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representative.

- I have not provided professional assistance of any kind with regards to the subject within the three years preceding the date of this report.


The Market Value of the fee simple estate in the subject property, "as is" expressed in terms of cash to the seller in a hypothetical transfer, as of August 3, 2018, is **Four Million Seven Hundred Ninety Thousand U.S. Dollars ($4,790,000).**


Appraisers,

_____

Mark S. Reenstierna
Massachusetts Certified General
Real Estate Appraiser #3803

**ADDENDA**

Qualifications of Appraisers

Demographics

Subject RFP



| Parcel | Building type | Lot size | thru | Total value | | We |
| Owner | Year built | thru | Fin size | thru | Sale price | thru |

# *The Town of Westborough, MA*

## Property Assessment Data

Exhibit 2

**The following information is provided as a public service by the Town of Westborough Assessor's Department.**

**The information reflects the Fiscal 2024 assessments. For Fiscal 2023 assessments, go to the Previous Assessments page of a record card.**

**Fiscal 2024 tax rate is $16.41 per $1,000 of value.**

**The Westborough Assessors' Office is located at 34 West Main St., Westborough, MA 01581. The office hours are Monday, Wednesday and Thursday, 8:00AM to 5:00PM, Tuesday 8:00AM to 8:00PM and Friday 7:30AM to 12:00PM. You may search the information by owner's name, property location, or parcel ID. If you have any questions regarding the data contained in our database, please contact the Assessor's Office at 508-366-3010 or assessors@westboroughma.gov.**



| Printable Record Card | Previous Assessment | Condo Info | Sales |
Zoning | Comments |

**WebPro**

### Card 1 of 1

| Location 231 TURNPIKE RD | Property Account Number | Parcel ID 32-48-0 |
|---|---|---|

**Old Parcel ID 32/2B -LOT 1 -**

### Current Property Mailing Address

| Owner TOWN OF WESTBOROUGH | City WESTBOROUGH |
|---|---|
| | State MA |
| Address 34 WEST MAIN STREET | Zip 01581 |
| | Zoning BA |

### Current Property Sales Information

| Sale Date 1/21/2022 | Legal Reference 66983-53 |
|---|---|
| Sale Price 0 | Grantor(Seller) N/A |

### Current Property Assessment

| Year 2024 | **Card 1 Value** |
|---|---|
| | Building Value 585,500 |
| | Xtra Features Value 515,800 |
| Land Area 29.336 acres | Land Value 712,000 |
| | Total Value 1,813,300 |

### Narrative Description

**This property contains 29.336 acres of land mainly classified as TAX TIT IMP with a(n) THEATER style building, built about 1997 , having BRICK VENR exterior and TAR+GRAVEL roof cover, with 1 commercial unit(s) and 0 residential unit(s), 0 total room(s), 0 total bedroom(s), 0 total bath(s), 6 total half bath(s), 0 total 3/4 bath(s).**

### Legal Description

### Property Images







**GLENN A. CUNHA**
**INSPECTOR GENERAL**

The Commonwealth of Massachusetts
Office of the Inspector General

Exhibit 3

JOHN W. McCORMACK
STATE OFFICE BUILDING
ONE ASHBURTON PLACE
ROOM 1311
BOSTON, MA 02108
TEL: (617) 727-9140
FAX: (617) 723-2334

November 14, 2019

Steven Ellis
Town Administrator
Montague Town Hall
One Avenue A
Turners Falls, MA 01376

**Re: Disposition of Town-Owned Land**

Dear Mr. Ellis:

This letter concerns an allegation that the town of Montague (the "Town") violated Chapter 30B of the Massachusetts General Laws ("Chapter 30B") in its attempted sale of Town land: parcel 29-180 ("Lot F"). The Office of the Inspector General (the "Office") reviewed the disposition process for Lot F and identified problems with (1) how the Town valued Lot F; and (2) the requirement in its request for proposals ("RFP") that restricted eligible buyers to all but one.

In 2018, the Town tried to sell Lot F through a Request for Proposals ("RFP") process. Based on its review, the Office determined that the Town failed to comply with Chapter 30B in the following ways:

1. <u>Property valuation</u>: Chapter 30B requires that the Town determine the value of a property through procedures customarily accepted by the appraising profession. <u>See</u> M.G.L. ch. 30B, § 16(b). The Town listed the value of Lot F at $5,100 in its RFP based on the maps on the Town Assessor's online graphic information system provided by Main Street GIS, LLC in 2016. Using dated information provided from a graphic information mapping system is not a customarily accepted appraisal procedure. Indeed, in 2018 Patriot Properties, Inc. appraised Lot F's value at $20,200 – nearly four times higher than the value listed in the Town's RFP.

2. <u>Restrictive requirement</u>: The RFP included a requirement that respondents to the RFP must own an abutting property to Lot F. There is only one abutter, meaning there was only one possible eligible respondent to the RFP. The Town stated that it added this requirement due to (1) stipulations in the Town's preexisting subdivision

Steven Ellis
November 14, 2019
Page 2 of 2

plan involving Lot F; and (2) frontage regulations under local zoning bylaws that limited the parcel's use without an easement. However, this restriction established a non-competitive process with only one eligible buyer to purchase the property. This requirement violates the spirit of a fair, open and competitive process required for public procurements, including the disposition of real property. A public jurisdiction cannot determine or mandate that one buyer is uniquely qualified to purchase Lot F. Additionally, the requirement in the Town's RFP presupposes that no other potential buyer might find value in Lot F.

In 2018, the Town received one bid for Lot F, from the only abutter, for the price of $1,000. During the Office's review, the Town rejected the $1,000 bid and subsequently cancelled the RFP. If the Town plans to conduct another disposition, it should ensure it follows all of the requirements in Chapter 30B.

Should you have any questions about land dispositions or other aspects of Chapter 30B, please review the Office's Chapter 30B Manual, or contact our Chapter 30B Hotline at (617) 722-8838 or via email at 30BHotline@state.ma.us. Additionally, the Office offers a real property class as part of its Massachusetts Certified Public Procurement Official ("MCPPO") Program; the class teaches public employees about the purchase, sale, lease and rental of real property under Section 16 of Chapter 30B.

Thank you for your attention on this matter. If you have any questions, please feel free to contact me at (617) 722-8853.

Sincerely,

George Xenakis
Director of Investigations

cc:    Richard Kuklewicz, Select Board Chairman
       Michael Nelson, Select Board Vice Chairman
       Christopher Boutwell, Select Board Clerk

# 135 BROOKS ST

| | | | |
|---|---|---|---|
| **Location** | 135 BROOKS ST | **Mblu** | 37/ 023/ 00005/ / |
| **Acct#** | 37-023-00005 | **Owner** | 135 BROOKS STREET INDUSTRIAL LLC |
| **Assessment** | $3,125,700 | **PID** | 55835 |
| **Building Count** | 1 | | |

## Current Value

| Assessment | | | |
|---|---|---|---|
| **Valuation Year** | **Improvements** | **Land** | **Total** |
| 2024 | $217,600 | $2,908,100 | $3,125,700 |

## Owner of Record

| | | | |
|---|---|---|---|
| **Owner** | 135 BROOKS STREET INDUSTRIAL LLC | **Sale Price** | $8,750,000 |
| **Co-Owner** | | **Certificate** | |
| **Address** | 135 BROOKS ST | **Book & Page** | 65536/319 |
| | WORCESTER, MA 01606 | **Sale Date** | 07/01/2021 |
| | | **Instrument** | 1O |

## Ownership History

| Ownership History | | | | | |
|---|---|---|---|---|---|
| **Owner** | **Sale Price** | **Certificate** | **Book & Page** | **Instrument** | **Sale Date** |
| 135 BROOKS STREET INDUSTRIAL LLC | $8,750,000 | | 65536/319 | 1O | 07/01/2021 |
| BROOKS STREET REALTY CORP | $0 | | 15475/0270 | | 08/19/1993 |

## Building Information

### Building 1 : Section 1

**Year Built:**
**Living Area:** 0
**Replacement Cost:** $0
**Building Percent Good:**
**Replacement Cost**
**Less Depreciation:** $0

| Building Attributes | |
|---|---|
| **Field** | **Description** |

| Style: | Typical |
|---|---|
| Model | |
| Grade: | |
| Stories: | |
| Occupancy | |
| Exterior Wall 1 | |
| Exterior Wall 2 | |
| Roof Structure: | |
| Roof Cover | |
| Interior Wall 1 | |
| Interior Wall 2 | |
| Interior Flr 1 | |
| Interior Flr 2 | |
| Heat Fuel | |
| Heat Type: | |
| AC Type: | |
| Total Bedrooms: | |
| Total Full Bthrms: | |
| Total Half Baths: | |
| Total Xtra Fixtrs: | |
| Total Rooms: | |
| Bathrm Style | |
| Kitchen Style | |
| Base Area | |
| Cndtn | |
| Fdtn Type | |
| Bsmt Type | |
| Total Kitchens | |
| Fireplaces | |
| Half Bath Grade | |
| Fndtn Cndtn | |
| Basement | |

**Building Photo**



(https://images.vgsi.com/photos2/WorcesterMAPhotos//
\0157\DSC00458_157616.JPG)

**Building Layout**



(https://images.vgsi.com/photos2/WorcesterMAPhotos//
Sketches/55835_55835.jpg)

| Building Sub-Areas (sq ft) | Legend |
|---|---|
| No Data for Building Sub-Areas | |

## Extra Features

| Extra Features | Legend |
|---|---|
| No Data for Extra Features | |

## Land

| Land Use | Land Line Valuation |
|---|---|

Case 23-40709    Doc 300    Filed 08/26/24    Entered 08/27/24 07:24:19    Desc Main
Document    Page 50 of 73

| | |
|---|---|
| **Use Code** | 3600 |
| **Description** | MDL-00 |
| **Zone** | MG-.5 |
| **Neighborhood** | 3 |
| **Alt Land Appr** | No |
| **Category** | |

| | |
|---|---|
| **Size (Sq Feet)** | |
| **Depth** | |
| **Assessed Value** | $2,908,100 |

## Outbuildings

| | Outbuildings | | | Legend |
|---|---|---|---|---|
| **Code** | **Description** | **Size** | **Value** | **Bldg #** |
| PAV1 | PAVING-ASPHALT | 425000.00 S.F. | $191,300 | 1 |
| LT1 | LIGHTS-IN W/PL | 18.00 UNITS | $7,500 | 1 |
| LT2 | W/DOUBLE LIGHT | 10.00 UNITS | $6,600 | 1 |
| LT3 | W/TRIPLE LIGHT | 6.00 UNITS | $5,400 | 1 |
| LT4 | W/FOUR LIGHTS | 6.00 UNITS | $6,800 | 1 |

## Valuation History

| | Assessment | | |
|---|---|---|---|
| **Valuation Year** | **Improvements** | **Land** | **Total** |
| 2023 | $191,300 | $2,528,900 | $2,720,200 |
| 2022 | $2,528,300 | $2,528,900 | $5,057,200 |
| 2021 | $4,423,100 | $2,393,800 | $6,816,900 |

(c) 2024 Vision Government Solutions, Inc. All rights reserved.

Case 23-40709    Doc 300    Filed 08/26/24    Entered 08/27/24 07:24:19    Desc Main
Document     Page 51 of 73

**WebPro**

| Printable Record Card | Previous Assessment | Condo Info | Sales | Zoning | Comments |

## Card 1 of 1

| Location 565 SQUIRE RD | Property Account Number 32/435B/2/ | Parcel ID 32-435B-2 |
|---|---|---|

### Current Property Mailing Address

| Owner AMAZON.COM SERVICES LLC | City SEATTLE |
|---|---|
| C/O AMAZON PROPERTY TAX | State WA |
| Address P O BOX 80416 | Zip 98108-0416 |
| | Zoning IP |

### Current Property Sales Information

| Sale Date 5/18/2021 | Legal Reference 65520-80 |
|---|---|
| Sale Price 49,800,000 | Grantor(Seller) NAI ENTERTAINI |

### Current Property Assessment

| | **Card 1 Value** |
|---|---|
| Year 2025 | Building Value 40,670,200 |
| | Xtra Features Value 344,800 |
| Land Area 13.850 acres | Land Value 18,099,200 |
| | Total Value 59,114,200 |

### Narrative Description

This property contains 13.850 acres of land mainly classified as COM WHS with a(n) DISTRIB CNTR style building, I REIN.CONCR exterior and OTHER roof cover, with 1 unit(s), 0 total room(s), 0 total bedroom(s), 0 total bath(s), 6 tot bath(s).

### Legal Description

LOT D EASEMENT 24471-55 4435 SQ FT

### Property Images





| HOME | SEARCH | SUMMARY | INTERIOR | EXTERIOR | SALES | ABOUT |

| Printable Record Card | Previous Assessment | Condo Info | Sales |
Zoning | Comments |

**WebPro**

Card 1 of 1

| Location  16 PINE ST | Property Account Number  89077 | Parcel ID  R069 002 0003 |
|---|---|---|
| | | Old Parcel ID |

### Current Property Mailing Address

| Owner 16 PINE WALTHAM, LLC. | City WALTHAM |
|---|---|
| | State MA |
| Address 16 PINE ST. | Zip 02453 |
| | Zoning N/A |

### Current Property Sales Information

| Sale Date 3/8/2023 | Legal Reference 81310-447 |
|---|---|
| Sale Price 4,500,000 | Grantor(Seller) WALTHAM MZL LLC. |

### Current Property Assessment

| | Card 1 Value |
|---|---|
| Year 2024 | Building Value 3,036,000 |
| | Xtra Features Value 0 |
| Land Area 19,377.000 SQ FT | Land Value 501,100 |
| | Total Value 3,537,100 |

### Narrative Description

This property contains 19,377.000 SQ FT of land mainly classified as MOVIE with a(n) THEATER style building, built about 1998 , having CONC BLOCK exterior and MEMBRANE roof cover, 0 total room(s), 0 total bedroom(s), 0 total bath(s), 2 total half bath(s), 0 total 3/4 bath(s).

### Legal Description

### Property Images





Doc# 00019297

**Bk: 28935 Pg: 192 Page: 1 of 5**
Recorded: 07/17/2024 08:35 AM
ATTEST: Barry J. Amaral, Register
Bristol County North Registry of Deeds

*************************************************
MASSACHUSETTS EXCISE TAX
Bristol County ND ROD 001
Date:   07/17/2024 08:35 AM
Ctrl# 099424 04805
Fee: $43,320.00  Cons: $9,500,000.00
*************************************************

## QUITCLAIM DEED

Upon Recording Return To:
Carmine D. Tomas, Esq.
LT Development LLC
One Stiles Road, Suite 106
Salem, NH 03079

NAI ENTERTAINMENT HOLDINGS LLC, a Delaware limited liability company, having an address of 846 University Avenue, Norwood, MA 02662 ("**Grantor**"), for consideration paid and full consideration of NINE MILLION FIVE HUNDRED THOUSAND DOLLARS ($9,500,000) grants to DEMOULAS SUPER MARKETS, INC., a Massachusetts corporation with an address of 875 East Street, Tewksbury, MA 01876, with QUITCLAIM COVENANTS, the land, together with any improvements thereon, located in Seekonk, Bristol County, Massachusetts, as more particularly described in Exhibit A attached hereto and made a part hereof (the "**Property**").

The conveyance is made together with and subject to all recorded easements, conditions, restrictions, contracts, and agreements, and other matters of record that encumber, affect or otherwise apply to the Property.

For Grantor's title to the Property see Deed of National Amusements, Inc., dated as of October 1, 2010 and recorded with the Northern Bristol County Registry of Deeds in Book 19034, Page 71.

Grantor certifies that the Property does not constitute all or substantially all of Grantor's assets in the Commonwealth of Massachusetts.

*[Remainder of page intentionally left blank]*

100 Commerce Way, Seekonk, Bristol County, Massachusetts

Market Basket buys Seekonk Showcase Cinemas property. What are its ...    about:reader?url=https%3A%2F%2Fwww.providencejournal.com%2Fs...

Case 23-40709    Doc 300    Filed 08/26/24    Entered 08/27/24 07:24:19    Desc Main
Document       Page 54 of 73

providencejournal.com

# Market Basket buys Seekonk's Showcase Cinemas facility. What happens to the movie theater?

3–4 minutes

---

SEEKONK, Mass. − Market Basket's parent company, Demoulas Super Markets, purchased the Showcase Cinemas property in Seekonk in a leaseback deal with the theater company.

According to land records, the deal was for $9.5 million and was signed in July.

In a one-sentence statement, an unnamed Showcase Cinemas spokesperson wrote that the theater was sold and the property is currently under a leaseback agreement.

In all, the property is 16.4 acres at 100 Commercial Way, surrounded big-box stores and strip malls, including a Target, a Walmart, a Kohl's, a Best Buy and a Lowe's Home Improvement. The theater is surrounded by huge parking lots on three sides.



Market Basket buys Seekonk Showcase Cinemas property. What are its ...     about:reader?url=https%3A%2F%2Fwww.providencejournal.com%2Fs...

Case 23-40709    Doc 300    Filed 08/26/24    Entered 08/27/24 07:24:19    Desc Main
Document    Page 55 of 73



## What was the assessed value of the property?

In 2024, the property was valued at $6 million. That's down from 2009, when it was valued at $8.4 million.

Market Basket did not respond to a request for comment.

## Will the movie theater stay?

The statement from Showcase Cinemas does not specify how much time the movie theater has left in that space, and the company did not answer further questions.

Leaseback deals, where a company sells a property and leases it, or part of it, back from the new owner and continues to operate in the space, are common. They came into the spotlight recently when the seafood restaurant chain Red Lobster filed for bankruptcy. A big part of its bankruptcy is blamed on a bad leaseback deal, which cost $190 million a year in rent.

## Showcase theaters under renovation

Showcase has been renovating its theaters. For some, that means replacing stadium seating with much larger electric recliners. While the inside of the Seekonk theater looks clean and crisp, it still has stadium seating, much like the Showcase Cinemas at Providence Place.

Market Basket buys Seekonk Showcase Cinemas property. What are its ...    about:reader?url=https%3A%2F%2Fwww.providencejournal.com%2Fs...

Case 23-40709    Doc 300    Filed 08/26/24    Entered 08/27/24 07:24:19    Desc Main
Document        Page 56 of 73

(The IMAX theater in Providence Place has a wide type of stadium seating that does not recline).

In 2021, Showcase renovated its Warwick theater at 1200 Quaker Lane with the new seats. Showcase closed its theater next to the Warwick Mall during the pandemic and then did not renew its lease. It has since been replaced by Apple Cinemas. Its North Attleboro theater also has the new reclining seats.

## Old Seekonk theater being turned into housing

The former Showcase Cinemas location in Seekonk, on Fall River Avenue, will be turned into a 240-unit housing development, according to The Sun Chronicle.

## Where are Market Basket stores in and around Rhode Island?

Market Basket has two locations in Rhode Island, and two stores just over the state line, in Attleboro and Fall River, Massachusetts.

- Warwick: 25 Pace Blvd.

- Johnston: 1300 Hartford Ave.

- Attleboro: 1200 Newport Ave.

- Fall River: 600 William Canning Blvd.

## Where are the Showcase Cinemas in and around Rhode Island?

- Providence: Providence Place mall, 10 Providence Place

- Warwick: 1200 Quaker Lane

Market Basket buys Seekonk Showcase Cinemas property. What are its ...        about:reader?url=https%3A%2F%2Fwww.providencejournal.com%2Fs...

Case 23-40709   Doc 300   Filed 08/26/24   Entered 08/27/24 07:24:19   Desc Main
Document       Page 57 of 73

- North Attleboro: 640 South Washington St.

- Seekonk: 100 Commerce Way

*Thanks to our subscribers, who help make this coverage possible. If you are not a subscriber, please consider supporting quality local journalism with a Providence Journal subscription. Here's our latest offer.*

*Reach reporter Wheeler Cowperthwaite at wcowperthwaite@providencejournal.com or follow him on Twitter @WheelerReporter.*

## COMMERCIAL PROPERTY RECORD CARD        CITY OF SPRINGFIELD

**Situs:** 1655 BOSTON RD    **Map ID:** 016550425

**Class:** 323: Shopping Centers

**Card:** 4 of 4

### Assessed Owner

ONYX SPRINGFIELD CROSSING LLC
220 RESERVOIR RD
UNIT 3
NEEDHAM MA 02494

### General Information

**Living Units:**
**Neighborhood:** 503
**Alternate:**
**Zoning:**        SB1R2
**Class:**         COMMERCIAL

| Photo | Diagram |
| --- | --- |
|  |  |
| Open enlarged photo | Click to view enlarged version |

### Land Information

| Type | | Size | Influence Factors | Influence % | Value |
| --- | --- | --- | --- | --- | --- |
| PRIMARY | SF | 985,458 | SHAPE/SIZE | -75 | 2,302,410 |

**Total Acres:** 22.6230

## Assessment Information

|  | Assessed | Appraised | Cost | Income | Market |
|---|---|---|---|---|---|
| Land | 2,302,400 | 2,302,400 | 2,302,400 | 2,302,400 | 0 |
| Building | 271,600 | 271,600 | 271,600 | 337,300 | 0 |
| Total | 2,574,000 | 2,574,000 | 2,574,000 | 2,639,700 | 0 |

**Value Flag:** COST APPROACH          **Manual Override Reason:** OVERRIDE VALUE

### Entrance Information

| Date | ID | Entry Code | Source |
|---|---|---|---|
| 2017-01-10 | 1 | ESTIMATED FOR MISC REASON | OWNER |
| 2010-11-05 | FG | ESTIMATED FOR MISC REASON | OTHER |
| 2010-02-03 | FG | ESTIMATED FOR MISC REASON | OTHER |
| 2009-11-20 | FG | ENTRY GAINED | OTHER |
| 2009-07-06 | FG | ESTIMATED FOR MISC REASON | OTHER |
| 2008-09-10 | 1 | ENTRY GAINED | TENANT |
| 2008-03-31 | HC | ESTIMATED FOR MISC REASON | OTHER |

### Permit Information

| Date Issued | Number | Price | Purpose | % Complete |
|---|---|---|---|---|
| 2023-08-29 | OT-00137AL | 350000 | AL | |
| 2010-08-05 | 1008638 | 4000 | OTHER | 100 |
| 2010-07-18 | 906501 | 150000 | OTHER | 100 |
| 2010-06-04 | 1008152 | 20000 | OTHER | NC |
| 2009-11-21 | 907298 | 10000 | OTHER | NC |
| 2008-02-27 | 803909 | 92000 | OTHER | 100 |

### Sales/Ownership History

| Transfer Date | Price | Type | Validity | Deed Ref. | Deed Type | Grantee |
|---|---|---|---|---|---|---|
| 2023-04-19 | 4,500,000 | LAND + BLDG | SALE OF MULTIPLE PARCELS | 24976 / 308 | | ONYX SPRINGFIELD CROSSING LLC |
| 1999-04-14 | 0 | LAND + BLDG | | 10726 / 0091 | | EASTFIELD MALL ASSOCIATES LLC |
| 1998-04-08 | 4,436,250 | LAND + BLDG | SALE OF MULTIPLE PARCELS | 10233 / 0479 | | EASTFIELD MALL ASSOCIATES LIMI |
| 1981-11-18 | 760,000 | LAND + BLDG | SALE OF PORTION/ OTHER COMM | 05189 / 0212 | | EASTFIELD MALL, INCORPORATED |

**CARD 1 of 4**

## Building Information

| | |
|---|---|
| **Year Built/Eff Year:** | 1970 / |
| **Building #:** | 1 |
| **Structure Type:** | REGIONAL SHPMALL/ CNT |
| **Identical Units:** | 1 |
| **Total Units:** | |
| **Grade:** | C |
| **# Covered Parking:** | |
| **# Uncovered Parking:** | |
| **DBA:** | |

## Building Other Features

| Line | Type | +/- | Meas1 | Meas2 | # Stops | Ident Units |
|---|---|---|---|---|---|---|

### Interior / Exterior Information

| Line | Level From | -To | Int Fin | Area | Perim |
|------|-----------|-----|---------|------|-------|
| 1 | 01 | 01 | 100 | 70,648 | 378 |
| 2 | 01 | 01 | 100 | 18,382 | 559 |
| 3 | 01 | 01 | 100 | 37,224 | 878 |
| 4 | 01 | 01 | 100 | 55,201 | 276 |
| 5 | 01 | 01 | 100 | 5,217 | 316 |
| 6 | 01 | 01 | 100 | 4,886 | 314 |
| 7 | 01 | 01 | 100 | 2,211 | 200 |

| Use Type | Wall Height | Ext Walls | Construction | Partitions | Heating | Cooling | Plumbing | Physical | Functional |
|----------|-------------|-----------|--------------|-----------|---------|---------|----------|----------|------------|
| COVERED MALL | 18 | Brick & Concrete Block | FIRE RESISTANT | NONE | HOT AIR | CENTRAL | NORMAL | 3 | 2 |
| COVERED MALL | 18 | Brick & Concrete Block | FIRE RESISTANT | NORMAL | HOT AIR | CENTRAL | NORMAL | 3 | 2 |
| COVERED MALL | 18 | Brick & Concrete Block | FIRE RESISTANT | NONE | HOT AIR | CENTRAL | NORMAL | 3 | 2 |
| COVERED MALL | 18 | Brick & Concrete Block | FIRE RESISTANT | NORMAL | HOT AIR | CENTRAL | NORMAL | 3 | 2 |
| COVERED MALL | 18 | Brick & Concrete Block | FIRE RESISTANT | NORMAL | HOT AIR | CENTRAL | NORMAL | 3 | 2 |
| COVERED MALL | 18 | Brick & Concrete Block | FIRE RESISTANT | NONE | HOT AIR | CENTRAL | NORMAL | 3 | 2 |
| COVERED MALL | 18 | Brick & Concrete Block | FIRE RESISTANT | NORMAL | HOT AIR | CENTRAL | NORMAL | 3 | 2 |

### Interior/Exterior Valuation Detail

| Line | Area | Use Type | % Good | % Complete | Value/RCNLD |
|------|------|----------|--------|-----------|-------------|
| 1 | 70,648 | COVERED MALL | 18 | 0.00 | 1,705,430 |
| 2 | 18,382 | COVERED MALL | 18 | 0.00 | 475,830 |
| 3 | 37,224 | COVERED MALL | 18 | 0.00 | 943,740 |
| 4 | 55,201 | COVERED MALL | 18 | 0.00 | 1,335,420 |
| 5 | 5,217 | COVERED MALL | 18 | 0.00 | 145,540 |
| 6 | 4,886 | COVERED MALL | 18 | 0.00 | 137,130 |
| 7 | 2,211 | COVERED MALL | 18 | 0.00 | 66,090 |

## Outbuilding Data

| Line | Type | Yr Blt | Meas1 | Meas2 | Qty | Area | Grade | Condition |
|------|------|--------|-------|-------|-----|------|-------|-----------|
| 1 | PAVING ASPHALT PARKING | 1970 | 0 | | 1 | 500,000 | | NORMAL (Comm) |

## Income Detail (Includes all Buildings on Parcel)

| Use Grp | Mod Type | Inc Mod | Model Description | Units | Net Area | Income Rate | Econ Adjust | Potential Gross Income |
|---------|----------|---------|-------------------|-------|----------|-------------|-------------|------------------------|
| 39 | S | 500 | MOVIE THET | 0 | 64,233 | 16.50 | 25 | 264,961 |
| 40 | S | 500 | MALL | 0 | 303,696 | 13.00 | 25 | 987,012 |

| Vac Model | Vac Adj | Additional Income | Effective Gross Income | Expense Model % | Expense Adj % | Expense Adj | Other Expenses | Total Expenses | Net Operating Income |
|-----------|---------|-------------------|------------------------|-----------------|---------------|-------------|----------------|----------------|----------------------|
| 10 | 0 | 0 | 238,465 | 20 | 0 | 0 | 47,693 | 47,693 | 190,772 |
| 25 | 0 | 0 | 740,259 | 70 | 0 | 0 | 518,181 | 518,181 | 222,078 |

## Building Cost Detail - Building 1 of 4

| | |
|---|---|
| Total Gross Bldg Area | 193,769 |
| Replace Cost New Less Depr | 4,809,180 |
| % Complete | 100 |
| # Identical Units | 1 |
| Econ Conditions Factor | 2 |
| Final Building Value | 96,184 |
| Value per SF | 24.82 |

## Income Summary (Includes all Buildings on Parcel)

| | |
|---|---|
| Total Net Income | 412,850 |
| Capitalization Rate | 0.1564 |
| Sub Total | 2,639,710 |
| Residual Land Value | 0 |
| Final Income Value | 2,639,710 |
| Total Net Rent Area | 367,929 |
| Total Gross Building Area | 367,929 |

FY 2024 data: property descriptions as of June 30, 2023, and values as of January 1, 2023



| HOME | SEARCH | SUMMARY | INTERIOR | EXTERIOR | SALES | ABOUT |

| Assessors Record Card | Summary Record Card | Previous Assessment |
Condo Info | Sales | Zoning | Comments |

**WebPro**

### Card 1 of 1

| Location 371 LOWELL AVE | Property Account Number 569-2-3 | Parcel ID 569-2-3 |

Old Parcel ID  --

### Current Property Mailing Address

| Owner 371 LOWELL AVENUE LLC | City BOSTON |
| Address P.O. BOX 990009 | State MA |
| | Zip 02199 |
| | Zoning |

### Current Property Sales Information

| Sale Date 11/8/2021 | Legal Reference 40459-181 |
| Sale Price 4,536,000 | Grantor(Seller) THREE HUNDRED SEVENTY ONE , |

### Current Property Assessment

| | **Card 1 Value** |
| Year 2024 | Building Value 982,800 |
| | Xtra Features Value 42,700 |
| Land Area 1.600 acres | Land Value 1,010,600 |
| | Total Value 2,036,100 |

### Narrative Description

This property contains 1.600 acres of land mainly classified as GYM with a(n) N/A style building, built about 1969, having N/A exterior and N/A roof cover, with 1 unit(s), 0 total room(s), 0 total bedroom(s), 0 total bath(s), 0 total half bath(s), 2 total 3/4 bath(s).

### Legal Description

### Property Images





Vision Government Solutions    https://gis.vgsi.com/warehamma/Parcel.aspx?Pid=10751

Case 23-40709  Doc 300  Filed 08/26/24  Entered 08/27/24 07:24:19  Desc Main
Document  Page 64 of 73

# 37 DOTY ST

| | | | |
|---|---|---|---|
| **Location** | 37 DOTY ST | **Mblu** | 103/ / A1/ / |
| **Acct#** | | **Owner** | NSTAR ELECTRIC COMPANY |
| **Assessment** | $2,782,500 | **Appraisal** | $2,782,500 |
| **PID** | 10751 | **Building Count** | 1 |

**Current Value**

| Appraisal | | | |
|---|---|---|---|
| **Valuation Year** | **Improvements** | **Land** | **Total** |
| 2024 | $2,223,300 | $559,200 | $2,782,500 |

| Assessment | | | |
|---|---|---|---|
| **Valuation Year** | **Improvements** | **Land** | **Total** |
| 2024 | $2,223,300 | $559,200 | $2,782,500 |

**Owner of Record**

| | | | |
|---|---|---|---|
| **Owner** | NSTAR ELECTRIC COMPANY | **Sale Price** | $5,200,000 |
| **Co-Owner** | DBA EVERSOURCE ENERGY | **Certificate** | |
| **Address** | 247 STATION DR | **Book & Page** | 56129/190 |
| | WESTWOOD, MA 02090 | **Sale Date** | 12/07/2021 |
| | | **Instrument** | 1O |

**Ownership History**

| Ownership History | | | | | |
|---|---|---|---|---|---|
| **Owner** | **Sale Price** | **Certificate** | **Book & Page** | **Instrument** | **Sale Date** |
| NSTAR ELECTRIC COMPANY | $5,200,000 | | 56129/190 | 1O | 12/07/2021 |
| STEAMSHIP ASSOCIATES LLC | $1 | | 23883/0348 | 1F | 01/07/2003 |
| STEAMSHIP ASSOCIATES LLC | $350,000 | | 19466/0254 | 1P | 03/07/2001 |
| PARAMOUNT DEVELOPMENT | $1 | | 9696/0188 | | 01/01/1901 |

**Building Information**

### Building 1 : Section 1

| | |
|---|---|
| **Year Built:** | 2003 |
| **Living Area:** | 26,284 |
| **Replacement Cost:** | $2,101,295 |

**Building Percent Good:** 00
Replacement Cost
Less Depreciation:        $1,933,200

| Building Attributes | |
|---|---|
| **Field** | **Description** |
| Style: | Theater |
| Model | Ind/Lg Com |
| Grade | Ave |
| Stories: | 2 |
| Occupancy | 1.00 |
| Exterior Wall 1 | Stucco/Masonry |
| Exterior Wall 2 | Pre-finsh Metl |
| Roof Structure | Flat |
| Roof Cover | Rubber Membran |
| Interior Wall 1 | Drywall |
| Interior Wall 2 | |
| Interior Floor 1 | Carpet |
| Interior Floor 2 | Ceramic Tile |
| Heating Fuel | Gas |
| Heating Type | Forced Hot Air |
| AC Type | Central |
| Struct Class | |
| Bldg Use | MOVIE THTR |
| Total Rooms | |
| Total Bedrms | 00 |
| Total Baths | 2.5 |
| 1st Floor Use: | 3620 |
| Heat/AC | HEAT/AC PKGS |
| Frame Type | STEEL |
| Baths/Plumbing | AVERAGE |
| Ceiling/Wall | SUS-CEIL & WL |
| Rooms/Prtns | AVERAGE |
| Wall Height | 20.00 |
| % Comn Wall | 0.00 |

### Building Photo



(https://images.vgsi.com/photos2/WarehamMAPhotos//
\00\06\25\30.jpg)

### Building Layout



(https://images.vgsi.com/photos2/WarehamMAPhotos//
Sketches/10751_10751.jpg)

| Building Sub-Areas (sq ft) | | | Legend |
|---|---|---|---|
| **Code** | **Description** | **Gross Area** | **Living Area** |
| BAS | First Floor | 26,284 | 26,284 |
| CAN | Canopy | 918 | 0 |
| | | 27,202 | 26,284 |

### Extra Features

| Extra Features | | | | Legend |
|---|---|---|---|---|
| **Code** | **Description** | **Size** | **Value** | **Bldg #** |
| MEZ2 | FINISHED | 3574.00 S.F. | $82,200 | 1 |
| SPR1 | SPRINKLERS-WET | 25918.00 S.F. | $23,800 | 1 |

## Land Use

| | |
|---|---|
| **Use Code** | 3620 |
| **Description** | MOVIE THTR |
| **Zone** | SC |
| **Neighborhood** | 3000 |
| **Alt Land Appr Category** | No |

## Land Line Valuation

| | |
|---|---|
| **Size (Acres)** | 19 |
| **Frontage** | 0 |
| **Depth** | 0 |
| **Assessed Value** | $559,200 |
| **Appraised Value** | $559,200 |

## Outbuildings

| Outbuildings | | | | | | Legend |
|---|---|---|---|---|---|---|
| Code | Description | Sub Code | Sub Description | Size | Value | Bldg # |
| SGN3 | W/INT LIGHTS | | | 120.00 S.F.&HGT | $4,500 | 1 |
| PAV1 | PAVING-ASPHALT | | | 129240.00 S.F. | $161,600 | 1 |
| LT2 | W/DOUBLE LIGHT | | | 24.00 UNITS | $18,000 | 1 |

## Valuation History

| Appraisal | | | |
|---|---|---|---|
| Valuation Year | Improvements | Land | Total |
| 2024 | $2,223,300 | $559,200 | $2,782,500 |
| 2023 | $2,223,300 | $559,200 | $2,782,500 |
| 2022 | $2,223,300 | $559,200 | $2,782,500 |

| Assessment | | | |
|---|---|---|---|
| Valuation Year | Improvements | Land | Total |
| 2024 | $2,223,300 | $559,200 | $2,782,500 |
| 2023 | $2,223,300 | $559,200 | $2,782,500 |
| 2022 | $2,223,300 | $559,200 | $2,782,500 |

(c) 2024 Vision Government Solutions, Inc. All rights reserved.

# 850 PROVIDENCE HWY

| | | | |
|---|---|---|---|
| **Location** | 850 PROVIDENCE HWY | **Mblu** | 149/ 1/ / / |
| **Acct#** | | **Owner** | DEDHAM RETAIL MCCLELLAN LLC |
| **Assessment** | $4,594,700 | **PID** | 6393 |
| **Building Count** | 2 | | |

## Current Value

| Assessment | | | |
|---|---|---|---|
| **Valuation Year** | **Improvements** | **Land** | **Total** |
| 2022 | $1,825,100 | $2,769,600 | $4,594,700 |

## Owner of Record

| | | | |
|---|---|---|---|
| **Owner** | DEDHAM RETAIL MCCLELLAN LLC | **Sale Price** | $4,533,055 |
| **Co-Owner** | | **Certificate** | |
| **Address** | 859 WILLARD ST | **Book & Page** | 39458/308 |
| | SUITE 501 | **Sale Date** | 05/28/2021 |
| | QUINCY, MA 02169 | **Instrument** | 00 |

## Ownership History

| Ownership History | | | | | |
|---|---|---|---|---|---|
| **Owner** | **Sale Price** | **Certificate** | **Book & Page** | **Instrument** | **Sale Date** |
| DEDHAM RETAIL MCCLELLAN LLC | $4,533,055 | | 39458/308 | 00 | 05/28/2021 |
| 850 PROVIDENCE HWY ASSOCIATES | $0 | | 6114/0090 | 1F | 02/02/1983 |
| 850 PROVIDENCE HWY ASSOC | $0 | | 04380/0083 | 1F | |

## Building Information

### Building 1 : Section 1

| | |
|---|---|
| **Year Built:** | 2003 |
| **Living Area:** | 6,675 |
| **Replacement Cost:** | $1,189,817 |
| **Building Percent Good:** | 88 |
| **Replacement Cost Less Depreciation:** | $1,047,000 |

## Building Attributes

| Field | Description |
|---|---|
| Style: | Restaurant |
| Model | Commercial |
| Grade | Average |
| Stories: | 1 |
| Occupancy | 1.00 |
| Exterior Wall 1 | Clapboard |
| Exterior Wall 2 | Brick Veneer |
| Roof Structure | Flat |
| Roof Cover | T&G/Rub Mem |
| Interior Wall 1 | Drywall/Sheet |
| Interior Wall 2 | Cust Wd Panel |
| Interior Floor 1 | Vinyl/Asphalt |
| Interior Floor 2 | Ceram Clay Til |
| Heating Fuel | Gas |
| Heating Type | Forced Air-Duc |
| AC Type | Central |
| Struct Class | |
| Bldg Use | REST/CLUBS |
| Total Rooms | |
| Total Bedrms | 00 |
| Total Baths | |
| 1st Floor Use: | 390C |
| Heat/AC | HEAT/AC PKGS |
| Frame Type | WOOD FRAME |
| Baths/Plumbing | AVERAGE |
| Ceiling/Wall | CEIL & WALLS |
| Rooms/Prtns | AVERAGE |
| Wall Height | 14.00 |
| % Comn Wall | 50.00 |

## Building Photo



(https://images.vgsi.com/photos/DedhamMAPhotos/\00\05\81\60.jpg)

## Building Layout



(https://images.vgsi.com/photos/DedhamMAPhotos//
Sketches/6393_6531.jpg)

| Building Sub-Areas (sq ft) | | | Legend |
|---|---|---|---|
| Code | Description | Gross Area | Living Area |
| BAS | First Floor | 6,675 | 6,675 |
| FEP | Porch, Enclosed, Finished | 176 | 0 |
| FOP | Porch, Open, Finished | 160 | 0 |
| | | 7,011 | 6,675 |

## Building 2 : Section 1

**Year Built:** 2003
**Living Area:** 3,410
**Replacement Cost:** $569,027
**Building Percent Good:** 88
**Replacement Cost Less Depreciation:** $500,700

| Building Attributes : Bldg 2 of 2 | |
|---|---|
| Field | Description |
| Style: | Store |



| Model | Commercial |
|---|---|
| Grade | Average |
| Stories: | 1 |
| Occupancy | 1.00 |
| Exterior Wall 1 | Stucco on Wood |
| Exterior Wall 2 | |
| Roof Structure | Flat |
| Roof Cover | T&G/Rub Mem |
| Interior Wall 1 | Drywall/Sheet |
| Interior Wall 2 | |
| Interior Floor 1 | Vinyl/Asphalt |
| Interior Floor 2 | Carpet |
| Heating Fuel | Gas |
| Heating Type | Forced Air-Duc |
| AC Type | Central |
| Struct Class | |
| Bldg Use | STORE MDL-94 |
| Total Rooms | |
| Total Bedrms | 00 |
| Total Baths | |
| 1st Floor Use: | 322I |
| Heat/AC | HEAT/AC PKGS |
| Frame Type | WOOD FRAME |
| Baths/Plumbing | AVERAGE |
| Ceiling/Wall | SUS-CEIL & WL |
| Rooms/Prtns | AVERAGE |
| Wall Height | 16.00 |
| % Comn Wall | |

## Building Photo



(https://images.vgsi.com/photos/DedhamMAPhotos/\00\01\16\20.jpg)

## Building Layout



(https://images.vgsi.com/photos/DedhamMAPhotos//
Sketches/6393_9767.jpg)

| Building Sub-Areas (sq ft) | | | Legend |
|---|---|---|---|
| Code | Description | Gross Area | Living Area |
| BAS | First Floor | 3,410 | 3,410 |
| | | 3,410 | 3,410 |

## Extra Features

| Extra Features | | | | Legend |
|---|---|---|---|---|
| Code | Description | Size | Value | Bldg # |
| CLR2 | FREEZER TEMPS | 64.00 S.F. | $11,400 | 1 |
| SPR2 | WET/CONCEALED | 3410.00 S.F. | $11,400 | 2 |
| SPR1 | SPRINKLERS-WET | 7011.00 S.F. | $23,400 | 1 |
| CLR1 | COOLER | 160.00 S.F. | $22,500 | 1 |
| FPL | FIREPLACE | 1.00 UNITS | $4,300 | 1 |
| FPO | EXTRA FPL OPEN | 1.00 UNITS | $4,300 | 1 |

**Land**

## Land Use

| | |
|---|---|
| **Use Code** | 3260 |
| **Description** | REST/CLUBS |
| **Zone** | LM |
| **Neighborhood** | 2000 |
| **Alt Land Appr** | No |
| **Category** | |

## Land Line Valuation

| | |
|---|---|
| **Size (Sqr Feet)** | 93654 |
| **Frontage** | 0 |
| **Depth** | 0 |
| **Assessed Value** | $2,769,600 |

## Outbuildings

| Outbuildings | | | | | | Legend |
|---|---|---|---|---|---|---|
| Code | Description | Sub Code | Sub Description | Size | Value | Bldg # |
| PAV1 | PAVING-ASPHALT | | | 26500.00 S.F. | $56,000 | 2 |
| SGN1 | SIGN-1 SD W/M | | | 84.00 S.F.&HGT | $1,700 | 1 |
| SGN3 | W/INT LIGHTS | | | 322.00 S.F.&HGT | $23,500 | 1 |
| PAV1 | PAVING-ASPHALT | | | 40000.00 S.F. | $84,500 | 1 |
| LT2 | W/DOUBLE LIGHT | | | 5.00 UNITS | $8,000 | 1 |
| LT5 | MERC VAP/FLU | | | 2.00 UNITS | $4,300 | 2 |
| LT1 | LIGHTS-IN W/PL | | | 1.00 UNITS | $1,500 | 1 |
| SGN3 | W/INT LIGHTS | | | 220.00 S.F.&HGT | $14,900 | 2 |
| SGN2 | DOUBLE SIDED | | | 96.00 S.F.&HGT | $3,200 | 1 |
| PAV2 | PAVING-CONC | | | 600.00 S.F. | $2,500 | 1 |

## Valuation History

| Assessment | | | |
|---|---|---|---|
| Valuation Year | Improvements | Land | Total |
| 2024 | $1,825,100 | $2,769,600 | $4,594,700 |
| 2023 | $1,237,900 | $2,519,600 | $3,757,500 |
| 2022 | $1,225,400 | $2,353,200 | $3,578,600 |

(c) 2024 Vision Government Solutions, Inc. All rights reserved.

**Town of Stonington, CT**
Property Listing Report

| Map Block Lot | 18-1-33A | Building # | 1 | PID | 2728 | Account | 00451900 |

## Property Information

| | |
|---|---|
| Property Location | 85 VOLUNTOWN RD |
| Owner | RCP WATERFORD II LLC |
| Co-Owner | |
| Mailing Address | 6 VISTA DR STE 1<br>OLD LYME       CT       06371-1588 |
| Land Use | 3620       MOVIE THTR |
| Land Class | C |
| Zoning Code | HI-60 |
| Census Tract | 7051 |

| | |
|---|---|
| Neighborhood | 5000 |
| Acreage | 13.67 |
| Utilities | NA |
| Lot Setting/Desc | Suburban       Level |
| Book / Page | 844/700 |
| Additional Info | |

### Photo



### Sketch



## Primary Construction Details

| | | | | | |
|---|---|---|---|---|---|
| Year Built | 1999 | Heating Fuel | Gas | | |
| Building Desc. | MOVIE THTR | Heating Type | Forced Air-Duc | | |
| Building Style | Theaters Encl. | AC Type | Central | | |
| Building Grade | Average | Bedrooms | 0 | | |
| Stories | 1 | Full Bathrooms | 0 | | |
| Occupancy | 10 | Half Bathrooms | 0 | | |
| Exterior Walls | Concr/Cinder | Extra Fixtures | | | |
| Exterior Walls 2 | Stucco/Masonry | Total Rooms | 0 | | |
| Roof Style | Flat | Bath Style | NA | | |
| Roof Cover | Tar & Gravel | Kitchen Style | NA | | |
| Interior Walls | Drywall/Sheet | Fin Bsmt Area | | | |
| Interior Walls 2 | NA | Fin Bsmt Quality | | | |
| Interior Floors 1 | Vinyl/Asphalt | Bsmt Gar | | | |
| Interior Floors 2 | Carpet | Fireplaces | | | |

### (*Industrial / Commercial Details)

| | |
|---|---|
| Building Use | Commercial |
| Building Condition | AV |
| Sprinkler % | |
| Heat / AC | HEAT/AC PKGS |
| Frame Type | MASONRY |
| Baths / Plumbing | AVERAGE |
| Ceiling / Wall | SUS-CEIL & WL |
| Rooms / Prtns | AVERAGE |
| Wall Height | 28 |
| First Floor Use | 3620 |
| Foundation | |

Report Created On       8/24/2024



**Town of Stonington, CT**

Property Listing Report | Map Block Lot | **18-1-33A** | Building # | **1** | PID | **2728** | Account | **00451900**

## Valuation Summary    (Assessed value = 70% of Appraised Value)

| Item | Appraised | Assessed |
|------|-----------|----------|
| Buildings | 1154243 | 807900 |
| Extras | 106700 | 74700 |
| Improvements | | |
| Outbuildings | 686900 | 480900 |
| Land | 1514300 | 1060000 |
| Total | 3462143 | 2423500 |

### Sub Areas

| Subarea Type | Gross Area (sq ft) | Living Area (sq ft) |
|--------------|--------------------|--------------------|
| First Floor | 37730 | 37730 |
| Porch, Open | 596 | 0 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Area | 38326 | 37730 |

## Outbuilding and Extra Features

| Type | Description |
|------|-------------|
| PAVING-ASPHALT | 275000.00 S.F. |
| LIGHTS-IN W/PL | 10.00 UNITS |
| W/DOUBLE LIGHT | 7.00 UNITS |
| W/TRIPLE LIGHT | 7.00 UNITS |
| ELEV PASS | 2.00 STOPS |
| FINISHED | 7500.00 S.F. |
| WET/CONCEALED | 36768.00 S.F. |
| | |
| | |
| | |

## Sales History

| Owner of Record | Book/ Page | Sale Date | Sale Price |
|-----------------|------------|-----------|------------|
| RCP WATERFORD II LLC | 844/700 | 1/18/2023 | 6000000 |
| READCO STONINGTON II LLC | 0728/0514 | 5/19/2014 | 0 |
| READCO STONINGTON II LLC | 0728/0514 | 5/19/2014 | 0 |
| READCO STONINGTON II LLC | 0632/1094 | 12/12/2007 | 0 |
| READCO STONINGTON II LLC | 0632/1092 | 12/12/2007 | 0 |
| READCO STONINGTON II LLC | 0610/0645 | 10/10/2006 | 0 |
| READCO STONINGTON II LLC | 0483/0486 | 2/26/2002 | 0 |
| READCO STONINGTON II LLC | 0430/0730 | 1/14/1999 | 0 |

Report Created On    **8/24/2024**

<u>CERTIFICATE OF SERVICE</u>

I, Lolonyon Akouete, hereby certify that the above document is served by email and mailing a copy of the same, first-class mail, to the following:

Stephen F. Gordon, Attorney of the Petitioners
(Email: sgordon@gordonfirm.com)
The Gordon Law Firm LLP
River Place 57 River Street Wellesley, MA 02481

Scott A. Schlager on behalf of,
Nathanson & Goldberg, P.C., a creditor.
(Email: sas@natgolaw.com)
183 State Street, 5th Floor Boston, MA 02109

Assistant U.S. Trustee
Richard King
Office of US. Trustee
446 Main Street 14th Floor
Worcester, MA 01608
USTPRegion01.WO.ECF@USDOJ.GOV

Jonathan R. Goldsmith
Chapter 7 Trustee
trusteedocs1@gkalawfirm.com
Goldsmith, Katz & Argenio P.C.
1350 Main Street, 15th Floor.
Springfield, MA 01103

Dyann Blaine
20 Queensbrook Place
Orinda, CA 94563
dyann.blaine@gmail.com

Jan Blaustein Scholes
7501 E Thompson Peak Pkwy
Scottsdale, AZ 85255
jan.scholes2@gmail.com

Mark S. Lichtenstein
AKERMAN LLP
1251 Avenue of the Americas, 37th Flr.
New York, New York 10020
mark.lichtenstein@akerman.com

Paul W. Carey, Attorney of Creditor
FERRIS DEVELOPMENT GROUP, LLC
(Email: pcarey@mirickoconnell.com)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street, Worcester, MA 01608

Brian W. Riley, Attorney of Creditor
Jeffrey T. Blake, Attorney of Creditor
Roger L. Smerage, Attorney of Creditor
TOWN OF WESTBOROUGH
(Email: briley@k-plaw.com)
(Email: jblake@k-plaw.com)
(Email: rsmerage@k-plaw.com)
KP Law, P.C. 101 Arch Street,
12th Floor Boston, MA 02110

Gary M Ronan
David M Abromowitz
Goulston&storrs
GRonan@goulstonstorrs.com
DAbromowitz@goulstonstorrs.com
400 Atlantic Avenue
Boston, MA 02110

Peter Blaustein
950 Vista Road
Hillsborough, CA 94010
pblaustein@gmail.com

Walter Horst
Babcock & Brown
1264 Rimer Drive
Moraga, CA 94556
walter.horst@babcockbrown.com

Samual A. Miller, Esq.
AKERMAN LLP
420 South Orange Avenue
Suite 1200
Orlando, FL 32801
samual.miller@akerman.com
sharlene.harrison-carera@akerman.com

_____
Lolonyon Y Akouete