

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| In re:  Westborough SPE LLC,  Debtor | Chapter 7  23-40709-CJP |
|---|---|

## ORDER

**MATTER:**
#306 Request from Roger L. Smerage Creditor Town of Westborough for Discovery Conference filed by Creditor Town of Westborough.

UPON CONSIDERATION OF THE REQUEST FOR DISCOVERY CONFERENCE, A DISCOVERY CONFERENCE IS HEREBY SCHEDULED FOR AUGUST 30, 2024 AT 11:30 A.M. BY TELEPHONE. TO PARTICIPATE, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED. COUNSEL TO THE TOWN OF WESTBOROUGH SHALL SERVE NOTICE OF THE CONFERENCE ON MR. AKOUETE BY EMAIL.

Dated: 08/29/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge