**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In Re:  Westborough SPE LLC                     Chapter 7
                                                Appellate Case No: 24–0016
                                                Bankruptcy Case 23–40709
                                                Judge Christopher J. Panos

# CERTIFICATION OF DEFAULT

On **JULY 26, 2024,** the appellant, Lolonyon Akouete filed a notice of appeal. In accordance with Fed. R. Bankr. P. 8003(a), the appellant shall pay a filing fee along with the filing of the notice of appeal. As further provided by Rule 8003(a)(2), "an appellant's failure to take any step other than the timely filing of a notice of appeal does not affect the validity of the appeal, but is ground only for the . . . [United States Bankruptcy Appellate Panel for the First Circuit] to act as it considers appropriate, including dismissing the appeal."

The United States Bankruptcy Court for the District of Massachusetts hereby certifies to the United States Bankruptcy Appellate Panel for the First Circuit that the appellant has not paid the required filing fee as of this date.

Date:9/10/24                                    Mary P. Sharon
                                                Clerk, U.S. Bankruptcy Court


                                                By the Court,

                                                Alberto Barrera
                                                Deputy Clerk
                                                508–770–8932