# Exhibit A

# Town of Westborough

| | | | | | |
|---|---|---|---|---|---|
| 32 | 48 | 0 | | 32-48-0 | 231 TURNPIKE RD |
| Map | Blk | Lot | Parcel ID 4 | Parcel ID | Building Location |

**PROPERTY LOCATION**
231 TURNPIKE RD
WESTBOROUGH, MA 01581

**OWNERSHIP**
WESTBOROUGH SPE LLC
C/O BABCOCK & BROWN ADMIN SVCS
TWO HARRISON ST
SAN FRANCISCO, CA 94105-0000
-0000

**PREVIOUS OWNER**
CAREY LESLIE S., TRUSTEE

| | Total Parcel |
|---|---|
| | 9,264,800 |
| | 9,264,800 |
| | 0 |
| | 9,264,800 |

| | Total Card |
|---|---|
| Card: 1 of 1 | 9,264,800 |
| APPRAISED | 9,264,800 |
| USE + IMP | 0 |
| USE LAND | 9,264,800 |
| ASSESSED | |

**LEGAL DESCRIPTION**

| | |
|---|---|
| Lot Size | |
| Total Land | |
| Land Unit Type | |

Occ: X    Type

## IN PROCESS APPRAISAL SUMMARY

| Use Code | Building Val | Yard Items | Land Val | Total Val |
|---|---|---|---|---|
| 364 | 5,109,400 | 201,900 | 3,953,500 | 9,264,800 |
| Building Total | 5,109,400 | 201,900 | 3,953,500 | 9,264,800 |
| Parcel Total | 5,109,400 | 201,900 | 3,953,500 | 9,264,800 |
| Source | 2 - Income App | Tot Val SF/Bld | Tot Val SF/Prcl | 193.53 |

## PREVIOUS ASSESSMENTS

| Tx Yr | Cat | Use | Bld Value | Yard Items | Land Size | Land Val | Total Appr | Assessed Notes |
|---|---|---|---|---|---|---|---|---|
| 2018 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | 9,264,800 CPRO billing |
| 2017 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | 9,264,800 YEAR END |
| 2016 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | 9,264,800 |
| 2015 | FV | 364 | 4,753,900 | 238,600 | 29.336 | 3,757,500 | 8,750,000 | 8,750,000 |
| 2014 | FV | 364 | 4,753,900 | 238,600 | 29.336 | 3,757,500 | 8,750,000 | 8,750,000 cpro |

## SALES INFORMATION

| Grantor | Legal Ref | Type | Date | Sale Price | TSF | NAL | Notes |
|---|---|---|---|---|---|---|---|
| CAREY LESLIE S., TRUSTEE | 19369-75 | | 11/21/1997 | 9,151,449 | No | C | |
| LANE | 16210-372 | | 04/15/1994 | 375,000 | No | I | |

## BUILDING PERMITS

| Date | Number | Desc | Amount | Closed | % | Status | Expenses | Fed. ID | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 11/27/2017 | CG-2017-00177 | DEMOLITION | 0 | | | O | | | DEMOLISH SIGN LE |
| 11/07/2017 | CG-2017-00168 | DEMOLITION | 0 | | | O | | | REMOVAL OF ALL T |
| 03/21/2013 | 134-2013 | MANUAL | 119,800 | | | C | | | REPAIR 2 EGRESS |
| 10/21/2003 | 470/2003 | SIGN | 10,000 | 05/13/2004 | | C | | | |
| 07/21/1995 | 314/95 | MANUAL | 2,880,000 | 05/17/2000 | | C | | | CINEMA |

## ACTIVITIES

| Date | Last Visit | Result | By |
|---|---|---|---|
| 12/12/2012 | | 2 | JON STEINBER |
| | 02/13/2004 | | |

## NARRATIVE DESCRIPTION

This parcel contains 392,040 SF of land mainly classified as
THEATER with a THEATER building built about 1997, having
primarily BRICK VENR Exterior and 47,872 Square Feet, with 1
Commercial Unit, 6 Half Baths.

## PROPERTY FACTORS

| Item | Code | % |
|---|---|---|
| Dis 1 D | | |
| Dis 2 | | |
| Dis 3 | | |
| Zone 1 | BUS | 100 |
| Zone 2 | | |
| Zone 3 | | |
| Util 1 | | |
| Util 2 | | |
| Util 3 | | |
| Census | | |
| F. Haz | | |
| Topo | | |
| Street | | |
| Traffic | | |
| Exmpt | | |
| | HX | |

## INCOME APPROACH

| Bld | Alt Type - Desc | L. Area / # Units | Rent/Unit | Ft. | Base V. | Unit Prc | Adj Prc | NBC | Vacancy | % | Gross Inc | Expenses | % | Reserves | NOI | Aft Net | C. Rate | C. Adj | GRM/Inc Val |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | THE - THEATRE | 47,872 | 19.24 | 1 | | | 09.5 | CV | 46,053 | 5 | 921,057 | 87,500 | 10 | 0 | | | 8.5 | | 9,264,800 |
| | Building Totals | 47,872 | | | | Vac Adj | | | 46,053 | | 921,057 | 87,500 | | Deduc | 0 | | | | |
| | | | | | | 0.05 | Exp Adj | Surp | 0.10 | | | | | 0 | | | | 0.98 | Val/SF |
| | | Othr Inc | | 0 | | Rate Adj | | | | | | | | | | | | | |
| | Parcel Totals | 47,872 | | | | Vac Adj | | | 46,053 | | 921,057 | 87,500 | | Deduc | 0 | | | 0.98 | Val/SF |
| | | | | | | 0.05 | Exp Adj | Surp | 0.10 | | | | | 0 | | | | | |
| | | Othr Inc | | 0 | | Rate Adj | | | | | | | | | | | | | |

## LAND SECTION (364)

| LUC | LUC Desc | Alt % | # Units | Depth | L. Type | U. Type | Ft. | NBC | Inf 1 | % | Inf 2 | % | Inf 3 | % | Mod. | Appr | Alt 2 LUC | Spec L.V. | Juris | L. Ft. | Assessed Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 364 | THEATER | | 1 | 392,040 | SITE | SF | 1 | CV | S | -50 | | | | | | 3,724,380 | P. NBC Desc COMM VG | 0 | 0 | 1 | 3,724,400 |
| 364 | THEATER | | 1 | 20,336 | EXCESS | AC | 1 | CV | | | | | | | | 229,125 | | 0 | 0 | 1 | 229,100 |
| | Total AC/HA | | | 29.34 | | Total SF/SM | | 1,277,876.13 | | Parcel LUC364 - THEATER | | | | | | Tot | 3,953,505 | Tot | 0 | Tot | 3,953,500 |

Disclaimer: This information is believed to be correct but is subject to change and is not guaranteed

Property: 3883 | Bld: 5425 | Seq: 1 | Year: 2018 | Data As Of Date: 08/29/2024 | User: jons | DB: Assess50

Print Date / Time: 8/29/2024 10:1...
Last Date / Time: 2/5/21 4:28...
apro
USER DEFINED
Pasco Nbhd
Prior Nbhd: 32/2B
LOT 1
GIS CA
PriorID1b
Comm.Distr.
Apt.Units
Web Image
PriorID2c
PriorID3c: L1
Assessor Map



**Parcel ID 32-48-0**

### Exterior Information

| | | | |
|---|---|---|---|
| Type | 81 - THEATER | | |
| Stry Hght | 2 | | |
| (Liv) Units | 0 | Tot | 1 |
| Found | 1 - CONCRETE | | |
| Frame | 2 - STEEL | | |
| P. Wall | 8 - BRICK VENR | | |
| Sec Wall | 21 - CONC BLOC | 50 | |
| Roof Str | 4 - FLAT | | |
| Roof Cvr | 4 - TAR+GRAVEL | | |
| Color | | | |
| View | | | |
| Shape | | | |
| Bld Name | | | |

### General Information

| | |
|---|---|
| Grade | CA - COMM V GOOD |
| Year Blt | 1997    Eff Yr |
| Alt LUC | |
| Juris | |
| Con Mod | |

### Interior Information

| | |
|---|---|
| Avg Ht. / Fl | |
| P. Int Wall | 1 - DRYWALL |
| Sec Int Wall | |
| Partition | T - TYPICAL |
| P. Floor | 4 - CARPET |
| Sec Floor | |
| Bmt Floors | |
| Sub Floors | |
| Bmt Garage | 0 |
| Electric | 3 - TYPICAL |
| Insulation | 2 - TYPICAL |
| Int Vs Ext | S |
| Heat Fuel | 2 - GAS |
| Heat | 1 - FORCED H/A |
| # Heat Sys | 1 |
| Heated % | 100    AC % |
| Sol HW % |     Ctrl Vac % |
| Com Wall % |     Sprink % 100 |

### Condo Information

| | |
|---|---|
| Location | |
| Tot Units | |
| Floor | |
| % Own | |
| Name | |

### Bath Features

| | | Rtng |
|---|---|---|
| Full Bath | 0 | |
| Add Full | 0 | |
| 3/4 Bath | 0 | |
| Add. 3/4 | 0 | |
| 1/2 Bath | 6 | |
| Add. 1/2 | 0 | |
| Other Fix | 0 | |

### Other Features

| | | Rtng |
|---|---|---|
| Kitchens | 2 | |
| Add Kit. | 0 | |
| Fireplaces | 0 | |
| WS Flues | 0 | |

### Depreciation

| | |
|---|---|
| Phys Con | GD - Good   14 |
| Functional | |
| Economic | |
| Special | |
| Override | |

### Comments

486-1997  5-97 STEEL + EXT WA

### Res Breakdown

| Floor | No. Unit | Rooms | Bdrms |
|---|---|---|---|
| | | | |
| Bld Total | | | |
| Prcl Total | | | |

### Calc Ladder

| | |
|---|---|
| Base Rate | 85.00 |
| Size Adj | 0.82507 |
| Con Adj | 0.99960 |
| Adj Prc | $70.10 |
| Grade Ft. | 1.65200 |
| Other Feat | $151,330 |
| NBH Mod | 1.0000 |
| NBC Infl | 1.0000 |
| LUC Ft. | 1.0000 |
| Adj Tot (RCN) | 5,730,924 |
| Depr % | 14% |

### Remodeling

| | |
|---|---|
| Exterior | |
| Interior | |
| Add. | |
| Kitchen | |
| Bath | |
| Plumb | |
| Electric | |
| Heating | |
| General | |

| | |
|---|---|
| Depr | 802,329 |
| Depr'd Total | 4,928,595 |
| Juris Ft. | 1.0000 |
| Spec. Features | $0 |
| Lump Sum | |
| Final Total | $4,928,600 |
| Override Val | |
| Assmnt Ft. | |
| Assessed Val | $4,928,600 |
| Total $/SF | $102.95 |
| Underpr $/SF | 115.80520 |

### Comparable Sales

| Rtng | Parcel ID | Type | Sale Date | Price |
|---|---|---|---|---|
| | | | | |

Avg Rtng         Ind Val

### Sub Areas

| Code | Desc | Depr % |
|---|---|---|
| FFL | 1ST FLOOR | 45% |
| CNP | CANOPY | 45% |

Building Totals
Parcel Totals

### Mobile Home

| Make | Model | Serial | Year |
|---|---|---|---|
| | | | |

### Alt Areas

| S. Area | Alt Type | % Alt | Tenants | Qual | Color |
|---|---|---|---|---|---|
| | | | | | |

| | Net Area | Gross A. | Ft. | NBC | Juris | Ft. | F. Area | Sz Adj A. | Rate AV | Appr Val | Assessed | Underpr Val |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 47,872 | 47,872 | 1 | RV | 1 | 1 | 47,872 | 47,872 | 70.10 | | | 3,355,827 |
| | 1,050 | 1,050 | 1 | RV | 1 | 1 | 0 | 0 | 20.50 | | | 21,525 |
| Building Totals | 48,922 | 48,922 | | | | | 47,872 | 47,872 | | | | 3,377,352 |
| Parcel Totals | 48,922 | 48,922 | | | | | 47,872 | 47,872 | | | | 3,377,352 |

### Special Features / Yard Items

| Code | Desc | A | Y/S | Qty | Size | Qual | Con | Year | Unit Prc | D/S | Depr % | LUC | Ft. | NBC | Ft. | Appr Val | Assessed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | CANOPY | A | Y | 1 | 50.00x12.00 | G | GD | 1997 | 25.63 | T | 45% | 101 | 1 | RV | 1 | 8,500 | 8,500 |
| 85 | PAVING | D | Y | 1 | 169020.00 | G | GD | 1998 | 1.88 | T | 45% | 101 | 1 | RV | 1 | 174,300 | 174,300 |
| 77 | LITE-SIN | D | Y | 6 | 1.00 | G | GD | 1998 | 937.50 | T | 45% | 101 | 1 | RV | 1 | 3,100 | 3,100 |
| 84 | SIGN-ILU | D | Y | 1 | 184.00 | G | GD | 1998 | 47.50 | T | 45% | 101 | 1 | RV | 1 | 4,800 | 4,800 |
| 87 | FENCE-4 | D | Y | 1 | 390.00 | G | GD | 1998 | 8.75 | T | 45% | 101 | 1 | RV | 1 | 1,900 | 1,900 |
| 78 | LITE-DBL | D | Y | 9 | 1.00 | G | GD | 1997 | 1,875.00 | T | 45% | 101 | 1 | RV | 1 | 9,300 | 9,300 |

| | Yard Item Appr | Special Feature Appr |
|---|---|---|
| Building Totals | 201,900 | |
| Parcel Totals | 201,900 | |

Yard Item Appr   Special Feature Appr
201,900
201,900

# Town of Westborough

**Patriot Properties Inc.**

| Map | Blk | Lot | | Parcel ID 4 | | 32-48-0 Parcel ID | | 231 TURNPIKE RD Building Location | | | | | | Card: 1 of 1 | | Total Card | Total Parcel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 48 | 0 | | | | | | | | | | | | APPRAISED | USE + IMP | 5,239,100 / 0 | 5,239,100 |
| | | | | | | | | | | | | | | | USE LAND | 0 / 5,239,100 | 0 |
| | | | | | | | | | | | | | | | ASSESSED | 5,239,100 / 0 | 5,239,100 |

**PROPERTY LOCATION**: 231 TURNPIKE RD, WESTBOROUGH, MA 01581

**OWNERSHIP**: WESTBOROUGH SPE LLC, C/O BABCOCK & BROWN ADMIN SVCS, TWO HARRISON ST, SAN FRANCISCO, CA 94105-0000

**PREVIOUS OWNER**: CAREY LESLIE S., TRUSTEE -0000

Occ: X   Type: (blank)

**LEGAL DESCRIPTION**
Abstract / GIS Coord 1 / GIS Coord 2
Lot Size / Total Land / Land Unit Type

## IN PROCESS APPRAISAL SUMMARY

| Use Code | Building Val | Yard Items | Land Size | Land Val | Total Val |
|---|---|---|---|---|---|
| 364 | 887,700 | 201,900 | 29.34 | 4,149,500 | 5,239,100 |
| Building Total | 887,700 | 201,900 | 29.34 | 4,149,500 | 5,239,100 |
| Parcel Total | 887,700 | 201,900 | 29.34 | 4,149,500 | 5,239,100 |
| Source: 2 - Income App | Tot Val SF/Bld | | Tot Val SF/Prcl 109.44 | | |

## PREVIOUS ASSESSMENTS

| Tx Yr | Cat | Use | Bld Value | Yard Items | Land Size | Land Val | Total Appr | Verif. | Sale Price | TSF | NAL | Notes | Assessed Notes | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | FV | 364 | 887,700 | 201,900 | 29.336 | 4,149,500 | 5,239,100 | | | | | C | 5,239,100 CPRO BILLING | 12/04/2018 |
| 2018 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | | | | | | 9,264,800 CPRO billing | 12/04/2017 |
| 2017 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | | | | | | 9,264,800 YEAR END | 11/28/2016 |
| 2016 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | | | | | | 9,264,800 | 11/17/2015 |
| 2015 | FV | 364 | 4,753,900 | 238,600 | 29.336 | 3,757,500 | 8,750,000 | | | | | I | 8,750,000 | 11/19/2014 |

## SALES INFORMATION

| Grantor | Legal Ref | Type | Date | Sale Price |
|---|---|---|---|---|
| CAREY LESLIE S., TRUSTEE | 19369-75 | | 11/21/1997 | 9,151,449 |
| LANE | 16210-372 | | 04/15/1994 | 375,000 |

## BUILDING PERMITS

| Date | Number | Amount | Desc | Closed | Status | Notes |
|---|---|---|---|---|---|---|
| 11/27/2017 | CG-2017-00177 | 0 | DEMOLITION | 02/08/2018 | C | DEMOLISH SIGN LE |
| 11/07/2017 | CG-2017-00168 | 0 | DEMOLITION | 02/08/2018 | C | REMOVAL OF ALL T |
| 03/21/2013 | 134-2013 | 119,800 | MANUAL | | C | REPAIR 2 EGRESSE |
| 10/21/2003 | 470/2003 | 10,000 | SIGN | 05/13/2004 | C | |
| 07/21/1995 | 314/95 | 2,880,000 | MANUAL | 05/17/2000 | C | CINEMA |

## ACTIVITIES

| Last Visit | Date | Result | By |
|---|---|---|---|
| | 12/12/2012 | 2 | JON STEINBERG |
| 02/13/2004 | | | |

## NARRATIVE DESCRIPTION

This parcel contains 392,040 SF of land mainly classified as THEATER with a THEATER building built about 1997, having primarily BRICK VENR Exterior and 47,872 Square Feet, with 1 Commercial Unit, 6 Half Baths.

## INCOME APPROACH

| Bld | Alt Type - Desc | L. Area / # Units | Rent/Unit | Ft. | Base V. | Unit Prc | Adj Prc | NBC | Ft. | Mod. | Expenses | % | Vacancy | Gross Inc | Type | % | Reserves | NOI | Aft Net | C. Rate | C. Adj | GRM/Inc Val |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | THE - THEATRE | 47,872 | 11.40 | 1 | | 010 | 10 | CV | 1 | | 43,659 | | 0.08 | 545,741 | Surp | | 0 | | | 7.5 | 1.05 | 5,239,100 |
| | Building Totals | 47,872 | | | Vac Adj | | Exp Adj | | | | 43,659 | | 0.08 | 545,741 | Surp | | 0 | | | | | 109.44 Val/SF |
| | Parcel Totals | 47,872 | | | Vac Adj | | Exp Adj | | | | 43,659 | | 0.08 | 545,741 | Surp | | 0 | | | | | 5,239,100 |
| | Othr Inc | 0 | Rate Adj | | | | | | | | | | | | | | | | | | | 109.44 Val/SF |
| | Othr Inc | 0 | Rate Adj | | | | | | | | | | | | | | | | | | | |

## PROPERTY FACTORS

| Item | Code | % |
|---|---|---|
| Dis 1 D | | |
| Dis 2 | | |
| Dis 3 | | |
| Zone 1 | BUS | 100 |
| Zone 2 | | |
| Zone 3 | | |
| Util 1 | | |
| Util 2 | | |
| Util 3 | | |
| Census | | |
| F. Haz | | |
| Topo | | |
| Street | | |
| Traffic | | |
| Exmpt | | |
| HX | | |

**USER DEFINED**
Pasco Nbhd: 32/2B
Prior Nbhd: 
LOT 1
GIS CA
PriorID1b
Comm.Distr.
Apt.Units
Web Image
PriorID2c
PriorID3c   L1
Assessor Map

Print Date / Time: 8/29/2024 10:10
Last Date / Time: 2/5/21 4:28   apro
Insp Date

## LAND SECTION (364)

| LUC | LUC Desc | Alt % | # Units | Depth | U. Type | L. Type | Ft. | Base V. | Unit Prc | Adj Prc | NBC | Ft. | Inf 1 | % | Inf 2 | % | Inf 3 | % | P. NBC Desc | Appr | Alt 2 LUC | Spec L.V. | Juris | L. Ft. | Assessed Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 364 | THEATER | | 392,040 | | SF | SITE | 1 | | 010 | 10 | CV | 1 | S | -50 | | | | | COMM VG | 3,920,400 | | 0 | | 1 | 3,920,400 |
| 364 | THEATER | | 20.336 | | AC | EXCESS | 1 | | 030,000 | 30,000 | CV | 1 | | | | | | | | 229,125 | | 0 | | 1 | 229,100 |
| | Total AC/HA | | 29.34 | | | Total SF/SM | 1,277,876.13 | | | | | | | | | | | | Parcel LUC364 - THEATER | Tot 4,149,525 | | Tot 0 | | Tot | 4,149,500 |

Disclaimer: This Information is believed to be correct but is subject to change and is not guaranteed

Property: 3883 | Bld: 5425 | Seq: 1 | Year: 2019 | Data As Of Date: 08/29/2024 | User: jons | DB: Assess50



# Town of Westborough

| Map | Blk | Lot | | | | | | Card: 1 of 1 | Total Card | Total Parcel |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 48 | 0 | | | | | | APPRAISED | 5,239,100 | 5,239,100 |
| | | | Parcel ID 4 | 32-48-0 | | 231 TURNPIKE RD | | USE + IMP | 0 / | 0 |
| **PROPERTY LOCATION** | | | | Parcel ID | | Building Location | | USE LAND | 5,239,100 / | 5,239,100 |
| 231 TURNPIKE RD | | | | | | | | ASSESSED | | |
| WESTBOROUGH, MA 01581 | | | | | | | | | | |

## OWNERSHIP
WESTBOROUGH SPE LLC
C/O BABCOCK & BROWN ADMIN SVCS
TWO HARRISON ST
SAN FRANCISCO, CA 94105-0000
-0000

| Occ | X | | Type | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

## PREVIOUS OWNER
CAREY LESLIE S., TRUSTEE

## LEGAL DESCRIPTION
| Abstract | |
|---|---|
| GIS Coord 1 | |
| GIS Coord 2 | |
| Lot Size | |
| Total Land | |
| Land Unit Type | |

| Insp Date | |
|---|---|
| Print Date / Time | 8/29/2024 10:1... |
| Last Date / Time | 2/5/21 4:28... apro |

### USER DEFINED
| Pasco Nbhd | 32/2B |
| Prior Nbhd | |
| LOT 1 | |
| GIS CA | |
| PriorID1b | |
| Comm.Distr. | |
| Apt.Units | |
| Web Image | |
| PriorID2c | |
| PriorID3c | L1 |
| Assessor Map | |

## IN PROCESS APPRAISAL SUMMARY

| Use Code | Building Val | Yard Items | Land Val | Total Val |
|---|---|---|---|---|
| 364 | 887,700 | 201,900 | 4,149,500 | 5,239,100 |

| | Building Val | Yard Items | Land Val | Total Val |
|---|---|---|---|---|
| Building Total | 887,700 | 201,900 | | |
| Parcel Total | 887,700 | 201,900 | 4,149,500 | 5,239,100 |
| Source | 2 - Income App | | | |
| | Tot Val SF/Bld | | Tot Val SF/Prcl | 109.44 |

## PREVIOUS ASSESSMENTS

| Tx Yr | Cat | Use | Bld Value | Yard Items | Land Size | Land Val | Total Appr | TSF | Assessed Notes | Date | NAL | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | FV | 364 | 887,700 | 201,900 | 29.336 | 4,149,500 | 5,239,100 | No | 5,239,100 YEAR END ROLL | 12/05/2019 | C | |
| 2019 | FV | 364 | 887,700 | 201,900 | 29.336 | 4,149,500 | 5,239,100 | No | 5,239,100 CPRO BILLING | 12/04/2018 | | |
| 2018 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | | 9,264,800 CPRO billing | 12/04/2017 | I | |
| 2017 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | | 9,264,800 YEAR END | 11/28/2016 | | |
| 2016 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | | | 11/17/2015 | | |

## SALES INFORMATION

| Grantor | Legal Ref | Type | Date | Sale Price | Verif. | |
|---|---|---|---|---|---|---|
| CAREY LESLIE S., TRUSTEE | 19369-75 | | 11/21/1997 | 9,151,449 | | |
| LANE | 16210-372 | | 04/15/1994 | 375,000 | | |

## BUILDING PERMITS

| Date | Number | Desc | Amount | Closed | Status | Notes |
|---|---|---|---|---|---|---|
| 11/27/2017 | CG-2017-00177 | DEMOLITION | 0 | 02/08/2018 | C | DEMOLISH SIGN LE |
| 11/07/2017 | CG-2017-00168 | DEMOLITION | 0 | 02/08/2018 | C | REMOVAL OF ALL T |
| 03/21/2013 | 134-2013 | MANUAL | 119,800 | | C | REPAIR 2 EGRESS |
| 10/21/2003 | 470/2003 | SIGN | 10,000 | 05/13/2004 | C | |
| 07/21/1995 | 314/95 | MANUAL | 2,880,000 | 05/17/2000 | C | CINEMA |

## ACTIVITIES

| Date | Last Visit | Result | By |
|---|---|---|---|
| 12/12/2012 | | 2 | JON STEINBER |
| | 02/13/2004 | | |

## NARRATIVE DESCRIPTION
This parcel contains 392,040 SF of land mainly classified as THEATER with a THEATER building built about 1997, having primarily BRICK VENR Exterior and 47,872 Square Feet, with 1 Commercial Unit, 6 Half Baths.

## INCOME APPROACH

| | Bld | Alt Type - Desc | L. Area # / Units | Rent/Unit | Ft. | Gross Inc | Vacancy | % | Expenses | Mod. | Ft. | NBC | Type | Reserves | NOI | Aft Net | C. Rate | C. Adj | GRM/Inc Val |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | THE - THEATRE | 47,872 | 11.40 | 1 | 545,741 | | | 43,659 | | 1 | CV | | 0 | | | 7.5 | | 5,239,100 |

## PROPERTY FACTORS

| Item | Code | % |
|---|---|---|
| Dis 1 D | | |
| Dis 2 | | |
| Dis 3 | | |
| Zone 1 BA | | 100 |
| Zone 2 | | |
| Zone 3 | | |
| Util 1 | | |
| Util 2 | | |
| Util 3 | | |
| Census | | |
| F. Haz | | |
| Topo | | |
| Street | | |
| Traffic | | |
| Exmpt | | |
| HX | | |

| | | | | Building Totals | 47,872 | | 0 | Rate Adj | | Vac Adj | 0.08 | Surp | Exp Adj | 0.20 | Deduc | 0 | C/I Ratio | | 1.05 | Val/SF | 109.44 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Parcel Totals | 47,872 | | 0 | Rate Adj | | Vac Adj | 0.08 | Surp | Exp Adj | 0.20 | Deduc | 0 | C/I Ratio | | 1.05 | Val/SF | 109.44 |

## LAND SECTION (364)

| LUC | LUC Desc | Alt % | # Units | Depth | U. Type | L. Type | Ft. | Base V. | Unit Prc | Adj Prc | NBC | Ft. | Inf 1 | % | Inf 2 | % | Inf 3 | % | P. NBC Desc | Appr | Alt 2 LUC | Spec L.V. | Juris | L. Ft. | Assessed Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 364 | THEATER | | 392,040 | | SF | SITE | 1 | | 010 | 10 | CV | 1 | | | | | | | COMM VG | 3,920,400 | | 0 | 0 | 1 | 3,920,400 |
| 364 | THEATER | | 20,336 | | AC | EXCESS | 1 | | 030,000 | 30,000 | CV | 1 | S | -50 | | | | | | 229,125 | | 0 | 0 | 1 | 229,100 |

| Total AC/HA | 29.34 | Total SF/SM | 1,277,876.13 | Parcel LUC364 - THEATER | Tot | 4,149,525 | Tot | 0 | Tot | 4,149,500 |
|---|---|---|---|---|---|---|---|---|---|---|

Disclaimer: This information is believed to be correct but is subject to change and is not guaranteed

Property: 3883 | Bld: 5425 | Seq: 1 | Year: 2020 | Data As Of Date: 08/29/2024 | User: jons | DB: Assess50



# Town of Westborough

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **32** | **48** | 0 | | | | | | **Total Parcel** |
| Map | Blk | Lot | | | Parcel ID 4 | | | 2,622,100 |
| | | | | | | | | 0 |
| **PROPERTY LOCATION** | | | | | | | | 2,622,100 |
| 231 TURNPIKE RD | | | | | | | | **Total Card** |
| WESTBOROUGH, MA 01581 | | | | | | | | 2,622,100 |
| | | | | | | | | 0 |
| **OWNERSHIP** | | | | | | | | 2,622,100 |
| WESTBOROUGH SPE LLC | | | | | | | | **Card: 1 of 1** |
| C/O BABCOCK & BROWN ADMIN SVCS, 2 - 6TH FLOOR | | | | | | | | APPR |
| TWO HARRISON ST | | | | | | | | USE + IMP |
| SAN FRANCISCO, CA 94105-0000 | | | | | | | | USE LAND |
| | | | | | | | | ASSESSED |

| | | 32-48-0 | | Building Location 231 TURNPIKE RD | | | |
|---|---|---|---|---|---|---|---|
| | | Parcel ID | | | | | |

**IN PROCESS APPRAISAL SUMMARY**

| Use Code | Building Val | Yard Items | Bld Value | Land Size | Land Val | Total Val |
|---|---|---|---|---|---|---|
| 364 | 1,060,200 | 231,000 | | 29.34 | 1,330,900 | 2,622,100 |
| | | | | | | |
| Building Total | 1,060,200 | 231,000 | 1,060,200 | | | |
| Parcel Total | 1,060,200 | 231,000 | 1,060,200 | 29.34 | 1,330,900 | 2,622,100 |
| Source | 0 - Mkt Adj Cost | | Tot Val SF/Bld | 54.77 | Tot Val SF/Prcl | 54.77 |

**Occ** X    **Type**

**PREVIOUS OWNER**
CAREY LESLIE S., TRUSTEE
-0000

**LEGAL DESCRIPTION**

| | |
|---|---|
| Lot Size | |
| Total Land | |
| Land Unit Type | |

**Property ID: 3883**

## PREVIOUS ASSESSMENTS

| Tx Yr | Cat | Use | Bld Value | Yard Items | Land Size | Land Val | Total Appr | Assessed Notes | Date |
|---|---|---|---|---|---|---|---|---|---|
| 2021 | FV | 364 | 1,060,200 | 231,000 | 29.336 | 1,330,900 | 2,622,100 | 2,622,100 CPRO BILLING | 12/03/2020 |
| 2020 | FV | 364 | 887,700 | 201,900 | 29.336 | 4,149,500 | 5,239,100 | 5,239,100 YEAR END ROLL | 12/05/2019 |
| 2019 | FV | 364 | 887,700 | 201,900 | 29.336 | 4,149,500 | 5,239,100 | 5,239,100 CPRO BILLING | 12/04/2018 |
| 2018 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | 9,264,800 CPRO billing | 12/04/2017 |
| 2017 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | 9,264,800 YEAR END | 11/28/2016 |
| 2016 | FV | 364 | 4,753,900 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | 9,264,800 | 11/17/2015 |
| 2015 | FV | 364 | 4,753,900 | 238,600 | 29.336 | 3,757,500 | 8,750,000 | 8,750,000 | 11/19/2014 |
| 2014 | FV | 364 | 4,753,900 | 238,600 | 29.336 | 3,757,500 | 8,750,000 | 8,750,000 cpro | 11/21/2013 |
| 2013 | FV | 364 | 5,935,700 | 157,700 | 29.336 | 3,757,500 | 9,850,900 | 9,850,900 Year End Roll | 12/17/2012 |
| 2012 | FV | 364 | 5,378,000 | 158,800 | 29.336 | 3,795,700 | 9,332,500 | 9,332,500 Year End | 12/8/2011 |

## SALES INFORMATION

| Grantor | Legal Ref | Date | Type | Sale Price | TSF | Verif. | NAL | Notes |
|---|---|---|---|---|---|---|---|---|
| CAREY LESLIE S., TRUSTEE | 19369-75 | 11/21/1997 | | 9,151,449 | No | | | C |
| LANE | 16210-372 | 04/15/1994 | | 375,000 | No | | | I |

## BUILDING PERMITS

| Date | Number | Desc | Amount | Closed | Status | Ft. | Mod. | Notes | Last Visit | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/27/2017 | CG-2017-00177 | DEMOLITION | 0 | 02/08/2018 | C | | | DEMOLISH SIGN LE | | | |
| 11/07/2017 | CG-2017-00168 | DEMOLITION | 0 | 02/08/2018 | C | | | REMOVAL OF ALL T | | | |
| 03/21/2013 | 134-2013 | MANUAL | 119,800 | | C | 1 | | REPAIR 2 EGRESS | | | |
| 10/21/2003 | 470/2003 | SIGN | 10,000 | 05/13/2004 | C | 1 | | CINEMA | 02/13/2004 | | |
| 07/21/1995 | 314/95 | MANUAL | 2,880,000 | 05/17/2000 | C | | | | | | |

## ACTIVITIES

| Date | Result | By |
|---|---|---|
| 12/12/2012 | 2 | JON STEINBER |

## NARRATIVE DESCRIPTION
This parcel contains 29 AC of land mainly classified as THEATER with a THEATER building built about 1997, having primarily BRICK VENR Exterior and 47,872 Square Feet, with 1 Commercial Unit, 6 Half Baths.

## OTHER ASSESSMENTS

| Code | Desc | Amt | Comm Int Amt |
|---|---|---|---|
| IE | PENALTY | 250.00 | |
| IE | PENALTY | 250.00 | |
| IE | PENALTY | 0.00 | 0.00 |

## PROPERTY FACTORS

| Item Code | | Code | | % |
|---|---|---|---|---|
| Util 1 | Dis 1 | D | | |
| Util 2 | Dis 2 | | | |
| Util 3 | Dis 3 | | | |
| Census | Zone 1 | BA | | |
| F. Haz | Zone 2 | | | 100 |
| Topo | Zone 3 | | | |
| Street | | HX | | |
| Traffic | | | | |
| Exempt | | | | |

| U. Type | Ft. | Depth | # Units | Ft. | Alt % | LUC | LUC Desc | Base V. | Unit Prc | Adj Prc | NBC | Amount | Type | L. Type | Ft. | Inf 1 | % | Inf 2 | % | Inf 3 | % | Appr | Alt 2 | LUC | Spec L.V. | Juris | L. Ft. | Assessed Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SF | 1 | | 174,240 | 1 | | 364 | THEATER | | 010 | 6 | CV | | COM | SITE | 1 | R | -40 | | | | | 1,045,400 | | | 0 | 0 | 1 | 1,045,400 |
| AC | 1 | | 25.336 | 1 | | 364 | THEATER | | 030,000 | 11,268.55 | CV | | COM | EXCESS | 1 | S | -50 | | | | | 285,500 | | | 0 | 0 | 1 | 285,500 |

| | Total AC/HA | 29.34 | | Total SF/SM | 1,277,876.16 | | Parcel LUC 364 - THEATER | P. NBC Desc COMM VG | Tot 1,330,900 | Tot | Tot 1,330,900 |
|---|---|---|---|---|---|---|---|---|---|---|---|

## LAND SECTION (364)



# Town of Westborough

**Card: 1 of 1**

| | Total Parcel | Total Card |
|---|---|---|
| APPR | 1,994,900 | 1,994,900 |
| USE + IMP | 0 | 0 |
| USE LAND | 1,994,900 | 1,994,900 |
| ASSESSED | | |

| Map | Blk | Lot | |
|---|---|---|---|
| 32 | 48 | 0 | Parcel ID 4 |

**PROPERTY LOCATION**
231 TURNPIKE RD
WESTBOROUGH, MA 01581

**OWNERSHIP**
WESTBOROUGH SPE LLC
C/O BABCOCK & BROWN ADMIN SVCS, 2 - 6TH FLOOR
TWO HARRISON ST
SAN FRANCISCO, CA 94105-0000

| Parcel ID | 32-48-0 | Building Location | 231 TURNPIKE RD |
|---|---|---|---|

## IN PROCESS APPRAISAL SUMMARY

| Use Code | Building Val | Yard Items | Bld Value | Land Size | Land Val | Total Val |
|---|---|---|---|---|---|---|
| 364 | 1,060,200 | 231,000 | | | 703,700 | 1,994,900 |
| Building Total | 1,060,200 | 231,000 | 1,060,200 | 29.34 | 703,700 | 1,994,900 |
| Parcel Total | 1,060,200 | 231,000 | 1,060,200 | 29.34 | 703,700 | 1,994,900 |
| Source | 0 - Mkt Adj Cost | | Tot Val SF/Bld | 41.67 | Tot Val SF/Prcl | 41.67 |

**Property ID: 3883**

## PREVIOUS ASSESSMENTS

| Tx Yr | Cat | Use | Bld Value | Yard Items | Land Size | Land Val | Total Appr | Assessed | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2022 | FV | 364 | 1,060,200 | 231,000 | 29.336 | 703,700 | 1,994,900 | 1,994,900 | |
| 2021 | FV | 364 | 1,060,200 | 231,000 | 29.336 | 1,330,900 | 2,622,100 | 2,622,100 | CPRO BILLING |
| 2020 | FV | 364 | 887,700 | 201,900 | 29.336 | 4,149,500 | 5,239,100 | 5,239,100 | YEAR END ROLL |
| 2019 | FV | 364 | 887,700 | 201,900 | 29.336 | 4,149,500 | 5,239,100 | 5,239,100 | CPRO BILLING |
| 2018 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | 9,264,800 | CPRO billing |
| 2017 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | 9,264,800 | YEAR END |
| 2016 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | 9,264,800 | |
| 2015 | FV | 364 | 4,753,900 | 238,600 | 29.336 | 3,757,500 | 8,750,000 | 8,750,000 | |
| 2014 | FV | 364 | 4,753,900 | 238,600 | 29.336 | 3,757,500 | 8,750,000 | 8,750,000 | cpro |
| 2013 | FV | 364 | 5,935,700 | 157,700 | 29.336 | 3,757,500 | 9,850,900 | 9,850,900 | Year End Roll |

## SALES INFORMATION

| Grantor | Legal Ref | Type | Date | Sale Price | TSF | Verif. | NAL | Notes |
|---|---|---|---|---|---|---|---|---|
| CAREY LESLIE S., TRUSTEE | 19369-75 | | 11/21/1997 | 9,151,449 | No | | C | |
| LANE | 16210-372 | | 04/15/1994 | 375,000 | No | | I | |

## BUILDING PERMITS

| Date | Number | Desc | Amount | Closed | Status | Type | Mod. | Ft. | Notes | Last Visit |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/27/2017 | CG-2017-00177 | DEMOLITION | 0 | 02/08/2018 | C | COM | | 1 | DEMOLISH SIGN LE | |
| 11/07/2017 | CG-2017-00168 | DEMOLITION | 0 | 02/08/2018 | C | COM | | 1 | REMOVAL OF ALL T | |
| 03/21/2013 | 134-2013 | MANUAL | 119,800 | | C | | | | REPAIR 2 EGRESSt | |
| 10/21/2003 | 470/2003 | SIGN | 10,000 | 05/13/2004 | C | | | | | 02/13/2004 |
| 07/21/1995 | 314/95 | MANUAL | 2,880,000 | 05/17/2000 | C | | | | CINEMA | |

## NARRATIVE DESCRIPTION
This parcel contains 29 AC of land mainly classified as THEATER with a THEATER building built about 1997, having primarily BRICK VENR Exterior and 47,872 Square Feet, with 1 Commercial Unit, 6 Half Baths.

## OTHER ASSESSMENTS

| Code | Desc | Amt | Comm Int Amt |
|---|---|---|---|
| IE | PENALTY | 250.00 | |
| IE | PENALTY | 250.00 | |
| IE | PENALTY | 250.00 | |

## PROPERTY FACTORS

| Item | Code | % |
|---|---|---|
| Util 1 | Dis 1 D | |
| Util 2 | Dis 2 | |
| Util 3 | Dis 3 | |
| Census | Zone 1 BA | 100 |
| F. Haz | Zone 2 | |
| Topo | Zone 3 | |
| Street | HX | |
| Traffic | | |
| Exempt | | |

## ACTIVITIES

| Date | Result | By |
|---|---|---|
| 12/12/2012 | 2 | JON STEINBER |

## LEGAL DESCRIPTION

| Lot Size | |
|---|---|
| Total Land | |
| Land Unit Type | |

| Occ | X | Type | | | Date |
|---|---|---|---|---|---|
| | | | | | 05/18/2022 |
| | | | | | 12/03/2020 |
| | | | | | 12/05/2019 |
| | | | | | 12/04/2018 |
| | | | | | 12/04/2017 |
| | | | | | 11/28/2016 |
| | | | | | 11/17/2015 |
| | | | | | 11/19/2014 |
| | | | | | 11/21/2013 |
| | | | | | 12/17/2012 |

**PREVIOUS OWNER**
CAREY LESLIE S., TRUSTEE -0000

Abstract
GIS Coord 1
GIS Coord 2
Insp Date  12/12/2012
Print Date / Time
8/29/2024  10:1
Last Date / Time
2/5/21  4:28 p
apro

**USER DEFINED**
Pasco Nbhg
32/2B
Prior Nbhd
LOT 1
GIS CA
PriorID1b
PriorID2c
PriorID3c
L1
GIS Condo Pin
Comm.Distrit
Apt.Units
Web Image

## LAND SECTION (364)

| LUC | LUC Desc | Alt % | Ft. | # Units | Depth | U. Type | L. Type | Ft. | Base V. | Unit Prc | Adj Prc | NBC | P. NBC Desc | Inf 1 | % | Inf 2 | % | Inf 3 | % | Appr | Alt 2 LUC | Spec L.V. | Juris | L. Ft. | Assessed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 364 | THEATER | | 1 | 174,240 | | SF | SITE | 1 | | 010 | 2.4 | CV | COMM VG | R | -60 | E | -40 | | | 418,200 | | 0 | 0 | 1 | 418,200 | |
| 364 | THEATER | | 1 | 25,336 | | AC | EXCESS | 1 | | 030,000 | 11,268.55 | CV | | S | -50 | | | | | 285,500 | | 0 | 0 | 1 | 285,500 | |
| | Total AC/HA | | | 29.34 | | | | | | Total SF/SM | 1,277,876.16 | | Parcel LUC | 364 - THEATER | | | | | Tot | | Tot | 0 | Tot | 703,700 | |

Disclaimer: This Information is believed to be correct but is subject to change and is not guaranteed

Property: 3883 | Bid: 5425 | Seq: 1 | Year: 2022 | Data As Of Date: 08/29/2024 | User: jons | DB: Assess50

# Parcel ID 32-48-0



### Exterior Information

| Type | 81 - THEATER | | |
|---|---|---|---|
| Stry Hght | 2 | | |
| (Liv) Units | 0 | Tot | 1 |
| Found | 1 - CONCRETE | | |
| Frame | 2 - STEEL | | |
| P. Wall | 8 - BRICK VENR | | |
| Sec Wall | 21 - CONC BLOC | | 50 |
| Roof Str | 4 - FLAT | | |
| Roof Cvr | 4 - TAR+GRAVEL | | |
| Color | | | |
| View | | | |
| Shape | | | |
| Bld Name | | | |

### Condo Information

| Location | |
| Tot Units | |
| Floor | |
| % Own | |
| Name | |

### General Information

| Grade | CA - COMM V GOOD |
| Year Blt | 1997 | Eff Yr | |
| Alt LUC | |
| Juris | |
| Con Mod | |

### Interior Information

| Avg Ht / Fl | |
| P. Int Wall | 1 - DRYWALL |
| Sec Int Wall | |
| Partition | T - TYPICAL |
| P. Floor | 4 - CARPET |
| Sec Floor | |
| Bmt Floors | |
| Sub Floors | |
| Bmt Garage | 0 |
| Electric | 3 - TYPICAL |
| Insulation | 2 - TYPICAL |
| Int Vs Ext | S |
| Heat Fuel | 2 - GAS |
| Heat | 1 - FORCED H/A |
| # Heat Sys | 1 |
| Heated % | 100 | AC % | 100 |
| Sol HW % | | Ctrl Vac % | |
| Com Wall % | | Sprink % | 100 |

### Comments

486-1997  5-97 STEEL + EXT WALL. 110-94/SEE WHITE CARD FOR 32/2B, MEASURED PAVING WITH GIS TOOL - REGAL LEASE EXPIRED 11/2017 TAX BILL WAS CHANGED BACK TO OWNER OF TITLE ON DEED
FY2018 EXPENSE DATA TO BE ENTERED
FY19 I&E RETURNED BY PO/UNABLE TO FORWARD.

### Res Breakdown

| Floor | No. Unit | Rooms | Bdrms |
|---|---|---|---|
| | | | |
| | | | |
| Bld Total | | | |
| Prcl Total | | | |

### Bath Features

| Full Bath | 0 | Rtng | |
| Add Full | 0 | Rtng | |
| 3/4 Bath | 0 | Rtng | |
| Add. 3/4 | 0 | Rtng | |
| 1/2 Bath | 6 | Rtng | A - AVERAGE |
| Add. 1/2 | 0 | Rtng | |
| Other Fix | 0 | Rtng | |

### Other Features

| Kitchens | 2 | Rtng | A - AVERAGE |
| Add Kit. | 0 | Rtng | |
| Fireplaces | 0 | Rtng | |
| WS Flues | 0 | Rtng | |

### Depreciation

| Phys Con | PR - Poor | | 26 |
| Functional | | | |
| Economic | D - DEMAND | | 75 |
| Special | | | |
| Override | | | |
| | | Total | 81.5% |

### Remodeling

| Exterior | |
| Interior | |
| Add. | |
| Kitchen | |
| Bath | |
| Plumb | |
| Electric | |
| Heating | |
| General | |

### Calc Ladder

| Base Rate | 85.00 |
| Size Adj | 0.82507 |
| Con Adj | 0.99960 |
| Adj Prc | $70.10 |
| Grade Ft. | 1.65200 |
| Other Feat | $151,330 |
| NBH Mod | 1.0000 |
| NBC Infl | 1.0000 |
| LUC Ft. | 1.0000 |
| Adj Tot (RCN) | 5,730,924 |
| Depr % | 81.5% |
| Depr | 4,670,703 |
| Depr'd Total | 1,060,221 |
| Juris Ft. | 1.0000 |
| Spec. Features | $0 |
| Lump Sum | |
| Final Total | $1,060,200 |
| Override Val | |
| Assmnt Ft. | 1.0000 |
| Assessed Val | $1,060,200 |
| Total $/SF | $22.15 |
| Underp $/SF | 115.80520 |

### Comparable Sales

| Rtng | Parcel ID | Type | Sale Date | Price |
|---|---|---|---|---|
| | | | | |
| Avg Rtng | | | Ind Val | |

### Mobile Home

| Make | Model | Serial |
|---|---|---|

### Sub Areas

| Code | Desc | Gross A. | F. Area | Sz Adj A. | Rate AV | Underp Val |
|---|---|---|---|---|---|---|
| FFL | 1ST FLOOR | 47,872 | 47,872 | 47,872 | 70.10 | 3,355,827 |
| CNP | CANOPY | 1,050 | 0 | 0 | 20.50 | 21,525 |
| Building Totals | | 48,922 | 47,872 | 47,872 | | 3,377,352 |
| Parcel Totals | | 48,922 | 47,872 | 47,872 | | 3,377,352 |

### Alt Areas

| Alt Type | % Alt | Tenants | Qual | S. Area | Year | Color |
|---|---|---|---|---|---|---|

### Special Features / Yard Items

| Code | Desc | A | Y/S | Qty | Size | Con | Qual | Year | Unit Prc | D/S | LUC | Depr % | Net Area | Ft. | NBC | Juris | Ft. | Sz Adj A. | Ft. | Appr Val | Assessed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | CANOPY | A | Y | 1 | 50.00x12.00 | GD | G | 1997 | 20.50 | T | 101 | 45% | | 1 | RV | | 1 | | 1 | 8,500 | 8,500 |
| 85 | PAVING | D | Y | 1 | 169020.00 | GD | G | 1998 | 1.75 | T | 101 | 45% | | 1 | RV | | 1 | | 1 | 203,400 | 203,400 |
| 77 | LITE-SIN | D | Y | 6 | 1.00 | GD | G | 1998 | 750.00 | T | 101 | 45% | | 1 | RV | | 1 | | 1 | 3,100 | 3,100 |
| 84 | SIGN-ILU | D | Y | 1 | 184.00 | GD | G | 1998 | 38.00 | T | 101 | 45% | | 1 | RV | | 1 | | 1 | 4,800 | 4,800 |
| 87 | FENCE-4 | D | Y | 1 | 390.00 | GD | G | 1998 | 7.00 | T | 101 | 45% | | 1 | RV | | 1 | | 1 | 1,900 | 1,900 |
| 78 | LITE-DBL | D | Y | 9 | 1.00 | GD | G | 1997 | 1,500.00 | T | 101 | 45% | | 1 | RV | | 1 | | 1 | 9,300 | 9,300 |
| Building Totals | | | | | | | | | | | | | | | | Yard Item Appr | | | Special Feature Appr | 231,000 | 231,000 |
| Parcel Totals | | | | | | | | | | | | | | | | Yard Item Appr | | | Special Feature Appr | 231,000 | 231,000 |

# Town of Westborough

| Map | Blk | Lot | | | | | | | Card: 1 of 1 | Total Card | Total Parcel |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 48 | 0 | Parcel ID 4 | | | | | | APPR | 2,082,000 | 2,082,000 |
| 32-48-0 | | | | | | | | | USE + IMP | 0 | 0 |
| Parcel ID | | | Building Location 231 TURNPIKE RD | | | | | | USE LAND | 2,082,000 | 2,082,000 |
| | | | | | | | | | ASSESSED | | |

**PROPERTY LOCATION**
231 TURNPIKE RD
WESTBOROUGH, MA 01581

**OWNERSHIP**
TOWN OF WESTBOROUGH
34 WEST MAIN STREET
WESTBOROUGH, MA 01581

## IN PROCESS APPRAISAL SUMMARY

| | Use Code | Building Val | Yard Items | Land Size | Bld Value | Land Val | Total Val |
|---|---|---|---|---|---|---|---|
| | 364 | 1,060,200 | 318,100 | 29.34 | | 703,700 | 2,082,000 |
| Building Total | | 1,060,200 | 318,100 | 29.34 | 1,060,200 | 703,700 | 2,082,000 |
| Parcel Total | | 1,060,200 | 318,100 | 29.34 | 1,060,200 | 703,700 | 2,082,000 |
| Source | | 0 - Mkt Adj Cost | | | Tot Val SF/Prcl | | 43.49 |
| | | | | Tot Val SF/Bld | | | 43.49 |

**PREVIOUS OWNER**
WESTBOROUGH SPE LLC
C/O BABCOCK & BROWN ADMIN SVCS, 2 - 6TH FLOOR
TWO HARRISON ST
SAN FRANCISCO, CA 94105-0000

| Occ | X | | Type | | |
|---|---|---|---|---|---|

**Property ID: 3883**

## PREVIOUS ASSESSMENTS

| Tx Yr | Cat | Use | Bld Value | Yard Items | Land Size | Land Val | Total Appr | Assessed | Notes | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | FV | 364 | | | | | 2,082,000 | 2,082,000 | | 05/31/2023 |
| 2022 | FV | 364 | | | | | 1,994,900 | 1,994,900 | | 05/18/2022 |
| 2021 | FV | 364 | 1,060,200 | 231,000 | 29.336 | 1,330,900 | 2,622,100 | 2,622,100 | CPRO BILLING | 12/03/2020 |
| 2020 | FV | 364 | 887,700 | 201,900 | 29.336 | 4,149,500 | 5,239,100 | 5,239,100 | YEAR END ROLL | 12/05/2019 |
| 2019 | FV | 364 | 887,700 | 201,900 | 29.336 | 4,149,500 | 5,239,100 | 5,239,100 | CPRO BILLING | 12/04/2018 |
| 2018 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | 9,264,800 | CPRO billing | 12/04/2017 |
| 2017 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | 9,264,800 | YEAR END | 11/28/2016 |
| 2016 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | 9,264,800 | | 11/17/2015 |
| 2015 | FV | 364 | 4,753,900 | 238,600 | 29.336 | 3,757,500 | 8,750,000 | 8,750,000 | | 11/19/2014 |
| 2014 | FV | 364 | 4,753,900 | 238,600 | 29.336 | 3,757,500 | 8,750,000 | 8,750,000 | cpro | 11/21/2013 |

## SALES INFORMATION

| Grantor | Legal Ref | Date | Type | Sale Price | TSF | Verif. | NAL | Notes |
|---|---|---|---|---|---|---|---|---|
| WESTBOROUGH SPE LLC | 66983-53 | 01/21/2022 | | 0 | No | | E | |
| CAREY LESLIE S., TRUSTEE | 19369-75 | 11/21/1997 | | 9,151,449 | No | | C | |
| LANE | 16210-372 | 04/15/1994 | | 375,000 | No | | I | |

## LEGAL DESCRIPTION

| Abstract | | |
|---|---|---|
| GIS Coord 1 | | |
| GIS Coord 2 | | |
| Insp Date | 12/12/2012 | |
| Print Date / Time | 8/29/2024 10:4..am | |
| Last Date / Time | 2/5/21 4:28:00 | |
| | apro | |

**USER DEFINED**
| Pasco Nbhg | |
| 32/2B | |
| Prior Nbhd | |
| LOT 1 | |
| GIS CA | |
| PriorID1b | |
| Comm.Distr | |
| Apt.Units | |
| Web Image | |
| PriorID2c | |
| PriorID3c | |
| L1 | |
| GIS Condo Pin | |

Lot Size
Total Land
Land Unit Type

## NARRATIVE DESCRIPTION
This parcel contains 29 AC of land mainly classified as THEATER with a THEATER building built about 1997, having primarily BRICK VENR Exterior and 47,872 Square Feet, with 1 Commercial Unit, 6 Half Baths.

## OTHER ASSESSMENTS

| Code | Desc | Amt | Comm Int Amt |
|---|---|---|---|
| IE | PENALTY | 250.00 | |
| IE | PENALTY | 250.00 | |
| IE | PENALTY | 250.00 | |

## ACTIVITIES

| Date | Last Visit | Result | By |
|---|---|---|---|
| 12/12/2012 | | 2 | JON STEINBER |

## BUILDING PERMITS

| Date | Number | Desc | Amount | Closed | Status | Type | Ft. | Mod. | NBC | Adj Prc | Unit Prc | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/27/2017 | CG-2017-00177 | DEMOLITION | 0 | 02/08/2018 | C | COM | 1 | | CV | 2.4 | 010 | DEMOLISH SIGN LE |
| 11/07/2017 | CG-2017-00168 | DEMOLITION | 0 | 02/08/2018 | C | COM | 1 | | CV | | | REMOVAL OF ALL T |
| 03/21/2013 | 134-2013 | MANUAL | 119,800 | | C | | | | | | | |
| 10/21/2003 | 470/2003 | SIGN | 10,000 | 05/13/2004 | C | | | | | 11,268.55 | 030,000 | REPAIR 2 EGRESS |
| 07/21/1995 | 314/95 | MANUAL | 2,880,000 | 05/17/2000 | C | | | | | | | CINEMA |
| | | | | 02/13/2004 | | | | | | | | |

## PROPERTY FACTORS

| Item | Code | % |
|---|---|---|
| Util 1 | Dis 1 D | |
| Util 2 | Dis 2 | |
| Util 3 | Dis 3 | |
| Census | Zone 1 BA | |
| F. Haz | Zone 2 | |
| Topo | Zone 3 | |
| Street | HX | 100 |
| Traffic | | |
| Exempt | | |

## LAND SECTION (364)

| LUC | LUC Desc | Alt % | Ft. | # Units | Depth | U. Type | L. Type | Ft. | Base V. | Unit Prc | Adj Prc | NBC | Amount | Closed | Ft. | % | Inf 1 | % | Inf 2 | % | Inf 3 | % | Appr | Alt 2 LUC | % | Tot | Spec L.V. | Juris | L. Ft. | Assessed | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 364 | THEATER | | 1 | 174,240 | | SF | SITE | 1 | | | | | | | | | R | -60 | E | | | -40 | 418,200 | | | | 0 | | 1 | 418,200 | |
| 364 | THEATER | | 1 | 25,336 | | AC | EXCESS | 1 | | | | | | | | | S | -50 | | | | | 285,500 | | | | 0 | | 1 | 285,500 | |
| | Total AC/HA | | | 29.34 | | | Total SF/SM | | | 1,277,876.16 | | | | | | | P. NBC Desc | COMM VG | | | | | | | | | | | | | |
| | | | | | | | | | | | Parcel LUC 364 - THEATER | | | | | | | | | | | Tot | 703,700 | | Tot | 0 | | Tot | 703,700 | |

Disclaimer: This Information is believed to be correct but is subject to change and is not guaranteed

Property: 3883 | Bid: 5425 | Seq: 1 | Year: 2023 | Data As Of Date: 08/29/2024 | User: jons | DB: Assess50



# Town of Westborough

**Card: 1 of 1**

| | | |
|---|---|---|
| Map 32 | Blk 48 | Lot 0 | Parcel ID 4 |

**PROPERTY LOCATION**: 231 TURNPIKE RD, WESTBOROUGH, MA 01581
**Building Location**: 231 TURNPIKE RD
**Parcel ID**: 32-48-0

**OWNERSHIP**: TOWN OF WESTBOROUGH, 34 WEST MAIN STREET, WESTBOROUGH, MA 01581

**PREVIOUS OWNER**: WESTBOROUGH SPE LLC, C/O BABCOCK & BROWN ADMIN SVCS, 2 - 6TH FLOOR, TWO HARRISON ST, SAN FRANCISCO, CA 94105-0000

| Occ | X | Type | |
|---|---|---|---|

## IN PROCESS APPRAISAL SUMMARY

| Use Code | Building Val | Yard Items | Land Size | Land Val | Total Val |
|---|---|---|---|---|---|
| 937 | 585,500 | 515,800 | 29.34 | 712,000 | 1,813,300 |
| **Building Total** | 585,500 | 515,800 | 29.34 | 712,000 | 1,813,300 |
| **Parcel Total** | 585,500 | 515,800 | 29.34 | 712,000 | 1,813,300 |
| Source | 0 - Mkt Adj Cost | Tot Val SF/Bld | 37.88 | Tot Val SF/Prcl | 37.88 |

**Property ID: 3883**

## PREVIOUS ASSESSMENTS

| Tx Yr | Cat | Use | Bld Value | Yard Items | Land Size | Land Val | Total Appr | Assessed Notes |
|---|---|---|---|---|---|---|---|---|
| 2024 | FV | 937 | 585,500 | 515,800 | 29.336 | 712,000 | 1,813,300 | 1,813,300 |
| 2023 | FV | 364 | 1,060,200 | 318,100 | 29.336 | 703,700 | 2,082,000 | 2,082,000 |
| 2022 | FV | 364 | 1,060,200 | 231,000 | 29.336 | 703,700 | 1,994,900 | 1,994,900 |
| 2021 | FV | 364 | 1,060,200 | 231,000 | 29.336 | 1,330,900 | 2,622,100 | 2,622,100 CPRO BILLING |
| 2020 | FV | 364 | 887,700 | 201,900 | 29.336 | 4,149,500 | 5,239,100 | 5,239,100 YEAR END ROLL |
| 2019 | FV | 364 | 887,700 | 201,900 | 29.336 | 4,149,500 | 5,239,100 | 5,239,100 CPRO BILLING |
| 2018 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | 9,264,800 CPRO billing |
| 2017 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | 9,264,800 YEAR END |
| 2016 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | 9,264,800 |
| 2015 | FV | 364 | 4,753,900 | 238,600 | 29.336 | 3,757,500 | 8,750,000 | 8,750,000 |

## SALES INFORMATION

| Grantor | Legal Ref | Type | Date | Sale Price | TSF | Verif. | NAL | Notes |
|---|---|---|---|---|---|---|---|---|
| WESTBOROUGH SPE LLC | 66983-53 | | 01/21/2022 | 0 | No | | E | |
| CAREY LESLIE S., TRUSTEE | 19369-75 | | 11/21/1997 | 9,151,449 | No | | C | |
| LANE | 16210-372 | | 04/15/1994 | 375,000 | No | | I | |

## BUILDING PERMITS

| Date | Number | Desc | Amount | Closed | Status | Type | Notes |
|---|---|---|---|---|---|---|---|
| 11/27/2017 | CG-2017-00177 | DEMOLITION | 0 | 02/08/2018 | C | COM | DEMOLISH SIGN LE |
| 11/07/2017 | CG-2017-00168 | DEMOLITION | 0 | 02/08/2018 | C | COM | REMOVAL OF ALL T |
| 03/21/2013 | 134-2013 | MANUAL | 119,800 | | C | | REPAIR 2 EGRESS |
| 10/21/2003 | 470/2003 | SIGN | 10,000 | 05/13/2004 | C | | |
| 07/21/1995 | 314/95 | MANUAL | 2,880,000 | 05/17/2000 | C | | CINEMA |

## NARRATIVE DESCRIPTION

This parcel contains 29 AC of land mainly classified as TAX TIT IMP with a THEATER building built about 1997, having primarily BRICK VENR Exterior and 47,872 Square Feet, with 1 Commercial Unit, 6 Half Baths.

## OTHER ASSESSMENTS

| Code | Desc | Amt | Comm Int Amt |
|---|---|---|---|
| IE | PENALTY | 250.00 | |
| IE | PENALTY | 250.00 | |
| IE | PENALTY | 250.00 | |

## PROPERTY FACTORS

| Item | Code | % |
|---|---|---|
| Util 1 | Dis 1 D | |
| Util 2 | Dis 2 | |
| Util 3 | Dis 3 | |
| Census | Zone 1 BA | |
| F. Haz | Zone 2 | |
| Topo | Zone 3 | |
| Street | HX | 100 |
| Traffic | | |
| Exempt | | |

## ACTIVITIES

| Date | Last Visit | Result | By |
|---|---|---|---|
| 12/12/2012 | 02/13/2004 | 2 | JON STEINBER |

## LEGAL DESCRIPTION

| | Date |
|---|---|
| | 04/23/2024 |
| | 05/31/2023 |
| | 05/18/2022 |
| | 12/03/2020 |
| | 12/05/2019 |
| | 12/04/2018 |
| | 12/04/2017 |
| | 11/28/2016 |
| | 11/17/2015 |
| | 11/19/2014 |

Lot Size
Total Land
Land Unit Type

Abstract
GIS Coord 1
GIS Coord 2
Insp Date: 12/12/2012
Print Date / Time: 8/29/2024 10:aam
Last Date / Time: 2/5/21 4:28 pm, apro

**USER DEFINED**
Pasco Nbhg
32/2B
Prior Nbhd
LOT 1
GIS CA
PriorID1b
PriorID2c
PriorID3c
Comm.Distri L1
Apt.Units
Web Image
GIS Condo Pin

## LAND SECTION (937)

| LUC | LUC Desc | Alt % | Ft. | # Units | Depth | U. Type | L. Type | Ft. | Base V. | Unit Prc | Adj Prc | NBC | Ft. | Mod. | Type | Status | Inf 1 | % | Inf 2 | % | Inf 3 | % | Appr | Alt 2 LUC | % | Spec L.V. | Juris | L. Ft. | Assessed Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 937 | TAX TIT IMP | | 1 | 174,240 | | SF | SITE | 1 | 010.2 | | 2.45 | CV | 1 | | | | R | -60 | E | | | | 426,500 | | | 0 | 1 | | 426,500 |
| 937 | TAX TIT IMP | | 1 | 25,336 | | AC | EXCESS | 1 | 030.000 | | 11,268.55 | CV | 1 | | | | S | -50 | | | | -40 | 285,500 | | | 0 | 1 | | 285,500 |
| | Total AC/HA | | | 29.34 | | | Total SF/SM | | | 1,277,876.16 | | Parcel LUC 937 - TAX TIT IMP | | | | | | | P. NBC Desc COMM VG | | | | | Tot 712,000 | | Tot 0 | Tot 1 | | Tot 712,000 |

# Parcel ID 32-48-0

### Exterior Information

| | | | | |
|---|---|---|---|---|
| Type | 81 - THEATER | | | |
| Stry Hght | 2 | | | |
| (Liv) Units | 0 | Tot | 1 | |
| Found | 1 - CONCRETE | | | |
| Frame | 2 - STEEL | | | |
| P. Wall | 8 - BRICK VENR | | | |
| Sec Wall | 21 - CONC BLOC | 50 | | |
| Roof Str | 4 - FLAT | | | |
| Roof Cvr | 4 - TAR+GRAVEL | | | |
| Color | | | | |
| View | | | | |
| Shape | | | | |
| Bld Name | | | | |

### General Information

| | | | |
|---|---|---|---|
| Grade | CV - COMM V GOOD | | |
| Year Blt | 1997 | Eff Yr | |
| Alt LUC | | | |
| Juris | | | |
| Con Mod | | | |

### Interior Information

| | |
|---|---|
| Avg Ht / Fl | |
| P. Int Wall | 1 - DRYWALL |
| Sec Int Wall | |
| Partition | T - TYPICAL |
| P. Floor | 4 - CARPET |
| Sec Floor | |
| Bmt Floors | |
| Sub Floors | |
| Bmt Garage | 0 |
| Electric | 3 - TYPICAL |
| Insulation | 2 - TYPICAL |
| Int Vs Ext | S |
| Heat Fuel | 2 - GAS |
| Heat | 1 - FORCED H/A |
| # Heat Sys | 1 |
| Heated % | 100 | AC % | 100 |
| Sol HW % | | Ctrl Vac % | |
| Com Wall % | | Sprink % | 100 |

### Comments

486-1997 5-97 STEEL + EXT WALL. 110-94/SEE WHITE CARD FOR 32/2B, MEASURED PAVING WITH GIS TOOL - REGAL LEASE EXPIRED 11/2017 TAX BILL WAS CHANGED BACK TO OWNER OF TITLE ON DEED
FY2018 EXPENSE DATA TO BE ENTERED
FY19 I&E RETURNED BY PO/UNABLE TO FORWARD.

### Condo Information

| | |
|---|---|
| Location | |
| Tot Units | |
| Floor | |
| % Own | |
| Name | |

### Bath Features

| | | |
|---|---|---|
| Full Bath | 0 | Rtng |
| Add Full | 0 | Rtng |
| 3/4 Bath | 0 | Rtng |
| Add. 3/4 | 0 | Rtng |
| 1/2 Bath | 6 | Rtng A - AVERAGE |
| Add. 1/2 | 0 | Rtng |
| Other Fix | 0 | Rtng |

### Other Features

| | | |
|---|---|---|
| Kitchens | 2 | Rtng A - AVERAGE |
| Add Kit. | 0 | Rtng |
| Fireplaces | 0 | Rtng |
| WS Flues | 0 | Rtng |

### Depreciation

| | |
|---|---|
| Phys Con | PR - Poor   59.2 |
| Functional | |
| Economic | D - DEMAND   75 |
| Special | |
| Override | |
| | Total  89.8% |

### Res Breakdown

| Floor | No. Unit | Rooms | Bdrms |
|---|---|---|---|
| | | | |

| | |
|---|---|
| Bld Total | |
| Prcl Total | |

### Remodeling

| | |
|---|---|
| Exterior | |
| Interior | |
| Add. | |
| Kitchen | |
| Bath | |
| Plumb | |
| Electric | |
| Heating | |
| General | |

### Calc Ladder

| | |
|---|---|
| Base Rate | 85.00 |
| Size Adj | 0.82507 |
| Con Adj | 0.99960 |
| Adj Prc | $70.10 |
| Grade Ft. | 1.65200 |
| Other Feat | $151,330 |
| NBH Mod | 1.0000 |
| NBC Infl | 1.0000 |
| LUC Ft. | 1.0000 |
| Adj Tot (RCN) | 5,740,464 |
| Depr % | 89.8% |
| Depr | 5,154,937 |
| Depr'd Total | 585,527 |
| Juris Ft. | 1.0000 |
| Spec. Features | $0 |
| Lump Sum | |
| Final Total | $585,500 |
| Override Val | |
| Assmnt Ft. | 1.0000 |
| Assessed Val | $585,500 |
| Total $/SF | $12.23 |
| Underpr $/SF | 115.80520 |

### Comparable Sales

| Rtng | Parcel ID | Type | Sale Date | Price |
|---|---|---|---|---|
| | | | | |
| Avg Rtng | | | Ind Val | |

### Sketch



### Sub Areas

| Code | Desc |
|---|---|
| FFL | 1ST FLOOR |
| CNP | CANOPY |
| | Building Totals |
| | Parcel Totals |

| Net Area | Gross A. | F. Area | Sz Adj A. | Underpr Val |
|---|---|---|---|---|
| 47,872 | 47,872 | 47,872 | 47,872 | 3,355,827 |
| 1,050 | 1,050 | 0 | 0 | 27,300 |
| 48,922 | 48,922 | 47,872 | 47,872 | 3,383,127 |
| 48,922 | 48,922 | 47,872 | 47,872 | 3,383,127 |

### Mobile Home

| Make | Model | Serial | Year | Color |
|---|---|---|---|---|

### Alt Areas

| S. Area | Alt Type | % Alt | Tenants | Qual |
|---|---|---|---|---|

### Special Features / Yard Items

| Code | Desc | A | Y/S | Qty | Size | Qual | Con | Year | Unit Prc | D/S | LUC | Depr % | Ft. | NBC | Ft. | Juris | Ft. | F. Area | Sz Adj A. | Rate AV | Appr Val | Assessed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | CANOPY | A | Y | 1 | 50.00x12.00 | G | GD | 1997 | 26.00 | T | 101 | 27.43% | 1 | RV | 1 | 1 | | | 70.10 | | 14,200 | 14,200 |
| 85 | PAVING | D | Y | 1 | 169020.00 | G | GD | 1998 | 3.00 | T | 101 | 26.37% | 1 | RV | 1 | 1 | | | 26.00 | | 466,700 | 466,700 |
| 77 | LITE-SIN | D | Y | 6 | 1.00 | G | GD | 1998 | 1,300.00 | T | 101 | 26.37% | 1 | RV | 1 | 1 | | | | | 7,200 | 7,200 |
| 84 | SIGN-ILU | D | Y | 1 | 184.00 | G | GD | 1998 | 50.00 | T | 101 | 26.37% | 1 | RV | 1 | 1 | | | | | 8,500 | 8,500 |
| 87 | FENCE-4 | D | Y | 1 | 390.00 | G | GD | 1998 | 9.10 | T | 101 | 26.37% | 1 | RV | 1 | 1 | | | | | 3,300 | 3,300 |
| 78 | LITE-DBL | D | Y | 9 | 1.00 | G | GD | 1997 | 1,950.00 | T | 101 | 27.43% | 1 | RV | 1 | 1 | | | | | 15,900 | 15,900 |
| | Building Totals | | | | | | | | | | | | | | | | | | | Yard Item Appr | Special Feature Appr | 515,800 | 515,800 |
| | Parcel Totals | | | | | | | | | | | | | | | | | | | Yard Item Appr | Special Feature Appr | 515,800 | 515,800 |

### Image