UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 23-40709-CJP

Chapter 7

In re:

WESTBOROUGH SPE LLC

TOWN OF WESTBOROUGH'S RESPONSE TO TRUSTEE'S MOTION TO CONTINUE EVIDENTIARY HEARING

The Town of Westborough ("Town"), listed in the Debtor's Matrix List of Creditors (Doc. No. 7) in the above-captioned action, hereby responds to the Expedited Motion to Reschedule Evidentiary Scheduled for September 17, 2024 and Extend Deadline to Submit Appraisal (Doc. No. 319) filed by the Chapter 7 Trustee ("Trustee") in this matter.

With all due respect to the Trustee, the Town believes that the evidence currently before the Court—including the Declaration of Jonathan Steinberg, the Town's Chief Assessor, filed earlier today (Doc. No. 323)—is sufficient for the Court to grant the Trustee's motion for settlement approval, as that evidence sufficiently reflects the value of the real property located at 231 Turnpike Road, Westborough, Massachusetts (the "Property") and its correlation to the settlement agreement. As such, there is no need to continue the evidentiary hearing, whether for an appraisal or otherwise. If, at the conclusion of the evidentiary hearing, the Court believes that an appraisal is necessary and orders one to be conducted, the Town would then provide the Trustee with access to the Property (title to which, at present, is vested in the Town).[1]

---

[1] Due to the state of the Property, the Town has been required to incur expenses to board and secure the Property. Allowing access to the Property requires the Town to incur additional expenses, both to remove the existing boarding and then to replace it after the access. As such, the Town respectfully requests that if the Court orders an appraisal, whether before or during the evidentiary hearing, the Town be reimbursed for such expenses. Additionally, the Town has been requiring anyone accessing the Property to wear protective equipment, be escorted by a member of the Town's Fire Department, and sign a waiver. The Town would require these conditions for anyone accessing the Property to conduct an appraisal.

Additionally, further postponement of the proceedings on the Trustee's motion for settlement approval is prejudicial to the Town. The Town continues to incur expenses for securing, maintaining, and insuring the Property, but the amount that the Town is set to receive under the Settlement Agreement is fixed. The Town executed the Settlement Agreement nearly four months ago and believes that the Trustee's motion for settlement is adequately supported and should be granted as soon as possible.

Respectfully submitted,

TOWN OF WESTBOROUGH,

By its attorneys,

_____
Brian W. Riley (BBO# 555385)
Jeffrey T. Blake (BBO# 655773)
Roger L. Smerage (BBO# 675388)
KP Law, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
briley@k-plaw.com
jblake@k-plaw.com
rsmerage@k-plaw.com

Dated: September 11, 2024

939992/WBOR/0049

CERTIFICATE OF SERVICE

      I, Roger L. Smerage, hereby certify that on the below date, I caused a copy of the foregoing Response to be served through the Court's CM/ECF system to the following counsel of record or by U.S. mail to the following unregistered parties:

Stephen F. Gordon
The Gordon Law Firm LLP
River Place
57 River Street
Wellesley, MA 02481
sgordon@gordonfirm.com
*Attorney for Petitioning Creditors*

Jonathan R. Goldsmith
Goldsmith, Katz & Argenio P.C.
1350 Main Street, 15th Floor
Springfield, MA 01103
trusteedocs1@gkalawfirm.com
*Attorney for Chapter 7 Trustee*

Richard King
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
*Attorney for the U.S. Trustee*

Westborough SPE, LLC
c/o Lolonyon Akouete
1241 Deer Park Ave., Suite 1, #1051
North Babylon, NY 11703
*Debtor* (by U.S. mail)

Lenard Benson Zide
Butters Brazilian LLP
420 Boylston Street, 4th Floor
Boston, MA 02116
zide@buttersbrazilian.com
*Attorney for Creditor The MobileStreet Trust* (by email)

Paul W. Carey
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
pcarey@mirickoconnell.com
*Attorney for Creditor Ferris Development Group, LLC*

Darin Clagg
24 Kobbs Korner Rd.
Pine Bush, NY 12566
*Creditor* (by U.S. Mail)

Jonathan La Liberte
Sherin and Lodgen LLP
101 Federal Street, 30th Floor
Boston, MA 02110
jclaliberte@sherin.com
*Attorney for Creditor Sherin and Lodgen LLP* (by email)

Lolonyon Akouete
800 Red Milles Rd.
Wallkill, NY 12589
info@smartinvestorsllc.com
*Creditor* (by email)

Denise Edwards
137 North 25th Street
Wyandanch, NY 11798
deniseedwards818@yahoo.com
*Creditor* (by email)

Christine E. Devine
Nicholson Devine LLC
PO Box 7
Medway, MA 02505
*Attorney for Chapter 7 Trustee*

Dated: September 11, 2024

                                            Roger L. Smerage