UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

)
In re:                                              )    Chapter 7
                                                    )    Case No. 23-40709-CJP
WESTBOROUGH SPE LLC,                    )
                                                    )
                        Debtor.                )
                                                    )

DECLARATION OF LOLONYON AKOUETE IN OPPOSITION TO THE TRUSTEE'S
MOTION FOR APPROVAL OF SETTLEMENT

I, **Lolonyon Akouete**, a creditor in the above-captioned bankruptcy case, submit this detailed declaration in opposition to the Trustee's motion for approval of the settlement regarding the property located at **231 Turnpike Road, Westborough, MA**. I oppose this motion for the following reasons:

## 1. Declining Assessed Value of 231 Turnpike Road (Theater Property)

The assessed value of **231 Turnpike Road** has sharply declined from **$9,264,800 in 2018** to just **$1,813,300 in 2024**—an **80% decline**. This drop does not accurately reflect the actual market conditions for commercial properties, particularly theater properties like this one, which generally maintain higher market values.

Such a drastic reduction artificially lowers the property's value, affecting the interests of creditors like myself. The decline seems to be based on outdated assessment methods that do not accurately capture the property's market potential. This undervaluation results in a proposed sale price that is far below fair market value, harming creditors' financial recovery.

## 2. Inability to Obtain a New Appraisal Due to Financial Constraints

The property was appraised at **$4,790,000** in **2018** by **T.H. Reenstierna LLC**, a certified real estate appraiser. Despite the clear evidence provided by this appraisal, I have been unable to obtain a new, updated appraisal due to severe financial constraints. I have only **$430.25** in my account and cannot afford to commission another professional appraisal at this time.

The **2018 appraisal** used recognized methods, including the **Sales Comparison Approach** and the **Income Capitalization Approach**, and it accurately reflected the property's market value at that time. The Trustee's reliance on outdated assessments instead of obtaining a new appraisal has led to the property being severely undervalued. This is unfair to creditors like myself, who stand to lose out on potential financial recovery.

## 3. Town's Failure to Obtain a Proper Appraisal

Under **M.G.L. ch. 30B, § 16(b)**, municipalities must determine property value using methods customarily accepted by the appraising profession. The **Town of Westborough** violated this

statutory requirement by failing to obtain an updated appraisal of **231 Turnpike Road**. Instead, they relied on outdated and inaccurate assessments to justify the sale price.

In a similar case in **Montague, Massachusetts**, the Inspector General found that the failure to obtain an updated appraisal led to the property being grossly undervalued, in violation of **Chapter 30B**. The same applies here, further demonstrating the inadequacy of the Trustee's proposed settlement, which is based on flawed valuation methods.

## 4. Comparable Theater Property Sales in Massachusetts

Recent sales of comparable theater properties in Massachusetts demonstrate that **231 Turnpike Road** is being significantly undervalued in the proposed settlement. For example:

- **135 Brooks St, Worcester, MA** sold for **$8.75 million** in **2021**, even though it is smaller in both land area and building size than **231 Turnpike Road**.
- **565 Squire Rd, Revere, MA** sold for **$49.8 million** in **2021**, showing that theater properties continue to command premium prices.
- **16 Pine St, Waltham, MA** sold for **$4.5 million** in **2023**, further highlighting the high demand for theater properties in Massachusetts.

These sales indicate that theater properties remain highly valuable in the current market, making it clear that **231 Turnpike Road** should command a much higher price than what is being offered in the proposed settlement.

## 5. Comparable Sales of Non-Theater Properties on Turnpike Road

In addition to theater properties, commercial properties on **Turnpike Road** in Westborough have sold for far higher amounts than their assessed values. For instance:

- **297, 295, and 293 Turnpike Road** sold for **$130 million** in **2019**, even though their combined assessed value was much lower. This shows the high demand for commercial properties along Turnpike Road.
- **110 and 114 Turnpike Road** sold for **$19.9 million** in **2022**, illustrating the significant discrepancy between assessed values and actual market prices for properties in this area.

This data further confirms that the current proposed sale price of **231 Turnpike Road** does not reflect its true market value and is therefore unfair to creditors.

## 6. Historical Transfer and Valuation Data

The property at **231 Turnpike Road** was transferred in **1997** from **Northside RT** to **Westborough SPE LLC** for **$9,151,449**, with **Northwestern Mutual** providing a loan of **$10,451,936**. These figures reflect the high value of the property at the time. However, in **January 2022**, the property was transferred to the Town of Westborough for **$0**, raising serious concerns about the validity of the current assessments.

The 1997 transfer and loan demonstrate the property's potential worth, and the **$0 transfer** to the town in 2022 suggests an undervaluation that needs to be rectified through a proper market reassessment.

### 7. Key Facts Discovered During Litigation

The discovery process has revealed several important facts that further support my opposition to the proposed settlement:

- **Jonathan Steinberg**, the Chief Assessor of the Town of Westborough, recommended against setting a base price in the RFP for **231 Turnpike Road**, allowing the market to define the property's value. As a result, offers received through the RFP ranged from **$2,500,000 to $7,942,000**, which further suggests that the property's market value is much higher than the proposed sale price.
- **Lax Media's Proposal**: The town's tax assessor estimated that **Lax Media's** proposal would bring the property's assessed value to **$9,329,750**, a figure comparable to the **2016 assessed value** of **$9,264,800**. However, Lax Media also estimated **$3,490,110** in repair costs.
- **Massachusetts Department of Revenue Assessment Ratio**: According to the **LA19 Report - Fiscal Year 2024**, the assessment ratio for commercial properties in Westborough is **0.91**, meaning that assessed values are **9% below** market value. This further supports my argument that the assessed value does not reflect the true market value of **231 Turnpike Road**.

### 8. Urgent Communications and Public Records Requests

On **September 3, 2024**, and **September 10, 2024**, I submitted urgent public records requests to the **Town Clerk/Assessor's Office**, seeking documents related to the property's assessment, including comparable sales data. I have not yet received this crucial information, which is necessary for the upcoming evidentiary hearing.

Additionally, I corresponded with **Trustee Goldsmith** on **September 5, 2024**, suggesting that we reach an agreement on the property's valuation to streamline the evidentiary hearing. I also submitted a request on **September 10, 2024**, urging the Trustee to reconsider the need for an expensive new appraisal and instead rely on the available data to determine the property's true market value.

### 9. Court Orders and Motions

Several court orders and motions are relevant to this case:

- **Dkt#304**: On **August 28, 2024**, my motion for a court-appointed expert was **denied**, with the court noting that **Fed. R. Civ. P. 706** does not apply in this federal bankruptcy proceeding. The court reiterated that the Trustee bears the burden of proof under **Fed. R. Bankr. P. 9019** to demonstrate the reasonableness of the proposed settlement.
- **Dkt#300**: On **August 26, 2024**, I filed a **motion for summary judgment**, which was **denied** by the court on **August 27, 2024** (Dkt#301), as material facts remain in dispute. An evidentiary hearing is scheduled for **September 17, 2024**, to address these issues.
- **Dkt#219:** Motion filed by Creditor Lolonyon Akouete to Compel Trustee to Obtain Appraisal of Property Located at 231 Turnpike Road, Westborough, MA before August 20, 2024 Hearing with certificate of service. (Filed: 08/06/2024)
- **Dkt#222:** Order dated August 7, 2024, regarding the motion (Dkt#219) to compel the Trustee to obtain an appraisal. The motion was denied, with the court stating that I may raise valuation issues in the context of an objection to the motion of the Chapter 7 Trustee

for approval of the settlement agreement. The court further indicated that if I wanted to conduct my own appraisal, I should coordinate access to the property with the Trustee.

## 10. Conclusion: Denial of Settlement Motion and Focus on Market Testing

Given the significant undervaluation of **231 Turnpike Road**, the court should **deny the Trustee's motion for settlement approval** and instead focus on establishing the property's true market value through the available data. A new appraisal is unnecessary at this stage, as the 2018 appraisal, comparable sales data, and historical valuations provide sufficient evidence that the property is worth far more than the proposed sale price.

DATED: September 11, 2024, Respectfully submitted:

                                        By creditor,

                                        Lolonyon Akouete
                                        800 Red Milles Rd
                                        Wallkill NY 12589
                                        info@smartinvestorsllc.com
                                        (443) 447-3276



# TOWN OF WESTBOROUGH MASSACHUSETTS

**OFFICE OF THE BOARD OF ASSESSORS**
**34 WEST MAIN STREET**
**WESTBOROUGH, MA 01581-1998**

**TELEPHONE: (508) 366-3010**
**FAX: (508) 366-3012**

July 28, 2022

To:     Kristi Williams, Town Manager

From:   Jonathan Steinberg, Chief Assessor

Re:     Evaluation of 231 Turnpike RFP Submissions

---

As requested, I've reviewed the three submissions to the RFP for 231 Turnpike for their economic benefit to the community. The attached estimates are my evaluation of the improvements and tax revenue. The basis of this analysis is the proposed improvements and use of the property as described in the submissions, setting aside the applicants stated revenue estimates. Revenue estimates were developed utilizing current assessed value estimates as well as comparable market research for similar properties. In the case of the Lax Media, additional research was done regarding the business model and ratio of concessions sales to ticket sales in the industry.

### Lax Media

| Projected Assessment Upon Completion | $9,329,750 | | |
|---|---|---|---|
| Tax Rate | Assessment | | Taxes |
| $18.49 | $9,329,750 | | $172,507 |
| Personal Property Estimate | $600,000 | | $11,094.00 |
| | Total Property Tax | | $183,601.08 |

| Ticket Sales 350,000 @ 9.50 avg | $3,325,000 |
|---|---|
| Est 70% Gross Revenue | |
| Meals Revenue — Est 25% Gross Revenue | $1,187,500 |
| Meals Tax | $8,906.25 |

| Total Tax Revenue | $192,507.33 |
|---|---|
| Permanent FT jobs | 10 |
| Permanent PT jobs | 20 |

Note: Ticket sales price and volume is based upon the submitted information.
Revenue calculations are from market research completed to prepare this estimate.

### Summary of Annual Tax Revenue Estimates

| Lax Media | $192,507 |
|---|---|
| Ferris Development "Beehive" | $101,821 |
| Pulte - 20% Affordable | $824,471 |
| Pulte - 10% Affordable | $880,721 |

### Ferris Development "Beehive"

| Projected Assessment Upon Completion | $5,501,830 | | |
|---|---|---|---|
| Tax Rate | Assessment | | Taxes |
| $18.49 | $5,501,830 | | $101,729 |
| Personal Property Estimate | $5,000.00 | | $92.45 |
| | Total Property Tax | | $101,821.29 |

| Total Tax Revenue | $101,821.29 |
|---|---|
| Permanent FT jobs | 1 |
| Permanent PT jobs | 0 |

Note: This is based upon the valuation in the general storage facility category.

### Pulte Projectection at Completion

| | | |
|---|---|---|
| Total Units | 108 | |
| One Bedroom Market | 43 | $17,845,000 |
| One Bedrooms Affordable (20%) | 11 | $1,950,300 |
| Total | 54 | $19,795,300 |
| Two Bedroom Market | 43 | $22,575,000 |
| Two Bedrooms Affordable (20%) | 11 | $2,219,800 |
| Total | 54 | $24,794,800 |

| Total Taxable Value | $44,590,100 |
|---|---|
| Total Taxes | **$824,471** |

| | | |
|---|---|---|
| Total Units | 108 | |
| One Bedroom Market | 49 | $20,335,000 |
| One Bedrooms Affordable (10%) | 5 | $886,500 |
| Total | 54 | $21,221,500 |
| Two Bedroom Market | 48 | $25,200,000 |
| Two Bedrooms Affordable (10%) | 6 | $1,210,800 |
| Total | 54 | $26,410,800 |

| Total Taxable Value | $47,632,300 |
|---|---|
| Total Taxes | **$880,721** |
| Temporary Jobs | 150 |
| Permanent Jobs | 0 |

Note: Estimate based upon 50/50 split between 1 and 2 bedrooms
- One Bedroom $415,000
- Two bedrooms $525,000
- Affordable Two Bedroom $201,800
- Affordabble One Bedroom $177,300

Based upn the recent sales of two bedroom garden style units an estimated sale price of $525,000

With less inventory of one bedroom new units, comparison analysis was done and an estimated price of $415,000 is utilized

Exhibit 2

# TOWN OF WESTBOROUGH
# MASSACHUSETTS



**OFFICE OF THE BOARD OF ASSESSORS**
**34 WEST MAIN STREET**
**WESTBOROUGH, MA 01581-1998**

**TELEPHONE: (508) 366-3010**
**FAX: (508) 366-3012**

To:     Kristi Williams

From:   Jonathan Steinberg

Re:     Market Value of 231 Turnpike Rd

---

My recommendation for the discussion of valuation and the RFP is to begin by understanding the challenges and factors to take into consideration when attempting to establish a "Market Value" for the property. The first is understanding what the "Market" is for **this** property under the various current conditions. The market would include total consideration of all conditions that would impact potential buyers to this property. This is very different from a property that is being sold under typical, competitive market conditions.

A common definition of "Market Value" (there are many) from the Appraisal Institute Dictionary of Real Estate Appraisal, 6th Edition:

"Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale."

Additionally, the basis for a Market Value must begin with what would be determined to be the "highest and best use" for the property.

There are four criteria that go into highest and best use:

1. Physically Possible
2. Legally Permissible
3. Financially Feasible
4. Maximally Productive

This property is encumbered with deeded restrictions on use, easements and burdened with shared expenses that restrict the possibilities for future use and financial feasibility. Both the encumbrances and marketing make this property different than the market sales of other properties in Town. Many of the recent sales are purchased for future development value and return on investment.

Given the many variables of this sale and the property itself, it would be my recommendation to not put a base price in the RFP and instead allow the market to define itself by seeing what offers are returned.

# Town of Westborough

| Map | Blk | Lot | | | | Card: 1 of 1 |
|---|---|---|---|---|---|---|
| 32 | 48 | 0 | | Parcel ID 4 | | APPR |

**PROPERTY LOCATION**
231 TURNPIKE RD
WESTBOROUGH, MA 01581

**OWNERSHIP**
TOWN OF WESTBOROUGH
34 WEST MAIN STREET
WESTBOROUGH, MA 01581

Occ: X   Type:

**PREVIOUS OWNER**
WESTBOROUGH SPE LLC
C/O BABCOCK & BROWN ADMIN SVCS, 2 - 6TH FLOOR
TWO HARRISON ST
SAN FRANCISCO, CA 94105-0000

Parcel ID: 32-48-0
Building Location: 231 TURNPIKE RD

|  | Total Parcel | Total Card |
|---|---|---|
| APPR | 1,813,300 | 1,813,300 |
| USE + IMP | 0 | 0 |
| USE LAND | 1,813,300 | 1,813,300 |
| ASSESSED | 1,813,300 | 1,813,300 |

**LEGAL DESCRIPTION**

Lot Size
Total Land
Land Unit Type

Property ID: 3883

## IN PROCESS APPRAISAL SUMMARY

| Use Code | Building Val | Yard Items | Land Size | Land Val | Total Val |
|---|---|---|---|---|---|
| 937 | 585,500 | 515,800 | 29.34 | 712,000 | 1,813,300 |
| Building Total | 585,500 | 515,800 | 29.34 | 712,000 | 1,813,300 |
| Parcel Total | 585,500 | 515,800 | 29.34 | 712,000 | 1,813,300 |
| Source | 0 - Mkt Adj Cost | Tot Val SF/Bld | 37.88 | Tot Val SF/Prcl | 37.88 |

## PREVIOUS ASSESSMENTS

| Tx Yr | Cat | Use | Bld Value | Yard Items | Land Size | Land Val | Total Appr | Assessed | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2024 | FV | 937 | 585,500 | 515,800 | 29.336 | 712,000 | 1,813,300 | 1,813,300 | |
| 2023 | FV | 364 | 1,060,200 | 318,100 | 29.336 | 703,700 | 2,082,000 | 2,082,000 | |
| 2022 | FV | 364 | 1,060,200 | 231,000 | 29.336 | 703,700 | 1,994,900 | 1,994,900 | |
| 2021 | FV | 364 | 1,060,200 | 231,000 | 29.336 | 1,330,900 | 2,622,100 | 2,622,100 | CPRO BILLING |
| 2020 | FV | 364 | 887,700 | 201,900 | 29.336 | 4,149,500 | 5,239,100 | 5,239,100 | YEAR END ROLL |
| 2019 | FV | 364 | 887,700 | 201,900 | 29.336 | 4,149,500 | 5,239,100 | 5,239,100 | CPRO BILLING |
| 2018 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | 9,264,800 | CPRO billing |
| 2017 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | 9,264,800 | YEAR END |
| 2016 | FV | 364 | 5,109,400 | 201,900 | 29.336 | 3,953,500 | 9,264,800 | 9,264,800 | |
| 2015 | FV | 364 | 4,753,900 | 238,600 | 29.336 | 3,757,500 | 8,750,000 | 8,750,000 | |

## SALES INFORMATION

| Grantor | Legal Ref | Type | Date | Sale Price | TSF | Verif. | NAL | Notes |
|---|---|---|---|---|---|---|---|---|
| WESTBOROUGH SPE LLC | 66983-53 | | 01/21/2022 | 0 | No | | E | |
| CAREY LESLIE S., TRUSTEE | 19369-75 | | 11/21/1997 | 9,151,449 | No | | C | |
| LANE | 16210-372 | | 04/15/1994 | 375,000 | No | | I | |

## BUILDING PERMITS

| Date | Number | Desc | Amount | Closed | Status | Type | Notes |
|---|---|---|---|---|---|---|---|
| 11/27/2017 | CG-2017-00177 | DEMOLITION | 0 | 02/08/2018 | C | COM | DEMOLISH SIGN LE |
| 11/07/2017 | CG-2017-00168 | DEMOLITION | 0 | 02/08/2018 | C | COM | REMOVAL OF ALL T |
| 03/21/2013 | 134-2013 | MANUAL | 119,800 | | C | | REPAIR 2 EGRESS |
| 10/21/2003 | 470/2003 | SIGN | 10,000 | 05/13/2004 | C | | |
| 07/21/1995 | 314/95 | MANUAL | 2,880,000 | 05/17/2000 | C | | CINEMA |

## NARRATIVE DESCRIPTION

This parcel contains 29 AC of land mainly classified as TAX TIT IMP with a THEATER building built about 1997, having primarily BRICK VENR Exterior and 47,872 Square Feet, with 1 Commercial Unit, 6 Half Baths.

## OTHER ASSESSMENTS

| Code | Desc | Amt | Comm Int Amt |
|---|---|---|---|
| IE | PENALTY | 250.00 | |
| IE | PENALTY | 250.00 | |
| IE | PENALTY | 250.00 | |

## PROPERTY FACTORS

| Item Code | | Code | % |
|---|---|---|---|
| Util 1 | Dis 1 | D | |
| Util 2 | Dis 2 | | |
| Util 3 | Dis 3 | | |
| Census | Zone 1 | BA | 100 |
| F. Haz | Zone 2 | | |
| Topo | Zone 3 | | |
| Street | | HX | |
| Traffic | | | |
| Exempt | | | |

## ACTIVITIES

| Date | Last Visit | Result | By |
|---|---|---|---|
| 12/12/2012 | | 2 | JON STEINBER |
| | 02/13/2004 | | |

Abstract
GIS Coord 1
GIS Coord 2
Insp Date: 12/12/2012
Print Date / Time: 8/29/2024 10:8am
Last Date / Time: 2/5/21 4:28 pm apro

**USER DEFINED**
Pasco Nbhd: 32/2B
Prior Nbhd:
LOT 1
GIS CA
PriorID1b
PriorID2c
PriorID3c
L1
GIS Condo Pin

Assessed Notes
| Date |
|---|
| 04/23/2024 |
| 05/31/2023 |
| 05/18/2022 |
| 12/03/2020 |
| 12/05/2019 |
| 12/04/2018 |
| 12/04/2017 |
| 11/28/2016 |
| 11/17/2015 |
| 11/19/2014 |

Comm.Distr.
Apt.Units
Web Image

## LAND SECTION (937)

| LUC | LUC Desc | Alt % | Ft. | # Units | Depth | U. Type | L. Type | Ft. | Base V. | Unit Prc | Adj Prc | NBC | Ft. | Mod. | Inf 1 | % | Inf 2 | % | Inf 3 | % | Appr | Alt 2 LUC | % | Spec L.V. | Juris | L. Ft. | Assessed Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 937 | TAX TIT IMP | | 1 | 174,240 | | SF | SITE | 1 | | 010.2 | 2.45 | CV | 1 | | R | -60 | E | | | | 426,500 | | | 0 | | 1 | 426,500 |
| 937 | TAX TIT IMP | | 1 | 25,336 | | AC | EXCESS | 1 | | 030.000 | 11,268.55 | CV | 1 | | S | -50 | | | | -40 | 285,500 | | | 0 | | 1 | 285,500 |
| Total AC/HA | | | | 29.34 | | | Total SF/SM | | | | 1,277,876.16 | | | Parcel LUC 937 - TAX TIT IMP | | | | | P. NBC Desc COMM VG | | Tot | 712,000 | | Tot | 0 | Tot | 712,000 |

# Parcel ID 32-48-0

## Exterior Information

| Field | Value |
|---|---|
| Type | 81 - THEATER |
| Stry Hght | 2 |
| (Liv) Units | 0    Tot 1 |
| Found | 1 - CONCRETE |
| Frame | 2 - STEEL |
| P. Wall | 8 - BRICK VENR |
| Sec Wall | 21 - CONC BLOC    50 |
| Roof Str | 4 - FLAT |
| Roof Cvr | 4 - TAR+GRAVEL |
| Color | |
| View | |
| Shape | |
| Bld Name | |

## Condo Information

| Field | Value |
|---|---|
| Location | |
| Tot Units | |
| Floor | |
| % Own | |
| Name | |

## Bath Features

| | Rtng | | Rtng |
|---|---|---|---|
| Full Bath | 0 | Add Full | 0 |
| 3/4 Bath | 0 | Add. 3/4 | 0 |
| 1/2 Bath | 6 | Add. 1/2 | 0 |
| Other Fix | 0 | | |

## General Information

| Field | Value |
|---|---|
| Grade | CV - COMM V GOOD |
| Year Blt | 1997    Eff Yr |
| Alt LUC | |
| Juris | |
| Con Mod | |

## Interior Information

| Field | Value |
|---|---|
| Avg Ht. / Fl | |
| P. Int Wall | 1 - DRYWALL |
| Sec Int Wall | |
| Partition | T - TYPICAL |
| P. Floor | 4 - CARPET |
| Sec Floor | |
| Bmt. Floors | |
| Sub Floors | |
| Bmt Garage | 0 |
| Electric | 3 - TYPICAL |
| Insulation | 2 - TYPICAL |
| Int Vs Ext | S |
| Heat Fuel | 2 - GAS |
| Heat | 1 - FORCED H/A |
| # Heat Sys | 1 |
| Heated % | 100    AC % 100 |
| Sol HW % | Ctrl Vac % |
| Com Wall % | Sprink % 100 |

## Comments

486-1997 5-97 STEEL + EXT WALL. 110-94/SEE WHITE CARD FOR 32/2B, MEASURED PAVING WITH GIS TOOL - REGAL LEASE EXPIRED 11/2017 TAX BILL WAS CHANGED BACK TO OWNER OF TITLE ON DEED
FY2018 EXPENSE DATA TO BE ENTERED
FY19 I&E RETURNED BY PO/UNABLE TO FORWARD.

## Res Breakdown

| Floor | No. Unit | Rooms | Bdrms |
|---|---|---|---|
| | | | |

Bld Total
Prcl Total

## Other Features

| | | Rtng | | Rtng |
|---|---|---|---|---|
| Kitchens | 2 | A - AVERAGE | Add Kit. | 0 |
| Fireplaces | 0 | | WS Flues | 0 |

## Remodeling

| | Rtng |
|---|---|
| Exterior | |
| Interior | |
| Add. | |
| Kitchen | |
| Bath | |
| Plumb | |
| Electric | |
| Heating | |
| General | |

## Depreciation

| Field | Value |
|---|---|
| Phys Con | PR - Poor    59.2 |
| Functional | |
| Economic | D - DEMAND    75 |
| Special | |
| Override | |
| | Total 89.8% |

## Calc Ladder

| Field | Value |
|---|---|
| Base Rate | 85.00 |
| Size Adj | 0.82507 |
| Con Adj | 0.99960 |
| Adj Prc | $70.10 |
| Grade Ft. | 1.65200 |
| Other Feat | $151,330 |
| NBH Mod | 1.0000 |
| NBC Infl | 1.0000 |
| LUC Ft. | 1.0000 |
| Adj Tot (RCN) | 5,740,464 |
| Depr % | 89.8% |
| Depr | 5,154,937 |
| Depr'd Total | 585,527 |
| Juris Ft. | 1.0000 |
| Spec. Features | $0 |
| Lump Sum | |
| Final Total | $585,500 |
| Override Val | |
| Assmnt Ft. | 1.0000 |
| Assessed Val | $585,500 |
| Total $/SF | $12.23 |
| Underp $/SF | 115.80520 |

## Comparable Sales

| Rtng | Parcel ID | Type | Sale Date | Price |
|---|---|---|---|---|
| | | | | |

Avg Rtng    Ind Val

## Sub Areas

| Code | Desc | Net Area | Ft. | NBC | Gross A. | F. Area | Juris | Ft. | Sz Adj A. | Rate AV | Underp Val |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FFL | 1ST FLOOR | 47,872 | 1 | RV | 47,872 | 47,872 | | 1 | 47,872 | 70.10 | 3,355,827 |
| CNP | CANOPY | 1,050 | 1 | | 1,050 | 0 | | 1 | 0 | 26.00 | 27,300 |
| | Building Totals | 48,922 | | | 48,922 | 47,872 | | | 47,872 | | 3,383,127 |
| | Parcel Totals | 48,922 | | | 48,922 | 47,872 | | | 47,872 | | 3,383,127 |

## Mobile Home

| Make | Model | Serial |
|---|---|---|
| | | |

## Alt Areas

| S. Area | Alt Type | % Alt | Tenants | Qual | Year | Color |
|---|---|---|---|---|---|---|
| | | | | | | |

## Special Features / Yard Items

| Code | Desc | A | Y/S | Qty | Size | Qual | Con | Year | Unit Prc | D/S | Depr % | LUC | Ft. | Juris | Ft. | Sz Adj A. | Rate AV | Appr Val | Assessed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | CANOPY | A | Y | 1 | 50.00x12.00 | G | GD | 1997 | 26.00 | T | 27.43% | 101 | 1 | | 1 | | | 14,200 | 14,200 |
| 85 | PAVING | D | Y | 1 | 169020.00 | G | GD | 1998 | 3.00 | T | 26.37% | 101 | 1 | | 1 | | | 466,700 | 466,700 |
| 77 | LITE-SIN | D | Y | 6 | 1.00 | G | GD | 1998 | 1,300.00 | T | 26.37% | 101 | 1 | | 1 | | | 7,200 | 7,200 |
| 84 | SIGN-ILU | D | Y | 1 | 184.00 | G | GD | 1998 | 50.00 | T | 26.37% | 101 | 1 | | 1 | | | 8,500 | 8,500 |
| 87 | FENCE-4 | D | Y | 1 | 390.00 | G | GD | 1998 | 9.10 | T | 26.37% | 101 | 1 | | 1 | | | 3,300 | 3,300 |
| 78 | LITE-DBL | D | Y | 9 | 1.00 | G | GD | 1997 | 1,950.00 | T | 27.43% | 101 | 1 | | 1 | | | 15,900 | 15,900 |
| | Building Totals | | | | | | | | | | | | | | | | | 515,800 | 515,800 |
| | Parcel Totals | | | | | | | | | | | | | | | | | 515,800 | 515,800 |
| | Yard Item Appr | | | | | | | | | | | | | | | Special Feature Appr | | 515,800 | |
| | Yard Item Appr | | | | | | | | | | | | | | | Special Feature Appr | | 515,800 | |

## Sketch

FFL (47872)    CNP (1050)

## Image

Exhibit 3

# PROPERTY VALUATION

**Assessed Values:** The current assessed value of the Property by the Town of Westborough for the 2024 tax year is $1,813,300. However, the assessed values from previous years show a sharp decline, as outlined below:

| Year | Property Tax | Land | Improvements | Assessed Value |
|---|---|---|---|---|
| 2024 | $36,886 | $712,000 | $585,500 | $1,813,300 |
| 2023 | $38,546 | $703,000 | $1,060,200 | $2,082,000 |
| 2022 | $36,886 | $703,700 | $1,291,200 | $1,994,900 |
| 2021 | $48,614 | $1,330,900 | $1,291,200 | $2,622,100 |
| 2020 | $95,980 | $4,149,500 | $1,089,600 | $5,239,100 |
| 2019 | $96,033 | $4,149,500 | $1,089,600 | $5,239,100 |
| 2018 | $171,028 | $3,953,500 | $5,311,300 | $9,264,800 |
| 2017 | $164,913 | $3,953,500 | $5,311,300 | $9,264,800 |
| 2016 | $164,635 | $3,953,500 | $5,311,300 | $9,264,800 |
| 2015 | $162,663 | $3,757,500 | $4,992,500 | $8,750,000 |
| 2014 | $168,788 | $3,757,500 | $4,992,500 | $8,750,000 |

**Comparable Sales Analysis:** The Movant has conducted an analysis of comparable sales in nearby areas, which highlights the discrepancy between the assessed value and the potential market value. This analysis includes the following comparable sales of movie theater properties: ***See Exhibit 4.***

| # | Property | Sold Date | Sale Price | Land (sq ft) | $/sfland | GBA (sq ft) | $/SFGBA |
|---|---|---|---|---|---|---|---|
| 1 | 135 Brooks St, Worcester, MA | 7/1/2021 | $8,750,000.00 | 751410 | $11.64 | 115941 | $75.47 |
| 2 | 565 Squire Rd, Revere, MA | 5/18/2021 | $49,800,000.00 | 603306 | $82.56 | 140572 | $354.29 |
| 3 | 16 Pine St, Waltham, MA | 3/8/2023 | $4,500,000.00 | 19377 | $232.18 | 18996 | $236.87 |
| 4 | 100 Commerce Way, Seekonk, MA | 7/17/2024 | $9,500,000.00 | 715691 | $13.27 | 53299 | $178.22 |
| 5 | 1655 Boston Rd, Springfield, MA | 4/19/2023 | $4,500,000.00 | 985327 | $4.57 | 204931 | $21.96 |
| 6 | 371 Lowell Ave, Haverhill, MA | 11/8/2021 | $4,536,000.00 | 69696 | $65.08 | 20353 | $222.83 |
| 7 | 37 Doty St, West Wareham, MA | 12/7/2021 | $5,200,000.00 | 827640 | $6.28 | 26284 | $197.79 |
| 8 | 850 Providence Hwy, Dedham, MA | 5/28/2021 | $4,533,055.00 | 93654 | $48.41 | 26284 | $172.48 |
| 9 | 85 Voluntown Rd, Pawcatuck, CT | 1/18/2023 | $6,000,000.00 | 595465 | $10.08 | 37730 | $158.97 |
| Average | | | $10,379,395.00 | 582285 | $52.34 | 82830 | $157.54 |
| Median | | | $6,000,000.00 | 595465 | $13.27 | 37730 | $172.48 |

**Discrepancies Between Assessed Values and Market Sales**: A detailed comparison of assessed values and actual market sales reveals significant discrepancies, further suggesting that the Property's assessed value is substantially below its true market value. The following table highlights these discrepancies:

| # | Location | Assessed Value | Sale Date | Sale Price | Difference | Land (sq ft) | $/sfland | GBA (sq ft) | $/SFGBA |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 346 Turnpike Rd, Westborough, MA | $59,502,000.00 | 5/18/2018 | $65,500,000.00 | $6,550,000.00 | 857696 | $76.38 | 297452 | $220.17 |
| 2 | 297 Turnpike Rd, Westborough, MA | $40,759,500.00 | 6/6/2019 | $130,000,000.00 | $89,240,500.00 | 172062 | $755.68 | 205712 | $632.08 |
| 3 | 295 Turnpike Rd, Westborough, MA | $38,241,200.00 | 6/6/2019 | $130,000,000.00 | $91,758,800.00 | 241758 | $537.60 | 201818 | $644.02 |
| 4 | 293 Turnpike Rd, Westborough, MA | $36,218,400.00 | 6/6/2019 | $130,000,000.00 | $93,781,600.00 | 250905 | $518.09 | 205712 | $631.94 |
| 5 | 330 Turnpike Rd, Westborough, MA | $13,796,400.00 | 10/4/2001 | $10,850,000.00 | -$2,946,400.00 | 1117314 | $9.71 | 131742 | $82.34 |
| 6 | 350 Turnpike Rd, Westborough, MA | $6,196,200.00 | 2/9/2006 | $12,200,000.00 | $6,003,800.00 | 779724 | $15.64 | 30431 | $400.87 |
| 7 | 276 Turnpike Rd, Westborough, MA | $6,140,400.00 | 6/5/1996 | $4,500,000.00 | -$1,640,400.00 | 316681 | $14.21 | 59705 | $75.39 |
| 8 | 139 Turnpike Rd, Westborough, MA | $5,675,100.00 | 4/16/2021 | $7,992,627.00 | $2,317,527.00 | 86684 | $92.21 | 10106 | $790.74 |
| 9 | 272 Turnpike Rd, Westborough, MA | $5,614,800.00 | 4/25/1997 | $1,400,000.00 | -$4,214,800.00 | 392040 | $3.57 | 71000 | $19.72 |
| 10 | 110 Turnpike Rd, Westborough, MA | $5,004,700.00 | 12/27/2022 | $19,914,382.00 | $14,909,682.00 | 209524 | $95.04 | 72148 | $275.98 |
| 11 | 114 Turnpike Rd, Westborough, MA | $4,972,300.00 | 12/27/2022 | $19,914,382.00 | $14,942,082.00 | 217364 | $91.61 | 71698 | $277.78 |
| 12 | 112 Turnpike Rd, Westborough, MA | $4,963,000.00 | 12/27/2022 | $19,914,382.00 | $14,951,382.00 | 222156 | $89.64 | 71546 | $278.47 |
| 13 | 254 Turnpike Rd, Westborough, MA | $4,327,000.00 | 1/19/2021 | $3,800,000.00 | -$527,000.00 | 261360 | $14.54 | 34560 | $109.92 |
| 14 | 150 Turnpike Rd, Westborough, MA | $4,261,600.00 | 2/13/2018 | $8,750,000.00 | $4,488,400.00 | 556697 | $15.71 | 27786 | $314.91 |
| 15 | 310 Turnpike Rd, Westborough, MA | $4,116,200.00 | 9/25/2003 | $9,500,000.00 | $5,383,800.00 | 188462 | $50.41 | 24860 | $382.06 |
| 16 | 97 Turnpike Rd, Westborough, MA | $3,116,800.00 | 3/26/2021 | $4,800,000.00 | $1,683,200.00 | 152460 | $31.48 | 28921 | $165.99 |
| 17 | 273 Turnpike Rd, Westborough, MA | $2,908,400.00 | 3/16/2021 | $3,300,000.00 | $391,600.00 | 114127 | $28.92 | 10150 | $325.86 |

**Appraisal History:** The Property was appraised in 2018 at a value of $4,790,000 (the "2018 Appraisal"). This appraisal was conducted by T.H. Reenstierna LLC, a certified real estate appraiser, and relied upon established methods including the Sales Comparison Approach and the Income Capitalization Approach.

## 2018 Appraisal Comps:

- **6 Chickering St, Lawrence, MA** – Sold for **$3,000,000.00** on **4/18/2018**
  Distance: **~50 miles**, Driving time: **~55 minutes**
- **141 Winthrop Ave, Lawrence, MA** – Sold for **$2,800,000.00** on **12/20/2016**
  Distance: **~50 miles**, Driving time: **~55 minutes**
- **797 Washington St, Stoughton, MA** – Sold for **$1,450,000.00** on **10/18/2016**
  Distance: **~37 miles**, Driving time: **~45 minutes**
- **330 New Park Ave, Hartford, CT** – Sold for **$6,900,000.00** on **1/31/2018**
  Distance: **~73 miles**, Driving time: **~1 hour 20 minutes**
- **800 Fall River Ave, Seekonk, MA** – Offered at **$5,700,000.00**
  Distance: **~50 miles**, Driving time: **~1 hour**

## My Pulled Comps:

- **135 Brooks St, Worcester, MA** – Sold for **$8,750,000.00** on **7/1/2021**
  Distance: **~11 miles**, Driving time: **~20 minutes**
- **565 Squire Rd, Revere, MA** – Sold for **$49,800,000.00** on **5/18/2021**
  Distance: **~38 miles**, Driving time: **~45 minutes**
- **16 Pine St, Waltham, MA** – Sold for **$4,500,000.00** on **3/8/2023**
  Distance: **~24 miles**, Driving time: **~30 minutes**
- **100 Commerce Way, Seekonk, MA** – Sold for **$9,500,000.00** on **7/17/2024**
  Distance: **~47 miles**, Driving time: **~55 minutes**
- **1655 Boston Rd, Springfield, MA** – Sold for **$4,500,000.00** on **4/19/2023**
  Distance: **~60 miles**, Driving time: **~1 hour**
- **371 Lowell Ave, Haverhill, MA** – Sold for **$4,536,000.00** on **11/8/2021**
  Distance: **~55 miles**, Driving time: **~1 hour**
- **37 Doty St, West Wareham, MA** – Sold for **$5,200,000.00** on **12/7/2021**
  Distance: **~67 miles**, Driving time: **~1 hour 15 minutes**

- **850 Providence Hwy, Dedham, MA** – Sold for **$4,533,055.00** on **5/28/2021**
  Distance: **~35 miles**, Driving time: **~40 minutes**
- **85 Voluntown Rd, Pawcatuck, CT** – Sold for **$6,000,000.00** on **1/18/2023**
  Distance: **~78 miles**, Driving time: **~1 hour 30 minutes**

Exhibit 4



# The Town of Westborough, MA

**Property Assessment Data**

The following information is provided as a public service by the Town of Westborough Assessor's Department.

The information reflects the Fiscal 2024 assessments. For Fiscal 2023 assessments, go to the Previous Assessments page of a record card.

Fiscal 2024 tax rate is $16.41 per $1,000 of value.

The Westborough Assessors' Office is located at 34 West Main St., Westborough, MA 01581. The office hours are Monday, Wednesday and Thursday, 8:00AM to 5:00PM, Tuesday 8:00AM to 8:00PM and Friday 7:30AM to 12:00PM. You may search the information by owner's name, property location, or parcel ID. If you have any questions regarding the data contained in our database, please contact the Assessor's Office at 508-366-3010 or assessors@westboroughma.gov.

| Printable Record Card | Previous Assessment | Condo Info | Sales | Zoning | Comments |

WebPro

### Card 1 of 1

| Location 231 TURNPIKE RD | Property Account Number | Parcel ID 32-48-0 |
| --- | --- | --- |
|  |  | Old Parcel ID 32/2B -LOT 1 - |

### Current Property Mailing Address

| Owner TOWN OF WESTBOROUGH | City WESTBOROUGH |
| --- | --- |
|  | State MA |
| Address 34 WEST MAIN STREET | Zip 01581 |
|  | Zoning BA |

### Current Property Sales Information

| Sale Date 1/21/2022 | Legal Reference 66983-53 |
| --- | --- |
| Sale Price 0 | Grantor(Seller) N/A |

### Current Property Assessment

|  | Card 1 Value |
| --- | --- |
| Year 2024 | Building Value 585,500 |
|  | Xtra Features Value 515,800 |
| Land Area 29.336 acres | Land Value 712,000 |
|  | Total Value 1,813,300 |

### Narrative Description

This property contains **29.336 acres** of land mainly classified as **TAX TIT IMP** with a(n) **THEATER** style building, built about **1997**, having **BRICK VENR** exterior and **TAR+GRAVEL** roof cover, with 1 commercial unit(s) and 0 residential unit(s), **0** total room(s), **0** total bedroom(s), **0** total bath(s), **6** total half bath(s), **0** total 3/4 bath(s).

### Legal Description

### Property Images




## Previous Assessments

| Year | Code | Building | Yard Items | Land Value | Category | Total |
|---|---|---|---|---|---|---|
| 2024 | 937 - TAX TIT IMP | 585,500 | 515,800 | 712,000 | Final Value | 1,813,300 |
| 2023 | 364 - THEATER | 1,060,200 | 318,100 | 703,700 | Final Value | 2,082,000 |
| 2022 | 364 - THEATER | 1,060,200 | 231,000 | 703,700 | Final Value | 1,994,900 |
| 2021 | 364 - THEATER | 1,060,200 | 231,000 | 1,330,900 | Final Value | 2,622,100 |
| 2020 | 364 - THEATER | 887,700 | 201,900 | 4,149,500 | Final Value | 5,239,100 |
| 2019 | 364 - THEATER | 887,700 | 201,900 | 4,149,500 | Final Value | 5,239,100 |
| 2018 | 364 - THEATER | 5,109,400 | 201,900 | 3,953,500 | Final Value | 9,264,800 |
| 2017 | 364 - THEATER | 5,109,400 | 201,900 | 3,953,500 | Final Value | 9,264,800 |
| 2016 | 364 - THEATER | 5,109,400 | 201,900 | 3,953,500 | Final Value | 9,264,800 |
| 2015 | 364 - THEATER | 4,753,900 | 238,600 | 3,757,500 | Final Value | 8,750,000 |
| 2014 | 364 - THEATER | 4,753,900 | 238,600 | 3,757,500 | Final Value | 8,750,000 |
| 2013 | 364 - THEATER | 5,935,700 | 157,700 | 3,757,500 | Final Value | 9,850,900 |
| 2012 | 364 - THEATER | 5,378,000 | 158,800 | 3,795,700 | Final Value | 9,332,500 |
| 2011 | 364 - THEATER | 5,116,600 | 158,800 | 4,057,100 | Final Value | 9,332,500 |
| 2010 | 364 - THEATER | 5,612,000 | 181,800 | 4,057,100 | Final Value | 9,850,900 |
| 2009 | 364 - THEATER | 5,416,000 | 181,800 | 4,253,100 | Final Value | 9,850,900 |
| 2008 | 364 - THEATER | 4,984,700 | 183,300 | 3,933,200 | Final Value | 9,101,200 |
| 2007 | 364 - THEATER | 4,984,700 | 183,300 | 3,737,100 | Final Value | 8,905,100 |
| 2006 | 364 - THEATER | 4,984,700 | 183,300 | 3,266,700 | Final Value | 8,434,700 |
| 2005 | 364 - THEATER | 5,094,700 | 193,100 | 3,266,700 | Final Value | 8,554,500 |
| 2004 | 364 - THEATER | 5,094,700 | 193,100 | 3,266,700 | Final Value | 8,554,500 |
| 2003 | 364 - THEATER | 5,094,700 | 193,100 | 3,266,700 | Final Value | 8,554,500 |
| 2002 | 364 - THEATER | 0 | 0 | 0 | Final Value | 0 |
| 2001 | 364 - THEATER | 0 | 0 | 0 | Final Value | 0 |
| 2000 | 364 - THEATER | 0 | 0 | 0 | Final Value | 0 |
| 1999 | 364 - THEATER | 0 | 0 | 0 | Final Value | 0 |
| 1998 | 364 - THEATER | 0 | 0 | 0 | Final Value | 0 |

Exhibit 5

RFP 22-0080
Sale of Property

| Company Name | Bid Amount | | | | | | |
|---|---|---|---|---|---|---|---|
| Pulte Homes Westborough MA | $6,500,000.00 | | | | | | |
| LAX MEDIA - MA LLC Walpole MA | $7,942,000.00 $2,500,000.00 | | | | | | |
| Ferris Development Group Westborough MA | $2,895,000.00 | | | | | | |

MASSACHUSETTS DEPARTMENT OF REVENUE  
DIVISION OF LOCAL SERVICES

Case 23-40709    Doc 325    Filed 09/11/24    Entered 09/11/24 08:52:09    Desc Main
Document    Page 18 of 20

**Westborough**
TOWN

## LA19 Report - Fiscal Year 2024

Exhibit 6

| **LA19 (REVISED)** | | | |
|---|---:|---:|---:|
| **Class** | **Assessed Value** | **Assessment Ratio** | **Estimated Full Value** |
| RESIDENTIAL | 4,052,379,528 | 0.93 | 4,357,397,300 |
| OPEN SPACE | 0 | | 0 |
| COMMERCIAL | 635,519,871 | 0.91 | 698,318,000 |
| INDUSTRIAL | 634,872,100 | 0.91 | 697,643,200 |
| PERSONAL PROPERTY | 428,945,886 | 1.00 | 428,945,900 |
| TOTAL REAL/PERSONAL PROPERTY | 5,751,717,385 | 0.93 | 6,182,304,400 |
| | | | |
| ESTIMATED GROWTH | | 3.57% | 220,708,300 |
| PROPOSED EQUALIZED VALUATION | | | 6,403,012,700 |

Exhibit 7

|  | apple cinemas |
|---|---|
| Apple Cinemas | Aug 14, 2022 |
| Westborough, MA |  |
| PRELIMINARY CONSTRUCTION COST ESTIMATE ||
| Misc. metal | $ 5,000 |
| Rough carpentry | $ 5,000 |
| Finish carpentry | $ 8,000 |
| Millwork | $ 65,000 |
| Roofing | $ 400,000 |
| Doors and frames | $ 35,000 |
| Drywall | $ 90,000 |
| Carpet | $ 50,000 |
| Ceramic tile | $ 20,000 |
| Acoustical ceilings | $ 55,000 |
| Paint | $ 100,000 |
| Toilet accessories | $ 5,000 |
| Toilet partitions | $ 11,000 |
| Fire protection | $ 55,000 |
| Plumbing | $ 90,000 |
| HVAC | $ 400,000 |
| Electrical | $ 140,000 |
| Stadium Contruction | $ 200,000 |
| Media Equipment | $ 850,000 |
| Theater Seating | $ 400,000 |
| General conditions | $ 110,000 |
| **Sub Total** | **$ 3,094,000** |
| Fee | $ 196,110 |
| Total | $ 3,290,110 |
| Permit | $ 50,000 |
| **Construction Total** | **$ 3,340,110** |
| DESIGN AND ENGINEERING |  |
| Design & Engineering | $ 150,000 |
| Project Total | $ 3,490,110 |
| **Grand Total** | **$ 3,490,110** |

Note: The above construction budget is an estimation for informational purposes only.
Apple Cinemas and its associated consultants and general constractors, present or future shall not be responsible and held harmless for any inaccurate data that results from any future cost estmimates.

## CERTIFICATE OF SERVICE

I, Lolonyon Akouete, hereby certify that the above document is served by email and mailing a copy of the same, first-class mail, to the following:

Stephen F. Gordon, Attorney of the Petitioners
(Email: sgordon@gordonfirm.com)
The Gordon Law Firm LLP
River Place 57 River Street Wellesley, MA 02481

Scott A. Schlager on behalf of,
Nathanson & Goldberg, P.C., a creditor.
(Email: sas@natgolaw.com)
183 State Street, 5th Floor Boston, MA 02109

Assistant U.S. Trustee
Richard King
Office of US. Trustee
446 Main Street 14th Floor
Worcester, MA 01608
USTPRegion01.WO.ECF@USDOJ.GOV

Jonathan R. Goldsmith
Chapter 7 Trustee
trusteedocs1@gkalawfirm.com
Goldsmith, Katz & Argenio P.C.
1350 Main Street, 15th Floor.
Springfield, MA 01103

Dyann Blaine
20 Queensbrook Place
Orinda, CA 94563
dyann.blaine@gmail.com

Jan Blaustein Scholes
7501 E Thompson Peak Pkwy
Scottsdale, AZ 85255
jan.scholes2@gmail.com

Mark S. Lichtenstein
AKERMAN LLP
1251 Avenue of the Americas, 37th Flr.
New York, New York 10020
mark.lichtenstein@akerman.com

Paul W. Carey, Attorney of Creditor
FERRIS DEVELOPMENT GROUP, LLC
(Email: pcarey@mirickoconnell.com)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street, Worcester, MA 01608

Brian W. Riley, Attorney of Creditor
Jeffrey T. Blake, Attorney of Creditor
Roger L. Smerage, Attorney of Creditor
TOWN OF WESTBOROUGH
(Email: briley@k-plaw.com)
(Email: jblake@k-plaw.com)
(Email: rsmerage@k-plaw.com)
KP Law, P.C.  101 Arch Street,
12th Floor Boston, MA 02110

Gary M Ronan
David M Abromowitz
Goulston&storrs
GRonan@goulstonstorrs.com
DAbromowitz@goulstonstorrs.com
400 Atlantic Avenue
Boston, MA 02110

Peter Blaustein
950 Vista Road
Hillsborough, CA 94010
pblaustein@gmail.com

Walter Horst
Babcock & Brown
1264 Rimer Drive
Moraga, CA 94556
walter.horst@babcockbrown.com

Samual A. Miller, Esq.
AKERMAN LLP
420 South Orange Avenue
Suite 1200
Orlando, FL 32801
samual.miller@akerman.com
sharlene.harrison-carera@akerman.com

_____
Lolonyon Y Akouete