

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:<br><br>Westborough SPE LLC<br><br>Debtor | Chapter 7<br>23-40709-CJP |
|---|---|

## ORDER

**MATTER:**
#327 Motion filed by Creditor Lolonyon Akouete to Strike or Dismiss 323 Affidavit of Jonathan Steinberg, Chief Assessor (Re: 190 Motion to Approve) filed by Creditor Town of Westborough.

UPON CONSIDERATION OF THE "MOTION TO STRIKE OR DISMISS DECLARATION OF JONATHAN STEINBERG BASED ON FACTUAL INACCURACIES AND FAILURE TO PROPERLY ASSESS THE PROPERTY LOCATED AT 231 TURNPIKE ROAD, WESTBOROUGH, MA" [ECF NO. 327] (THE "MOTION") FILED BY LOLONYON AKOUETE AND THE OBJECTION THERETO BY THE TOWN OF WESTBOROUGH [ECF NO. 330], THE MOTION IS DENIED. MR. AKOUETE WILL HAVE AN OPPORTUNITY TO EXAMINE THE AFFIANT, JONATHAN STEINBERG, AT THE 11/18/2024 EVIDENTIARY HEARING SCHEDULED ON THE MOTION TO APPROVE SETTLEMENT AGREEMENT [ECF NO. 190].

Dated: 09/16/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge