

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>Westborough SPE LLC<br>   Debtor | Chapter 7<br>Case No. 23-40709-CJP |
| Town of Westborough<br>   Plaintiff,<br><br>v.<br><br>Westborough SPE LLC<br>   Defendant. | Adversary Proceeding<br>No. 24-04006-CJP |

**ORDER**

**MATTERS:**
Case No. 23-40709
#20 Motion of the Town of Westborough for Relief from the Automatic Stay Re: 231 Turnpike Road, Westborough, MA; and
#69 Motion of the Town of Westborough to Dismiss Bankruptcy Case.

AP No. 24-4006
#1 Notice of Removal Regarding Town of Westborough v. Westborough SPE LLC Filed by the Chapter 7 Trustee, Jonathan R. Goldsmith;
#2 Motion of the Town of Westborough to Remand and/or Abstain from Hearing Tax Foreclosure Action; and
#3 Motion of Lolonyon Akouete In Support of the Chapter 7 Trusee's Notice of Removal and Request for Decision on Debtor's Motion to Vacate Foreclosure Judgment.

FOR THE SAKE OF JUDICIAL ECONOMY, AND GIVEN THE RELATIONSHIP OF THE MATTERS SCHEDULED FOR STATUS CONFERENCES TO RESOLUTION OF THE TRUSTEE'S PENDING MOTION TO APPROVE SETTLEMENT AGREEMENT [BANKR. CASE NO. 23-40709, ECF NO. 190], THE SEPTEMEBR 17, 2024 STATUS CONFERENCES ON THE TOWN OF WESTBOROUGH?S MOTIONS FOR RELIEF [ECF NO. 20] AND MOTION TO DISMISS [ECF NO. 69] AND THE CONFERENCES IN ADVERSARY PROCEEDING 24-4006 REGARDING ECF NOS. 1, 2, AND 3 ARE CONTINUED TO NOVEMBER 18, 2024 AT 9:30 A.M. IN COURTROOM 3, UNITED STATES BANKRUPTCY COURT, 595 MAIN STREET, WORCESTER, MA, WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO (TO THE EXTENT A PARTY IS NOT REQUIRED TO APPEAR IN PERSON IN CONNECTION WITH THE EVIDENTIARY HEARING SCHEDULED FOR THAT SAME DAY REGARDING THE MOTION TO APPROVE SETTLEMENT AGREEMENT). TO OBTAIN VIDEO ACCESS INFORMATION FOR THE CONTINUED STATUS CONFERENCES,