

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| In re:<br><br>Westborough SPE LLC<br><br>Debtor | Chapter 7<br>23-40709-CJP |
|---|---|

## ORDER

**MATTER:**
#333 Expedited Motion filed by Creditor Lolonyon Akouete For Reconsideration (Re: 331 Order dated 9/13/2024 Re: 319 Expedited Motion filed by Trustee Jonathan R. Goldsmith to Continue Hearing [Re: 190 Motion to Approve] and To Extend Deadline to Submit Appraisal), And Supplemental Motion Opposing Further Continuances.

THE "EXPEDITED MOTION FOR RECONSIDERATION OF ORDER GRANTING TRUSTEE'S EXPEDITED MOTION TO CONTINUE HEARING AND EXTEND DEADLINE TO SUBMIT APPRAISAL, AND SUPPLEMENTAL MOTION OPPOSING FURTHER CONTINUANCES" [ECF NO. 333] IS DENIED IN ITS ENTIRETY.

THE MOTION FOR RECONSIDERATION DOES NOT RAISE ADDITIONAL MATERIAL INFORMATION OR OTHER INFORMATION THAT WAS NOT ALREADY CONSIDERED IN THE CONTEXT OF OVERRULING THE OBJECTIONS OF MR. AKOUETE AND THE TOWN OF WESTBOROUGH IN GRANTING THE CONTINUANCE OF THE EVIDENTIARY HEARING ON THE MOTION TO APPROVE SETTLEMENT AGREEMENT [ECF NO. 190] THAT WOULD DEMONSTRATE THAT THE COURT MADE A MANIFEST ERROR OF LAW OR FACT, AND, THEREFORE, RECONSIDERATION IS DENIED. *SEE IN RE WEDGESTONE FIN.*, 142 B.R. 7, 8 (BANKR. D. MASS. 1992) (CITATIONS OMITTED).

FURTHER, THE ALTERNATIVE REQUESTS FOR RELIEF, INCLUDING THAT THE COURT GRANT "MOVANT'S REQUEST FOR INTERIM DISTRIBUTION" OR THAT THE COURT PREEMPTIVELY DETERMINE THAT FURTHER CONTINUANCES WILL NOT BE GRANTED, ARE DENIED. REQUESTS FOR RELIEF THAT ARE NOT PENDING BEFORE THE COURT WILL NOT BE PREEMPTIVELY DETERMINED AND THE COURT WILL NOT RECONSIDER REQUESTS FOR RELIEF THAT WERE PREVIOUSLY CONSIDERED AND DENIED IN THE MANNER RAISED BY MR. AKOUETE IN THE MOTION. MR. AKOUETE HAS BEEN PREVIOUSLY CAUTIONED FROM BRINGING SUCH REQUESTS, *SEE, E.G.,* ORDER AT ECF NO. 304, AND ALTHOUGH THE COURT WILL NOT SANCTION HIM IN THIS INSTANCE HE IS AGAIN WARNED THAT SUMMARY DENIAL AND OTHER SANCTIONS ARE POTENTIAL CONSEQUENCES OF FUTURE FILINGS THAT VIOLATE THE ADMONITION THAT HIS REQUESTED RELIEF MUST HAVE A BASIS IN LAW AND IS NOT OTHERWISE SEEKING

RELIEF PREVIOUSLY CONSIDERED AND DENIED.

Dated: 09/16/2024

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge