

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:  Westborough SPE LLC  Debtor(s) | Chapter 7  23-40709-CJP |
|---|---|

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
Hybrid Hearing on #243 Application filed by Trustee Jonathan R. Goldsmith to Employ Christine E. Devine and Nicholson Devine LLC as Counsel.

**Decision set forth more fully as follows:**

FOR THE REASONS STATED ON THE RECORD, THE MOTION IS GRANTED.

Dated: 09/17/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge