

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**Westborough SPE LLC**<br>**Debtor(s)** | **Chapter 7**<br>**23-40709-CJP** |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

Hybrid Hearing on #245 Creditor's Objection to Trustees Application to Retain Additional Counsel, Request for Clarification, and Motion for Deduction of Increased Litigation Costs from Trustees Compensation.

**Decision set forth more fully as follows:**

FOR THE REASONS STATED ON THE RECORD, THE OBJECTION IS OVERRULED AND ANY FURTHER RELIEF REQUESTED IS DENIED.


Dated: 09/17/2024                                        By the Court,


_____
Christopher J. Panos
United States Bankruptcy Judge