UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

In re:  )  Chapter 7
)  Case No. 23-40709-CJP
WESTBOROUGH SPE LLC,  )
)
Debtor.  )

## CREDITOR'S MOTION TO COMPEL TRUSTEE TO FILE A REPORT ON UNCLAIMED FUNDS RECEIVED PURSUANT TO RULE 2015(a)

Now comes **Lolonyon Akouete**, a creditor in the above-referenced bankruptcy case, and respectfully moves this Honorable Court to compel the Chapter 7 Trustee to file a report specifically addressing the receipt and status of the **$1,293,646.83** in unclaimed funds received from the California State Controller. This motion is made pursuant to **Rule 2015(a)** of the Federal Rules of Bankruptcy Procedure and **11 U.S.C. § 704(a)(8)**. In support of this motion, the Creditor states as follows:

1. **Jurisdiction**: This Court has jurisdiction over this matter pursuant to **28 U.S.C. §§ 157 and 1334**.
2. **Background**:
   - On **August 31, 2023**, an involuntary petition was filed against **Westborough SPE LLC** under the provisions of Chapter 7 of the Bankruptcy Code.
   - The Trustee, **Jonathan R. Goldsmith**, was appointed to administer the estate of the Debtor.
   - Creditor **Lolonyon Akouete**, with an address at **800 Red Milles Rd, Wallkill, NY 12589**, has a vested interest in ensuring proper administration of the estate's assets, with creditor claims totaling **$4,525,000.00**.
   - On **February 2, 2024**, the Trustee filed **Dkt#78**, a motion to compel the California State Controller to surrender **$1,293,646.83** in unclaimed funds, which were identified as property of the bankruptcy estate.
   - On **February 12, 2024**, the Trustee withdrew **Dkt#78** following receipt of the funds, as confirmed in **Dkt#93**.
   - In an email dated **August 13, 2024**, the Trustee confirmed that the **$1.2 million** had been remitted to him from the State of California and referred to these funds as being held in a "legal fee escrow," indicating potential use for covering legal fees rather than distribution to creditors.
3. **Legal Basis**:
   - **Rule 2015(a)(2)** requires the Trustee to keep a record of receipts and the disposition of money and property received.
   - **Rule 2015(a)(3)** further mandates that the Trustee file reports on the administration of the estate, including detailed information about the disposition of funds.
4. **Grounds for Motion**:
   Despite the Trustee's acknowledgment of the receipt of **$1,293,646.83** from the California State Controller, the Trustee has not yet filed a report providing a detailed account of the receipt and disposition of these funds as required by **Rule 2015(a)**. Furthermore, there is

concern over the Trustee's characterization of the funds as being allocated for legal fees, without proper transparency or approval from the Court. This information is crucial to ensuring transparency in the administration of the estate.

5. **Request for Expedited Relief**: Given the substantial nature of the funds received, and the possible allocation of these funds for purposes other than creditor distributions, the Creditor requests that this motion be heard on an expedited basis to ensure that the Trustee complies with reporting requirements under **Rule 2015(a)** and provides the necessary information on the administration of the unclaimed funds.

WHEREFORE, the Creditor **Lolonyon Akouete** respectfully requests that this Court enter an order:

1. Compelling the Trustee to file a report on the receipt and disposition of the **$1,293,646.83** in unclaimed funds no later than **seven (7) days** after the entry of this Court's order;
2. Granting an expedited hearing on this motion;
3. Granting such other and further relief as this Court deems just and proper.

DATED: September 18, 2024, Respectfully submitted:

By creditor,

_____
Lolonyon Akouete
800 Red Milles Rd
Wallkill NY 12589
info@smartinvestorsllc.com
(443) 447-3276

Exhibit 1

| | |
|---|---|
| **From:** | Lenard B. Zide <zide@buttersbrazilian.com> |
| **Sent:** | Tuesday, August 13, 2024 12:46 PM |
| **To:** | Jonathan Goldsmith |
| **Subject:** | Re: AI |

NICE!!! Fast Q. Will there still be a disbursement to MobileStreet before I die?

Sent by Len Zide

> On Aug 13, 2024, at 8:32 AM, Lenard B. Zide <zide@buttersbrazilian.com> wrote:
>
> Jon: having drafted a pleading or two in my career, at first I thought LL had a ghost writer until I realized it was ChatGPT. What AI cannot yet do is factor in increasing annoyance of opposing counsel until GENUG is reached; can't put an old head on a young body. 🤷‍♂️ I am zooming so you will get to see my face.
>
> Sent by Len Zide
>
>> On Aug 13, 2024, at 8:09 AM, Jonathan Goldsmith <jgoldsmith@gkalawfirm.com> wrote:
>>
>> Good morning Len:
>> I have now come to the realization (which I should have come to much earlier) that this guy has no interest in resolving the matter unless he gets a seven-figure settlement- which he will not get!! I offered him a settlement (subject to approval by the Bankruptcy Court) that would have provided him with many shekels, but that still wasn't enough for him. As such, I have called in some reinforcements, and we will fight the battle and win the war. There is a good possibility that he will get nothing at the end, but clearly will not get the amount that I offered as a settlement. I already have a legal fee escrow so to speak, in the tune of 1.2 million dollars remitted to me from the State of California.
>> By the way, I believe it is my first generative A1 Bankruptcy proceeding.
>> We will miss you on the 20th.
>> All the best,
>> Jon
>>
>> **From:** Lenard B. Zide <zide@buttersbrazilian.com>
>> **Sent:** Tuesday, August 13, 2024 7:24 AM
>> **To:** Jonathan Goldsmith <jgoldsmith@gkalawfirm.com>
>> **Subject:** AI

Jon: it became clear to me when I awoke this AM to Lolo's latest missive that this must be your first generative AI Bankruptcy proceeding.  Should I file a Joint Assented To Motion To Establish a Legal Fee Escrow?  Although I will be on vacation on the 20th, I wouldn't miss this upcoming hearing.  Hope you are well.   Len

**Sent by *Len Zide***

<span style="color:red">Exhibit 2</span>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>WESTBOROUGH SPE LLC<br><br>Debtor | Chapter 7, No. 23-40709-CJP |

## MOTION TO COMPEL THE CALIFORNIA STATE CONTROLLER TO SURRENDER TO THE TRUSTEE PROPERTY OF THE ESTATE (REQUEST FOR EXPEDITED DETERMINATION )

Now comes JONATHAN R. GOLDSMITH, the duly appointed, qualified and acting Chapter 7 Trustee ("Trustee") in the above-captioned case and moves this Honorable Court pursuant to 11 U.S.C. §542(a) to enter an Order compelling the California State Controller to surrender to the Trustee certain property of the bankruptcy estate ("Estate") totaling $1,293,646.83, all as more fully set forth below. The Trustee also respectfully requests that this Motion be heard on an expedited basis. In support of said Motion, the Trustee respectfully represents:

1. That on August 31, 2023, an Involuntary Petition was filed against the above-named Debtor under the provisions of Chapter 7 of the Bankruptcy Code; subsequently, an Order for Relief was entered on October 11, 2023.

2. That on October 12, 2023, JONATHAN R. GOLDSMITH accepted the appointment as Chapter 7 Trustee for the above-entitled estate.

3. That among the assets of the Estate, as noted on the Debtor's Bankruptcy Schedule "B", is an "Unclaimed Checking Account with the California State Controller" with a current listed value at $1,293,646.83 (hereinafter "Unclaimed Funds").

1

4. Since his appointment, the Trustee has investigated the background of the Unclaimed Funds and ascertained the following salient facts:

(a) The Unclaimed Funds were remitted to the Controller's Office of the State of California ("Controller") by MUFG Union Bank from a checking account in the amount of $1,293,646.83, with the reported owner as "Westborough SPE LLC" at a last known address of "50 California St., Suite 3610, San Francisco, CA 94111". The Controller has attached an identification number to the Unclaimed Funds as 4853303.

(b) Upon information and belief, beginning at around 2022, a Denise Edwards ("Edwards") and a Lolonyon Akouete ("Akouete"), as asserted managers of the Debtor, had attempted to have the Unclaimed Funds turned over to the Debtor. It appears that their request was denied by the Controller for the reasons outlined in letters dated February 8, 2023 and April 12, 2023, copies of which are attached hereto as Exhibit "A".

5. The Trustee does not opine at this time as to whether Edwards and/or Akouete were authorized to receive the Unclaimed Funds on behalf of the Debtor. However, what is undisputed is that once the Order for Relief was entered in this case and the Trustee was appointed, he has the duty and authority under 11 U.S.C. §704(a) to collect the Unclaimed Funds for the Estate, as these funds are property of the Estate pursuant to 11 U.S.C. §541.

6. During the course of the last couple of months, the Trustee has communicated via email and by telephone with one Harpreet K. Nakhwal ("Attorney Nakhwal"), Acting Chief Counsel for the Office of the Controller, seeking the turnover of the Unclaimed Funds. These communications included providing Attorney Nakhwal with: (i) the bankruptcy case number; (ii) a copy of the Trustee's appointment; (iii) submission of a completed Claim Affirmation Form; and (iv) a copy of the Involuntary Petition Page confirming the Debtor's tax ID as requested by Attorney Nakhwal. Attorney Nakhwal has confirmed receipt of all of this information and has not requested any further documentation from the Trustee to support the

2

grounds by which the Trustee submits he is entitled to the Unclaimed Funds on behalf of the Debtor.

7. Despite providing all the necessary and requested information, Attorney Nakhwal has been unwilling to provide information as to when (and if) the Unclaimed Funds will be turned over to the Trustee.

8. In light of the foregoing, the Trustee is seeking to have this Motion heard on an expedited basis so that he may proceed with the timely administration of this Estate.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

1. That this Motion be heard on an expedited basis;
2. Compelling the Controller of the State of California to turn over to the Trustee no later than fourteen (14) days after the allowance of this Motion, the Unclaimed Funds of the Debtor in the sum of $1,293,646.83, which is identified by the Controller's Office as property number 1019294209; and
3. For such other relief as is just and proper.

JONATHAN R. GOLDSMITH, TRUSTEE IN BANKRUPTCY FOR WESTBOROUGH SPE LLC

Dated: 2/2/24

By: /s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.
(BBO No. 548285)
GOLDSMITH, KATZ & ARGENIO, P.C.
1350 Main Street, 15th Floor
Springfield, MA 01103
Tel: (413) 747-0700

3

# *Exhibit "A"*



# MALIA M. COHEN
California State Controller



February 8, 2023

Westborough SPE LLC
c/o Denise Edwards
1241 Deer Park Ave., Suite 1 #1051
North Babylon, NY 11703

Re:  Unclaimed Property Claim Identification Number 4853303

Dear Ms. Edwards:

This letter is in response to the above-referenced Unclaimed Property Claim. The claim was referred to the Legal Office for review. As explained in more detail below, after review, the claim must be denied.

This claim was submitted for one property identified as number 1019294209. This property was remitted to the State Controller's Office by MUFG Union Bank as a checking account in the amount of $1,293,646.83. The owner is reported as "Westborough SPE LLC" at a last known address of "50 California St., Suite 3610, San Francisco, CA 94111."

It appears to be your contention that you are entitled to these funds because you purchased the assets of Westborough SPE LLC. In support of your claim you submitted a Bill of Sale, a Certificate of Revival of Westborough SPE LLC from Delaware Secretary of State, a Foreign Limited Liability Company Application for Registration from the Massachusetts Secretary of State, proof of FEIN, and Westborough SPE, LLC's Motion to Vacate Foreclosure Judgment filed with the Land Court for the Commonwealth of Massachusetts.

Based upon the documentation submitted and our research, it appears that Westborough SPE, LLC was a Delaware entity. Based upon information received by the State Controller's Office, Westborough SPE, LLC was manager run as opposed to member or owner run. The manager was Babcock & Brown Administrative Services, Inc., a Delaware corporation. Officers of Babcock & Brown Administrative Services, Inc. included Jan Blaustein Scholes, James Jaworski, and Dyann Blaine.

300 Capitol Mall, Suite 1850, Sacramento, CA 95814  P.O. Box 942850, Sacramento, CA 94250  Fax: (916) 322-4404
sco.ca.gov

Westborough SPE LLC
February 8, 2023
Page 2

The Bill of Sale dated November 21, 2022, between Westborough SPE, LLC and Denise Edwards and Lolonyon Alouete was signed by "Jan Blaustein Scholes, its President." Jan Blaustein Scholes has suffered from multiple strokes since 2004. In 2019 the Hawaii Third Circuit, Kona Division granted Conservatorship and Guardianship over the person and estate of Frances Jan Blaustein Scholes to her son, Peter Blaustein. As Jan Blaustein Scholes has been judicially declared to lack capacity, she is unable to enter into contracts. After review, the Bill of Sale was signed by Jan Blaustein Scholes after she was declared to be incapacitated and had a Conservatorship and Guardianship entered over her person and estate. Therefore, the Bill of Sale is void. As the Bill of Sale is void, you could not have acquired any interest in Westborough SPE LLC and your claim for this property must be denied.

Additionally, it should be noted that even if it is determined that Jan Blaustein Scholes had the capacity to enter into the contact, it does not appear that you would be entitled to the funds in question. It appears that Jan Blaustein Scholes signed the Bill of Sale as the President of Babcock & Brown Administrative Services Inc. and not of Westborough SPE, LLC. It appears that Babcock & Brown Administrative Services Inc. acted only as the manager of Westborough SPE, LLC and did not have an ownership interest of Westborough SPE, LLC. At this time our office is lacking sufficient information to determine whether an officer of the managing entity, Babcock & Brown Administrative Services Inc., would have authority to sell the assets of Westborough SPE LLC.

For the reasons discussed above, the claim is denied.

Sincerely,

*[signature]*

HARPREET K. NAKHWAL
Staff Counsel

HKN/jh

cc: Coleen Kimler, Bureau Chief, Unclaimed Property Division, State Controller's Office



MALIA M. COHEN
CALIFORNIA STATE CONTROLLER

April 12, 2023

Westborough SPE LLC
c/o Denise Edwards and Lolonyon Akouete
1241 Deer Park Ave., Suite 1 #1051
North Babylon, NY 11703

Re:　Unclaimed Property Claim Identification Number 4853303

Dear Ms. Edwards and Mr. Akouete:

This letter is in regard to the above-referenced unclaimed property claim. In my letter dated February 8, 2023, the claim was denied. You subsequently submitted additional documentation in support of your claim. As explained in more detail below, after review of the additional documentation, the denial of your claim must be affirmed.

In my previous letter I explained that there were several deficiencies with the claim. The first issue being that it was established that the Bill of Sale was signed by Jan Blaustein Scholes after she was declared to be incapacitated and had a Conservatorship and Guardianship entered over her person and estate. As Ms. Scholes has been judicially declared to lack capacity, she could not have entered into a contract to sell assets of Westborough SPE LLC. The second issue was that even if it is determined that Ms. Scholes had the capacity and ability to enter into the contract, there was insufficient information to determine whether she, an officer of the managing entity, Babcock & Brown Administrative Services, Inc., would have authority to sell the assets of Westborough SPE LLC.

You have now submitted several documents that appear to try and address the second issue. However, after review of the evidence now submitted, there does not appear to be any evidence to refute the fact that a Conservatorship and Guardianship was entered over the person and estate of Jan Blaustein Scholes and that she was declared to be incapacitated by the Hawaii Third Circuit, Kona Division.

Westborough SPE LLC
April 12, 2023
Page 2

Without expressing an opinion on the new documentation submitted, the claim must remain denied because you have failed to remedy the fact that Jan Blaustein Scholes lacked the capacity to enter into a contract.

Sincerely,

HARPREET K. NAKHWAL
Staff Counsel

HKN/jh

cc: Coleen Kimler, Bureau Chief, Unclaimed Property Division, State Controller's Office

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 7, No. 23-40709 |
| WESTBOROUGH SPE LLC | |
| Debtor | |

## CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of GOLDSMITH, KATZ & ARGENIO, P.C., 1350 Main Street, 15th Floor, Springfield, MA 01103, do hereby certify that I served a copy of the within Motion to Compel upon those parties listed on the attached Exhibit "A" by electronic mail or by mailing, first class mail, postage prepaid, on this 2nd day of February, 2024:

/s/ *Jonathan R. Goldsmith, Esq.*
JONATHAN R. GOLDSMITH, ESQ.

David M. Ferris
Ferris Development Group, LLC
118 Turnpike Rd., Ste. 300
Southborough, MA 01772-2133

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Ferris Development Group, LLC
c/o Paul W. Carey, Esq.
Mirick O'Connell
100 Front Street
Worcester, MA 01608-1425

Westborough SPE LLC
231 Turnpike Road
Westborough, MA 01581-2807

Scott A. Schlager, Esq.
Nathanson & Goldberg, P.C.
183 State Street, 5th Floor
Boston, MA 02109-2666

Darin Clagg
24 Kobbs Korner Rd
Pine Bush, NY 12566-5302

LOLONYON AKOUETE
ATTN WESTBOROUGH SPE LLC
800 RED MILLS RD
WALLKILL, NY 12589-3220

Allen Hight
The MobileStreet Trust
12 Cole Road
Wayland, MA 01778-3145

Richard King, Esq.
Office of US. Trustee
446 Main Street, 14th Floor
Worcester, MA 01608-2361

The MobileStreet Trust
12 Cole Road
Wayland, MA 01778-3145

Matthew A. Morris Sherin and
Lodgen LLP
101 Federal Street, 30th Floor
Boston, MA 02110-2109

Walter Horst
Babcock & Brown
1264 Rimer Drive
Moraga, CA 94556-1727

Town of Westborough
34 West Main Street
Westborough, MA 01581-1998

Nathanson & Goldberg, P.C.
c/o Stephen F. Gordon, Esq.
The Gordon Law Firm LLP
57 River Street
Wellesley, MA 02481

Denise Edwards
137 North 25th Street
Wyandanch, NY 11798-2002

The MobileStreet Trust
225 Turnpike Road
Westborough, MA 01581-2807

Ms. Malia M. Cohen
California State Controller
300 Capitol Mall, Suite 1850
Sacramento, CA 95814

Harpreet K. Nakhwal, Esq.
Office of the State Controller
 Malia M. Cohen
300 Capitol Mall, Suite 1850
Sacramento, CA 95814

Exhibit 3

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re: ) Chapter 7, No. 23-40709
)
WESTBOROUGH SPE LLC )
)
Debtor )
)

## MOTION TO WITHDRAW CHAPTER 7 TRUSTEE'S MOTION TO COMPEL THE CALIFORNIA STATE CONTROLLER TO SURRENDER TO THE TRUSTEE PROPERTY OF THE ESTATE

Now comes JONATHAN R. GOLDSMITH, the duly appointed, qualified and acting Trustee in the above-captioned case ("Trustee"), and he does hereby withdraw his Motion to Compel the California State Controller to Surrender to the Trustee Property of the Estate (Docket #78) ("Motion") and requests that the Court cancel the hearing thereon presently scheduled for **February 13, 2024 at 10:30 a.m.** In support thereof, the Trustee represents that subsequent to the filing of the Motion the Controller for the State of California turned over to the Trustee the unclaimed funds as noted in the Motion.

WHEREFORE, the Trustee respectfully requests that this Court:

1. Allow the Trustee to withdraw his Motion;
2. Cancel the hearing on the Motion presently scheduled for February 13, 2024, at 10:30 a.m.; and
3. For such other relief as is just and proper.

JONATHAN R. GOLDSMITH, TRUSTEE IN
BANKRUPTCY FOR WESTBOROUGH SPE LLC

Dated: 2/12/24

By: /s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.
(BBO No. 548285)
GOLDSMITH, KATZ & ARGENIO, P.C.
1350 Main Street, Suite 1505
Springfield, MA 01103
Tel. (413) 747-0700

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re:                                    )
                                          )   Chapter 7, No. 23-40709
                                          )
WESTBOROUGH SPE LLC                       )
                                          )
          Debtor                          )
                                          )

## CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of GOLDSMITH, KATZ & ARGENIO, P.C., 1350 Main Street, Suite 1505, Springfield, Massachusetts, do hereby certify that I have served a copy of the within Withdrawal upon those parties listed on the attached Exhibit "A" by electronic mail or by mailing, first class mail, postage prepaid, on this 12th day of February, 2024.

/s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.

| | | |
|---|---|---|
| David M. Ferris<br>Ferris Development Group, LLC<br>118 Turnpike Rd., Ste. 300<br>Southborough, MA 01772-2133 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Ferris Development Group, LLC<br>c/o Paul W. Carey, Esq.<br>Mirick O'Connell<br>100 Front Street<br>Worcester, MA 01608-1425 |
| Westborough SPE LLC<br>231 Turnpike Road<br>Westborough, MA 01581-2807 | Scott A. Schlager, Esq.<br>Nathanson & Goldberg, P.C.<br>183 State Street, 5th Floor<br>Boston, MA 02109-2666 | Darin Clagg<br>24 Kobbs Korner Rd<br>Pine Bush, NY 12566-5302 |
| LOLONYON AKOUETE<br>ATTN WESTBOROUGH SPE LLC<br>800 RED MILLS RD<br>WALLKILL, NY 12589-3220 | Allen Hight<br>The MobileStreet Trust<br>12 Cole Road<br>Wayland, MA 01778-3145 | Richard King, Esq.<br>Office of US. Trustee<br>446 Main Street, 14th Floor<br>Worcester, MA 01608-2361 |
| The MobileStreet Trust<br>12 Cole Road<br>Wayland, MA 01778-3145 | Matthew A. Morris<br>Sherin and Lodgen, LLP<br>101 Federal Street, 30th Floor<br>Boston, MA 02110-2109 | Walter Horst<br>Babcock & Brown<br>1264 Rimer Drive<br>Moraga, CA 94556-1727 |
| Town of Westborough<br>34 West Main Street<br>Westborough, MA 01581-1998 | Nathanson & Goldberg, P.C.<br>c/o Stephen F. Gordon, Esq.<br>The Gordon Law Firm LLP<br>57 River Street<br>Wellesley, MA 02481 | Denise Edwards<br>137 North 25th Street<br>Wyandanch, NY 11798-2002 |
| The MobileStreet Trust<br>225 Turnpike Road<br>Westborough, MA 01581-2807 | Ms. Malia M. Cohen<br>California State Controller<br>300 Capitol Mall, Suite 1850<br>Sacramento, CA 95814<br>**(also via email)** | Harpreet K. Nakhwal, Esq.<br>Office of the State Controller<br>Malia M. Cohen<br>300 Capitol Mall, Suite 1850<br>Sacramento, CA 95814<br>**(also via email)** |
| Roger L. Smerage, Esq.<br>KP Law, P.C.<br>101 Arch Street, 12th Floor<br>Boston, MA 02110-1109 | Brian Riley, Esq.<br>KP Law, P.C.<br>101 Arch Street, 12th Floor<br>Boston, MA 02110-1109 | Jeffrey T. Blake, Esq.<br>KP Law, P.C.<br>101 Arch Street, 12th Floor<br>Boston, MA 02110-1109 |

CERTIFICATE OF SERVICE

I, Lolonyon Akouete, hereby certify that the above document is served by email and mailing a copy of the same, first-class mail, to the following:

Stephen F. Gordon, Attorney of the Petitioners
(Email: sgordon@gordonfirm.com)
The Gordon Law Firm LLP
River Place 57 River Street Wellesley, MA 02481

Scott A. Schlager on behalf of,
Nathanson & Goldberg, P.C., a creditor.
(Email: sas@natgolaw.com)
183 State Street, 5th Floor Boston, MA 02109

Assistant U.S. Trustee
Richard King
Office of US. Trustee
446 Main Street 14th Floor
Worcester, MA 01608
USTPRegion01.WO.ECF@USDOJ.GOV

Jonathan R. Goldsmith
Chapter 7 Trustee
trusteedocs1@gkalawfirm.com
Goldsmith, Katz & Argenio P.C.
1350 Main Street, 15th Floor.
Springfield, MA 01103

Dyann Blaine
20 Queensbrook Place
Orinda, CA 94563
dyann.blaine@gmail.com

Jan Blaustein Scholes
7501 E Thompson Peak Pkwy
Scottsdale, AZ 85255
jan.scholes2@gmail.com

Mark S. Lichtenstein
AKERMAN LLP
1251 Avenue of the Americas, 37th Flr.
New York, New York 10020
mark.lichtenstein@akerman.com

Paul W. Carey, Attorney of Creditor
FERRIS DEVELOPMENT GROUP, LLC
(Email: pcarey@mirickoconnell.com)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street, Worcester, MA 01608

Brian W. Riley, Attorney of Creditor
Jeffrey T. Blake, Attorney of Creditor
Roger L. Smerage, Attorney of Creditor
TOWN OF WESTBOROUGH
(Email: briley@k-plaw.com)
(Email: jblake@k-plaw.com)
(Email: rsmerage@k-plaw.com)
KP Law, P.C.  101 Arch Street,
12th Floor Boston, MA 02110

Gary M Ronan
David M Abromowitz
Goulston&storrs
GRonan@goulstonstorrs.com
DAbromowitz@goulstonstorrs.com
400 Atlantic Avenue
Boston, MA 02110

Peter Blaustein
950 Vista Road
Hillsborough, CA 94010
pblaustein@gmail.com

Walter Horst
Babcock & Brown
1264 Rimer Drive
Moraga, CA 94556
walter.horst@babcockbrown.com

Samual A. Miller, Esq.
AKERMAN LLP
420 South Orange Avenue
Suite 1200
Orlando, FL 32801
samual.miller@akerman.com
sharlene.harrison-carera@akerman.com


_____
Lolonyon Y Akouete