

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:<br><br>Westborough SPE LLC<br><br>Debtor | Chapter 7<br>23-40709-CJP |
|---|---|

## ORDER

**MATTER:**
#357 Response filed by Creditor Lolonyon Akouete Re: 353 Order dated 9/23/2024 Re: 340 Motion filed by Creditor Lolonyon Akouete to Compel Trustee to File a Report on Unclaimed Funds Received Pursuant to Rule 2015(a).

DOCKET NO. 357 APPEARS TO BE A STATEMENT AND DOES NOT REQUEST SPECIFIC RELIEF. THE COURT WILL TAKE NO FURTHER ACTION.

TO THE EXTENT THAT MR. AKOUETE IS REQUESTING THAT HE BE PERMITTED TO APPEAR BY ZOOM AT THE EVIDENTIARY HEARING SCHEDULED FOR NOVEMBER 18, 2024 ON THE MOTION TO APPROVE SETTLEMENT AGREEMENT [ECF NO. 190] THAT REQUEST IS DENIED, BUT MR. AKOUETE MAY FILE A SEPARATE MOTION ASKING FOR THAT SPECIFIC RELIEF. THE COURT IS NOT LIKELY TO GRANT SUCH A REQUEST IF MR. AKOUETE PLANS TO SEEK THE ADMISSION OF DOCUMENTARY EVIDENCE OR CALL ANY WITNESSES. IF MR. AKOUETE ONLY PLANS TO CROSS EXAMINE WITNESSES CALLED BY THE TRUSTEE, THE COURT WILL CONSIDER AN ACCOMMODATION FOR MR. AKOUETE THAT MAY PERMIT HIM TO APPEAR AND QUESTION WITNESSES REMOTELY AFTER CONSIDERING ANY OBJECTIONS.

Dated: 09/25/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge