

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: Westborough SPE LLC  Debtor | Chapter 7  23-40709-CJP |
|---|---|

## ORDER

**MATTER:**
#358 Motion filed by Creditor Lolonyon Akouete to Clarify Disputed Issues and Request for Admissions Re: 190 Motion filed by Trustee Jonathan R. Goldsmith to Approve [Re: 189 Settlement Agreement].

DENIED. THE COURT HAS ADDRESSED IN OPEN COURT THE ISSUES THAT NEED TO BE CONSIDERED FOR THE TRUSTEE TO MEET HIS BURDEN REGARDING THE PENDING MOTION TO APPROVE SETTLEMENT AGREEMENT. FURTHER, MR. AKOUETE SHOULD NOTE THAT DISCOVERY REQUESTS SHOULD NOT BE FILED WITH THE COURT (SEE MLBR 7026-1(a)) AND PAST APPRAISALS DO NOT CONSTITUTE "EVIDENCE" UNLESS DETERMINED NOT TO BE HEARSAY OR SUBJECT TO OTHER EVIDENTIARY OBJECTIONS. ANY EXPERT TESTIMONY ON VALUE MUST BE GIVEN BY THE EXPERT AT TRIAL SUBJECT TO CROSS EXAMINATION.

Dated: 09/26/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge