

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Westborough SPE LLC | Chapter 7 |
| | 23-40709-CJP |
| Debtor | |

## ORDER

**MATTER:**
#359 Creditor Lolonyon Akouete's Expedited Motion Seeking Clarification On Retrospective Appraisal Process.

DENIED. PURSUANT TO THE ORDER ENTERED AT ECF NO. 331, THE COURT DIRECTED THAT "TO THE EXTENT THAT ANY PARTY IN INTEREST SEEKS TO INTRODUCE APPRAISAL TESTIMONY AT THE [EVIDENTIARY HEARING SCHEDULED FOR NOVEMBER 18, 2024], ON OR BEFORE NOVEMBER 8, 2024 AT 11:59 P.M., THEY SHALL IDENTIFY THE APPRAISER, IF NOT PREVIOUSLY IDENTIFIED, AND SHALL FILE A COPY OF THE APPRAISAL REPORT ON THE DOCKET." THE TRUSTEE'S APPRAISER'S REPORT WILL BE FILED BY THAT DATE AND PARTIES IN INTEREST WILL BE ABLE TO CROSS EXAMINE ANY EXPERT ON THEIR REPORT, INCLUDING REGARDING THE SCOPE AND VALUATION DATE USED FOR AN APPRAISAL, AT THE EVIDENTIARY HEARING ON THE MOTION TO APPROVE SETTLEMENT AGREEMENT.

Dated: 09/26/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge