

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re:<br>Westborough SPE LLC<br>Debtor | Chapter 7<br>23-40709-CJP |
|---|---|

### ORDER DENYING ECF NO. 376 AND
### DIRECTING LOLONYON AKOUETE TO SHOW CAUSE

**MATTER:**
#376 Motion filed by Creditor Lolonyon Akouete to Compel the Trustee to Act on the Motion to Vacate Foreclosure Judgment and to Recover Property into the Bankruptcy Estate with certificate of service Re: 190 Motion filed by Trustee Jonathan R. Goldsmith.

DENIED. THE TRUSTEE IS PRESENTLY THE PARTY WITH EXCLUSIVE STANDING TO PURSUE CLAIMS OF THE ESTATE AND THE CLAIMS DISCUSSED IN THIS PLEADING ARE THE SUBJECT OF A MOTION TO APPROVE COMPROMISE FILED BY THE TRUSTEE. MR. AKOUETE HAS OPPOSED APPROVAL OF THAT SETTLEMENT, THERE IS AN EVIDENTIARY HEARING SCHEDULED ON THAT MOTION TO APPROVE COMPROMISE, AND THE TRUSTEE REQUESTED AND OBTAINED AN EXTENSION OF TIME TO FURTHER EVALUATE INFORMATION REGARDING THE REASONABLENESS OF THE SETTLEMENT.

MR. AKOUETE HAS BEEN WARNED SEVERAL TIMES REGARDING HIS FILING OF MULTIPLE PLEADINGS REQUESTING THE SAME RELIEF OR EXPRESSING THE SAME OBJECTIONS. *SEE., E.G.,* ORDERS [ECF NOS. 304 AND 336]. **MR. AKOUETE IS ORDERED TO SHOW CAUSE IN WRITING ON OR BEFORE OCTOBER 22, 2024, WHY HE SHOULD NOT BE SANCTIONED FOR FILING THIS PLEADING, WHICH REITERATES HIS OPPOSITION TO THE PROPOSED SETTLEMENT.** SANCTIONS MAY INCLUDE, BUT ARE NOT LIMITED TO, THE IMPOSITION OF MONETARY SANCTIONS OR IMPLEMENTATION OF A PRE-FILING AUTHORIZATION PROCEDURE FOR HIS FUTURE FILINGS WITH THE COURT.

GIVEN THE MULTIPLE ORDERS ALREADY ENTERED IN THIS CASE REGARDING MR. AKOUETE'S FILINGS, MANY OF WHICH HAVE BEEN FRIVOLOUS IN SEEKING RELIEF THAT HAS ALREADY BEEN DETERMINED AND DENIED OR WHICH HAS NO BASIS IN LAW OR IN FACT, PARTIES IN THE CASE ARE NOT REQUIRED TO

RESPOND TO MR. AKOUETE'S FILINGS, ABSENT THE MATTER BEING SCHEDULED FOR HEARING WITH AN OBJECTION DEADLINE.

Dated: 10/08/2024                                By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge