

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:  Westborough SPE LLC  Debtor | Chapter 7  23-40709-CJP |
|---|---|

### ORDER STRIKING ECF NO. 379 AND
### DIRECTING LOLONYON AKOUETE TO SHOW CAUSE

**MATTER:**
#379 Supplement to Motion to Vacate Foreclosure Judgment and Avoid Fraudulent Transfer filed by Creditor Lolonyon Akouete with Certificate of Service Re: 190 Motion filed by Trustee Jonathan R. Goldsmith to Approve Re: 189 Settlement Agreement.

STRICKEN. THE TRUSTEE IS PRESENTLY THE PARTY WITH EXCLUSIVE STANDING TO PURSUE CLAIMS OF THE ESTATE AND THE CLAIMS DISCUSSED IN THIS PLEADING ARE THE SUBJECT OF A MOTION TO APPROVE COMPROMISE FILED BY THE TRUSTEE. REGARDLESS OF WHETHER THAT SETTLEMENT IN APPROVED, MR. AKOUETE DOES NOT HAVE STANDING AT THIS TIME TO ASSERT THESE CLAIMS. MR. AKOUETE HAS BEEN INFORMED OF THAT SEVERAL TIMES, *SEE., E.G.,* ORDERS [ECF NOS. 304 AND 336], AND IS **ORDERED TO SHOW CAUSE IN WRITING ON OR BEFORE OCTOBER 22, 2024, WHY HE SHOULD NOT BE SANCTIONED FOR FILING THIS DUPLICATIVE AND FRIVOLOUS REQUEST**. SANCTIONS MAY INCLUDE, BUT ARE NOT LIMITED TO, THE IMPOSITION OF MONETARY SANCTIONS OR IMPLEMENTATION OF A PRE-FILING AUTHORIZATION PROCEDURE FOR MR. AKOUETE'S FUTURE FILINGS WITH THE COURT.

GIVEN THE MULTIPLE ORDERS ALREADY ENTERED IN THIS CASE REGARDING MR. AKOUETE'S FILINGS, MANY OF WHICH HAVE BEEN FRIVOLOUS IN SEEKING RELIEF THAT HAS ALREADY BEEN DETERMINED AND DENIED OR WHICH HAS NO BASIS IN LAW OR IN FACT, PARTIES IN THE CASE ARE NOT REQUIRED TO RESPOND TO MR. AKOUETE'S FILINGS, ABSENT THE MATTER BEING SCHEDULED FOR HEARING WITH AN OBJECTION DEADLINE.

Dated: 10/08/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge