

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: Westborough SPE LLC Debtor(s) | Chapter 7 23-40709-CJP |
|---|---|

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
Telephonic Hearing on #380 Counterclaim and Cross-Motion Filed by Lolonyon Akouete for Equitable Interest, Collusive Foreclosure, Conspiracy to Defraud, Unjust Enrichment and Sanctions Against the Town of Westborough.

**Decision set forth more fully as follows:**

DENIED FOR THE REASONS STATED ON THE RECORD.

Dated: 10/09/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge