

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:  Westborough SPE LLC  Debtor | Chapter 7  23-40709-CJP |
|---|---|

## ORDER

**MATTER:**
#390 Motion filed by Creditor Lolonyon Akouete to Substitute Proposed Order and Suggest Use of Lis Pendens with certificate of service Re: 385 Proceeding Memorandum and Order dated 10/9/2024 Re: 370 Motion filed by Creditor Town of Westborough.

THE COURT WILL REVIEW THE PROPOSED FORMS OF ORDER SUBMITTED AND ENTER ITS OWN ORDER. ALL OTHER RELIEF REQUESTED PURSUANT THE MOTION AT ECF NO. 390 IS DENIED.

Dated: 10/10/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge