

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:  Westborough SPE LLC  Debtor | Chapter 7  23-40709-CJP |
|---|---|

## ORDER

**MATTER:**
#411 Emergency Motion filed by Creditor Lolonyon Akouete with certificate of service For Expedited Resolution of Claims In Response to Trustee's Objection to Claims [Re: 410 Objection to Claim 4 of Claimant Lolonyon Akouete filed by Trustee Jonathan R. Goldsmith].

The "Emergency Motion for Expedited Resolution of Claims" [ECF No. 411] (the "Emergency Motion") filed by Lolonyon Akouete is granted only to the limited extent that Mr. Akouete is seeking to shorten his response deadline to and depart from the time and manner of service with respect to the "Trustee's Objection to Claims of Lolonyn Akouete (Claim Nos. 4.1 and 4.2)" [ECF No. 410] (the "Claim Objection") under Fed. R. Bankr. P. 3007 and MLBR 3007-1. The Emergency Motion is otherwise stricken in all other respects as it appears that Mr. Akouete references as evidence supporting the validity of Claims Nos. 4.1 and 4.2 that are the subject of the Claim Objection certain offers of compromise or statements made in connection with settlement discussions in violation of Fed. R. Evid. 408.

Within fourteen (14) days of the date of this Order, Mr. Akouete shall file a response to the Claim Objection that addresses each basis for the Trustee's objections and provides documentary evidence that Mr. Akouete would offer to support his claims and rebut the objections.

The Court will schedule a hearing after a response has been filed if necessary to rule on the Claim Objection.

Dated: 11/08/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge