

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Westborough SPE LLC<br><br>Debtor | Chapter 7<br>23-40709-CJP |

# ORDER

**MATTER:**
#413 Expedited Motion filed by Trustee Jonathan R. Goldsmith For Authority (Re: 190 Motion to Approve) To Withdraw Settlement Motion and to Convert November 18th Hearing to Non-Evidentiary Status Conference.

GRANTED IN PART AND DENIED IN PART AS FOLLOWS.

THE TRUSTEE IS HEREBY AUTHORIZED TO WITHDRAW THE MOTION OF CHAPTER 7 TRUSTEE FOR APPROVAL OF SETTLEMENT AGREEMENT [ECF NO. 190] ("SETTLEMENT MOTION") AND THE SETTLEMENT MOTION IS WITHDRAWN. THE EVIDENTIARY HEARING SCHEDULED FOR NOVEMBER 18, 2024 IS CANCELED.

THE COURT HEREBY RESCHEDULES THE NOVEMBER 18, 2024 STATUS CONFERENCES REGARDING THE (i) TOWN OF WESTBOROUGH'S MOTION FOR RELIEF FROM AUTOMATIC STAY [ECF NO. 20] AND (ii) THE TOWN OF WESTBOROUGH'S MOTION TO DISMISS BANKRUPTCY CASE [ECF NO. 69] FILED IN THE MAIN CASE AND (ii) THE NOTICE OF REMOVAL REGARDING TOWN OF WESTBOROUGH V. WESTBOROUGH SPE LLC FILED BY THE CHAPTER 7 TRUSTEE, JONATHAN R. GOLDSMITH [ECF NO. 1], (iv) THE MOTION OF THE TOWN OF WESTBOROUGH TO REMAND AND/OR ABSTAIN FROM HEARING TAX FORECLOSURE ACTION [ECF NO. 2], AND (v) THE MOTION OF LOLONYON AKOUETE IN SUPPORT OF THE CHAPTER 7 TRUSTEE'S NOTICE OF REMOVAL AND REQUEST FOR DECISION ON DEBTOR'S MOTION TO VACATE FORECLOSURE JUDGMENT [ECF NO. 3] FILED IN AP NO. 24-4006 TO TUESDAY, NOVEMBER 19, 2024 AT 1:30 P.M. THE COURT ALSO SCHEDULES A GENERAL STATUS CONFERENCE IN THE MAIN CASE [ECF NO. 1] FOR THAT SAME DATE AND TIME.

THE STATUS CONFERENCES SHALL BE CONDUCTED IN COURTROOM 3, HAROLD DONOHUE FEDERAL BUILDING AND COURTHOUSE, 595 MAIN STREET, WORCESTER, MASSACHUSETTS 01608, WITH THE OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO. TO OBTAIN THE VIDEO ACCESS INFORMATION, PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT: CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV BY NO LATER THAN NOVEMBER 18 2024 AT 4:30 P.M. PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

Dated: 11/13/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge