

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| In re:                      |                          |
|-----------------------------|--------------------------|
| Westborough SPE LLC         | Chapter 7                |
|                             | 23-40709-CJP             |
| Debtor                      |                          |

**ORDER**

**MATTER:**
#454 Expedited Motion filed by Creditor Lolonyon Akouete to Compel Trustee to Address Amended Claim and Request for Mediation [Expedited Determination Requested].

GRANTED IN PART AND DENIED IN PART. THE COURT HEREBY GRANTS THE EXPEDITED DETERMINATION OF THIS MOTION AND DENIES THE REMAINING REQUESTS FOR RELIEF AS FOLLOWS.

THE REQUEST TO COMPEL THE TRUSTEE TO ADDRESS THE MR. AKOUETE'S AMENDED CLAIM IS DENIED AS UNNECESSARY. THE COURT HEREBY CONSTRUES THE TRUSTEE'S OBJECTION TO CLAIM [ECF NO. 410] (THE "CLAIM OBJECTION") AS APPLYING TO AMENDED CLAIM NO. 4-3. IF ANY SUPPLEMENT IS NECESSARY TO THE CLAIM OBJECTION, THE TRUSTEE SHALL FILE SUCH SUPPLEMENT ON OR BEFORE **DECEMBER 13, 2024**. MR. AKOUETE MAY RESPOND TO ANY SUPPLEMENT BY **DECEMBER 17, 2024**. AS PREVIOUSLY ACKNOWLEDGED IN PRIOR ORDERS AND AT THE SCHEDULING CONFERENCE, THE COURT IS SYMPATHETIC TO MR. AKOUETE?S FAMILY SITUATION, BUT THE CLAIM OBJECTION REQUIRES A REASONABLE PERIOD OF TIME FOR DISCOVERY AND THE 90-DAY DISCOVERY PERIOD DISCUSSED AT THE RECENT SCHEDULING CONFERENCE IS REASONABLE GIVEN THE CIRCUMSTANCES OF THE CASE AND WILL ALSO APPLY TO THE CLAIM OBJECTION THAT HAS BEEN CONSTRUED AS APPLYING TO AMENDED CLAIM 4-3.

THE REQUEST TO ORDER MEDIATION IS ALSO DENIED AS THE COURT WILL NOT DIRECT MEDIATION ABSENT BOTH PARTIES JOINTLY REQUESTING SUCH RELIEF. MR. AKOUETE SHOULD ALSO BE AWARE THAT MEDIATION HAS A COST (UNLESS THE PARTIES COULD AGREE ON A MEDIATOR THAT WOULD BE WILLING TO MEDIATE ON A PRO BONO BASIS) AND IN ANY JOINT REQUEST FOR MEDIATION THE COST SHOULD BE ADDRESSED.

LASTLY, THE COURT HAS MADE THE PHOTOGRAPH MR. AKOUETE ATTACHED TO AN EMAIL EXHIBIT TO HIS MOTION A PRIVATE EVENT TO PROTECT THE PRIVACY OF THE SUBJECT OF THE PHOTOGRAPH. MR. AKOUETE IS CAUTIONED REGARDING HIS ATTACHMENTS AND PROTECTING THE PRIVACY AND MEDICAL INFORMATION OF INDIVIDUALS ON PUBLIC DOCKETS WHERE EXPLICIT AUTHORITY FROM THE SUBJECT IS NOT REFERENCED. IN THE FUTURE, MR. AKOUETE SHOULD SEEK TO FILE SUCH SENSITIVE MATERIALS UNDER SEAL TO THE EXTENT SUCH MATERIALS ARE

RELEVANT TO HIS REQUESTS FOR RELIEF.

Dated: 12/11/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge