UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 7<br>Case No. 23-40709-CJP |
| WESTBOROUGH SPE LLC, | ) ) ) | |
| Debtor. | ) ) | |

LIMITED OBJECTION OF PETITIONING CREDITORS' TO EXPEDITED MOTION FOR COURT ASSISTANCE TO OBTAIN CRITICAL INFORMATION
[Docket No. 437]

To The Honorable Christopher J. Panos, United States Bankruptcy Judge:

Now come the Petitioning Creditors herein and state the following as their limited objection to Lolonyon Akouete's Expedited Motion for Court Assistance to Obtain Critical Information (the "Motion to Obtain") as follows:

1. The Petitioning Creditors have no objection to Mr. Akouete obtaining whatever discovery he thinks he needs to try to overcome the Trustee's Objection to his Amended Proof of Claim but do not want the administration of this case to be bogged down by issues concerning the identity of the beneficial owner(s) of the Debtor and do not believe that the ownership of the Debtor needs to be determined by this Court in order to finally allow or disallow Mr. Akouete's Amended Proof of Claim.

2. Unless and until payment in full is distributed in accordance with all of 11 U.S.C. Sections 726(a)(1)-(5), the ownership of the Debor is irrelevant.

3. Mr. Akouete does not claim any beneficial ownership in the Debtor (nor that his Amended Proof of Claim is based on having any beneficial ownership in the Debtor) and does not claim to have interacted in any way pre-petition with any party claiming beneficial ownership with respect to the bases for his Amended Proof of Claim.

1

WHEREFORE, the Petitioning Creditors pray that whatever relief this Court might be inclined to grant on the Motion to Obtain not in any way delay the claim allowance/disallowance process or allow that process to become mired in the determination of the beneficial (or legal) ownership of the Debtor's equity.

Respectfully submitted,

PETITIONING CREDITORS,

By their attorneys,

/s/ Stephen F. Gordon
Stephen F. Gordon (BBO No. 203600)
The Gordon Law Firm LLP
57 River Place, Suite 200
Wellesley, Massachusetts 02481
Tel: (617) 261-0100
Dated: December 13, 2024    E-mail: sgordon@gordonfirm.com

## CERTIFICATE OF SERVICE

I, Stephen F. Gordon, hereby certify that on December 13, 2024, the foregoing was served by operation of the Court's ECF System on all individuals designated to receive service by ECF:

- Jeffrey T Blake    jblake@k-plaw.com
- Paul W. Carey    pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
- Jose C. Centeio    jcc@natgolaw.com
- Brian Charville    bcharville@ferrisdevelopment.com
- Christine E. Devine    christine@nicholsondevine.com, devine.christiner109603@notify.bestcase.com;angelina@nicholsondevine.com
- Jonathan R. Goldsmith    bankrdocs1@gkalawfirm.com, bankrdocs@gkalawfirm.com
- Jonathan R. Goldsmith    trusteedocs1@gkalawfirm.com, trusteedocs@gkalawfirm.com;mwolohan@gkalawfirm.com;MA43@ecfcbis.com
- Stephen F. Gordon    sgordon@gordonfirm.com, vhaggerty@gordonfirm.com;notices@gordonfirm.com;stephenfgordon@gmail.com
- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
- Samual A. Miller    samual.miller@akerman.com
- Brian W. Riley    briley@k-plaw.com
- Roger L. Smerage    rsmerage@k-plaw.com

and by email upon:

Lolonyon Akouete (info@smartinvestorsllc.com)

2

/s/ Stephen F. Gordon
Stephen F. Gordon (BBO No. 203600)

P:\Clients-GLF\Westborough SPE\Plead (Bktcy)\Obj to Mot to Obtain Critical Info.docx

3