

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Westborough SPE LLC | Chapter 7 |
| | 23-40709-CJP |
| Debtor | |

## ORDER

**MATTER:**
#476 Motion filed by Creditor Lolonyon Akouete to Withdraw [Re: 456 Motion filed by Creditor Lolonyon Akouete For Order].

GRANTED AS FOLLOWS. THE MOTION FILED AT ECF NO. 456 IS HEREBY WITHDRAWN.

Dated: 12/20/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge