UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

|  |  |
|---|---|
| In re: | Chapter 7 |
| | Case No. 23-40709-CJP |
| WESTBOROUGH SPE LLC, | |
| Debtor. | |

<u>NOTICE OF ISSUANCE OF SUBPOENAS</u>

Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, made applicable to bankruptcy cases by Rule 9016 of the Federal Rules of Bankruptcy Procedure, notice is hereby given that subpoenas have been issued and served upon the following individuals and entities:

1. Babcock & Brown, Walter A. Horst CFO of Babcock & Brown

Copies of the subpoenas are attached to this notice and have been served on all parties involved in this case prior to serving the subpoenas on the recipients listed above.

DATED: January 29, 2025, Respectfully submitted:

By creditor,

Lolonyon Akouete
800 Red Milles Rd
Wallkill NY 12589
info@smartinvestorsllc.com
(443) 447-3276

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of   MASSACHUSETTS

In re _____ WESTBOROUGH SPE LLC _____
### Debtor

*(Complete if issued in an adversary proceeding)*

_____
#### Plaintiff
v.
_____
#### Defendant

Case No.   23-40709-CJP

Chapter _____7_____

Adv. Proc. No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To:   Babcock & Brown  Walter A. Horst CFO of Babcock & Brown
*(Name of person to whom the subpoena is directed)*

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attachment

| PLACE | DATE AND TIME |
|---|---|
| Electronically via email to: info@smartinvestorsllc.com | February 3, 2024 at 10:00 AM |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   1/28/2025 _____

CLERK OF COURT

*Megan Heinrich*
_____
*Signature of Clerk or Deputy Clerk*

OR

_____
*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* _____ , who issues or requests this subpoena, are:

Lolonyon Akouete 800 Red Milles Rd Wallkill NY 12589 info@smartinvestorsllc.com (443) 447-3276

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | Case No. 23-40709-CJP |
| WESTBOROUGH SPE LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A BANKRUPTCY CASE

**To:** Babcock & Brown, Babcock & Brown Administrative Services, Inc., Babcock and Brown Parallel Member LLC (as successor to Babcock & Brown Administrative Services, Inc.), Walter A. Horst, CFO of Babcock & Brown

**YOU ARE HEREBY COMMANDED** to produce the documents described below, pursuant to Federal Rule of Bankruptcy Procedure 2004 and consistent with the obligations set forth in the **Westborough SPE LLC Operating Agreement** and other applicable laws. The requested documents must be produced and delivered electronically, via email, to **info@smartinvestorsllc.com** by **February 3, 2024.**

Failure to comply with this subpoena may result in sanctions as authorized by law.

---

## Documents to Be Produced

1. **Evidence of Stockholder Approval for Conversion**
   - Copies of any resolutions, consents, or meeting minutes reflecting stockholder approval for the conversion of Babcock & Brown Administrative Services Inc. into Babcock & Brown Administrative Services LLC, in compliance with Section 266 of the Delaware General Corporation Law (DGCL).
2. **Clarification on the Role of Mignonette Investments Limited**
   - All documents demonstrating whether Mignonette Investments Limited, as the sole member of Westborough SPE LLC, participated in, was informed of, or consented to the approval process for the managerial substitution.
3. **Compliance with Westborough SPE LLC Operating Agreement**
   - Copies of documentation confirming that the substitution of Babcock & Brown Administrative Services LLC as the manager complied with the Operating Agreement of Westborough SPE LLC.

---

## Production Details

Documents may be delivered in electronic or physical form to:
**Lolonyon Akouete**
**800 Red Mills Rd**
**Wallkill NY 12589**
**info@smartinvestorsllc.com**

If you believe any requested document is privileged or otherwise exempt from production, you must provide a privilege log describing the document, the basis for the claimed privilege, and sufficient details to allow the court to assess the validity of your claim.

---

## Compliance with Federal Rule of Civil Procedure 45

The following provisions of **Fed. R. Civ. P. 45**, made applicable in bankruptcy cases by **Fed. R. Bankr. P. 9016**, are attached:

### Rule 45(c) - Place of Compliance

- **(c)(1):** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    - **(A):** Within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    - **(B):** Within the state where the person resides, is employed, or regularly transacts business in person, if the person is a party or a party's officer and would not incur substantial expense.
- **(c)(2):** A subpoena may command:
    - **(A):** Production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    - **(B):** Inspection of premises at the premises to be inspected.

### Rule 45(d) - Protecting a Person Subject to a Subpoena

- **(d)(1):** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena.
- **(d)(3):** The court must quash or modify a subpoena that:
    - **(A):** Fails to allow a reasonable time to comply;
    - **(B):** Requires compliance beyond the geographical limits specified in Rule 45(c);
    - **(C):** Requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    - **(D):** Subjects a person to undue burden.

### Rule 45(e) - Duties in Responding to a Subpoena

- **(e)(1):** Documents must be produced as kept in the usual course of business or organized to correspond to the categories in the demand.
- **(e)(2):** Electronically stored information must be produced in a reasonably usable form.

### Rule 45(g) - Contempt

The court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena.

DATED: January 28, 2025, Respectfully submitted:

By creditor,

Lolonyon Akouete
800 Red Milles Rd
Wallkill NY 12589
info@smartinvestorsllc.com
(443) 447-3276

CERTIFICATE OF SERVICE

I, Lolonyon Akouete, hereby certify that the above document is served by email and mailing a copy of the same, first-class mail, to the following:

Stephen F. Gordon, Attorney of the Petitioners
(Email: sgordon@gordonfirm.com)
The Gordon Law Firm LLP
River Place 57 River Street Wellesley, MA 02481

Scott A. Schlager on behalf of,
Nathanson & Goldberg, P.C., a creditor.
(Email: sas@natgolaw.com)
183 State Street, 5th Floor Boston, MA 02109

Assistant U.S. Trustee
Richard King
Office of US. Trustee
446 Main Street 14th Floor
Worcester, MA 01608
USTPRegion01.WO.ECF@USDOJ.GOV

Jonathan R. Goldsmith
Chapter 7 Trustee
trusteedocs1@gkalawfirm.com
Goldsmith, Katz & Argenio P.C.
1350 Main Street, 15th Floor.
Springfield, MA 01103

Dyann Blaine
20 Queensbrook Place
Orinda, CA 94563
dyann.blaine@gmail.com

Jan Blaustein Scholes
7501 E Thompson Peak Pkwy
Scottsdale, AZ 85255
jan.scholes2@gmail.com

Mark S. Lichtenstein
AKERMAN LLP
1251 Avenue of the Americas, 37th Flr.
New York, New York 10020
mark.lichtenstein@akerman.com

Paul W. Carey, Attorney of Creditor
FERRIS DEVELOPMENT GROUP, LLC
(Email: pcarey@mirickoconnell.com)
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street, Worcester, MA 01608

Brian W. Riley, Attorney of Creditor
Jeffrey T. Blake, Attorney of Creditor
Roger L. Smerage, Attorney of Creditor
TOWN OF WESTBOROUGH
(Email: briley@k-plaw.com)
(Email: jblake@k-plaw.com)
(Email: rsmerage@k-plaw.com)
KP Law, P.C.  101 Arch Street,
12th Floor Boston, MA 02110

Gary M Ronan
David M Abromowitz
Goulston&storrs
GRonan@goulstonstorrs.com
DAbromowitz@goulstonstorrs.com
400 Atlantic Avenue
Boston, MA 02110

Peter Blaustein
950 Vista Road
Hillsborough, CA 94010
pblaustein@gmail.com

Walter Horst
Babcock & Brown
1264 Rimer Drive
Moraga, CA 94556
walter.horst@babcockbrown.com

Samual A. Miller, Esq.
AKERMAN LLP
420 South Orange Avenue
Suite 1200
Orlando, FL 32801
samual.miller@akerman.com
sharlene.harrison-carera@akerman.com



_____
Lolonyon Y Akouete