

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:  Westborough SPE LLC  Debtor(s) | Chapter 7  23-40709-CJP |
|---|---|

## ORDER

**MATTER:**

#452 Motion filed by Creditor Lolonyon Akouete For Approval to Serve Subpoena By EMail.

DENIED. ABSENT AGREEMENT, SERVICE OF SUBPOENAS BY MR. AKOUETE MUST BE EFFECTED IN COMPLIANCE WITH FED. R. CIV. P. 45(B), AS MADE APPLICABLE BY FED. R. BANKR. P. 9016. THE MOVANT HAS NOT DEMONSTRATED FUTILITY IN AN EFFORT TO EFFECT PERSONAL SERVICE AS REQUIRED BY THE RULE AND HAS NOT SHOWN OTHER GOOD CAUSE TO PERMIT OTHER FORMS OF ALTERNATIVE SERVICE.

Dated: 01/31/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge