

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:  Westborough SPE LLC  Debtor | Chapter 7  23-40709-CJP |

## ORDER

**MATTER:**

#475 Motion filed by Creditor Lolonyon Akouete for Discovery Conference.

DENIED WITHOUT PREJUDICE. MR. AKOUETE MAY RENEW HIS REQUEST AFTER APPROPRIATE SERVICE OF ANY SUBPOENAS ON THE PARTIES IDENTIFIED. SEE ORDER REGARDING ECF NO. 452 ENTERED AT ECF NO. 515.

Dated: 01/31/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge