# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>**WESTBOROUGH SPE LLC,**<br><br>Debtor. | Chapter 7<br>Case No. 23-40709-CJP |

### TRUSTEE'S OBJECTION AND RESERVATION OF RIGHTS REGARDING MOTION OF DENISE S. EDWARDS [Dkt. No. 508]

Jonathan R. Goldsmith, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Westborough SPE LLC (the "Debtor"), hereby objects to the *Motion to Address Managerial Interest, Submit Evidence of Improper Conduct, and Recognize Movant's Contributions to the Estate* [Dkt. No. 508] (the "Edwards Motion") filed by Denise S. Edwards ("Edwards"). The Edwards Motion asks this Court to "recognize Edwards" as the manager of the Debtor, "accept" certain exhibits as evidence, investigate the Trustee, and acknowledge contributions by Edwards to the preservation and recovery of the Debtor's assets. The Trustee objects to all requests.

In Support of this Objection, the Trustee states as follows:

1.      The Trustee is the duly appointed Chapter 7 Trustee, charged with liquidating the Debtor's assets and making distributions to holders of allowed claims and then, if possible, to equity holders. There is no role for a former manager of the Debtor, former delegee of a manager, or other former employee or agent in any capacity.  Further, the Trustee disputes that Edwards is a former manager. The circumstances of her purported appointment as a manager of the Debtor are in dispute.

2.  Aside from "recognizing Edwards as manager of the Debtor", it appears that Edwards may be seeking allowance of a claim and, if so, the Trustee objects.

3.  Currently, the Trustee is liquidating estate assets and, once that task is complete, will turn to reviewing claims. The Trustee expects to review the claim filed by Edwards in the ordinary course and reserves all rights to object to that claim.

4.  Further, the Edwards Motion attaches documents exchanged during settlement discussions and the Trustee objects to the admissibility of those documents as privileged settlement communications.

5.  The Trustee reserves the right to supplement this Objection.

WHEREFORE, the Trustee respectfully requests that this Court (i) deny the Edwards Motion and (ii) grant such other and further relief as is just.

Respectfully submitted,

**Jonathan R. Goldsmith,
Chapter 7 Trustee**

by his counsel,

/s/ Angelina M. Savoia
Christine E. Devine, BBO# 566990
Angelina M. Savoia, BBO# 715690
Nicholson Devine LLC
21 Bishop Allen Drive
Cambridge, MA 02139
Phone:  (857) 600-0508
Email:  angelina@nicholsondevine.com

Dated: January 31, 2025

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**WESTBOROUGH SPE LLC,**<br><br>Debtor. | **Chapter 7**<br>**Case No. 23-40709-CJP** |

## CERTIFICATE OF SERVICE

The undersigned, Angelina M. Savoia, hereby certifies that on this day I caused a copy of the following to be served on all parties listed on the attached Service List in the manner noted thereon:

**TRUSTEE'S OBJECTION AND RESERVATION OF RIGHTS REGARDING MOTION OF DENISE S. EDWARDS [Dkt. No. 508]**

Dated: January 31, 2025

/s/ Angelina M. Savoia
Angelina M. Savoia, BBO# 715690
Nicholson Devine LLC
21 Bishop Allen Drive
Cambridge, MA 02139
Phone: (857) 600-0508
Email: angelina@nicholsondevine.com

Electronic Mail Notice List

The following list of parties and attorneys have received electronic notice via the Court's CM/ECF noticing process:

- **Jeffrey T Blake**  jblake@k-plaw.com
- **Paul W. Carey**  pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
- **Jose C. Centeio**  jcc@natgolaw.com
- **Brian Charville**  bcharville@ferrisdevelopment.com
- **Christine E. Devine**  christine@nicholsondevine.com, devine.christiner109603@notify.bestcase.com
- **Jonathan R. Goldsmith**  bankrdocs1@gkalawfirm.com, bankrdocs@gkalawfirm.com
- **Jonathan R. Goldsmith**  trusteedocs1@gkalawfirm.com, trusteedocs@gkalawfirm.com;mwolohan@gkalawfirm.com;MA43@ecfcbis.com
- **Stephen F. Gordon**  sgordon@gordonfirm.com, vhaggerty@gordonfirm.com;notices@gordonfirm.com;stephenfgordon@gmail.com
- **Richard King**  USTPRegion01.WO.ECF@USDOJ.GOV
- **Samual A. Miller**  samual.miller@akerman.com
- **Brian W. Riley**  briley@k-plaw.com
- **Douglas B. Rosner**  drosner@goulstonstorrs.com
- **Roger L. Smerage**  rsmerage@k-plaw.com


Email and/or First Class Mail Service List

The following list of parties and attorneys have been served as noted:

Lolonyon Akouete                    Via Email
800 Red Mills Rd
Wallkill, NY 12589
info@smartinvestorsllc.com

Denise Edwards                      Via Email
137 North 25th Street
Wyandanch, NY 11798
deniseedwards818@yahoo.com

Mark S. Lichtenstein                Via Email
Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020
mark.lichtenstein@akerman.com

| | |
|---|---|
| Lenard Benson Zide, Esq.<br>Butters Brazilian LLP<br>420 Boylston Street, 4th Floor<br>Boston, MA 02116<br>zide@buttersbrazilian.com | Via Email |
| Jonathan La Liberte<br>Sherin and Lodgen LLP<br>101 Federal Street, 30th Floor<br>Boston, MA 02110<br>jclaliberte@sherin.com | Via Email |