# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE FIRST CIRCUIT

---

**BAP NO. MW 24-016**

---

**Bankruptcy Case No. 23-40709-CJP**

---

**WESTBOROUGH SPE LLC,**
Debtor.

---

**LOLONYON AKOUETE,**
Appellant,

v.

**NATHANSON & GOLDBERG, P.C.; THE MOBILESTREET TRUST;
TOWN OF WESTBOROUGH; and
JONATHAN R. GOLDSMITH, Chapter 7 Trustee,**
Appellees.

---

### MANDATE
Entered: January 7, 2025

In accordance with the Judgment of August 29, 2024, and pursuant to Federal Rules of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

FOR THE PANEL:

Dated: January 7, 2025      By: /s/ Leslie C. Storm
                                Leslie C. Storm, Clerk


cc:
By U.S. Mail: Westborough SPE LLC
By U.S. Mail and email: Lolonyon Akouete
By email: Jeffrey T. Blake, Esq.; Jose Couto Centeio, Esq.; Brian W. Riley, Esq.
By CM/ECF: Stephen F. Gordon, Esq.; Roger L. Smerage, Esq.; Jonathan R. Goldsmith, Esq.