

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Westborough SPE LLC | Chapter 7 |
| | 23-40709-CJP |
| Debtor | |

# ORDER

**MATTER:**

#615 Motion filed by Creditor Lolonyon Akouete For Discovery Conference Pursuant to Local Rule 7026-1(f).

THE "MOTION FOR DISCOVERY CONFERENCE PURSUANT TO LOCAL RULE 7026-1(f) BY CREDITOR LOLONYON AKOUETE" [ECF NO. 615] IS DENIED. BECAUSE THIRD-PARTY SUBPOENAS ARE AT ISSUE, MR. AKOUETE SHOULD FILE A MOTION TO COMPEL DISCOVERY WITH RESPECT TO EACH THIRD-PARTY SUBPOENA RECIPIENT, IF APPLICABLE, AND INCLUDE COPIES OF THE SUBPOENAS SERVED AND ANY EVIDENCE OF SERVICE, INCLUDING ANY CERTIFIED MAIL RETURN RECEIPTS. EACH MOTION TO COMPEL SHALL BE SERVED IN ACCORDANCE WITH FED. R. BANKR. P. 7004.

MR. AKOUETE SHALL NOT FILE ANY MOTION TO COMPEL WITH RESPECT TO ANY MOTION WHERE HE DOES NOT HAVE EVIDENCE OF SERVICE AND ACTUAL NOTICE BY THE THIRD PARTY OF THE SUBPOENA.

PURSUANT TO MLBR 7026-1(C), IN ADDITION, THE COURT WILL NOT CONSIDER ANY SUCH MOTION UNLESS ACCOMPANIED BY A CERTIFICATION MADE WITH PARTICULARITY (TIME, DATE AND CIRCUMSTANCES) THAT THE MOVING PARTY HAS MADE A REASONABLE AND GOOD FAITH EFFORT TO REACH AGREEMENT WITH THE OPPOSING PARTY ON THE MATTER THAT IS THE SUBJECT OF THE MOTION.

Dated: 04/07/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge