UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>WESTBOROUGH SPE LLC,<br><br>               Debtor. | Chapter 7<br>Case No. 23-40709-CJP |

## ORDER ON MOTION FOR ISSUANCE OF LETTER ROGATORY TO THE HIGH COURT OF JUSTICE OF THE BRITISH VIRGIN ISLANDS

Upon consideration of the motion requesting issuance of a letter rogatory [ECF No. 611] (the "Motion") of Lolonyon Akouete, the limited objection thereto [ECF No. 612] of the petitioning creditors, and Mr. Akouete's response [ECF No. 614], the Motion is granted in part and the Court has issued a letter rogatory in the form attached as Exhibit 1 hereto. Mr. Akouete may obtain a certified copy of the attached, without paying the certified copy fee associated with obtaining certified copies from this Court, by contacting the Clerk's Office.

Entered this 7th day of April, 2025.

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge

**EXHIBIT 1 TO ORDER ON MOTION FOR ISSUANCE OF LETTER ROGATORY TO THE HIGH COURT OF JUSTICE OF THE BRITISH VIRGIN ISLANDS**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:<br><br>WESTBOROUGH SPE LLC,<br><br>                    Debtor. | Chapter 7<br>Case No. 23-40709-CJP |

To the Appropriate Judicial Authority of the British Virgin Islands:

### REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)

The United States Bankruptcy Court for the District of Massachusetts respectfully requests international judicial assistance to obtain evidence to be used in a civil proceeding before this Court in the above-captioned chapter 7 case of Westborough SPE LLC.

A contested matter is currently pending, and the information requested is relevant to administration of this case by the chapter 7 Trustee of Westborough SPE LLC's bankruptcy estate and certain litigation involving claims against this estate.   The Requesting Party, as defined herein, seeks information to establish ownership and control of Westborough SPE LLC that he asserts is relevant to litigation of his claims.  Mignonette Investments Limited is alleged to have been the sole member and ultimate beneficial owner of Westborough SPE LLC. Under certain circumstances, Mignonette Investments Limited could be entitled to distribution of proceeds of assets of Westborough SPE LLC.

This  Court seeks the assistance of the Honorable Court of the British Virgin Islands in the interests of justice.

The party seeking the information (the "Requesting Party") is:

Lolonyon Akouete
800 Red Milles Rd
Wallkill NY 12589
info@smartinvestorsllc.com
(443) 447-3276

The chapter 7 Trustee ("Trustee") appointed in this liquidation proceeding and his counsel are:

Jonathan R. Goldsmith, Trustee
c/o Christine E. Devine
Nicholson Devine LLC
PO Box 7
Medway, MA 02053
508-533-7240
Email: christine@nicholsondevine.com

The assistance requested is that the Appropriate Judicial Authority of the British Virgin Islands compel the production of the following corporate records from:

**Mignonette Investments Limited**
Company Number: 243736
Registered Agent: Equity Trust/TMF Group
Registered Office: Palm Grove House P.O. Box 438 Road Town Tortola, BRITISH VIRGIN ISLANDS

and

**The Attorney General's Chambers of the British Virgin Islands or other appropriate authority responsible to maintain government records.**

**DOCUMENTS TO BE PRODUCED:**

1. Certificate of Incorporation;
2. Memorandum and Articles of Association, including any amendments;
3. Register of Members (shareholders), past and present;
4. Register of Directors and Officers, including appointment and resignation records;
5. Beneficial Ownership disclosures maintained under the Beneficial Ownership Secure Search System Act, 2017 (BOSS Act);
6. Name and address of the Registered Agent and the company's registered office;
7. Any documents or filings indicating changes in beneficial ownership, control, or directorship from 2017 to the present.

**PROCEDURES AND SPECIAL REQUESTS:**

The Court respectfully requests that:

- Mignonette Investments Limited be compelled to produce the requested documents to both the Requesting Party and the Trustee as soon as possible consistent with the laws and practices of the British Virgin Islands.
- Mignonette Investments Limited be compelled to certify and authenticate documents produced as true and accurate copies of its records consistent with the laws and practices of the British Virgin Islands.
- Notice of the time and place for the production or review of documents be provided to the Requesting Party and Trustee.

**REIMBURSEMENT FOR COSTS:**

If costs are incurred in executing this request, the **Requesting Party** shall bear any fees and costs in connection with this request.

Signed on this 7th day of April, 2025.                     By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge

2