

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:<br><br>Westborough SPE LLC<br><br>Debtor | Chapter 7<br>23-40709-CJP |

## ORDER

**MATTER:**

#629 Motion filed by Creditor Lolonyon Akouete to Compel Compliance with Subpoena and Request for Expedited Determination.

REQUEST FOR EXPEDITED DETERMINATION IS GRANTED AS FOLLOWS. THE MOTION TO COMPEL COMPLIANCE WITH SUBPOENA [ECF NO. 629] (THE "MOTION TO COMPEL") FILED BY LOLONYON AKOUETE IS SCHEDULED FOR HEARING ON APRIL 15, 2025 AT 11:00 A.M. IN COURTROOM 3, HAROLD DONOHUE FEDERAL BUILDING AND COURTHOUSE, 595 MAIN STREET, WORCESTER, MASSACHUSETTS 01608, WITH THE OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO. TO OBTAIN VIDEO ACCESS INFORMATION FOR THE HEARING, PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN APRIL 15, 2025 AT 9:00 A.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO. ANY OBJECTION TO THE MOTION TO COMPEL MAY BE MADE AT THE HEARING.

MR. AKOUETE SHALL SERVE NOTICE OF THE HEARING FORTHWITH ON THE CALIFORNIA STATE CONTROLLER'S OFFICE BY TELEPHONE AND BY EMAILING A COPY OF THIS ORDER AND SHALL FILE A CERTIFICATE OF SERVICE EVIDENCING SUCH NOTICE HAS BEEN PROVIDED FORTHWITH.

Dated: 04/11/2025

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge