

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**Westborough SPE LLC**<br>**Debtor(s)** | **Chapter 7**<br><br>**23-40709-CJP** |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
Hybrid Hearing on #623 Motion filed by Creditor Lolonyon Akouete to Set Deadline for Trustee to Determine Whether to Pursue Relief In Land Court to Vacate Foreclosure Judgment.

**Decision set forth more fully as follows:**

FOR THE REASONS STATED ON THE RECORD, THE MOTION IS DENIED.

Dated: 04/16/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge