

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**Westborough SPE LLC**<br>**Debtor(s)** | **Chapter 7**<br>**23-40709-CJP** |

### PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

Hybrid Hearing on #626 Motion filed by Creditor Lolonyon Akouete to Compel Production of Deposition Transcripts and for Relief from Rule 30(f)(3) Requirements.

**Decision set forth more fully as follows:**

THE MOTION IS GRANTED IN PART, AND THE TRUSTEE IS AUTHORIZED TO PROVIDE COPIES OF THE TRANSCRIPTS TO MR. AKOUETE TO PERMIT MR. AKOUETE TO RESPOND TO AND BRING ANY MOTION FOR SUMMARY JUDGMENT. IF THERE IS AN ALLOWED CLAIM AND ANY DISTRIBUTION TO MR. AKOUETE FROM THE ESTATE, THE AMOUNT FOR THE COST OF THE TRANSCRIPT(S) SHALL BE DEDUCTED AND PAID TO THE COURT REPORTERAS IF THE COURT REPORTER PROVIDED THE TRANSCRIPTS DIRECTLY TO MR. AKOUETE.

Dated: 04/16/2025

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge