

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:<br><br>**Westborough SPE LLC**<br>Debtor(s) | Chapter 7<br>23-40709-CJP |
|---|---|

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
Hybrid Hearing on #629 Motion filed by Creditor Lolonyon Akouete to Compel Compliance with Subpoena.

**Decision set forth more fully as follows:**

AFTER DISCUSSION ON THE RECORD, COUNSEL TO THE STATE OF CALIFORNIA CONTROLLER'S OFFICE AGREED THAT THE STATE OF CALIFORNIA CONTROLLER'S OFFICE SHALL CONDUCT A DILIGENT SEARCH AND PRODUCE ANY THIRD-PARTY COMMUNICATIONS OR SUBMISSIONS BETWEEN MS. BLAUSTEIN, AND ANYONE ON BEHALF OF MS. BLAUSTEIN, AND THE THE STATE OF CALIFORNIA CONTROLLER'S OFFICE WITHIN 14 DAYS. THE STATE OF CALIFORNIA CONTROLLER'S OFFICE SHOULD PRODUCE ANY RESPONSIVE DOCUMENTS TO MR. AKOUETE AND THE TRUSTEE AND MAY REDACT ANY PERSONALLY IDENTIFIABLE INFORMATION SUBJECT TO CONFIDENTIALITY AGREEMENTS OR FURTHER ORDERS, IF NECESSARY TO BE DISCLOSED. THE STATE OF CALIFORNIA CONTROLLER'S OFFICE SHALL ALSO SERVE ON THOSE PARTIES A DILIGENT SEARCH AFFIDAVIT AUTHENTICATING RECORDS THAT HAVE BEEN PRODUCED. OTHERWISE, THE MOTION IS DENIED FOR THE REASONS STATED ON THE RECORD.

Dated: 04/16/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge