

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:<br><br>Westborough SPE LLC<br><br>Debtor | Chapter 7<br>23-40709-CJP |

### ORDER

**MATTER:**

#639 Objection to Claim 5 of Claimant Denise Edwards. and Request to Consolidate Dispute With Pending Contested Matter Regarding Claims of Lolonyon Akouete filed by Trustee Jonathan R. Goldsmith.

THE COURT HEREBY SCHEDULES THAT PORTION OF THE *TRUSTEE'S (I) OBJECTION TO CLAIM OF DENISE EDWARDS AND (II) REQUEST TO CONSOLIDATE DISPUTE WITH PENDING CONTESTED MATTER REGARDING CLAIMS OF LOLONYON AKOUETE* (CLAIM NO. 5.1) [ECF NO. 639] REQUESTING CONSOLIDATION OF THE EDWARDS CLAIM OBJECTION WITH THE AKOUETE CLAIM OBJECTIONS (THE "CONSOLIDATION REQUEST") FOR HEARING ON **MAY 5, 2025 AT 9:30 A.M.** IN COURTROOM 3, HAROLD DONOHUE FEDERAL BUILDING AND COURTHOUSE, 595 MAIN STREET, WORCESTER, MASSACHUSETTS 01608, WITH THE OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO. TO OBTAIN VIDEO ACCESS INFORMATION FOR THE RESCHEDULED HEARING, PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN MAY 2, 2025 AT 4:30 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO. ANY OBJECTIONS TO THE CONSOLIDATION REQUEST SHALL BE FILED NO LATER THAN **MAY 2, 2025 AT 4:30 P.M.**

WITH RESPECT TO THE CLAIM OBJECTION SET FORTH IN ECF NO. 639, THE DEADLINE FOR MS. EDWARDS TO RESPOND TO THE OBJECTION TO HER CLAIM IS **MAY 22, 2025 AT 4:30 P.M.**

THE TRUSTEE SHALL (I) SERVE NOTICE OF THE MAY 5, 2025 HEARING BY SERVING A COPY OF THIS ORDER ON OR BEFORE APRIL 23, 2025 BY EMAIL (IF AVAILABLE) OR FIRST CLASS MAIL ON ALL PARTIES IN INTEREST; (II) SERVE NOTICE OF THE DEADLINE FOR MS. EDWARDS TO RESPOND TO THE OBJECTION TO HER CLAIM IN THE MANNER

*Order Page 2 of 2*

PROVIDED BY FED. R. BANKR. P. 3007; AND (III) SHALL FILE A CERTIFICATE OF SERVICE
EVIDENCING SUCH SERVICE HAS BEEN MADE.

Dated: 04/22/2025                                    By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge