

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>　　　Westborough SPE LLC<br><br>　　　　　　　Debtor | Chapter 7<br>23-40709-CJP |

### ORDER

**MATTER:**

#689 Motion filed by Creditor Lolonyon Akouete to Compel Compliance with Subpoena.

THE MOTION TO COMPEL COMPLIANCE WITH SUBPOENA [ECF NO. 689] (THE "MOTION") FILED BY LOLONYON AKOUETE IS DENIED.

PURSUANT TO THE MOTION, MR. AKOUETE SEEKS TO COMPEL COMPLIANCE WITH A SUBPOENA HE DIRECTED TO DAVID LOMBE IN HIS CAPACITY AS LIQUIDATOR OF BABCOCK & BROWN LIMITED (IN LIQUIDATION), JOSEPH SCARCELLA, AND EDWARD S. ENGLANDER. IT APPEARS THAT MR. AKOUETE IS INAPPROPRIATELY ATTEMPTING TO SUBPOENA PERSONS IN A FOREIGN COUNTRYWITHOUT COMPLYING WITH APPLICABLE TREATIES AND PROCEDURES AND/OR IS ATTEMPTING TO SUBPOENA COUNSEL BASED ON THEIR PAST REPRESENTATION OF THE LIQUIDATOR.

THIS COURT?S ORDER AUTHORIZING SERVICE OF SUBPOENAS BY MR. AKOUETE BY U. S. POSTAL SERVICE CERTIFIED MAIL [ECF NO. 589] (THE "3/19/2025 ORDER") STATED THAT "NOTWITHSTANDING THIS ORDER, ANY PERSON TO WHOM A SUBPOENA IS DIRECTED MAY OBJECT TO THE MANNER OF SERVICE." 3/19/2025 ORD., AT 3. FURTHER, THAT ORDER CONTEMPLATED DELIVERY WITH RETURN RECEIPT BY THE U.S POSTAL SERVICE ON SUBPOENAED PARTIES. SERVICE ON COUNSEL OR FORMER COUNSEL IS NOT SUFFICIENT. THE COURT ALSO OBSERVES THAT MR. AKOUETE APPEARS TO HAVE SERVED A MISDATED SUBPOENA WHICH PURPORTS TO INFORM THE RECIPIENT THAT THERE IS A SCHEDULED HEARING (FOR A DATE THAT HAS PASSED).

*Order Page 2 of 2*

MR. AKOUETE SHALL SERVE A COPY OF THIS ORDER BY ELECTRONIC MAIL ON THE
SUBPOENA RECIPIENTS AND SHALL FILE A CERTIFICATE OF SERVICE WITHIN THREE (3)
BUSINESS DAYS.


Dated: 05/12/2025                              By the Court,

                                               _____
                                               Christopher J. Panos
                                               United States Bankruptcy Judge