

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Westborough SPE LLC | Chapter 7<br>23-40709-CJP |
| Debtor | |

### ORDER

**MATTER:**

#685 Joint Motion filed by Interested Party Denise Edwards, Creditor Lolonyon Akouete for Extension of Time and Additional Discovery for Denise Edwards, and Opposition to Extension as to Lolonyon Akouete.

THE "JOINT MOTION OF DENISE EDWARDS AND LOLONYON AKOUETE FOR EXTENSION OF TIME AND ADDITIONAL DISCOVERY FOR DENISE EDWARDS, AND OPPOSITION TO EXTENSION AS TO LOLONYON AKOUETE" [ECF NO. 685] (THE "MOTION") IS GRANTED IN PART AS FOLLOWS TO ESTABLISH CERTAIN EXTENDED DEADLINES FOR DISCOVERY AND FILING A SUMMARY JUDGMENT MOTION IN THE CONTESTED MATTER ARISING FROM THE TRUSTEE'S OBJECTION TO MS. EDWARDS'S CLAIM [ECF NO. 639] ("EDWARDS CLAIM LITIGATION" OR "EDWARDS CLAIM OBJECTION").

THE SUMMARY JUDGMENT DEADLINES ESTABLISHED IN RELATION TO MS. EDWARDS'S CLAIM [SEE ORDER AT ECF NO. 683] ARE MODIFIED AS FOLLOWS AND THE FOLLOWING DEADLINES ARE ESTABLISHED FOR THE EDWARDS CLAIM LITIGATION. MS. EDWARDS DID NOT REQUEST ANY EXTENSION OF MAY 22, 2025 AT 4:30 P.M. DEADLINE TO RESPOND TO THE EDWARDS CLAIM OBJECTION, AND THE RESPONSE DEADLINE REMAINS UNCHANGED. DISCOVERY SHALL BE COMPLETED WITH RESPECT TO THE EDWARDS CLAIM OBJECTION ON OR BEFORE **JULY 23, 2025**. ANY MOTIONS FOR SUMMARY JUDGMENT SHALL BE FILED ON OR BEFORE **AUGUST 6, 2025**. OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT SHALL BE FILED ON OR BEFORE **AUGUST 27, 2025**. SUR-REPLIES MAY BE FILED BEFORE **SEPTEMBER 3, 2025**.

THE COURT WILL SCHEDULE A RULE 16 CONFERENCE IN THE EDWARDS CLAIM LITIGATION AFTER THE RESPONSE IS FILED AND ENTER FURTHER ORDERS.

*Order Page 2 of 2*

NOTHING IN THIS ORDER SHOULD BE CONSTRUED AS APPROVING THE SCOPE, RELEVANCE, OR PORTIONALITY OF ANY PROPOSED DISCOVERY OUTLINED, AND THE COURT HAS NOT CONSIDERED WHETHER IT WOULD ALLOW OR NEED EXPERT EVIDENCE ON THE "GUARDIANSHIP LAW." THIS ORDER SHALL NOT AFFECT DEADLINES PREVIOUSLY ESTABLISHED IN RELATION TO THE SUMMARY JUDGMENT MOTION(S) FILED WITH RESPECT TO THE OBJECTION MR. AKOUETE'S CLAIM.

Dated: 05/12/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge