

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | Westborough SPE LLC | Chapter 7 |
|---|---|---|
|  | Debtor | 23-40709-CJP |

## ORDER

**MATTER:** #793 Correspondence Filed by Interested Party Dyann Blaine.

UPON CONSIDERATION OF THE CORRESPONDENCE TRANSMITTED BY DYANN BLAINE TO THE PRO SE EMAIL ADDRESS [ECF NO. 793], THE COURT CONSTRUES THE TRANSMISSION AS A MOTION TO RESCHEDULE THE JUNE 24, 2025 HEARING SCHEDULED PER THE ORDER AT ECF NO. 779 AND GRANTS THE MOTION AS FOLLOWS.

THE HEARING ON THE MOTION TO COMPEL COMPLIANCE [ECF NO. 705] IS CONTINUED TO **JULY 1, 2025 AT 2:00 P.M.** (THE "CONTINUED HEARING"). THE CONTINUED HEARING WILL BE CONDUCTED IN COURTROOM 3, HAROLD DONOHUE FEDERAL BUILDING AND COURTHOUSE, 595 MAIN STREET, WORCESTER, MASSACHUSETTS 01608, WITH THE OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO. TO OBTAIN VIDEO ACCESS INFORMATION FOR THE CONTINUED HEARING, PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS. GOV NO LATER THAN JUNE 30, 2025 AT 4:30 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO. MS. BLAINE SHALL APPEAR AT THE CONTINUED HEARING, WITHOUT WAIVING ANY OBJECTIONS TO PERSONAL JURISDICTION OR SERVICE OF PROCESS. MR. AKOUETE SHALL SERVE A COPY OF THIS ORDER BY EMAIL AND SHALL FILE A CERTIFICATE OF SERVICE BY JUNE 24, 2025, EVIDENCING SUCH SERVICE HAS BEEN MADE.

THE COURT NOTES PRO SE EMAIL FILINGS, INCLUDING MOTIONS, PLEADINGS, NOTICES, AND OTHER PAPERS ("PLEADINGS"), MUST BE ATTACHED IN PDF FORMAT TO ANY TRANSMISSION TO THE PRO SE EMAIL ADDRESS. THE COURT MAY NOT READ OR CONSIDER ANY TEXT IN THE EMAIL ITSELF AND PDF DOCUMENTS ATTACHED TO THE EMAIL ARE REQUIRED FOR FILING BY EMAIL. FUTURE TRANSMISSIONS BY EMAIL THAT FAIL TO COMPLY MAY NOT BE UPLOADED OR MAY BE STRICKEN.

Dated: 06/23/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge