

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| **Westborough SPE LLC**<br>Debtor | Chapter 7<br>23-40709-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#705 Motion filed by Creditor Lolonyon Akouete to Compel Compliance with Subpoena.

**Decision set forth more fully as follows:**

IT APPEARING THAT MR. AKOUETE DID NOT SERVE NOTICE OF THE JULY 1, 2025 HEARING PURSUANT TO THE ORDER ENTERED AT ECF NO. 803, THE COURT HEREBY CONTINUES THE HEARING ON THE MOTION TO COMPEL COMPLIANCE [ECF NO. 705] TO **JULY 17, 2025 AT 10:00 A.M.** (THE "CONTINUED HEARING"). THE CONTINUED HEARING WILL BE CONDUCTED BY TELEPHONE. TO PARTICIPATE, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED.

MS. BLAINE SHALL APPEAR AT THE CONTINUED HEARING, WITHOUT WAIVING ANY OBJECTIONS TO PERSONAL JURISDICTION OR SERVICE OF PROCESS.

MR. AKOUETE SHALL SERVE A COPY OF THIS ORDER ON MS. BLAINE BY EMAIL AND SHALL FILE A CERTIFICATE OF SERVICE BY JULY 7, 2025, EVIDENCING SUCH SERVICE HAS BEEN MADE.

Dated: 07/02/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge