

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | Westborough SPE LLC | Chapter 7 |
|---|---|---|
| | Debtor | 23-40709-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#705 Motion filed by Creditor Lolonyon Akouete to Compel Compliance with Subpoena.

**Decision set forth more fully as follows:**

AS STATED ON THE RECORD AT THE JULY 17, 2025 HEARING, ON OR BEFORE AUGUST 18, 2025, MS. BLAINE SHALL PRODUCE ANY DOCUMENTS (AS DEFINED IN THE SUBPOENA OR ITS ATTACHMENTS) IN HER POSSESSION, CUSTODY, OR CONTROL RELATING TO COMMUNICATIONS FROM 2022 TO DATE ASSOCIATED WITH ANY ATTEMPT TO "MANAGE" THE DEBTOR OR ITS ASSETS, INCLUDING WITHOUT LIMITATION BY ATTEMPTING TO COLLECT OR ASSISTING OTHERS TO COLLECT CALIFORNIA UNCLAIMED FUNDS OF THE DEBTOR OR ANY OTHER ASSETS. ON OR BEFORE AUGUST 18, 2025, MS. BLAINE SHALL ALSO SERVE ON MR. AKOUETE AND THE TRUSTEE A "DILIGENT SEARCH" AFFIDAVIT DESCRIBING HER EFFORTS TO COMPLY WITH THE SUBPOENA, STATING THAT SHE HAS PRODUCED ALL RESPONSIVE NON-PRIVILEGED DOCUMENTS IN HER POSSESSION, CUSTODY, OR CONTROL AND IDENTIFYING ANY DOCUMENTS THAT HAVE BEEN WITHHELD AND THE REASON THEREFOR, AND STATING THAT THE DOCUMENTS PRODUCED ARE TRUE AND ACCURATE COPIES.

MR. AKOUETE SHALL SERVE A COPY OF THIS ORDER ON MS. BLAINE BY EMAIL NO LATER THAN JULY 23, 2025 AND SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT.

Dated: 07/21/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge