UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:
**WESTBOROUGH SPE LLC**
Debtor
**Case No.: 23-40709**

**OPPOSITION TO TRUSTEE'S MOTION FOR SUMMARY JUDGMENT**

**Claimant:** Denise S. Edwards
**Claim No.:** 5.1

**To the Honorable Court:**

I, Denise S. Edwards respectfully submit this Opposition to the Trustee's Motion for Summary Judgment seeking to disallow my Proof of Claim (No. 5.1).

## 1. All Supporting Documentation Has Been Provided

Contrary to the Trustee's assertion, I have submitted all documents and information necessary to support my claim. This includes, but is not limited to:

- Affidavit in support of my claim (filed December 19, 2023)
- Financial records, contracts, and correspondence evidencing my claim

These materials were provided to the Trustee via email prior to the discovery deadline.

## 2. No Prejudice to the Trustee

Because all necessary documentation has been submitted, the Trustee has had full access to all evidence supporting my claim and therefore cannot demonstrate any prejudice resulting from alleged discovery non-responses.

## 3. Agreement to Consolidate and Negotiable Claim

I am willing to have my claim considered together with that of my partner, Lolonyon Akouete, as he possesses many of the supporting documents related to our efforts. At the same time, my claim stands on its own merit, and I remain open to negotiating the final allowed amount. This willingness to compromise is demonstrated by my, May 20, 2025, response to the Trustee's counsel regarding settlement discussions.

My claim reflects the substantial work I performed to bring this matter forward, locating the property owner, and taking actions that prior parties failed to complete. These efforts directly contributed to preserving and recovering value for the bankruptcy estate, enabling the Trustee, attorneys, and creditors to pursue funds they otherwise would never have realized. Without our

intervention, the Town of Westborough would have sold the property to the lowest bidder and retained the excess, depriving the estate and creditors of that value.

In other states where I have worked on similar matters, the law provides that once taxes are satisfied, any surplus is returned for the benefit of the property owner. That approach ensures fairness, and it is consistent with the purpose of bankruptcy—to maximize recovery for the estate and distribute it equitably. My claim reflects my role in making such a recovery possible here.

## 4. Conclusion

For the reasons stated above, I respectfully request that the Court **deny the Trustee's Motion for Summary Judgment** and allow my claim (No. 5.1) to proceed. I have fully complied with discovery requirements and provided all supporting evidence. Disallowing my claim at this stage would be unjust.

Respectfully submitted,

*Denise S. Edwards*

Denise S. Edwards
Claimant

**Date:** 08/18/2025

## CERTIFICATE OF SERVICE

I, Denise S Edwards, hereby certify that the above document is served by email and mailing a copy of the same, first-class mail, to the following:

Stephen F. Gordon, Attorney of the Petitioners (Email: sgordon@gordonfirm.com) The Gordon Law Firm LLP River Place 57 River Street Wellesley, MA 02481,

Scott A. Schlager on behalf of, Nathanson & Goldberg, P.C., a creditor. (Email: sas@natgolaw.com) 183 State Street, 5th Floor Boston, MA 02109

Assistant U.S. Trustee Richard King Office of US. Trustee 446 Main Street 14th Floor Worcester, MA 01608 USTPRegion01.WO.ECF@USDOJ.GOV

Jonathan R. Goldsmith Chapter 7 Trustee trusteedocs1@gkalawfirm.com Goldsmith, Katz & Argenio P.C. 1350 Main Street, 15th Floor. Springfield, MA 01103

Dyann Blaine 20 Queensbrook Place Orinda, CA 94563 dyann.blaine@gmail.com

Jan Blaustein Scholes 7501 E Thompson Peak Pkwy Scottsdale, AZ 85255 jan.scholes2@gmail.com

Mark S. Lichtenstein AKERMAN LLP 1251 Avenue of the Americas, 37th Flr. New York, New York 10020 mark.lichtenstein@akerman.com

Paul W. Carey, Attorney of Creditor FERRIS DEVELOPMENT GROUP, LLC (Email: pcarey@mirickoconnell.com) Mirick, O'Connell, DeMallie & Lougee, LLP 100 Front Street, Worcester, MA 01608

Brian W. Riley, Attorney of Creditor Jeffrey T. Blake, Attorney of Creditor Roger L. Smerage, Attorney of Creditor TOWN OF WESTBOROUGH (Email: briley@k-plaw.com) (Email: jblake@k-plaw.com) (Email: rsmerage@k-plaw.com) KP Law, P.C. 101 Arch Street, 12th Floor Boston, MA 02110

Gary M Ronan David M Abromowitz Goulston&storrs GRonan@goulstonstorrs.com DAbromowitz@goulstonstorrs.com 400 Atlantic Avenue Boston, MA 02110

Peter Blaustein 950 Vista Road Hillsborough, CA 94010 pblaustein@gmail.com

Walter Horst Babcock & Brown 1264 Rimer Drive Moraga, CA 94556 walter.horst@babcockbrown.com

Samual A. Miller, Esq. AKERMAN LLP 420 South Orange Avenue Suite 1200 Orlando, FL 32801 samual.miller@akerman.com sharlene.harrison-carera@akerman.com

**Lolonyon Akouete**
800 Red Milles Rd, Wallkill NY 12589
info@smartinvestorsllc.com
443-447-3276

*Denise S Edwards* (signature)

Denise S Edwards