UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

```
_____
                                   )
In re:                             )
                                   )
WESTBOROUGH SPE LLC,               )   Chapter  7
                                   )   Case No. 23-40709-CJP
          Debtor.                  )
                                   )
_____)
```

FINAL APPLICATION FOR FEE AND EXPENSES OF
ACCOUNTANT TO THE TRUSTEE

We, Verdolino & Lowey, P.C., having been employed as ACCOUNTANTS TO THE TRUSTEE in the above-entitled case, and as such having rendered the services described in the itemized bill annexed hereto and having actually incurred the expenses set forth therein, hereby request that we be allowed the sum of  $2,044.00  for said services and  $27.24  for out-of-pocket expenses for a total of  $2,071.24  to be paid from the Debtor's Estate as the Court allows.

We hereby state that the compensation, fee and allowance herein claimed belongs wholly to us and will not be divided, shared or pooled, directly or indirectly with any other person or firm.

This application is made under the penalty of perjury.

Dated:  August 28, 2025

_____
Verdolino & Lowey, P.C.
Craig R. Jalbert, CIRA
124 Washington Street
Foxboro, MA 02035
Telephone (508) 543-1720

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re: ) | |
| ) | |
| WESTBOROUGH SPE LLC, ) | Chapter 7 |
| ) | Case No. 23-40709-CJP |
| Debtor. ) | |
| ) | |

### SUMMARY OF SERVICES OF ACCOUNTANTS TO THE TRUSTEE

Acting pursuant to and in accordance with the provisions of 11 U.S.C. 330(a) and 503(b)(2) and Rule 2016 of the Federal Rules of Bankruptcy Procedure, , Craig R. Jalbert, CIRA and Verdolino & Lowey, P.C. (hereinafter referred to collectively as the ("Accountants") hereby respectfully represent:

1. Westborough SPE LLC, (the "Debtor") filed a voluntary Chapter 7 petition on August 31, 2023.

2. Jonathan R. Goldsmith, Esq., the duly appointed Chapter 7 Trustee (the "Trustee"), filed a motion to employ the Accountants on May 7, 2024. The Court granted the employment of the Accountants on May 22, 2024. A copy of the Order is attached hereto as Exhibit I.

3. This fee application covers the period from March 31, 2025 through July 29, 2025 (the "Application Period").

4. The services that the Accountants provided on behalf of the Trustee are as follows:

    a. Prepare the financial statement necessary for the Single Member to file his/her individual federal and state income tax returns for the years ended December 31, 2023 and 2024, together with all necessary research and workpapers; and,

    b. Prepare this final fee application.

5. The accountants working on this case, for whose work the Accountants are seeking compensation, have significant experience in bankruptcy and related matters in the areas in which they performed services for this Estate on behalf of the Trustee. The Accountants represents to the Court that time incurred in performing the services in this case was not duplicated by this Applicant's professionals or with that of any other professional in this case.

6. Exhibit II, attached hereto, provides a detailed description of the work performed and the time spent by each Accountant. A summary of the actual hours and fees incurred in performing the aforementioned work is as follows:

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Craig Jalbert | 0.5 | 565.00 | $ 282.50 |
| Heather Medeiros | 0.6 | 390.00 | 234.00 |
| Paula DiPietro | 4.7 | 325.00 | 1,527.50 |
| Total Hours and Fees | 5.8 | | $2,044.00 |
| Average Hourly Rate | | | $352.41 |

7. Exhibit III, attached hereto, sets forth a brief biography of the accountants performing the work.

8. Exhibit IV, attached hereto, is a statement of necessary out-of-pocket expenses incurred by the Accountants in performing the services rendered in this case.

9. The Accountants submit that the requested fees and expenses are reasonable and appropriate under the circumstances of this case, in view of the requirements of the Bankruptcy Code and Internal Revenue Code, the results obtained to date and the time expended to achieve such results. The Firm had previously adjusted its hourly billing rates charged by all professionals and paraprofessionals on September 1 of each year until 2024, billing rates are now adjusted on January 1 of each year, which accounts for the multiple rates of some of the Accountants

referenced herein.

10. The compensation requested herein for the services performed by the Accountants is based upon the regular hourly rates in effect during this case for the professional and para-professionals qualified to perform the services described, commensurate with the type of work which had to be performed in accordance with the authorization granting the Accountants the authority to represent the Trustee.

WHEREFORE, the Accountants respectfully request that this Court:

1. Enter an order approving this Application and awarding the Accountants fees and necessary out-of-pocket expenses consisting of:

    a. professional fees of $2,044.00, or any amount the Chapter 7 Trustee so recommends;

    b. necessary out-of-pocket expenses of $27.24 and

2. Grant the Accountants such other and further relief as is just.

Dated: August 28, 2025

_____
Verdolino & Lowey, P.C.
Craig R. Jalbert, CIRA
124 Washington Street
Foxboro, MA 02035
Telephone (508) 543-1720

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

**EXHIBIT I**

|  |  |
|---|---|
| In re: ) | Chapter 7, No. 23-40709-CJP |
| ) |  |
| WESTBOROUGH SPE LLC ) |  |
| ) |  |
| Debtor ) |  |

### TRUSTEE'S APPLICATION TO EMPLOY VERDOLINO & LOWEY, P.C., AS ACCOUNTANTS

Now comes JONATHAN R. GOLDSMITH, the duly appointed Chapter 7 Trustee in the above-captioned case, and moves this Honorable Court for an Order pursuant to 11 U.S.C. § 327 (a) and § 328 (a) of the U.S. Bankruptcy Code ("Code") authorizing him to employ VERDOLINO & LOWEY, P.C. as Accountants for the Bankruptcy Estate for the purposes described herein. In support of said Application, the Trustee respectfully represents the following:

1. That on August 31, 2023, an Involuntary Petition was filed against WESTBOROUGH SPE, LLC ("Debtor") under the provisions of Chapter 7 of the Bankruptcy Code; subsequently, an Order for Relief was entered on October 11, 2023.

2. That on October 12, 2023, JONATHAN R. GOLDSMITH accepted the appointment as Chapter 7 Trustee for the above-entitled estate.

3. The Trustee seeks to employ VERDOLINO & LOWEY, P.C. ("Verdolino & Lowey") of 124 Washington Street, Foxboro, MA 02035, as accountants in this case. The Trustee has selected Verdolino & Lowey because of its considerable experience and expertise in accounting matters.

05/22/2024 NO OBJECTIONS FILED. THE CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY VERDOLINO & LOWEY, P.C. AS ACCOUNTANT IS APPROVED PURSUANT TO 11 U.S.C. § 327. PAYMENT OF FEES AND EXPENSES OF ACCOUNTANT IS SUBJECT TO PRIOR COURT APPROVAL PURSUANT TO 11 U.S.C. § 330.

| WESTBOROUGH SPE LLC | | | | EXHIBIT II |
|---|---|---|---|---|
| Chapter 7 ; Case No. 23-40709-CJP | | | | |
| Statement of Services - Verdolino & Lowey, P. C. as of August 28, 2025 | | | | |
| Date | Description | Staff | Hours | Rate | Fees |
| 07/24/24 | Reviewing records for copies of tax returns, informing C. Jalbert and Trustee that debtor is a single member LLC owned by Mignonette Investments Limited. | Medeiros | 0.6 | $390.00 | $234.00 |
| 04/15/25 | Preparation of 12.31.23 and 12.31.24 federal and state tax returns including any necessary tax workpapers | DiPietro | 0.9 | $325.00 | $292.50 |
| 05/02/25 | Preparation of the 12.31.23 and 12.31.24 federal and state tax return information and necessary work papers. | DiPietro | 3.4 | $325.00 | $1,105.00 |
| 05/07/25 | TCW J Goldsmith & IRS follow up email re 2023 & 2024 tax returninformation. | DiPietro | 0.4 | $325.00 | $130.00 |
| 08/28/25 | Prepare final fee app. | Jalbert | 0.5 | $565.00 | $282.50 |
| | **Total Hours and Fees** | | **5.8** | | **$2,044.00** |

```
Westborough SPE LLC                                      Exhibit III
Chapter 7; Case No. 23-40709-CJP                        Page 1 of 2
```

Selected Biographical Data of Accountants

Craig R. Jalbert, CIRA - Principal; Verdolino & Lowey, P.C., Certified Public Accountants

    Craig Jalbert joined Verdolino & Lowey, P.C. as a Principal in 1987. He has extensive experience in accounting and consulting services; business advisory services; tax planning and compliance; litigation support; forensic accounting and bankruptcy matters including: taxation and accounting; valuation and insolvency; search for preference and fraudulent transactions; plan development; cash flow and business analysis; records reconstruction; post-confirmation trustee/administrator; claims reconciliation; wind-down services; and expert reporting. Craig has been involved in over 7,000 bankruptcy cases, including approximately 500 Chapter 11 cases since 1990. Craig has also been appointed as both a Federal and State Court Receiver as well as interim CFO; is frequently invited to speak on matters of insolvency and bankruptcy taxation; and, was recently inducted as a Fellow in the American College of Bankruptcy on March 15, 2013. Prior to joining Verdolino & Lowey, Craig was a senior auditor with Arthur Andersen & Co. in the Commercial Audit Division of the Boston office. Craig received a Bachelor of Science degree in Accountancy with honors from Boston College in 1983.

```
Westborough SPE LLC                                      Exhibit III
Chapter 7; Case No. 23-40709-CJP                         Page 2 of 2
```

Selected Biographical Data of Accountants

Heather Medeiros, CPA - Tax Director - Verdolino & Lowey, P.C.,
    Certified Public Accountants

   Heather, a Certified Public Accountant, has been employed with Verdolino & Lowey, P.C. since June 1998. Heather prepares and reviews individual, corporate, partnership, trust, and non-profit tax returns. Her current duties include working on engagements of both bankruptcy and non-bankruptcy clients. Her experience and expertise include tax and business planning for large multi-state and consolidated businesses; tax planning for high-net-worth individuals; international tax compliance; and non-profit compliance. Heather received her Bachelor of Science in Business Administration, with a major in Accounting from Framingham State College and her Master of Science in Taxation from the University of Cincinnatti. Heather is also responsible for running the day-to-day activities of the Tax Department.

Paula DiPietro - Staff Accountant - Verdolino & Lowey, P.C.,
    Certified Public Accountants

   Paula has been employed with Verdolino & Lowey, P.C. since September 2014. Paula prepares individual, corporate, partnership and trust tax returns. Her current duties include working on engagements of both bankruptcy and non-bankruptcy clients. Her experience and expertise include: tax and business planning for multi-state and consolidated businesses; tax planning for high-net-worth individuals; and QuickBooks Pro-Advisor. Paula regularly consults and trains clients and their staff in QuickBooks and has been a certified ProAdvisor since 2006 and earned her Advanced Certification in 2008. Paula studied accounting at Bentley College and is currently preparing to complete her Enrolled Agent Certification.

Westborough SPE LLC                                                Exhibit IV
Chapter 7; Case No. 23-40709-CJP

Detail of Necessary Out-of-Pocket Expenses

| | |
|---|---:|
| Mileage, at statutory rates | $ 0.00 |
| Parking | 0.00 |
| Postage and delivery | 10.14 |
| Communication and facsimile | 0.00 |
| Copying ($0.15 per page) | <u>17.10</u> |
| Total Expenses | $ <u>27.24</u> |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re: ) <br> ) <br> WESTBOROUGH SPE LLC, ) <br> ) <br> Debtor. ) <br> ) | Chapter 7 <br> Case No. 23-40709-CJP |

ORDER

Upon consideration of the pending Verdolino & Lowey, P.C. within application, notice of same having been given to creditors and other interested parties as required, IT IS HEREBY ORDERED that an allowance of $_____ for services and $_____ for expenses for a total of $_____ be and hereby is made to the applicant and that the same may be paid from the funds of the Debtor's estate.

Dated:                                        _____
                                              United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7, No. 23-40709 |
| WESTBOROUGH SPE LLC | ) |
| | ) |
| Debtor | ) |

**CERTIFICATE OF SERVICE**

I, JONATHAN R. GOLDSMITH, ESQ., of GOLDSMITH, KATZ & ARGENIO, P.C., 1350 Main Street, Suite 1505, Springfield, MA 01103, do hereby certify that I served a copy of the within Application upon those parties listed on the attached Exhibit "A" by electronic mail or by mailing, first class mail, postage prepaid, on this 11th day of September, 2025:

/s/ Jonathan R. Goldsmith, Esq.
JONATHAN R. GOLDSMITH, ESQ.

The MobileStreet Trust
225 Turnpike Road
Westborough, MA 01581-2807

Westborough SPE LLC
231 Turnpike Road
Westborough, MA 01581-2807

Darin Clagg
24 Kobbs Korner Rd
Pine Bush, NY 12566-5302

Allen Hight
The MobileStreet Trust
12 Cole Road
Wayland, MA 01778-3145

Richard King, Esq.
Office of US. Trustee
446 Main Street, 14th Fl.
Worcester, MA 01608-2361

Matthew A. Morris, Esq.
Sherin and Lodgen, LLP
101 Federal Street, 30th Floor
Boston, MA 02110-2109

David M. Ferris
Ferris Development Group, LLC
8 Turnpike Rd., Ste. 300
Southborough, MA 01772-2133

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Lolonyon Akouete
800 Red Milles Rd
Wallkill NY 12589,

Jose Centeio, Esq.
Nathanson & Goldberg, P.C.
183 State Street, 5th Floor
Boston, MA 02109-2666

Ferris Development Group, LLC
c/o Paul W. Carey, Esq.
Mirick O'Connell
100 Front Street
Worcester, MA 01608-1425

The MobileStreet Trust
12 Cole Road
Wayland, MA 01778-3145

Walter Horst
Babcock & Brown
161 Rimer Drive
Orega, CA 94556-1727

Town of Westborough
34 West Main Street
Westborough, MA 01581-1998

Denise Edwards
137 North 25th Street
Wyandanch, NY 11798-2002

Nathanson & Goldberg, P.C.
c/o Stephen F. Gordon, Esq.
The Gordon Law Firm LLP
River Street
Wellesley, MA 02481

Town of Westborough
c/o Roger L. Smerage, Esq.
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109

Town of Westborough
c/o Brian W. Riley, Esq.
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109

Town of Westborough
c/o Jeffrey T. Blake, Esq.
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109

Craig R. Jalbert, CIRA
Verdolino & Lowey, P.C.
124 Washington Street
Foxboro, MA 02035

Gary M. Ronan
David M. Abromowitz
Goulston & Storrs
One Post Office Square
Boston, MA 02109