

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Westborough SPE LLC | Chapter 7 |
| | 23-40709-CJP |
| Debtor | |

## ORDER

**MATTER:**

#856 Motion filed by Creditor Lolonyon Akouete to Preserve Rights, to Compel Production, and for Other Appropriate Relief.

THE COURT HEREBY SCHEDULES THE "MOTION TO PRESERVE RIGHTS, TO COMPEL PRODUCTION, AND FOR OTHER APPROPRIATE RELIEF" [ECF NO 856] OF LOLONYON AKOUETE, AS SUPPLEMENTED BY THE NOTICE OF SUPPLEMENTAL AUTHORITY [ECF NO. 858] FOR A TELEPHONIC HEARING ON OCTOBER 22, 2025 AT 1:00 P.M. TO PARTICIPATE, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED.

OBJECTIONS TO THE MOTION SHALL BE FILED ON OR BEFORE OCTOBER 20, 2025.

MR. AKOUETE SHALL SERVE NOTICE OF THE MOTION AND THE HEARING ON THE CALIFORNIA STATE CONTROLLER?S OFFICE AND PETER BLAUSTEIN BY CERTIFIED MAIL AND EMAIL, AND SHALL FILE A CERTIFICATE OF SERVICE EVIDENCING SUCH SERVICE HAS BEEN PROVIDED ON OR BEFORE OCTOBER 1, 2025.

Dated: 09/26/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge