UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

)
In re:                                        )         Chapter 7
                                              )         Case No. 23-40709-CJP
WESTBOROUGH SPE LLC,                          )
                                              )
                    Debtor.                   )
                                              )

## AFFIDAVIT OF DENISE S. EDWARDS (FOUNDATION FOR EMAILS/NOTES)

I, **Denise S. Edwards**, being duly sworn, depose and state as follows:

1. **Identity and role.** I am the creditor who filed Proof of Claim No. 5.1 in this case. Since 2018 I have worked in asset-recovery services. I make this affidavit based on my personal knowledge and my custody of the records described below.

2. **Purpose and scope; compliance with ECF 887.** This affidavit is offered **solely to establish foundation and authenticity** for certain emails and attorney notes referenced during my March 31, 2025 deposition (filed at **ECF 861**) and discussed in my Supplemental Evidentiary Filing. Consistent with the Court's September 26, 2025 Order (**ECF 887**), my supplemental citations are limited to (a) the deposition at ECF 861 and (b) **documents attached to the Affidavit of Lolonyon Y. Akouete at ECF 865.** Any exhibits attached hereto that are **not already included in ECF 865** are provided **for identification/authentication only** and are **not** being cited as additional evidentiary material unless the Court permits.

3. **Record-keeping; business-records foundation.** In the ordinary course of my asset-recovery work, I routinely send/receive and retain emails, drafts, and notes pertaining to client matters. The records attached here were made at or near the time of the events by a person with knowledge, were kept in the course of a regularly conducted activity, and it is my regular practice to keep such records.

1. **Email accounts and familiarity.** I maintain and access the email account deniseedwards818@yahoo.com and regularly corresponded with Matthew A. Morris (mmorris@sherin.com), Julia C. Royce (jroyce@sherin.com ), Lolonyon Akouete (info@smartinvestorsllc.com), Peter Blaustein (pblaustein@gmail.com / pblaustein@pbinvestmentpartners.com), and Iris A. Leahy (attyleahy@outlook.com) in late 2022–2023. I recognize these addresses and the contents of the messages identified below.

2. **Authenticity statement. Exhibits A through L** attached to this affidavit are **true and correct copies** of emails and attorney notes I sent, received, or reviewed, including any native attachments. They have been preserved in my files; they have not been altered except for conversion to PDF and, where necessary, limited redactions of personal identifiers.

## EXHIBIT LIST AND FOUNDATION

- **Exhibit A – Email (Dec. 20, 2022, 10:24 AM)** from **Matthew A. Morris** to **L. Akouete** (cc me) re **conservatorship confirmation required** and the need for Peter's signature and

a court order, plus name-spelling issue.

*Foundation/use:* I received this message on Dec. 20, 2022 at my Yahoo account. It reflects counsel's request for the conservatorship order and signature, consistent with my deposition (ECF 865, Ex. 13 at 131:8–132:19). Supports SOF ¶¶1–2 (sequence/diligence).

- **Exhibit B – Email (Dec. 20, 2022, 7:51 PM)** from **L. Akouete** to **M. Morris** (cc me & J. Royce) stating we "may not have a court-appointed conservatorship… it should be a public record. I looked in CA but could not find anything. We are waiting for Peter to confirm."
*Foundation/use:* I was cc'd and received this the same day. Supports SOF ¶¶1–2 (searches found nothing in CA/AZ).

- **Exhibit C – Email (Dec. 20, 2022, 6:37 PM)** from **me** to **J. Royce & M. Morris** (cc L. Akouete) with subject **"AFFIDAVIT FOR JAN"** (counsel's ongoing draft revisions).
*Foundation/use:* Sent by me from my Yahoo account. Shows contemporaneous drafting efforts and counsel oversight referenced during my deposition.

- **Exhibit D – Email (Dec. 26, 2022, 8:37 PM)** from **Peter Blaustein** to **M. Morris** (cc me, Mr. Akouete, and Ms. Royce): "I made progress: connected w Dyann Blaine … learned about who owns the LLC … Let me discuss w my mom then come back tomorrow."
*Foundation/use:* I received this on Dec. 26, 2022. Reflects Peter's coordination with **Dyann Blaine**, relevant to SOF ¶9.

- **Exhibit E – Email (Dec. 28, 2022, 3:14 PM)** from **Peter Blaustein** to group (including me and Jan) with subject **"Westborough SPE, LLC – introductions"** proposing **10% of cash** and **5% of real-estate proceeds** for our continued participation, while accusing us of misconduct.
*Foundation/use:* I received this on Dec. 28, 2022. This is the email discussed in my deposition (ECF 865, Ex. 13 at 142:7–143:13). Supports SOF ¶7 and ¶14 (pricing/recognition of value).

- **Exhibit F – Message(s) from Peter** stating **"We are good to proceed. Please have Billy connect with my mom and she can sign the docs and provide copies of her information"** (includes phone for "Billy").
*Foundation/use:* Maintained in my files (email/SMS). I received this from Peter and understood it as permission to proceed and to coordinate notarization. Supports SOF ¶¶4–6 (permission/scope/logistics).

- **Exhibit G – Attorney Notes (Morris)** – December 2022 notes reflecting: CUPD claim strategy; lis pendens plan; **"Peter is saying it seems worth it to give them a small nominal fee to get rid of them…," "Peter is going to connect the CUPD with Dyann Blaine,"** and **"Peter and Dyann to talk to Lolo and try to negotiate a fee."**
*Foundation/use:* I reviewed and retained these notes provided by counsel in the ordinary course. They match what I read at my deposition (ECF 865, Ex. 13 at 141:13–21; 141:22–142:6). Supports SOF ¶¶8–9.

- **Exhibit H – Email (Feb. 21, 2023, 11:06 AM)** from **Iris A. Leahy** to **Peter** listing **six talking points** (incapacity, Bill of Sale disapproval, ownership, CUPD contact, disengagement), requesting an affidavit.
*Foundation/use:* I later obtained and retained a copy of this message which was discussed during my deposition (ECF 865, Ex. 13 at 154:22–156:25). Supports SOF ¶10 (Town counsel "talking points").

- **Exhibit I – Email (Feb. 21, 2023, 11:48 AM)** from **Iris Leahy** to **Peter** (re **permission vs Bill of Sale**) referencing "Exhibit 5."
*Foundation/use:* Retained in my files; demonstrates Leahy's shaping/confirmation of Peter's statements. Supports SOF ¶10.

- **Exhibit J – Email (Feb. 22, 2023, 10:45 AM)** from **Peter** to **Leahy** attaching **2019 conservatorship order** and **2014 POA** (attachments labeled in the email).

*Foundation/use:* Retained in my files; corroborates the Town counsel's affidavit-drafting process and communications cadence. Supports SOF ¶10–11 linkage context.

- **Exhibit K – Email (Mar. 29, 2023, 3:40 PM)** from **Leahy** to **Peter** sending **Waiver and Assent** draft and indicating an affidavit will follow.
  *Foundation/use:* Retained; part of the drafting pipeline from Town counsel. Supports SOF ¶10–11 context.
- **Exhibit L – Email (Mar. 30, 2023, 11:19 AM)** from **Leahy** to **Peter** sending **"Affidavit of Peter Blaustein.docx"** and instructions to edit/sign before a notary. The attached draft includes paragraph 6: **"I consented to the assistance and gave permission for Jan to sign Claim for Abandoned Property."**
  *Foundation/use:* I reviewed and retained this message/attachment. During my deposition I read that exact sentence (ECF 865, Ex. 13 at 145:1–146:12). Supports SOF ¶11 and the permission/scope points in ¶¶4–6.

6. **Tie to deposition and SOF.** The exhibits above correspond to and substantiate the portions of my deposition (ECF 865, Ex. 13) cited in **SOF ¶¶1–16** of my Supplemental Filing, including: (a) when/what I first learned about a possible conservatorship and our searches (¶¶1–2); (b) Peter's permission and scope, and absence of any co-signature requirement (¶¶3–6); (c) the 10%/5% proposal and "nominal fee" language (¶¶7–8); (d) Peter's coordination with **Dyann Blaine** (¶9); (e) the Town attorney's talking points and her role in Peter's affidavit (¶¶10–11); and (f) my good-faith belief, notary-supervised execution, claim amount, and but-for causation (¶¶12–16).

7. **Accuracy.** To the best of my knowledge, the attached copies are accurate reproductions of what I sent/received/reviewed at the time, including the content and timestamps reflected in the headers/footers and the native attachments.

I declare the foregoing is true and correct to the best of my knowledge, information, and belief.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29th SEPTEMBER 2025

9/29/2025

Date

DENISE EDWARDS

STATE OF NEW YORK
County of Suffolk
On this 29th day of September, 2025, the undersigned notary public, personally appeared Denise Edwards, proved to me through satisfactory evidence of identification, which was NY driver's License , to be the person whose name is signed on the preceding document, and acknowledged to the undersigned that she signed it voluntarily for its stated purpose.
Official Signature of Notary: _____
Notary's Printed or Typed Name: ____ SANDEEP A. SHAH
My Commission Expires: _____ 9-11-2029

SANDEEP A SHAH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SH6364434
Qualified in Suffolk County
My Commission Expires 09-11-2029

## John C. La Liberte

| | |
|---|---|
| **From:** | Matthew A. Morris <MMorris@sherin.com> |
| **Sent:** | Tuesday, December 20, 2022 10:24 AM |
| **To:** | Lolonyon Akouete |
| **Cc:** | denise Edwards |
| **Subject:** | RE: Case #19 TL 000768 |

Lolo,

I am still awaiting confirmation of Peter Blaustein's appointment as conservator. We won't be able to file the motion without his signature and without a copy of the court order (if any) appointing him conservator, so please make this a priority today.

Another question: Jeffrey Pink refers to Jan as "F. Jan Bluestein a/k/a Jan Blaustein." I would like to argue that Jan never used the last name "Bluestein" but I just want to make sure that is the case. It sounds like this could just be a misspelling of her name. If that's the case, then it's not an "a/k/a," which makes it sound like she is trying to use an alias to avoid being identified by her legal name. Do you know if Jan has ever gone by the last name "Bluestein" or is this just a spelling error?

Thanks,
Matt

**Matthew A. Morris, LL.M., Esq.**
Sherin and Lodgen LLP
101 Federal Street, 30th Floor
Boston, MA 02110
617.646.2130 (direct)
mmorris@sherin.com
https://www.sherin.com/attorneys/matthew-a-morris/

**From:** Lolonyon Akouete <info@smartinvestorsllc.com>
**Sent:** Monday, December 19, 2022 9:08 PM
**To:** Matthew A. Morris <MMorris@sherin.com>
**Cc:** denise Edwards <deniseedwards818@yahoo.com>
**Subject:** Re: Case #19 TL 000768

**CAUTION: External Email**

Matt,

Do you want us to call the son and get the answer to those questions, or do you want to contact him directly?

In addition, see the attachment for the unclaimed property in California.

Thanks
Lolo

On Mon, Dec 19, 2022 at 8:11 PM Matthew A. Morris <MMorris@sherin.com> wrote:

1

SL001334

## John C. La Liberte

| | |
|---|---|
| **From:** | Lolonyon Akouete <info@smartinvestorsllc.com> |
| **Sent:** | Tuesday, December 20, 2022 7:51 PM |
| **To:** | Matthew A. Morris |
| **Cc:** | denise Edwards; Julia C. Royce |
| **Subject:** | Re: AFFIDAVIT FOR JAN |

Matt,

We can make those corrections. We may not have a court-appointed conservatorship.
It should be a public record. I looked in CA but could not find anything.
We are waiting for Peter to confirm.

Thanks
Lolo

On Tue, Dec 20, 2022 at 7:22 PM Matthew A. Morris <MMorris@sherin.com> wrote:

This is still missing a date of the civil fraud action in paragraph 9. Paragraph 18 has to be edited to reflect the facts of the strokes in 2006 and 2020 as stated in paragraph 11. It is also missing an explanation of and documentation regarding the conservatorship proceedings, which we have asked for several times today.

**Matthew A. Morris, LL.M., Esq.**

Sherin and Lodgen LLP

101 Federal Street, 30th Floor

Boston, MA 02110

617.646.2130 (direct)

mmorris@sherin.com

https://www.sherin.com/attorneys/matthew-a-morris/

---

**From:** denise Edwards <deniseedwards818@yahoo.com>
**Sent:** Tuesday, December 20, 2022 6:37 PM
**To:** Julia C. Royce <JCRoyce@sherin.com>; Matthew A. Morris <MMorris@sherin.com>; Lolonyon Akouete <info@smartinvestorsllc.com>
**Subject:** AFFIDAVIT FOR JAN

SL001392

6:23

**Peter L Blaustein**

Hello Peter How r you? Just checking to see if you have any additional questions and to see if you have decided to allow your mom to see if she can recover the funds. She seems to have the best chance to do so and believes that as well. Please call and let me know what you decide. Thank You .Have a Great day.

Pblaustein@gmail.com

Ok I sent the email and the notary is Billy Wahl and her number is 408-361-3316. Thank you. Please me know we are good.!

Thu, Sep 15, 5:59 PM

We are good to proceed

Please have Billy connect with my mom and she can sign the docs and provide copies of her information

Tuesday 8:55 AM

Good morning Peter, how are you? this is Denise Edwards, wanted to let you know that we are working with an Attorney. He is preparing an Affidavit for your mother to sign and wants to give you a call to get your Permission . If you can please call me back, I can explain the details. Thank you for your time. Praying all is well

    iMessage

 Gmail

Lolonyon Akouete <info@smartinvestorsllc.com>

## Westborough SPE, LLC - introductions

**Peter Blaustein** <pblaustein@gmail.com>                              Wed, Dec 28, 2022 at 3:14 PM
To: "Matthew A. Morris" <MMorris@sherin.com>
Cc: "Julia C. Royce" <JCRoyce@sherin.com>, Lolonyon Akouete <info@smartinvestorsllc.com>, denise Edwards
<deniseedwards818@yahoo.com>, Jan Scholes <jan.scholes2@gmail.com>

Dear Lolo and Denise,

Are you available for a call tonight or tomorrow to discuss your continued involvement in the litigation?

I have meaningfully advanced the case by connecting with Dyann Blaine and the former leaders of Babcock and
Brown and have engaged with them to proceed.

However, we are all disappointed with your action to have my mother sign an illegal contract while knowing she had a
guardian and conservator. Most thought I should proceed without you all. Your "ownership" of the LLC is less than
tenuous and degraded my trust in your operation.

Given timing and my agreement to pay you 10% of the cash findings, I'd like to come to an agreement for your
continued participation but at a substantially lower % than you proposed to me or my mother. I propose 10% of cash
as I agreed to and 5% of RE proceeds is a fair payment.

If you're willing to engage, let me know times that work

Matthew will join our call.

Thank you

Pete

> On Dec 26, 2022, at 9:14 AM, Matthew A. Morris <MMorris@sherin.com> wrote:
>
>
> Peter,
>
> Can you please send me the contact info for your attorney? I would like to reach a preliminary agreement on the
> scope of the work required to complete the Motion to Vacate so we can file this week on behalf of Westborough
> SPE LLC. As we discussed on Friday, the due date for the Motion to Vacate is January 5, 2023. We would like to
> file this week in case the Land Court has any technical issues with the motion that we need to resolve before
> January 5. In addition to the Motion to Vacate, we plan to file an affidavit of Jan Blaustein that both Jan and you
> would sign. We also need to file a complaint for a lis pendens, which will serve as notice to any subsequent
> transferee of the real estate that there is a title dispute and that the property could revert to the original owner
> pending resolution of the Land Court case. I will be reviewing the draft motion, affidavit, and complaint for lis
> pendens today and will send through to this group as soon as it is ready.
>
>
> Best,
> Matt
>
>
> Matthew A. Morris, LL.M., Esq.

 Gmail

**Lolonyon Akouete <info@smartinvestorsllc.com>**

## Westborough SPE, LLC - introductions

**Peter Blaustein** <pblaustein@gmail.com>                                    Mon, Dec 26, 2022 at 8:37 PM
To: "Matthew A. Morris" <MMorris@sherin.com>
Cc: "Julia C. Royce" <JCRoyce@sherin.com>, Lolonyon Akouete <info@smartinvestorsllc.com>, denise Edwards
<deniseedwards818@yahoo.com>

Hi Matthew

Thank you for the email

I made progress:
- connected w Dyann Blaine
- learned about who owns the LLC - Philip Greene (sp?)

Let me discuss w my mom then come back tomorrow

Pete

> On Dec 26, 2022, at 9:14 AM, Matthew A. Morris <MMorris@sherin.com> wrote:

[Quoted text hidden]

# Attorney Notes

**Info from Jan – to be incorporated throughout**

**Left B&B in 2007 and Dyann took over her duties.
Conservator And maybe trustee – 2017
Hawaii**

Add this stuff to MOTION:
We have submitted a claim for the 1.2 million
Request is pending
Sent a request for additional info, we responded, anticipate that it would take about 90 days
Amendable for this conditional release of the property pending release of the funds
Grant a conditional approval of motion to v, pending the release of the funds
Ask the court to allow us a 90 days period for CUPD to release the funds.

(a) seek to restore WSPE's registration statuses with the State of Delaware and the Commonwealth of Massachusetts, (b) retain local counsel to prepare a Motion to Vacate and generally represent WSPE before the Land Court, and (c) file a claim with the California Unclaimed Property Division ("CUPD") for approximately $1.2 million in cash that belongs to WSPE. The CUPD is currently holding this cash under the name of "SPE LLC Westborough," although it is unclear why the WSPE's official name has been reversed according to CUPD records. On December 14, 2022, the CUPD sent a Request for Additional Documentation to "SPE LLC Westborough" at Denise's attention. *See Request for Additional Documentation attached hereto as Exhibit F.* This Request asks the entity to "[p]rovide proof that you are an officer, manager, or member with corporate authority." Lolo and Denise responded to this request on December 14, 2022.

1. On November 22, 2022, Lolo and Denise filed a Certificate of Revival with the Delaware Secretary of State. *See Delaware Certificate of Revival attached hereto as Exhibit G.* WSPE is now in good standing as a domestic limited liability company with the State of Delaware.

2. On December 12, 2022, Lolo and Denise filed an Application for Registration for WSPE as a foreign limited liability company with the Massachusetts Secretary of the Commonwealth. *See Massachusetts Application for Registration attached hereto as Exhibit H.* Pursuant to our agreement, this application lists Denise and Lolo as the managers of the entity. WSPE is now in good standing as a foreign limited liability company with the Commonwealth of Massachusetts.

4864-5294-5477.v1

SL000488

Talk to Sander (12/21/2022)--

File the *Petition* – Absolute deadline – of one year of foreclosure. January 5, 2023.
Redemption requires payment in full with all interest, etc.

Problem with TRO – you must prove a substantial likelihood of success, Court has discretion to deny

Lis Pendens – follow the recipe, put in the right things in the right order, asserting a claim or right title, interest or petition in real estate, and Court has to endorse

Bar is lower for a Lis Pendens – so prefer to seek that.

Sander believes this would meet the definition for a Lis Pendens. Means that no one can be a BFP. Are you required to file in Land Court or are there other venue options?

Ch. 60, Section 69A. Doesn't say where to file – initial reaction that it goes in the Land Court, because they are the one who entered the judgment.

Recent case – you can redeem more than one year if DP. Jones v. Flowers

Seeking lis pendens – must be a verified complaint. "No material facts have been omitted." Must allege in the complaint the interest in the property. Recipe for what the verification and complaint must look like. Must serve the Lis Pendens on so and so. Then file the Lis Pendens with the Registry, with the affidavit of attorney saying you filed.

Lis Pendens Statute – MGL Chapter 184 Section 15

In January at some point they are planning to sell it.
We will file this Motion before the Closing Date.

Means the buyer is subject to your win – they can still buy it, they have notice, but then they are subject to the matter. Legit buyers won't buy over a Lis Pendens

Will they hurry up the Closing – Client had a ROFO

Understand town is trying to sell
Buyer has been found
Closing has been scheduled for January
Concerned if notified in advance, they will hurry up the Closing

Put all this in the Complaint – becomes a sworn statement of the Client

Have Peter sign a confirmatory document of the Bill of Sale – confirms the transfer to Buyer of xyz

4864-5294-5477.v1

SL000489

AND a MIPA

Document needs to recite an interest in the land – document will recite that
May be a dispute as to whether the client is the owner of the LLC interests – may lose the case if you can't establish it, and the Lis Pendens statute has the provision for special motion to dismiss and then dismissed and attorneys will be notified

Notes from Call with Peter – 12/21/2022

2004 and she thinks she has another one. She was general counsel for Babcock & Brown

Westboro Unclaimed Property – Denise found this, pieced together that his mom was the legal owner, in capacity as GC of B&B

Denise said – let me help you collect that. In CA there is no requirement that they pay a fee. The Bill of Sale was surprising to him, he didn't think there was a sale.
He was under the impression that there was contract they had

Got three things from Denise:
1. Claim for Abandoned Property, comes from the CA State Controllers Office
2. Standard investigator agreement – where they agreed to pay some money to Denise Edwards
   a. Who signed that?
3. Eurofunds LLC – Denise's business ?? An agreement that they would sign the first two

Have not seen a Bill of Sale from Denise …

They understood it to be effectively marooned cash

SPE –

Are there creditors?

1.2 million

Meeting 12/23/22

Peter –

1. I need to sign any Bill of Sale as conservator, nothing is legally binding without my signature.

2. I understand you guys represent the LLC, not me or anyone else. I need to hire a lawyer to represent me and my mom. I am cognizant of the work that Denise and Lolo did and I appreciate that.

3. Not sure that my mom is even the owner. I can't imagine the LLC didn't have lenders to buy the property. She is certainly not the equity owner.

Matt –

1. We are tracking down the partnership returns. To find out who really owns the LLC.

2. But, we have to move quickly as the LLC or else we lose this argument. Kind of an internal issue of who owns it, but can the LLC move forward and then we can figure out.

3. We could come up with an agreement that you will continue to work out the ownership, but that the LLC will take the needed action now as it comes up.

Peter –

1. How likely do you think it is that we could win this?

2. Have you ever worked with Denise and Lolo before?

Matt –

1. January 5 is the last day to file everything. I would really like to file everything by next Friday.

------Matt signed off-----

4856-8580-6150.v1

SL000491

Lolo –

1. We have asked for the partnership returns. CUPD will not release the money until they feel sure they know who it belongs to.

2. Right now, Jan hasn't signed on any document as member/manager. She signed as President of B&B.

4856-8580-6150.v1

SL000492

Call with Dyann Blaine – 12/29/2022

Westborough, LLC - Single member LLC

Owned by Mignonette Ltd – BVI company

"They may be holding the bearer shares"?

Thursday the 5th we think is our last day – I WILL CALL LAND COURT AND CONFIRM. AND WORK WITH MICHELLE HOW TO MAKE SURE WE GET FILED THAT DAY – HOW DO I PREPARE THINGS, EXHIBITS, ETC.

Matt explaining there is a conflict/dispute between Lolo/Denise/etc. – but we've worked really hard on these motions and the service issues and reasons why the title should revert to the original owner. They are really in favor of the LLC, not any party.

Dyann – when the company was dissolved, I was an officer. If we reinstate the Company, then I can sign as an officer. ☺ Matt said … but Lolo and Denise already revived the Company. Falsely.

So not as easy as just reviving and then having Dyann have that authority.

So right now, we have an issue where they are claiming they own this entity. Dyann says I think we'd have to sue them – for fraudulent transfer.

Also the $1.2 million in CUPD, WSPE has filed a claim.

Backtaxes are between 700,000 and 1,000,000. So almost the entire 1.2 million will go to taxes to recover and legal expenses.

Peter is saying it seems worth it to give them a small nuisance fee to get rid of them and not have to sue them, etc. in this small timeline.

Peter is going to connect the CUPD with Dyann Blaine – since they said hey we need Dyann, and here's Dyann so this is really the person you need to talk with for WSPE.

Peter and Dyann to talk to Lolo and try to negotiate a fee.

4853-8100-3335.v1

SL000493

Even if she owned everything and could and did sell it to them, they have $600,000 left from the CUPD and that's not enough to pay off the taxes so they can't even redeem the property.

New engagement letter – considering it a brand new engagement, the communication and documentation we received from Lolo and Denise, we can't share that with Dyann and Peter. They understand we have to wall that off and that this is a new engagement letter going forward.

We have an engagement letter with WSPE the entity, because we thought at the time they were authorized to act for the entity. There is some question do we even represent the entity, if they weren't authorized to sign it for the entity.

DE corp law question – is Dyann still an officer? As far as she knows, she never resigned as an officer of the entity. Does that authority still hold? If she's still an officer.

What we understood – BBAS is the Manager entity. So the President of that – was Jan at one point.

Dyann signed the withdrawal as an other officer.

Dyann resigned as an officer of BBAS in 2009.

Some sort of Corporate resolution from the owner. Mignonette. Can Mignonette appoint Dyann as a Manager?

Dyann will be in the office by 1:30 (4:30) and focus on Mignonette and the BVI service company that managed the entity.

Who can sign the motions – Matt says Jan, Peter, Dyann.

1120F for Mignonette – Penago PTY Limited (owned by Phil Greene) they said was 100% owner of Mignonette. But Dyann is saying that may not have been correct.

Peter will connect Phil and Dyann, and connect with CUPD.

4853-8100-3335.v1

SL000494

On our end – make a new engagement and conflict waiver letter. And follow up with land court. And work on motion.

4853-8100-3335.v1

SL000495

**AttyLeahy@outlook.com**

| | |
|---|---|
| **From:** | Iris Leahy on behalf of AttyLeahy@outlook.com |
| **Sent:** | Thursday, March 30, 2023 11:19 AM |
| **To:** | 'Peter Blaustein' |
| **Subject:** | RE: 19 TL 000768 |
| **Attachments:** | Affidavit of Peter Blaustein.docx |

Hello Peter,

Please see attached the draft affidavit. Please edit the affidavit to your liking. Once you have it completed, please sign it before a notary. Please email me a copy and mail the original to my address below.

Please let me know if you have any questions.

Thank you,

Iris A. Leahy, Esq.

Law Office of Iris A. Leahy
4 Open Square Way, Suite 217
Holyoke, MA 01040
Phone: (413)322-8318
Fax: (413)322-8661
attyleahy@outlook.com

**From:** Iris Leahy
**Sent:** Wednesday, March 29, 2023 3:40 PM
**To:** Peter Blaustein <pblaustein@pbinvestmentpartners.com>
**Subject:** RE: 19 TL 000768

Hello Peter,

Attached is the Waiver and Assent we discussed previously. Please edit it as you see fit and/or have an attorney advise you on it. Once you are satisfied with it, please sign it and email it back. If you could, please mail me the original to provide to the Land Court. My address is below.

I hope to provide you with an affidavit for review and editing by the end of the week.

If you have any questions, please let me know.

Thank you,

Iris A. Leahy, Esq.

Law Office of Iris A. Leahy
4 Open Square Way, Suite 217
Holyoke, MA 01040
Phone: (413)322-8318
Fax: (413)322-8661
attyleahy@outlook.com

1

## AFFIDAVIT OF PETER L. BLAUSTEIN

I, Peter L. Blaustein, attest and state the following of my own personal knowledge:

1. F. Jan Blaustein a/k/a Jan Blaustein Scholes is my mother and prefers to be addressed as Jan (hereinafter referred to as "Jan").

2. Jan is legally considered an incapacitated person.

3. Since September 11, 2014, I have been authorized as the "attorney-in-fact" or "agent" for Jan via a Power of Attorney. Therefore, I was granted all powers as her agent and/or her attorney-in-fact.

4. On June 3, 2019, I was appointed as Jan's conservator and court-appointed guardian upon signing the Waiver of Notice and Consent to Conservatorship.

5. Jan and I were approached by Denise Edwards and Loloynon Akouete who offered to investigate and attempt to reunite Jan with unclaimed property in California. The unclaimed property was a checking account owned by Westborough SPE LLC.

6. I consented to the assistance and gave permission for Jan to sign a Claim for Abandoned Property.

7. I did not give permission or consent for Jan to sign the Bill of Sale dated November 21, 2022, produced by Loloynon Akouete and/or Denise Edwards. I did not approve of Jan executing said document.

8. Lolonyon Akouete and Denise Edwards were aware Jan lacked capacity and that I was her legal guardian, and they did not involve me in the Bill of Sale contract process or seek my consent for Jan to sign it.

9. I do not believe the Bill of Sale contract terms are reasonable.

10. I do not believe Jan is or ever was the legal or rightful owner of Westborough SPE, LLC and/or the locus.

11. I have been in contact with Dyann Blaine (a previous employee of Babcock & Brown). Dyann Blaine does not think Jan has any legal interest in Westborough SPE, LLC and/or the locus.

12. I have instructed Jan to disengage from and cease contact with Lolonyon Akouete and Denise Edwards.

Signed under the pains and penalties of perjury this 3rd day of May, 2023.

_____
Peter L. Blaustein

### STATE OF CALIFORNIA

County of San Mateo                                                Date: 5/3/2023

On this day, before me, the undersigned notary public, personally appeared Peter L. Blaustein, proved to me on the basis of satisfactory evidence such as Drivers License (CA) to be the person whose name is signed on the preceding or attached document and, who subscribed and swore to or affirmed before me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

Notary Public Signature: _____
Notary Public Name: Dina N. Kolesnikov
My Commission Expires: 12.12.2025

(Seal)



DINA N. KOLESNIKOV
COMM. #2386495
Notary Public - California
San Mateo County
My Comm. Expires Dec. 12, 2025

2

**AttyLeahy@outlook.com**

| | |
|---|---|
| **From:** | Iris Leahy |
| **Sent:** | Tuesday, February 21, 2023 11:48 AM |
| **To:** | Peter Blaustein |
| **Subject:** | RE: Westborough SPE LLC |
| **Attachments:** | Defendant, Westborough SPE, LLC, response to Plaintiff Memorandum in Opposition to Defendant's Motion to Vacate Foreclosure Judgment.pdf |

Hello Again,

After making my way through the paperwork Lolo filed, he claims you gave Denise Edwards permission to help Jan recover the funds in CA. That permission didn't include permission to sign the Bill of Sale, right?

See his Exhibit 5.

Thank you,

Iris A. Leahy, Esq.

Law Office of Iris A. Leahy
4 Open Square Way, Suite 217
Holyoke, MA 01040
Phone: (413)322-8318
Fax: (413)322-8661
attyleahy@outlook.com

---

**From:** Iris Leahy
**Sent:** Tuesday, February 21, 2023 11:06 AM
**To:** 'Peter Blaustein' <pblaustein@pbinvestmentpartners.com>
**Subject:** Westborough SPE LLC

Good Morning Peter,

Lolo just filed an opposition to the Town of Westborough's opposition. Westborough SPE, LLC is still unrepresented by legal counsel. In his motion he is asking for more time to continue to work on claiming the funds in CA.

I plan to share information at the hearing from our conversation on February 13, 2023. I was wondering if you and/or Dyann would be willing to email me a short affidavit. The hearing is scheduled for February 23, 2023 at 2:00pm EST. I understand it's short notice but I thought it would be helpful. Also, I think it would be helpful if you sent me the documents you offered related to your continued legal guardianship of Jan.

The info I plan to share is as follows:

1. Jan is still legally considered incapacitated, and you are her court-appointed guardian.

2. You are aware Jan signed the Bill of Sale and did not approve. You do not think the contract terms are reasonable. You do not think the contact is legally binding as Lolo knew that your mother was legally incapable of signing a contract and had her sign it anyway. He also knew you were her guardian and did not involve you in the contract process.

3. Jan retired from Babcock and Brown and was succeeded as general counsel by Dyann Blaine

1

4. You do not believe Jan is the rightful owner of Westborough SPE, LLC and thus the property in Westborough. You have been in contact with Dyann Blaine and you both do not think the property in Westborough belongs to Jan or Dyann.

5. Lolo approached Jan regarding the unclaimed funds in CA and then found out about the property in Westborough, MA. You do not believe that the unclaimed funds should be turned over to Lolo or Denise and you are in contact with the unclaimed property division in CA.

6. You have instructed Jan to disengage with Lolo and Denise. You feel that you need to protect Jan from these people and do not trust them. You would like to see the case dismissed.

Thank you,

Iris A. Leahy, Esq.

Law Office of Iris A. Leahy
4 Open Square Way, Suite 217
Holyoke, MA 01040
Phone: (413)322-8318
Fax: (413)322-8661
attyleahy@outlook.com

---

**From:** Iris Leahy
**Sent:** Friday, February 10, 2023 11:19 AM
**To:** Peter Blaustein <pblaustein@pbinvestmentpartners.com>
**Subject:** RE: connecting re Westborough SPE LLC

Hello Peter,

That sounds good. I'll try you Monday at 12 PST.

Have a great weekend!

Thank you,

Iris A. Leahy, Esq.

Law Office of Iris A. Leahy
4 Open Square Way, Suite 217
Holyoke, MA 01040
Phone: (413)322-8318
Fax: (413)322-8661
attyleahy@outlook.com

---

**From:** Peter Blaustein <pblaustein@pbinvestmentpartners.com>
**Sent:** Friday, February 10, 2023 10:41 AM
**To:** Iris Leahy <AttyLeahy@outlook.com>
**Subject:** Re: connecting re Westborough SPE LLC

I'm busy then
I'd prefer Monday or Tuesday
Now about noon PST either Monday or Tuesday

On Feb 10, 2023, at 6:02 AM, Iris Leahy <AttyLeahy@outlook.com> wrote:

2

**AttyLeahy@outlook.com**

| | |
|---|---|
| **From:** | Peter Blaustein <pblaustein@pbinvestmentpartners.com> |
| **Sent:** | Wednesday, February 22, 2023 10:45 AM |
| **To:** | Iris Leahy |
| **Subject:** | RE: Westborough SPE LLC |
| **Attachments:** | PLB Assigned Guardian and Conservator June 2019.pdf; PLB UNIFORM POA 2014.PDF |

Hi Iris,

1/ I've attached the assignment of Guardian and Conservator and the POA. My mom signed the document and we submitted it to the court, which was accepted. The judge thanked me for helping my mom.

2/ on your list, I please skip 5 for reasons we discuss on the call. On 3, Dyann did not succeed my mom as GC. I believe Dyann was an assistant GC. I don't know how to create an affidavit and am busy. I can appear on the call if helpful so please send me the link and a calendar invite if possible.

Thanks

Pete

**From:** Iris Leahy <AttyLeahy@outlook.com>
**Sent:** Tuesday, February 21, 2023 8:06 AM
**To:** Peter Blaustein <pblaustein@pbinvestmentpartners.com>
**Subject:** Westborough SPE LLC

Good Morning Peter,

Lolo just filed an opposition to the Town of Westborough's opposition. Westborough SPE, LLC is still unrepresented by legal counsel. In his motion he is asking for more time to continue to work on claiming the funds in CA.

I plan to share information at the hearing from our conversation on February 13, 2023. I was wondering if you and/or Dyann would be willing to email me a short affidavit. The hearing is scheduled for February 23, 2023 at 2:00pm EST. I understand it's short notice but I thought it would be helpful. Also, I think it would be helpful if you sent me the documents you offered related to your continued legal guardianship of Jan.

The info I plan to share is as follows:

1. Jan is still legally considered incapacitated, and you are her court-appointed guardian.

2. You are aware Jan signed the Bill of Sale and did not approve. You do not think the contract terms are reasonable. You do not think the contact is legally binding as Lolo knew that your mother was legally incapable of signing a contract and had her sign it anyway. He also knew you were her guardian and did not involve you in the contract process.

3. Jan retired from Babcock and Brown and was succeeded as general counsel by Dyann Blaine

4. You do not believe Jan is the rightful owner of Westborough SPE, LLC and thus the property in Westborough. You have been in contact with Dyann Blaine and you both do not think the property in Westborough belongs to Jan or Dyann.

1

5. Lolo approached Jan regarding the unclaimed funds in CA and then found out about the property in Westborough, MA. You do not believe that the unclaimed funds should be turned over to Lolo or Denise and you are in contact with the unclaimed property division in CA.

6. You have instructed Jan to disengage with Lolo and Denise. You feel that you need to protect Jan from these people and do not trust them. You would like to see the case dismissed.

Thank you,

Iris A. Leahy, Esq.

Law Office of Iris A. Leahy
4 Open Square Way, Suite 217
Holyoke, MA 01040
Phone: (413)322-8318
Fax: (413)322-8661
attyleahy@outlook.com

---

**From:** Iris Leahy
**Sent:** Friday, February 10, 2023 11:19 AM
**To:** Peter Blaustein <pblaustein@pbinvestmentpartners.com>
**Subject:** RE: connecting re Westborough SPE LLC

Hello Peter,

That sounds good. I'll try you Monday at 12 PST.

Have a great weekend!

Thank you,

Iris A. Leahy, Esq.

Law Office of Iris A. Leahy
4 Open Square Way, Suite 217
Holyoke, MA 01040
Phone: (413)322-8318
Fax: (413)322-8661
attyleahy@outlook.com

---

**From:** Peter Blaustein <pblaustein@pbinvestmentpartners.com>
**Sent:** Friday, February 10, 2023 10:41 AM
**To:** Iris Leahy <AttyLeahy@outlook.com>
**Subject:** Re: connecting re Westborough SPE LLC

I'm busy then
I'd prefer Monday or Tuesday
Now about noon PST either Monday or Tuesday

> On Feb 10, 2023, at 6:02 AM, Iris Leahy <AttyLeahy@outlook.com> wrote:


Hello Peter,

I appreciate your response. If it works for you, let's chat at 3pm my time, 12pm your time?

2

## CERTIFICATE OF SERVICE

I, Denise S. Edwards, hereby certify that the above document is served by electronic mail, on the date of filing, to the following recipients at the email addresses listed below:

Jeffrey T. Blake — jblake@k-plaw.com
Brian W. Riley — briley@k-plaw.com
Roger L. Smerage — rsmerage@k-plaw.com
Paul W. Carey — pcarey@mirickoconnell.com
Luis R. Casas — luis.casasmeyer@akerman.com
Samual A. Miller — samual.miller@akerman.com
Mark S. Lichtenstein — mark.lichtenstein@akerman.com
Sharlene Harrison-Carera — sharlene.harrison-carera@akerman.com
Jose C. Centeio — jc@jcfirm.com; jcc@natgolaw.com
Alvin Nathanson — asn@natgolaw.com
Brian R. Charville — bcharville@ferrisdevelopment.com
David (Ferris Development) — david@ferrisdevelopment.com
Douglas B. Rosner — drosner@goulstonstorrs.com
David M. Abromowitz — dabromowitz@goulstonstorrs.com
Gary M. Ronan — GRonan@goulstonstorrs.com
Christine E. Devine — christine@nicholsondevine.com
Angelina M. Savoia — angelina@nicholsondevine.com
Jonathan R. Goldsmith — jgoldsmith@gkalawfirm.com
Stephen F. Gordon — sgordon@gordonfirm.com
Richard King — USTPRegion01.WO.ECF@USDOJ.GOV
Lenard B. Zide, Esq. — zide@buttersbrazilian.com
Jonathan La Liberte — jclaliberte@sherin.com
Julia C. Royce — JCRoyce@sherin.com
Peter Blaustein — pblaustein@gmail.com
Jan Scholes — janscholes2@gmail.com
Walter A. Horst — walter.horst@babcockbrown.com
Harpreet Nakhwal — hnakhwal@sco.ca.gov
Melissa Mendiola — Melissa.Mendiola@doj.ca.gov
Jay Russell — Jay.Russell@doj.ca.gov
Robert Lachenauer — Lachenauer@mintzandgold.com
Brian Lee — blee@nutter.com
Michael Lewis — michael.lewis@regalcinemas.com
E. Englander (Wagner Law Group) — eenglander@wagnerlawgroup.com
Joseph Scarcella — Joseph.Scarcella@jws.com.au
Sivanjali Karalasingham — Sivanjali.Karalasingham@jws.com.au
Darin Clagg — Dclagg@gmail.com
Dyann Blaine — dyann.blaine@gmail.com
Durga Nagalla — durganagalla@gmail.com
Venkatesh Mohanraj — venki.mohanraj@gmail.com
Lolonyon Akouete — info@smartinvestorsllc.com

Denise Edwards
137 North 25th Street
Wyandanch, NY 11798
deniseedwards818@yahoo.com
(631) 745-5292