UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) | Case No. 23-40709-CJP |
| WESTBOROUGH SPE LLC, | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## CREDITOR DENISE S. EDWARDS'S SUPPLEMENT TO OPPOSITION TO TRUSTEE'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 851)

Denise S. Edwards, pro se, respectfully submits this Supplement to her Opposition to the Trustee's Motion for Summary Judgment (ECF No. 851), in accordance with the Court's Orders dated August 29, 2025 (ECF No. 859) and September 26, 2025 (ECF No. 887).

Scope & Compliance. Consistent with ECF No. 887 and Ms. Edwards's representation to the Court, this Supplement cites only materials attached to the Affidavit of Lolonyon Y. Akouete (ECF No. 865). No other materials are cited. This filing adds no new arguments; it supplies record pin-citations that directly support factual statements already advanced in Ms. Edwards's Opposition (ECF No. 851).

## I. Cross-Reference: Opposition (ECF 851) → Record Support (ECF 865 Only)

### A. Authorization, Scope, and Co-Signature

1. Peter Blaustein gave express permission for Edwards to work with Jan Scholes on recovery efforts.
   Record: ECF 865, Ex. 13 (Edwards Dep.) 134:24–135:11 (Q: "How do you understand his permission?" A: "[…] it was for me to work with her on this.").
2. That permission addressed the goal of recovery, not a single form or narrow act.
   Record: 146:19–147:3 (goal was to retrieve funds; permission tied to outcome, not the manner).
3. Peter never told Edwards he had to co-sign or that Jan could not sign.
   Record: 135:12–16 (Q: did he say he needed to sign anything Jan signed? A: "No.").
4. Contemporaneous manifestation in Peter's affidavit (as read at deposition).
   Record: 145:7–12 ("I consented to the assistance and gave permission for Jan to sign Claim for Abandoned Property.").

### B. Capacity, Notarization, and Good-Faith Reliance

5. Edwards first learned of a possible conservatorship in December 2022; she then searched California and Arizona public records and found none; she later saw a Hawaii attachment from counsel.
   Record: 131:8–23; 131:24–132:19 (learned in Dec. 2022; searched CA/AZ and "didn't find anything"; later saw Hawaii attachment).

6. Jan signed before a licensed notary; no concern was raised.
   Record: 146:13–18 (licensed notary present; would not have allowed signing without understanding).
7. Edwards proceeded in good faith based on Peter's permission and notarized execution directed at the recovery goal.
   Record: 145:7–12; 146:19–147:3.

## C. Recognition of Value and Compensation Structure

8. Peter proposed compensating Edwards 10% of recovered cash and 5% of real-estate proceeds (contemporaneous pricing of contribution).
   Record: 142:7–143:13 (offer discussed after recovery efforts began).
9. Counsel notes reflect Peter's suggestion to pay a "nominal fee" to "get rid of them" without having to sue (economic acknowledgment of contributions).
   Record: 141:13–21 (reading notes: "Peter is saying it seems worth it to give them a small… nominal… fee to get rid of them and not have to sue them").
10. But-for testimony: funds would still be with the State absent Movants' efforts.
    Record: 143:14–18 ("the money would be still sitting over there in the state").
11. Filed claim amount and percentage-of-recovery structure.
    Record: 149:6–11 (role described as assisting recovery); 152:23–25 (claim "333, something like that").

## D. Town/Blaine Coordination Relevant to Context (already asserted in Opp.)

12. Peter to connect Controller's Office with Dyann Blaine; Peter and Blaine to negotiate a fee with Lolo.
    Record: 141:22–142:6 ("Peter is going to connect the CUPD with Dyann… Peter and Dyann to talk to Lolo to try to negotiate a fee.").
13. Town attorney Iris Leahy's six "talking points" provided to Peter, which Ms. Edwards testified were later mirrored in his affidavit.
    Record: 154:22–156:25 (reading six points; "she must have helped him write it up… some of the stuff… he added onto his affidavit").

## II. Targeted Responses to Trustee's Core Contentions (Record-Limited)

1. "No Authority / No Apparent Authority."
Record shows express permission (134:24–135:11), scope to achieve recovery (146:19–147:3), no co-signature requirement (135:12–16), and Peter's affidavit admission as read (145:7–12). These manifestations satisfy express—and at minimum apparent—authority on which Edwards reasonably relied.

2. "Knowledge of Conservatorship; Notary Irrelevant."
Edwards learned of a possible conservatorship in Dec. 2022, immediately searched CA/AZ and found none, later saw HI attachment (131:8–23; 131:24–132:19). Jan executed before a licensed notary with no concern raised (146:13–18). Edwards proceeded in good faith based on Peter's permission tied to recovery (145:7–12; 146:19–147:3).

3. "No Value / Edwards Recovered Nothing."
Insiders contemporaneously priced Edwards's contribution (10% cash / 5% RE) (142:7–143:13) and discussed a "nominal fee" to avoid suit (141:13–21). Edwards testified the funds would still be

with the State but for the efforts (143:14–18). Claim reflects a percentage-of-recovery structure (149:6–11; 152:23–25).

4. Unjust Enrichment / Quantum Meruit (as alternative grounds already raised).
On the same record (permission; performance; insider pricing/attempted buy-out), equity supports compensation even apart from appointment labels (134:24–135:16; 141:13–21; 142:7–143:13; 149:6–11; 152:23–25).

## III. Certification of Record Limitation

This Supplement relies exclusively on ECF No. 865 materials (primarily Ex. 13, Edwards Dep.). It introduces no new evidence and no new arguments beyond supplying the direct record support the Court requested in ECF Nos. 859 and 887.

## WHEREFORE

Ms. Edwards respectfully requests that the Court:

1.  Accept this Supplement as compliant with ECF Nos. 859 and 887;
2.  Deny the Trustee's Motion for Summary Judgment (ECF No. 736) as to Claim No. 5.1; and
3.  Grant such other and further relief as is just and proper.

DATED: September 28, 2025, Respectfully submitted:

By creditor,

Denise Edwards
137 North 25th Street
Wyandanch, NY 11798
deniseedwards818@yahoo.com
(631) 745-5292

## CERTIFICATE OF SERVICE

I, Denise S. Edwards, hereby certify that the above document is served by electronic mail, on the date of filing, to the following recipients at the email addresses listed below:

Jeffrey T. Blake — jblake@k-plaw.com
Brian W. Riley — briley@k-plaw.com
Roger L. Smerage — rsmerage@k-plaw.com
Paul W. Carey — pcarey@mirickoconnell.com
Luis R. Casas — luis.casasmeyer@akerman.com
Samual A. Miller — samual.miller@akerman.com
Mark S. Lichtenstein — mark.lichtenstein@akerman.com
Sharlene Harrison-Carera — sharlene.harrison-carera@akerman.com
Jose C. Centeio — jc@jcfirm.com; jcc@natgolaw.com
Alvin Nathanson — asn@natgolaw.com
Brian R. Charville — bcharville@ferrisdevelopment.com
David (Ferris Development) — david@ferrisdevelopment.com
Douglas B. Rosner — drosner@goulstonstorrs.com
David M. Abromowitz — dabromowitz@goulstonstorrs.com
Gary M. Ronan — GRonan@goulstonstorrs.com
Christine E. Devine — christine@nicholsondevine.com
Angelina M. Savoia — angelina@nicholsondevine.com
Jonathan R. Goldsmith — jgoldsmith@gkalawfirm.com
Stephen F. Gordon — sgordon@gordonfirm.com
Richard King — USTPRegion01.WO.ECF@USDOJ.GOV
Lenard B. Zide, Esq. — zide@buttersbrazilian.com
Jonathan La Liberte — jclaliberte@sherin.com
Julia C. Royce — JCRoyce@sherin.com
Peter Blaustein — pblaustein@gmail.com
Jan Scholes — janscholes2@gmail.com
Walter A. Horst — walter.horst@babcockbrown.com
Harpreet Nakhwal — hnakhwal@sco.ca.gov
Melissa Mendiola — Melissa.Mendiola@doj.ca.gov
Jay Russell — Jay.Russell@doj.ca.gov
Robert Lachenauer — Lachenauer@mintzandgold.com
Brian Lee — blee@nutter.com
Michael Lewis — michael.lewis@regalcinemas.com
E. Englander (Wagner Law Group) — eenglander@wagnerlawgroup.com
Joseph Scarcella — Joseph.Scarcella@jws.com.au
Sivanjali Karalasingham — Sivanjali.Karalasingham@jws.com.au
Darin Clagg — Dclagg@gmail.com
Dyann Blaine — dyann.blaine@gmail.com
Durga Nagalla — durganagalla@gmail.com
Venkatesh Mohanraj — venki.mohanraj@gmail.com
Lolonyon Akouete — info@smartinvestorsllc.com

Denise Edwards
137 North 25th Street
Wyandanch, NY 11798
deniseedwards818@yahoo.com
(631) 745-5292