

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:<br><br>Westborough SPE LLC<br><br>Debtor | Chapter 7<br>23-40709-CJP |
|---|---|

### ORDER

BECAUSE OF THE DIFFICULTY ENCOUNTERED BY MS. EDWARDS IN CREATING REDLINES OF THE SUPPLEMENTAL FILINGS, THE COURT VACATES ITS ORDER ENTERED AT ECF NO. 910. THE TRUSTEE SHALL FILE ANY SUPPLEMENTAL RESPONSE BY THE OCTOBER 10, 2025 DEADLINE SET FORTH IN THE ORDER AT ECF NO. 887.

Dated: 10/06/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge