**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| In re:<br><br>WESTBOROUGH SPE LLC,<br><br>Debtor | Chapter 7<br>Case No. 23-40709-CJP |

**ORDER REGARDING ECF NOS. 900, 901, 902, 903 AND 933 AND CLARIFYING THE SUMMARY JUDGMENT RECORD WITH RESPECT TO THE OBJECTION TO THE CLAIM OF DENISE EDWARDS**

After consideration of the pleadings filed at ECF No. 931 by the Chapter 7 Trustee (the "Trustee") and ECF No. 933 by Denise Edwards and the record in this case, the filings by Ms. Edwards at ECF Nos. 900, 901, 902, and 903 are STRICKEN as they either restate previously filed pleadings or do not comply with this Court's order at ECF No. 859 because they do more than provide references to relevant transcripts or other evidence directly supporting statements of material fact in ECF Nos. 846 and 851; provided, however, the Court will consider evidence in the record cited in the stricken pleadings as part of the summary judgment record regarding the objection to Ms. Edwards's claim in considering ECF Nos. 846 and 851.  The Court will consider the Trustee's filings at ECF Nos. 855, 874, and 931 as the Trustee's responses to statements of material fact by Ms. Edwards in ECF Nos. 846 and 851.

The operative pleadings by Ms. Edwards regarding summary judgment shall be ECF Nos. 845, 846, 851, 861, 865 (exhibits and foundation), and 900 (exhibits and foundation).  Any relief requested in ECF No. 933 by Ms. Edwards is DENIED.  The Court has provided Ms. Edwards with several opportunities to file evidence to be considered in the summary judgment record and to supplement with references to that evidence.  As to the request that the Court declare that the Trustee failed to respond to statements of material undisputed facts, the Trustee

responded to Ms. Edwards's statement of undisputed facts in ECF Nos. 855 and 874. The sufficiency of those responses and all other issues raised by Ms. Edwards will be determined in connection with the summary judgment motions.

Dated: October 31, 2025                                        By the Court,

                                                               _____
                                                               Christopher J. Panos
                                                               United States Bankruptcy Judge