

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:<br><br>Westborough SPE LLC<br><br>Debtor | Chapter 7<br>23-40709-CJP |
|---|---|

## ORDER

**MATTER:**

#964 Emergency Motion for Limited Clarifying/Coordination Order filed by Creditor Lolonyon Akouete.

DENIED. THE COURT DECLINES TO ENTER ANY ORDER "APPROVING" A FACTUAL RECITATION TO BE FILED IN ANOTHER COURT. GENERALLY, THE AUTOMATIC STAY DOES NOT APPLY TO CLAIMS ASSERTED BY ONE NON-DEBTOR AGAINST ANOTHER NON-DEBTOR. IT APPEARS THAT MOVANT MAY AGAIN BE SEEKING FACTUAL AND LEGAL DETERMINATIONS IN ANCILLARY LITIGATION INVOLVING A WITNESS IN MATTERS PENDING BEFORE THIS COURT THAT COULD CONFLICT WITH SIMILAR DETERMINATIONS BEING MADE BY THIS COURT THAT ARE THE SUBJECT OF PENDING MOTIONS FOR SUMMARY JUDGMENT. THE COURT HAS NOT ENTERED ANY ORDERS REGARDING THE BLAUSTEIN LITIGATION REFERENCED IN THE MOTION, BUT MOVANT IS CAUTIONED TO AVOID ACTS THAT MAY REQUIRE FURTHER INJUNCTIVE RELIEF OR EXERCISE CONTROL OVER CLAIMS OF THE ESTATE. *SEE* ORDER (AP NO. 25-4027 ECF NO. 16).

Dated: 11/04/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge