# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>**WESTBOROUGH SPE LLC,**<br><br>Debtor. | Chapter 7<br>Case No. 23-40709-CJP |

## CERTIFICATE OF SERVICE

The undersigned, Angelina M. Savoia, hereby certifies that on this day I caused a copy of the following to be served on all parties listed on the attached Service List in the manner noted thereon:[1]

- *Notice of: (I) Intended Private Sale of 231 Turnpike Road, Westborough, Massachusetts Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Deadline for Filing Objections, and (III) Hearing Date; and (I) Proposed Settlement Agreement and Mutual Release, (II) Deadline for Filing Objections, and (III) Hearing Date* [Dkt. No. 989];

- *Settlement Agreement and Mutual Release* [Dkt. No. 966];

- *Trustee's Motion for Entry of an Order Approving and Authorizing Settlement Agreement and Mutual Release Pursuant to Fed. R. Bankr. P. 9019* [Dkt. No. 967];

- *Trustee's Motion for Entry of an Order Approving and Authorizing the Sale of 231 Turnpike Road, Westborough, Massachusetts Free and Clear of Liens, Claims, Encumbrances, and Interests and for Related Relief* [Dkt. No. 968]; and

- *Supplement to Motion to Approve Settlement [Dkt. No. 967] and Motion to Approve Sale of 231 Turnpike Road, Westborough, Massachusetts [Dkt. No. 968]* [Dkt. No. 978].

---

[1] The Trustee is also in the process of providing notice of the proposed sale and settlement by publication in multiple newspapers and will file a supplemental certificate of service when publication is completed.

Dated: November 12, 2025

/s/ Angelina M. Savoia, Esq.
Angelina M. Savoia (BBO #715690)
Nicholson Devine LLC
21 Bishop Allen Drive
Cambridge, MA 02139
Phone: 508-533-7240
Email: angelina@nicholsondevine.com

**CM/ECF Notice List**

The following list of parties and attorneys received electronic notice via the Court's CM/ECF noticing process upon each of the documents having been docketed:

- **Jeffrey T Blake**   jblake@k-plaw.com
- **Paul W. Carey**   pcarey@miricklaw.com, bankrupt@mirickoconnell.com
- **Luis R. Casas**   luis.casasmeyer@akerman.com
- **Jose C. Centeio**   jc@jcfirm.com
- **Brian Charville**   bcharville@ferrisdevelopment.com
- **Christine E. Devine**   christine@nicholsondevine.com, devine.christiner109603@notify.bestcase.com;angelina@nicholsondevine.com;christine_492@ecf.courtdrive.com
- **Jonathan R. Goldsmith**   bankrdocs1@gkalawfirm.com, bankrdocs@gkalawfirm.com;intern@gkalawfirm.com;Esq..JonathanR.G.B145355@notify.bestcase.com
- **Jonathan R. Goldsmith**   trusteedocs1@gkalawfirm.com, mwolohan@gkalawfirm.com;trusteedocs@gkalawfirm.com;intern@gkalawfirm.com;MA43@ecfcbis.com
- **Stephen F. Gordon**   sgordon@gordonfirm.com, vhaggerty@gordonfirm.com;notices@gordonfirm.com;stephenfgordon@gmail.com
- **Richard King**   USTPRegion01.WO.ECF@USDOJ.GOV
- **Samual A. Miller**   samual.miller@akerman.com
- **Brian W. Riley**   briley@k-plaw.com
- **Douglas B. Rosner**   drosner@goulstonstorrs.com
- **Angelina M. Savoia**   angelina@nicholsondevine.com, angelina@ecf.courtdrive.com
- **Roger L. Smerage**   rsmerage@k-plaw.com

**First Class Mail, Postage Prepaid per attached Service List**

Service has been made via first class mail, postage prepaid on each person or entity identified on the Service List attached hereto as **Exhibit A**.

**First Class Mail, Postage Prepaid and/or email notice provided as noted[2]**

Additionally, the following parties and attorneys have been served as noted:

| Lolonyon Akouete<br>800 Red Mills Rd<br>Wallkill, NY 12589<br>info@smartinvestorsllc.com | Interested Party | Via Email and<br>via First Class mail per Exhibit A |
|---|---|---|

---

[2] The Trustee reserves all rights regarding the parties to whom the Trustee is providing notice herein and nothing in the descriptions in this certificate shall be deemed an admission of any party's interest.

| | | |
|---|---|---|
| Denise Edwards<br>137 North 25th Street<br>Wyandanch, NY 11798<br>deniseedwards818@yahoo.com | Interested Party | Via Email and<br>via First Class mail per Exhibit A |
| Mark S. Lichtenstein, Esq<br>Akerman LLP<br>1251 Avenue of the Americas<br>37th Floor<br>New York, NY 10020<br>mark.lichtenstein@akerman.com | Counsel to Babcock & Brown | Via Email and<br>via First Class mail per Exhibit A |
| Lenard Benson Zide, Esq<br>Butters Brazilian LL<br>420 Boylston Street, 4th Floor<br>Boston, MA 02116<br>zide@buttersbrazilian.com | Counsel to MobileStreet Trust | Via Email and<br>via First Class mail per Exhibit A |
| Jonathan La Liberte, Esq.<br>Sherin and Lodgen LLP<br>101 Federal Street, 30th Floor<br>Boston, MA 02110<br>jclaliberte@sherin.com | Counsel to Sherin and Lodgen LLP | Via Email |
| Sivanjali Karalasingham<br>Emily Barrett<br>Johnson Winter Slattery<br>GPO Box 9831<br>Sydney, 2000<br>Australia<br>Sivanjali.Karalasingham@jws.com.au<br>Emily.Barrett@jws.com.au | Counsel to David Lombe, the liquidator of Babcock & Brown Limited | Via Email |
| Christopher Mulhearn, Esq.<br>Law Office of Christopher M. Mulhearn, Inc.<br>100 Centerville Road, Suite 1<br>Warwick, RI  02886<br>cmulhearn@mulhearnlawri.com | Counsel to LAX Media MA | Via Email and<br>Via First Class Mail per Exhibit A |
| Peter Nicosia, Esq.<br>Nicosia & Associates, PC<br>PO Box 721, 259 Middlesex Rd.<br>Tyngsboro, MA 01879<br>nicosia@nicosia-associates.com | Counsel to Proposed Buyer | Via Email and<br>Via First Class Mail per Exhibit A |
| Mignonette Investments Limited<br>2 Harrison Street, 6th Floor<br>San Francisco, CA 94105 | Potential equity holder of Debtor | Via First Class Mail per Exhibit A |
| Mignonette Investments Limited<br>Tropic Isle Building<br>PO Box 438<br>Road Town Tortola<br>British Virgin Islands | Potential equity holder of Debtor | Via First Class Mail per Exhibit A |
| Mignonette Investments Limited<br>c/o Claudette I. Francis<br>Tropic Isle Building<br>PO Box 438<br>Road Town Tortola<br>British Virgin Islands | Potential equity holder of Debtor | Via First Class Mail per Exhibit A |

| | | |
|---|---|---|
| PENAGO PTY LTD<br>c/o QUANTUM PARTNERS<br>Suite 1 Level 1, 95-97 Grafton Street<br>Bondi Junction NSW 2022<br>Australia | Potential equity holder of Mignonette Investments Ltd | Via First Class Mail per Exhibit A |
| PENAGO PTY LTD<br>c/o Paul Platus<br>15 St Leonards Avenue<br>St. Kilda VIC 3182<br>Australia | Potential equity holder of Mignonette Investments Ltd | Via First Class Mail per Exhibit A |
| PENAGO PTY LTD<br>c/o Phillip Hartley Green<br>1C Wentworth Place<br>Point Piper NSW 2027<br>Australia | Potential equity holder of Mignonette Investments Ltd | Via First Class Mail per Exhibit A |
| PENAGO PTY LTD<br>PO Box 2480<br>Bondi Junction NSW 1355<br>Australia | Potential equity holder of Mignonette Investments Ltd | Via First Class Mail per Exhibit A |
| Phillip Hartley Green<br>1C Wentworth Place<br>Point Piper NSW 2027<br>Australia | Potential interested party regarding Mignonette Investments Ltd and Penago Pty Ltd | Via First Class Mail per Exhibit A |
| Milly Green<br>Unit 22, 17-19 Gowrie Avenue<br>Bondi Junction NSW 2022<br>Australia | Potential interested party regarding Mignonette Investments Ltd and Penago Pty Ltd | Via First Class Mail per Exhibit A |
| Phillip Green<br>Alceon Group Pty Limited<br>Level 26, 1 O'Connell Street<br>Sydney, New South Wales 2000<br>Australia<br>Phil.Green@alceon.com.au | Potential interested party regarding Mignonette Investments Ltd and Penago Pty Ltd | Via Email and<br>First Class Mail per Exhibit A |
| ABRAXAS INTERNATIONAL LIMITED<br>36/F, Tower Two<br>Times Square, 1 Matheson Street<br>Causeway Bay<br>Hong Kong | Potential Interested Party identified by Mr. Akouete | Via First Class Mail per Exhibit A |
| JULIE IP, ESQ.<br>31/F, Tower Two,<br>Times Square, 1 Matheson Street<br>Causeway Bay<br>Hong Kong<br>julie.ip@tmf-group.com | Potential Interested Party identified by Mr. Akouete | Via Email and<br>First Class Mail per Exhibit A |
| Mignonette Investments Limited<br>c/o Insinger De Beaufort<br>16/F, Standard Chartered Bank Building<br>4-4A Des Voeux Road<br>Hong Kong | Potential equity holder of Mignonette Investments Ltd | Via First Class Mail per Exhibit A |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Taxing Authority | Via First Class Mail per Exhibit A |

| | | |
|---|---|---|
| Massachusetts Dept of Revenue<br>Bankruptcy Unit<br>PO Box 7090<br>Boston, MA 02114-9564 | Taxing Authority | Via First Class Mail per Exhibit A |
| Virgin Islands International Tax Authority<br>Peace House, Pickering Drive,<br>Road Town, Tortola VG 1110<br>Virgin Islands | Taxing Authority | Via First Class Mail per Exhibit A |
| Duncan Chapman<br>Keller Williams North Central Realty<br>670 Mechanic St<br>Leominster MA 01453 | Commercial Real Estate Broker | Via First Class Mail per Exhibit A |
| Jammie Geddis<br>Keller Williams North Central Realty<br>670 Mechanic St<br>Leominster MA 01453 | Commercial Real Estate Broker | Via First Class Mail per Exhibit A |
| Glickman Kovago & Jacobs<br>Attn: James Glickman, Principal<br>1 Mercantile Street, Suite 510<br>Worcester, MA 01608 | Commercial Real Estate Broker | Via First Class Mail per Exhibit A |
| Kelleher & Sadowsky<br>Attn: William D. Kelleher, IV, Managing Partner<br>120 Front Street<br>Worcester, MA 01608 | Commercial Real Estate Broker | Via First Class Mail per Exhibit A |
| Connect United Inc.<br>c/o Matt Cuneo<br>NAI Parsons Commercial Group<br>Boston<br>matt.cuneo@svn.com | Bidder for Property | Via Email |
| Pulte Homes of New England LLC<br>c/o Mike Travaline<br>Vice President of Land Acquisition<br>Michael.Travaline@Pulte.com | Bidder for Property | Via Email |
| Enjoi 77 Holdings LLC<br>c/o Zach Feldman<br>zf@e77h.com | Bidder for Property | Via Email |

# **EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>WESTBOROUGH SPE LLC | CASE NO: 23-40709-CJP<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 989 |

On 11/12/2025, I did cause a copy of the following documents, described below,

Notice of: (I) Intended Private Sale of 231 Turnpike Road, Westborough, Massachusetts Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Deadline for Filing Objections, and (III) Hearing Date; and (I) Proposed Settlement Agreement ECF Docket Reference No. 989

Settlement Agreement and Mutual Release 966

Trustee's Motion for Entry of an Order Approving and Authorizing Settlement Agreement and Mutual Release Pursuant to Fed. R. Bankr. P. 9019 967

Trustee's Motion for Entry of an Order Approving and Authorizing the Sale of 231 Turnpike Road, Westborough, Massachusetts Free and Clear of Liens, Claims, Encumbrances, and Interests and for Related Relief 968

Supplement to Motion to Approve Settlement [Dkt. No. 967] and Motion to Approve Sale of 231 Turnpike Road, Westborough, Massachusetts [Dkt. No. 968] 978

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/12/2025

        /s/ /s/ Angelina M. Savoia
        /s/ Angelina M. Savoia  715690

        Nicholson Devine LLC
        21 Bishop Allen Drive

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>WESTBOROUGH SPE LLC | CASE NO: 23-40709-CJP<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 989 |

On 11/12/2025, a copy of the following documents, described below,

Notice of: (I) Intended Private Sale of 231 Turnpike Road, Westborough, Massachusetts Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Deadline for Filing Objections, and (III) Hearing Date; and (I) Proposed Settlement Agreement ECF Docket Reference No. 989

Settlement Agreement and Mutual Release 966

Trustee's Motion for Entry of an Order Approving and Authorizing Settlement Agreement and Mutual Release Pursuant to Fed. R. Bankr. P. 9019 967

Trustee's Motion for Entry of an Order Approving and Authorizing the Sale of 231 Turnpike Road, Westborough, Massachusetts Free and Clear of Liens, Claims, Encumbrances, and Interests and for Related Relief 968

Supplement to Motion to Approve Settlement [Dkt. No. 967] and Motion to Approve Sale of 231 Turnpike Road, Westborough, Massachusetts [Dkt. No. 968] 978

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto                                       Declaration of Certificate of Service and that it is true and correct to the best of my knowledge.

DATED: 11/12/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Angelina M. Savoia
Nicholson Devine LLC
21 Bishop Allen Drive
Cambridge, MA  02139

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| | | |
|---|---|---|
| LOLONYON AKOUETE<br>800 RED MILLS RD<br>WALLKILL NY 12589 | DENISE EDWARDS<br>137 NORTH 25TH STREET<br>WYANDANCH NY 11798 | MARK S LICHTENSTEIN ESQ<br>AKERMAN LLP<br>1251 AVENUE OF THE AMERICAS<br>37TH FLOOR<br>NEW YORK NY 10020 |
| LENARD BENSON ZIDE ESQ<br>BUTTERS BRAZILIAN LL<br>420 BOYLSTON STREET 4TH FLOOR<br>BOSTON MA 02116 | CHRISTOPHER MULHEARN ESQ<br>LAW OFFICE OF CHRISTOPHER M MULHEARN INC<br>100 CENTERVILLE ROAD SUITE 1<br>WARWICK RI  02886 | PETER NICOSIA ESQ<br>NICOSIA  ASSOCIATES PC<br>PO BOX 721 259 MIDDLESEX RD<br>TYNGSBORO MA 01879 |
| MIGNONETTE INVESTMENTS LIMITED<br>2 HARRISON STREET 6TH FLOOR<br>SAN FRANCISCO CA 94105 | INTERNATIONAL<br><br>MIGNONETTE INVESTMENTS LIMITED<br>TROPIC ISLE BUILDING<br>PO BOX 438<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS | INTERNATIONAL<br><br>MIGNONETTE INVESTMENTS LIMITED<br>CO CLAUDETTE I FRANCIS<br>TROPIC ISLE BUILDING<br>PO BOX 438<br>ROAD TOWN TORTOLA<br>BRITISH VIRGIN ISLANDS |
| INTERNATIONAL<br><br>PENAGO PTY LTD<br>CO QUANTUM PARTNERS<br>SUITE 1 LEVEL 1 95-97 GRAFTON STREET<br>BONDI JUNCTION NSW 2022<br>AUSTRALIA | INTERNATIONAL<br><br>PENAGO PTY LTD<br>CO PAUL PLATUS<br>15 ST LEONARDS AVENUE<br>ST KILDA VIC 3182<br>AUSTRALIA | INTERNATIONAL<br><br>PENAGO PTY LTD<br>CO PHILLIP HARTLEY GREEN<br>1C WENTWORTH PLACE<br>POINT PIPER NSW 2027<br>AUSTRALIA |
| INTERNATIONAL<br><br>PENAGO PTY LTD<br>PO BOX 2480<br>BONDI JUNCTION NSW 1355<br>AUSTRALIA | INTERNATIONAL<br><br>PHILLIP HARTLEY GREEN<br>1C WENTWORTH PLACE<br>POINT PIPER NSW 2027<br>AUSTRALIA | INTERNATIONAL<br><br>MILLY GREEN<br>UNIT 22 1719 GOWRIE AVENUE<br>BONDI JUNCTION NSW 2022<br>AUSTRALIA |
| INTERNATIONAL<br><br>PHILLIP GREEN<br>ALCEON GROUP PTY LIMITED<br>LEVEL 26 1 OCONNELL STREET<br>SYDNEY NEW SOUTH WALES 2000<br>AUSTRALIA | INTERNATIONAL<br><br>ABRAXAS INTERNATIONAL LIMITED<br>36F TOWER TWO<br>TIMES SQUARE 1 MATHESON STREET<br>CAUSEWAY BAY<br>HONG KONG | INTERNATIONAL<br><br>JULIE IP ESQ<br>31F TOWER TWO<br>TIMES SQUARE 1 MATHESON STREET<br>CAUSEWAY BAY<br>HONG KONG |
| INTERNATIONAL<br><br>MIGNONETTE INVESTMENTS LIMITED<br>CO INSINGER DE BEAUFORT<br>16F STANDARD CHARTERED BANK BUILDING<br>4-4A DES VOEUX ROAD<br>HONG KONG | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101 | MASSACHUSETTS DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON MA 02114-9564 |
| INTERNATIONAL<br><br>VIRGIN ISLANDS INTERNATIONAL TAX AUTHORITY<br>PEACE HOUSE PICKERING DRIVE<br>ROAD TOWN TORTOLA VG 1110<br>VIRGIN ISLANDS | DUNCAN CHAPMAN<br>KELLER WILLIAMS NORTH CENTRAL REALTY<br>670 MECHANIC ST<br>LEOMINSTER MA 01453 | JAMMIE GEDDIS<br>KELLER WILLIAMS NORTH CENTRAL REALTY<br>670 MECHANIC ST<br>LEOMINSTER MA 01453 |
| GLICKMAN KOVAGO  JACOBS<br>ATTN JAMES GLICKMAN PRINCIPAL<br>1 MERCANTILE STREET SUITE 510<br>WORCESTER MA 01608 | KELLEHER  SADOWSKY<br>ATTN WILLIAM D KELLEHER IV MANAGING PARTNER<br>120 FRONT STREET<br>WORCESTER MA 01608 | CASE INFO<br><br> LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-40709-CJP<br>DISTRICT OF MASSACHUSETTS<br>WED NOV 12 12-9-47 PST 2025 |

EXCLUDE
(U)BABCOCK BROWN HOLDINGS INC

EXCLUDE
(U)BABCOCK BROWN INTERNATIONAL PTY LTD

EXCLUDE
(U)CALIFORNIA STATE CONTROLLERS OFFICE

EXCLUDE
(U)FERRIS DEVELOPMENT GROUP LLC

GOULSTON STORRS PC
ONE POST OFFICE SQUARE
BOSTON MA 02109-2115

NATHANSON GOLDBERG PC
183 STATE STREET 5TH FL
BOSTON MA 02109-2666

THE MOBILESTREET TRUST
12 COLE ROAD
WAYLAND MA 01778-3145

EXCLUDE
(U)TOWN OF WESTBOROUGH

DEBTOR
WESTBOROUGH SPE LLC
231 TURNPIKE ROAD
WESTBOROUGH MA 01581-2807

EXCLUDE
WORCESTER
U S BANKRUPTCY COURT
595 MAIN STREET
WORCESTER MA 01600-2060

ALLEN HIGHT
THE MOBILESTREET TRUST
12 COLE ROAD
WAYLAND MA 01778-3145

DARIN CLAGG
24 KOBBS KORNER RD
PINE BUSH NY 12566-5302

EXCLUDE
(D)DARIN CLAGG
24 KOBBS KORNER RD
PINE BUSH NY 12566-5302

DAVID M FERRIS
FERRIS DEVELOPMENT GROUP LLC
118 TURNPIKE RD STE 300
SOUTHBOROUGH MA 01772-2133

DENISE EDWARDS
137 NORTH 25TH STREET
WYANDANCH NEW YORK 11798 11798-2002

FERRIS DEVELOPMENT GROUP LLC
CO PAUL W CAREY ESQ
MIRICK OCONNELL
100 FRONT STREET
WORCESTER MA 01608-1425

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

(P)LOLONYON AKOUETE
ATTN WESTBOROUGH SPE LLC
800 RED MILLS RD
WALLKILL NY 12589-3220

LOLONYON AKOUETTE
800 RED MILES RD
WALLKILL NY 12589-3220

MATTHEW A MORRIS SHERIN AND LODGEN LLP
101 FEDERAL STREET 30TH FLOOR
BOSTON MA 02110-2109

NATHANSON GOLDBERG PC
ATTN SCOTT SCHLAGER
183 STATE STREET 5TH FL
BOSTON MA 02109-2666

SCOTT A SCHLAGER
NATHANSON GOLDBERG PC
183 STATE STREET 5TH FLOOR
BOSTON MA 02109-2666

THE MOBILESTREET TRUST
225 TURNPIKE ROAD
WESTBOROUGH MA 01581-2807

TOWN OF WESTBOROUGH
34 WEST MAIN STREET
WESTBOROUGH MA 01581-1998

WALTER HORST
BABCOCK BROWN
1264 RIMER DRIVE
MORAGA CA 94556-1727

COREY GUSTAFSON
CORE VALUES APPRAISAL ADVISORY INC
60 SURRY DRIVE
COHASSET MA 02025-1024

CRAIG R JALBERT
AS LIQUIDATING SUPERVISOR
VERDOLINO LOWEY PC
124 WASHINGTON STREET
FOXBOROUGH MA 02035-1368

```
                                        EXCLUDE

DENISE EDWARDS                          (U)DYANN BLAINE                         JONATHAN R GOLDSMITH
137 NORTH 25TH STREET                                                           GOLDSMITH  KATZ  ARGENIO  PC
WYANDANCH  NY 11798-2002                                                        1350 MAIN STREET
                                                                                SUITE 1505
                                                                                SPRINGFIELD  MA 01103-1676



EXCLUDE                                 EXCLUDE                                 EXCLUDE

(D)(P)LOLONYON AKOUETE                  (D)(P)LOLONYON AKOUETE                  (U)PETER BLAUSTEIN
ATTN WESTBOROUGH SPE LLC                ATTN WESTBOROUGH SPE LLC
800 RED MILLS RD                        800 RED MILLS RD
WALLKILL NY 12589-3220                  WALLKILL NY 12589-3220



                                        EXCLUDE

RICHARD KING                            (U)WALTER A HORST
OFFICE OF US TRUSTEE
446 MAIN STREET
14TH FLOOR
WORCESTER  MA 01608-2361
```