

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| In re:<br><br>**Westborough SPE LLC**<br>Debtor(s) | Chapter 7<br>23-40709-CJP |
|---|---|

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#968 Expedited Motion filed by Trustee Jonathan R. Goldsmith for Sale of Property free and clear of liens under Section 363(f) Re: 231 Turnpike Road, Westborough, Massachusetts Expedited Determination Requested Regarding Approval of Form of Combined Notice.

**Decision set forth as follows:**

THE REQUEST TO APPROVE THE FORM OF COMBINED NOTICE REGARDING THE SALE MOTION [ECF NO. 968] AND THE MOTION TO APPROVE THE SETTLEMENT AGREEMENT [ECF NO. 967] IS GRANTED AND THE FORM OF NOTICE IS APPROVED AS DESCRIBED ON THE RECORD. THE COURT WILL HOLD A COMBINED HEARING ON THE APPROVAL OF THE PRIVATE SALE AND THE MOTION TO APPROVE THE SETTLEMENT AGREEMENT (TOGETHER, THE "MOTIONS") ON DECEMBER 17, 2025 AT 2:30 P.M. IN COURTROOM 1, 12TH FLOOR, JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE, 5 POST OFFICE SQUARE, BOSTON, MA WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO. PARTIES IN INTEREST SEEKING TO APPEAR BY VIDEO AT THE CONTINUED HYBRID HEARING SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN DECEMBER 16, 2025 AT 4:30 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO. THE DEADLINE TO OBJECT TO THE MOTIONS IS DECEMBER 13, 2025 AT 11:59 P.M. EASTERN TIME. IN SERVING THE COMBINED NOTICE ON ALL PARTIES ENTITLED TO NOTICE, THE TRUSTEE WILL ALSO SERVE ADDRESSES OF POTENTIAL REPRESENTATIVES OF MIGNONNETE INVESTMENTS LIMITED AS IDENTIFIED AT THE HEARING AND SHALL USE GOOD FAITH EFFORTS TO DETERMINE WHETHER THERE IS REASONABLE NOTICE THAT CAN BE PROVIDED IN A NATIONAL PUBLICATION IN AUSTRALIA.

Dated: 11/18/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge