

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:<br><br>Westborough SPE LLC<br><br>Debtor | Chapter 7<br>23-40709-CJP |
|---|---|

## ORDER

**MATTER:**

#999 Emergency Motion for Interim Release of $10,000 from Funds Held by Trustee to Alleviate Immediate Hardship and to Preserve the Debtors Corporate Existence Pending Final Adjudication filed by Creditor Lolonyon Akouete.

DENIED. THIS COURT HAS PREVIOUSLY DENIED REQUESTS FOR INTERIM DISTRIBUTIONS IN THIS CHAPTER 7 CASE FILED BY THE MOVANT. THIS REQUEST IS DENIED FOR THE SAME REASONS. NOTWITHSTANDING HIS PERSONAL CIRCUMSTANCES, THE MOVANT CAN NOT SHOW A BASIS FOR THE EXTRAORDINARY REQUEST TO COMPEL A CHAPTER 7 TRUSTEE TO MAKE AN INTERIM DISTRIBUTION TO THE HOLDER OF A DISPUTED CLAIM. THE MOVANT APPEARS TO ALSO ARGUE THAT FUNDS BEING HELD BY THE TRUSTEE ARE NOT PROPERTY OF THE DEBTOR'S ESTATE, BUT HE LACKS STANDING TO ASSERT SUCH A CLAIM (EVEN IF ONE EXISTS) ON BEHALF OF OTHER ENTITIES THAT COULD CLAIM AN INTEREST UNDER HIS THEORIES. HE SEEMS TO ARGUE THAT HE IS OR WAS THE MANAGER OF THE DEBTOR, AN ISSUE THAT IS CONTESTED AND AT THE CENTER OF THE PENDING CLAIM OBJECTION, AND THAT MANAGEMENT COMPENSATION IS EFFECTIVELY EXCLUDED FROM THE ESTATE SUCH THAT IT SHOULD BE PAID TO HIM INDIVIDUALLY (AND PERHAPS NOT SUBJECT TO SECTION 502(b)(4) AND THE OBJECTION). THE COURT FINDS NO CREDIBLE BASIS FOR THOSE THEORIES THAT CAN BE DETERMINED IN THE CONTEXT OF THE EMERGENCY MOTION.

Dated: 11/26/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge