**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>**WESTBOROUGH SPE LLC,**<br><br>Debtor. | Chapter 7<br>Case No. 23-40709-CJP |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned, Angelina M. Savoia, hereby certifies that on this day I caused a copy of the following to be served on all parties listed on the attached Service List in the manner noted thereon:

- *Notice of: (I) Intended Private Sale of 231 Turnpike Road, Westborough, Massachusetts Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Deadline for Filing Objections, and (III) Hearing Date; and (I) Proposed Settlement Agreement and Mutual Release, (II) Deadline for Filing Objections, and (III) Hearing Date* [Dkt. No. 989];

- *Settlement Agreement and Mutual Release* [Dkt. No. 966];

- *Trustee's Motion for Entry of an Order Approving and Authorizing Settlement Agreement and Mutual Release Pursuant to Fed. R. Bankr. P. 9019* [Dkt. No. 967];

- *Trustee's Motion for Entry of an Order Approving and Authorizing the Sale of 231 Turnpike Road, Westborough, Massachusetts Free and Clear of Liens, Claims, Encumbrances, and Interests and for Related Relief* [Dkt. No. 968]; and

- *Supplement to Motion to Approve Settlement [Dkt. No. 967] and Motion to Approve Sale of 231 Turnpike Road, Westborough, Massachusetts [Dkt. No. 968]* [Dkt. No. 978].

Dated: December 5, 2025

/s/ Angelina M. Savoia, Esq.
Angelina M. Savoia (BBO #715690)
Nicholson Devine LLC
21 Bishop Allen Drive
Cambridge, MA 02139
Phone: 857-600-0508
Email: angelina@nicholsondevine.com

**First Class Mail, Postage Prepaid and/or email notice provided as noted[1]**

The following party has been served as noted:

| | | |
|---|---|---|
| Phillip Green<br>Level 37, The Chifley TowerLevel 2 Chifley Square<br>Sydney, New South Wales 2000<br>Australia | Potential interested party regarding Mignonette Investments Ltd and Penago Pty Ltd | Via First Class Mail per Exhibit A |

---

[1] The Trustee reserves all rights regarding the parties to whom the Trustee is providing notice herein and nothing in the descriptions in this certificate shall be deemed an admission of any party's interest.

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

Westborough SPE LLC

CASE NO: 23-40709-CJP

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 989

On 12/5/2025, I did cause a copy of the following documents, described below,

Notice of: (I) Intended Private Sale of 231 Turnpike Road, Westborough, Massachusetts Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Deadline for Filing Objections, and (III) Hearing Date; and (I) Proposed Settlement Agreement ECF Docket Reference No. 989

Settlement Agreement and Mutual Release 966

Trustee's Motion for Entry of an Order Approving and Authorizing Settlement Agreement and Mutual Release Pursuant to Fed. R. Bankr. P. 9019 967

Trustee's Motion for Entry of an Order Approving and Authorizing the Sale of 231 Turnpike Road, Westborough, Massachusetts Free and Clear of Liens, Claims, Encumbrances, and Interests and for Related Relief 968

Supplement to Motion to Approve Settlement [Dkt. No. 967] and Motion to Approve Sale of 231 Turnpike Road, Westborough, Massachusetts [Dkt. No. 968] 978

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/5/2025

/s/ /s/ Angelina M. Savoia
/s/ Angelina M. Savoia  715690

Nicholson Devine LLC
21 Bishop Allen Drive

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>Westborough SPE LLC | CASE NO: 23-40709-CJP<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 989 |

On 12/5/2025, a copy of the following documents, described below,

Notice of: (I) Intended Private Sale of 231 Turnpike Road, Westborough, Massachusetts Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Deadline for Filing Objections, and (III) Hearing Date; and (I) Proposed Settlement Agreement ECF Docket Reference No. 989

Settlement Agreement and Mutual Release 966

Trustee's Motion for Entry of an Order Approving and Authorizing Settlement Agreement and Mutual Release Pursuant to Fed. R. Bankr. P. 9019 967

Trustee's Motion for Entry of an Order Approving and Authorizing the Sale of 231 Turnpike Road, Westborough, Massachusetts Free and Clear of Liens, Claims, Encumbrances, and Interests and for Related Relief 968

Supplement to Motion to Approve Settlement [Dkt. No. 967] and Motion to Approve Sale of 231 Turnpike Road, Westborough, Massachusetts [Dkt. No. 968] 978

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto  Declaration of Certificate of Service and that it is true and correct to the best of my knowledge.

DATED: 12/5/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Angelina M. Savoia
Nicholson Devine LLC
21 Bishop Allen Drive
Cambridge, MA  02139

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

INTERNATIONAL

PHILLIP GREEN
LEVEL 37, THE CHIFLEY TOWER
2 CHIFLEY SQUARE
SYDNEY   NSW 2000