

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Westborough SPE LLC | Chapter 7 |
| | 23-40709-CJP |
| Debtor | |

**ORDER**

PURSUANT TO THE ORDER ENTERED AT ECF NO. 994 AND THE RESPONSE AT ECF NO. 995, THE COURT HEREBY SCHEDULES THE SUMMARY JUDGMENT MOTIONS AT ECF NOS. 658, 736, AND 845 FOR ORAL ARGUMENT ON JANUARY 22, 2026 AT 10:30 A.M. IN COURTROOM 1, 12TH FLOOR, JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE, 5 POST OFFICE SQUARE, BOSTON, MA, WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO. PARTIES IN INTEREST SEEKING TO APPEAR BY VIDEO AT THE HYBRID HEARING SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN JANUARY 21, 2026 AT 4:00 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

Dated: 12/31/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge