

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:               |                |
|----------------------|----------------|
| Westborough SPE LLC  | Chapter 7      |
|                      | 23-40709-CJP   |
| Debtor               |                |

### ORDER

**MATTER:**

#1023 Motion filed by Creditor Lolonyon Akouete for for Allowance and Payment of Administrative Expense Claim for Post-Petition Costar Subscription Pursuant to 11 U.S.C. Sec. 503(b)(1)(A), 503(b) and the Court's Equitable Powers.

UPON CONSIDERATION OF THE MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM FOR POST-PETITION COSTAR SUBSCRIPTION PURSUANT TO 11 U.S.C. §§ 503(B)(1)(A), 503(B) AND THE COURT'S EQUITABLE POWERS [ECF NO. 1023] (THE "MOTION") AND THE OBJECTIONS THERETO BY THE TOWN OF WESTBOROUGH [ECF NO. 1033] AND THE CHAPTER 7 TRUSTEE [ECF NO. 1034], THE MOTION IS DENIED. SETTING ASIDE THE SUBSTANTIAL ISSUE OF WHETHER A 503(B) CLAIM MAY EVEN BE ASSERTED IN A CHAPTER 7 CASE AND THE WEIGHT OF THE MAJORITY OF DECISIONS DECIDING THAT IN THE NEGATIVE, THE RECORD IN THIS CASE DOES NOT SUPPORT ALLOWANCE OF AN ADMINISTRATIVE CLAIM TO ADVANCE THE LITIGATION POSITIONS OF AKOUETE AS A CREDITOR. THE EXPENSE WAS NOT NECESSARY OR BENEFICIAL TO THE ESTATE. AKOUETE MADE NO EFFORT TO SEEK APPROVAL FROM THE TRUSTEE OR THE COURT TO INCUR CHARGES THAT WOULD RESULT IN AN ADMINISTRATIVE EXPENSE CLAIM.

Dated: 01/05/2026

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge