

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Westborough SPE LLC | Chapter 7 |
| | 23-40709-CJP |
| Debtor | |

## ORDER

**MATTER:**

#1062 Creditor's Motion for Reconsideration of Order Denying Motion for Partial Stay Pending Appeal Re: 1060 Order dated 1/5/2026 (Re: 1055 Creditor Lolonyon Akouete's Motion for Partial Stay Pending Appeal Pursuant to Fed. R. Bankr. P. 8007).

DENIED. THE MOTION FOR RECONSIDERATION DOES NOT APPEAR TO ASSERT ADDITIONAL MATERIAL INFORMATION THAT WAS NOT ALREADY CONSIDERED IN ENTERING THE ORDER DENYING MOVANT'S REQUEST FOR PARTIAL STAY PENDING APPEAL [ECF NO. 1060] (THE "SUBJECT ORDER") THAT WOULD DEMONSTRATE THAT THE COURT MADE A MANIFEST ERROR OF LAW OR FACT WITH RESPECT TO THE SUBJECT ORDER. *SEE IN RE WEDGESTONE FIN.*, 142 B.R. 7, 8 (BANKR. D. MASS. 1992) (CITATIONS OMITTED).

Dated: 01/06/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge