

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| In re:<br><br>Westborough SPE LLC<br><br>Debtor | Chapter 7<br>23-40709-CJP |
|---|---|

## ORDER

**MATTER:**

#1085 Emergency Motion filed by Creditor Lolonyon Akouete for Reconsideration of Order Denying Emergency Determination (Re: Dkt. 1084) [Re: 1084 Order dated 1/16/2026 (Re: 1083 Emergency Motion filed by Creditor Lolonyon Akouete Relief)].

DENIED. THE MOVANT STATES THAT NEW FACTS RELATED TO URGENT DENTAL ISSUES HE FACES WARRANT RECONSIDERATION OF THE DENIAL OF EMERGENCY CONSIDERATION OF A RULE 56(d) MOTION, AS TO WHICH THE COURT HAS ESTABLISHED AN EXPEDITED OPPOSITION DEADLINE THAT COINCIDES WITH THE OPPOSITION DEADLINE OF ANOTHER RULE 56 MOTION FILED BY THE MOYANT. WHILE THE COURT IS SYMPATHETIC TO THE MOVANT'S PERSONAL CIRCUMSTANCES, IT IS NOT EVIDENT HOW EMERGENCY CONSIDERATION OF THE RULE 56 MOTION, WHICH SEEKS TO RE-OPEN DISCOVERY AND POTENTIALLY THE RECORD RELATING TO PENDING MOTIONS FOR SUMMARY JUDGMENT, RELATES TO THE MOVANT ADDRESSING HIS URGENT DENTAL ISSUES OR HOW THOSE PERSONAL CIRCUMSTANCES RELATE TO THE UNDERLYING MOTION.

Dated: 01/16/2026

By the Court,

*Christopher J. Panos*
Christopher J. Panos
United States Bankruptcy Judge