

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:<br><br>**Westborough SPE LLC**<br>**Debtor(s)** | Chapter 7<br>23-40709-CJP |
|---|---|

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#736 Motion filed by Trustee Jonathan R. Goldsmith For Summary Judgment.

**Decision set forth as follows:**

TAKEN UNDER ADVISEMENT.

Dated: 01/26/2026

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge