

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Westborough SPE LLC | Chapter 7 |
| | 23-40709-CJP |
| Debtor | |

## ORDER

**MATTER:**

#1103 Emergency Motion filed by Creditor Lolonyon Akouete for Limited Clarification of Preliminary Injunction to Permit Procedural Appearance in Pending State Court Action.

THE "EMERGENCY MOTION FOR LIMITED CLARIFICATION OF PRELIMINARY INJUNCTION TO PERMIT PROCEDURAL APPEARANCE IN PENDING STATE COURT ACTION" [ECF NO. 1003] (THE "EMERGENCY MOTION") OF LOLONYON AKOUETE IS DENIED IN PART.

MR. AKOUETE REPRESENTS THAT HE HAS FILED A MOTION IN THE SUFFOLK SUPERIOR COURT CASE OF AKOUETE V. MIGNONETTE INVESTMENTS LIMITED (C.A. No. 2584CV02036) (THE "STATE COURT CASE") REQUESTING A STAY OF THE STATE COURT CASE CONSISTENT WITH PRIOR ORDERS OF THIS COURT. HE ALSO STATES THAT THE SUPERIOR COURT HAS A HEARING SCHEDULED ON FEBRUARY 4, 2026, BUT DOES NOT SPECIFY THE SUBJECT OF THE HEARING. MR. AKOUETE SEEKS CLARIFICATION PURSUANT TO THE MOTION THAT THE PRESENT INJUNCTION DOES NOT PROHIBIT HIM FROM (1) APPEARING AT THE FEBRUARY 4, 2026 HEARING; (2) REQUESTING REMOTE ACCESS WITH RESPECT TO THAT HEARING; (3) FILING AN AFFIDAVIT OF SERVICE; OR (4) SEEKING ENTRY OF DEFAULT.

THE COURT CLARIFIES THAT, IF THE SUPERIOR COURT HAS SCHEDULED A HEARING, MR. AKOUETE MAY APPEAR AND PROVIDE A STATUS REPORT TO THE SUPERIOR COURT AND REQUEST TO APPEAR REMOTELY FOR THAT PURPOSE. MR. AKOUETE MAY ALSO REQUEST THAT THE SUPERIOR COURT GRANT MR. AKOUETE'S REQUEST TO STAY THE STATE COURT CASE.  MR. AKOUETE MAY NOT REQUEST ENTRY OF DEFAULT OR SEEK OTHER RELIEF.  IT IS NOT CLEAR WHAT THE AFFIDAVIT OF SERVICE REFERENCED BY MR. AKOUETE IS RELATED TO.  IF IT IS FOR THE PURPOSE OF PROVIDING NOTICE OF THE REQUEST TO APPEAR REMOTELY OR TO HAVE THE STATE COURT ACTION STAYED, HE MAY ALSO FILE SUCH AFFIDAVIT.  IF IT IS RELATED TO

HIS EFFORTS TO OBTAIN A DEFAULT, IT IS PROHIBITED ABSENT FURTHER ORDER. SHOULD MR. AKOUETE SEEK APPROVAL FROM THE SUPERIOR COURT TO APPEAR REMOTELY, HE SHOULD ALSO REQUEST THAT THE CHAPTER 7 TRUSTEE BE ALLOWED TO DO THE SAME IF HE OR HIS COUNSEL WISHES TO ATTEND THAT HEARING. THE TRUSTEE IS NOT REQUIRED TO ATTEND ANY SUPERIOR COURT HEARINGS, BUT MAY DO SO IF HE OR HIS COUNSEL BELIEVE THAT IS APPROPRIATE OR WOULD BE USEFUL TO THE SUPERIOR COURT.

MR. AKOUETE SHALL ATTACH A COPY OF THIS ORDER TO ANY FILING HE MAKES IN THE SUPERIOR COURT WITH RESPECT TO THE FEBRUARY 4, 2026 HEARING.

Dated: 01/30/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge