# PDF FILE WITH AUDIO FILE ATTACHMENT

Case Type:      bk
Case Number:    23-40709
Case Title:     Westborough SPE LLC
Case Matter:    Hybrid Hearing on #190 Motion filed by Trustee Jonathan R. Goldsmith to Approve #189 Settlement Agreement.  (Jonathan Goldsmith)

Audio Date/Time:    01/30/2026 12:11:06
Audio File Name:    WorcesterCR3CJP_20240820-1403_01daf309ca9701001.mp3
Audio File Size:    37808.44 kb
Audio Run Time:     00:00:4839

Help using this file:

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.

This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."