# PDF FILE WITH AUDIO FILE ATTACHMENT

Case Type:       bk
Case Number:   23-40709
Case Title:        Westborough SPE LLC
Case Matter:    Hybrid Rule 16 Conference on #639 Objection to Claim 5 of Claimant Denise Edwards. and Request to Consolidate Dispute With Pending Contested Matter Regarding Claims of Lolonyon Akouete.

Audio Date/Time:   01/30/2026 13:25:04
Audio File Name:   WorcesterCR3CJP_20250610-1408_01dbda1112aa20001.mp3
Audio File Size:      19611.75 kb
Audio Run Time:   00:00:2510

Help using this file:

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.

This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."