

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | Westborough SPE LLC | Chapter 7 |
|---|---|---|
| | Debtor | 23-40709-CJP |

## ORDER

**MATTER:**

#1074 Motion filed by Lolonyon Akouete For Entry of a Narrow Order Directing the Internal Revenue Service to Release Forms SS-4 and 8822-B (FED.R.CIV.P.56(b), as Incorporated by FED.R.BANKR.P. 7056);

#1083 Emergency Motion filed by Lolonyon Akouete Relief Under Fed. R. Civ. P. 56(d) (As Incorporated by Fed. R. Bank. P. 7056) for Expedited, Limited Discovery to Clarify Dispositive Authority Facts for Summary Judgement.

UPON CONSIDERATION OF THE MOTIONS AT ECF NOS. 1074 AND 1083 (THE "MOTIONS"), THE OBJECTION TO OF THE TRUSTEE, THE RESPONSE OF MR. AKOUETE, AND THE RECORD OF THIS CASE, THE MOTIONS ARE DENIED.

DISCOVERY CLOSED IN APRIL OF 2025, AND MOVANT FILED A MOTION FOR SUMMARY JUDGMENT AND DID NOT SEEK ANY EXTENSION OF THE DEADLINE PRIOR TO THE CLOSING OF THE SUMMARY JUDGMENT RECORD. FURTHER, THE INFORMATION IDENTIFIED BY MOVANT AS POSSIBLY EXISTING WOULD HAVE BEEN AVAILABLE DURING THE DISCOVERY PERIOD AND MAY HAVE ONLY TANGENTIAL RELEVANCE, WHICH WOULD HAVE BEEN KNOWN DURING THE DISCOVERY PERIOD. FURTHER, AS SET OUT IN THE TRUSTEE'S OBJECTION AT PARAGRAPHS 12 -15, THE SUPPLEMENTAL DISCOVERY IDENTIFIED IS UNLIKELY TO GARNER USEFUL EVIDENCE IN CONSIDERING THE MOTIONS FOR SUMMARY JUDGMENT THAT ARE UNDER ADVISEMENT, AND MOVANT HAS NOT MET HIS BURDEN TO DEMONSTRATE THAT THE ADDITIONAL INFORMATION WOULD LIKELY INFLUENCE THE DISPOSITION OF THE SUMMARY JUDGMENT MOTIONS AND WOULD OUTWEIGH THE FACT THAT MOVANT DID NOT TIMELY SEEK THIS DISCOVERY.

Dated: 02/04/2026

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge