

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Westborough SPE LLC | Chapter 7 |
| | 23-40709-CJP |
| Debtor | |

## ORDER

**MATTER:**

#1090 Motion for Authorization of Rule for 2004 Examination and Issuance of Subpoena Duces Tecum to Goulston & Storrs PC filed by Creditor Lolonyon Akouete; and

#1091 Supplement to Rule 2004 Motion Requesting Expedited Consideration and Providing Full Transaction Email Record, Participant Identification, and Analysis (Re: 1090 Motion for Authorization of Rule for 2004 Examination and Issuance of Subpoena Duces Tecum to Goulston & Storrs PC) filed by Creditor Lolonyon Akouete.

DENIED FOR THE REASONS SET FORTH PRIOR ORDERS DENYING SIMILAR RELIEF. *SEE, E.G.*, ECF NOS. 839 AND 962.

FURTHER, AS ESTATE REPRESENTATIVE, THE TRUSTEE HAS ACCESS TO AND MAY DEMAND TURNOVER ANY RECORDS OF THE DEBTOR HE DEEMS NECESSARY FOR ADMINISTRATION OF THE ESTATE. TO THE EXTENT THAT THE TRUSTEE HAS NOT MADE A DEMAND THAT GOULSTON & STORRS TURNOVER OR RETAIN RECORDS RELATING TO ITS REPRESENTATION OF THE DEBTOR (WHICH APPEARS TO HAVE BEEN ALMOST 20 YEARS AGO IN CONNECTION WITH THE FORMATION OF THE DEBTOR AND RELATED TRANSACTIONS), GOULSTON & STORRS SHALL PRESERVE ANY RECORDS IN IN POSSESSION, CUSTODY, OR CONTROL UNTIL THIS CASE IS CLOSED.

Dated: 02/05/2026

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge