UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Westborough SPE LLC | Chapter 7 |
| | Case No. 23-40709-CJP |
| Debtor | |

# ORDER

The Notice of Appeal and Statement of Election [ECF No. 1136] (the "New Notice") filed by Lolonyon Akouete is captioned as an "amended" notice and references the appeal of orders entered by this Court at ECF Nos. 1037, 1038, 1058, and 1103.[1] The New Notice includes the United States District Court for the District of Massachusetts (the "District Court") caption of a pending appeal (26-cv-10037-WGY), but it appears that only three of the four orders referenced in the New Notice are the subject of the pending District Court appeal. *See* Notice of Appeal and Statement of Election [ECF No. 1050, as amended by ECF No. 1064] (the "Prior Notice"). In the New Notice, Mr. Akouete does not elect that the appeal of ECF No. 1108 (*see* Note 1) to be heard by the District Court, whereas, in the Prior Notice, Mr. Akouete elected that the appeal of this Court's Orders at ECF Nos. 1037, 1038, and 1058 (collectively, the "Orders Subject to Prior Appeal") be heard by the District Court. The Prior Notice has been transmitted to the District Court.

Accordingly, it appears that the only Order of this Court that is properly the subject of the New Notice is the Order at ECF No. 1108, and the Court directs the Clerk's Office to transmit (1) the New Notice to the United States Bankruptcy Appellate Panel for the First Circuit (the "BAP") because Mr. Akouete has not elected that the appeal of that Order at ECF No. 1108 be heard by the District Court, along with a copy of this Order and (2) copies of this Order and the New Notice to the District Court for informational purposes because the New Notice references orders that are subject to the Prior Notice.

Dated: 02/05/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge

---

[1] The New Notice identifies an Order dated January 30, 2026 as having been entered at ECF No. 1103, but this appears to be a typographical error. The Court entered an Order on January 30, 2026 with respect to Mr. Akouete's motion [ECF No. 1103] at ECF No. 1108.