UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Westborough SPE LLC | Chapter 7 |
| | Case No. 23-40709-CJP |
| Debtor | |

# ORDER

The Notice of Appeal and Statement of Election [ECF No. 1136] (the "New Notice") filed by Lolonyon Akouete is captioned as an "amended" notice and references the appeal of orders entered by this Court at ECF Nos. 1037, 1038, 1058, and 1103.[1] The New Notice includes the United States District Court for the District of Massachusetts (the "District Court") caption of a pending appeal (26-cv-10037-WGY), but it appears that only three of the four orders referenced in the New Notice are the subject of the pending District Court appeal. *See* Notice of Appeal and Statement of Election [ECF No. 1050, as amended by ECF No. 1064] (the "Prior Notice"). In the New Notice, Mr. Akouete does not elect that the appeal of ECF No. 1108 (*see* Note 1) to be heard by the District Court, whereas, in the Prior Notice, Mr. Akouete elected that the appeal of this Court's Orders at ECF Nos. 1037, 1038, and 1058 (collectively, the "Orders Subject to Prior Appeal") be heard by the District Court. The Prior Notice has been transmitted to the District Court.

Accordingly, it appears that the only Order of this Court that is properly the subject of the New Notice is the Order at ECF No. 1108, and the Court directs the Clerk's Office to transmit (1) the New Notice to the United States Bankruptcy Appellate Panel for the First Circuit (the "BAP") because Mr. Akouete has not elected that the appeal of that Order at ECF No. 1108 be heard by the District Court, along with a copy of this Order and (2) copies of this Order and the New Notice to the District Court for informational purposes because the New Notice references orders that are subject to the Prior Notice.

Dated: 02/05/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge

---

[1] The New Notice identifies an Order dated January 30, 2026 as having been entered at ECF No. 1103, but this appears to be a typographical error. The Court entered an Order on January 30, 2026 with respect to Mr. Akouete's motion [ECF No. 1103] at ECF No. 1108.

Official Form 417A (12/23)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORCESTER, ss.  ) | |
| ) | |
| In re:  ) | Case No. 23-40709-CJP |
| ) | Chapter 7 |
| WESTBOROUGH SPE LLC,  ) | |
| ) | |
| Debtor.  ) | |
| _____  ) | |
| ) | |
| LOLONYON AKOUETE,  ) | |
| ) | |
| Creditor/Appellant,  ) | |
| v.  ) | |
| ) | Case No. 1:26-CV-10037-WGY |
| JONATHAN GOLDSMITH, Chapter 7 Trustee,  ) | |
| Durgaprasad Nagalla and Venkatesh Mohanraj,  ) | |
| Trustees of The MobileStreet Trust, Creditor,  ) | |
| Town of Westborough, Creditor,  ) | |
| Ferris Development Group, LLC, Creditor,  ) | |
| Lax Media LLC and Lax Media MA LLC  ) | |
| Bochasanwasi Shree Akshar Purushottam  ) | |
| Swaminarayan Sanstha – Northeast, Buyer,  ) | |
| ) | |
| Appellees  ) | |
| ) | |
| _____  ) | |

## AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): LOLONYON AKOUETE

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
- ☐ Plaintiff
- ☐ Defendant
- ☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
- ☐ Debtor
- ☐ Creditor
- ☐ Trustee
- ☐ Other (describe) _____

## Part 2:  Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   The appellant appeals from the following orders of the United States Bankruptcy Court for the District of Massachusetts:

   Order Granting Trustee's Motion for Entry of an Order Approving and Authorizing Settlement Agreement and Mutual Release Pursuant to Fed. R. Bankr. P. 9019, as Supplemented, entered on December 24, 2025 [Dkt. No. 1038];

   Order (I) Authorizing the Private Sale of 231 Turnpike Road, Westborough, Massachusetts Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Approving the Purchase and Sale Agreement; (III) Authorizing Disbursements of Sale Proceeds Pursuant to the Settlement Agreement and Mutual Release; and (IV) Granting Related Relief, entered on December 24, 2025 [Dkt. No. 1037]; and

   Order Denying Creditor Lolonyon Akouete's Motion for Allowance and Payment of Administrative Expense Claim for Post-Petition CoStar Subscription Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 503(b), entered on January 5, 2026 [Dkt. No. 1058].

   The orders appealed from arise out of (a) the Trustee's Motion for Entry of an Order Approving and Authorizing Settlement Agreement and Mutual Release [Dkt. No. 967], (b) the Trustee's Expedited Motion for Sale of Property Free and Clear of Liens Under 11 U.S.C. § 363(f) [Dkt. No. 968], and (c) Creditor Lolonyon Akouete's Motion for Allowance and Payment of Administrative Expense Claim for Post-Petition CoStar Subscription [Dkt. No. 1023].

   Order dated January 30, 2026 (Dkt. No. 1103), denying in part the Emergency Motion for Limited Clarification of Preliminary Injunction to Permit Procedural Appearance in Pending State Court Action, which interprets and enforces the scope of the Court's preliminary injunction and restricts Appellant's litigation conduct in the related Suffolk Superior Court action.

2. State the date on which the judgment—or the appealable order or decree—was entered:
   December 24, 2025 and January 5, 2026 and January 30, 2026.

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:   _Jonathan R. Goldsmith_   Attorney:   Chapter 7 Trustee
   Christine E. Devine
   Nicholson Devine LLC
   PO Box 7 Medway, MA 02505
   christine@nicholsondevine.com
   (508) 533-7240

2.  Party: __Ferris Development__    Attorney: __Paul W. Carey__
    __Mirick, O'Connell, DeMallie__
    __& Lougee, LLP__
    __100 Front Street__
    __Worcester, MA 01608-1477__
    __pcarey@mirickoconnell.com__
    __508-860-1590__

3.  Party: __Town of Westborough__ Attorney: __Roger L. Smerage__
    __KP Law, P.C. 101 Arch Street,__
    __12th Floor Boston, MA 02110__
    __rsmerage@k-plaw.com__
    __617-654-1774__

4.  Party: __Lax Media__    Attorney: __Christopher Mulhearn, Esq__
    __Law Office of Christopher M. Mulhearn, Inc.__
    __100 Centerville Road, Suite 1__
    __Warwick, RI 02886__
    __cmulhearn@mulhearnlawri.com__
    __(401) 533-9330__

5.  Party: __The MobileStreet Trust__ Attorney: __Lenard Benson Zide__
    __Butters Brazilian LLP__
    __420 Boylston Street, 4th Floor__
    __Boston, MA 02116__
    __zide@buttersbrazilian.com__
    __617.367.2600__

6.  Party: __BSAPSS__    Attorney: __Peter J. Nicosia, Esq__
    __Nicosia & Associates P.C.__
    __259 Middlesex Road, PO Box 721__
    __Tyngsboro, MA 01879__
    __nicosia@nicosia-associates.com__
    __(978) 649-4300__

7.  Party: __Lolonyon Akouete__    Pro se    __Lolonyon Akouete__
    __800 Red Mills Rd__
    __Wallkill NY 12589__
    __info@smartinvestorsllc.com__
    __443-447-3276__

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____         Date: 02/1/2026
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

Lolonyon Akouete
800 Red Mills Rd, Wallkill NY 12589
Info@smartinvestorsllc.com
443-447-3276

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]