# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>**WESTBOROUGH SPE LLC,**<br><br>Debtor. | Chapter 7<br>Case No. 23-40709-CJP |

### APPELLEE CHAPTER 7 TRUSTEE'S DESIGNATION OF
### ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL
### (Re Appeal of Dkt. Nos. 1037, 1038, and 1058)

Pursuant to Fed. R. Bankr. P. 8009(a)(2), appellee Jonathan R. Goldsmith (the "Trustee"), Chapter 7 Trustee of the bankruptcy estate (the "Estate") of Westborough SPE LLC (the "Debtor"), hereby designates additional items to be included in the record on appeal regarding the appeal by Lolonyon Akouete ("Akouete") of the Bankruptcy Court Orders entered at Docket Nos. 1037, 1038, and 1058. Akouete initiated the appeal with an initial notice of appeal and then amended that notice appeal with a second notice of appeal [*See* Dkt. No. 1050, as amended by Dkt. No. 1064] (together, the "USDC Appeal"). On January 27, 2026, Akouete filed a designation regarding items to be included in the record on appeal regarding the USDC Appeal [*See* Dkt. No. 1104]. The Trustee designates the following additional items to be included in the record regarding the USDC Appeal:

| Dkt. No. | Date | Additional Designated Items |
|---|---|---|
| 969 | 11/4/2025 | Certificate of Service |
| 972 | 11/5/2025 | Order dated 11/5/25 Scheduling Hearing Regarding Form of Notice of Trustee's Sale Motion and Trustee's Motion to Approve Settlement Agreement |
| 976 | 11/6/2025 | Certificate of Service |

| 977 | 11/7/2025 | Motion by Lolonyon Akouete for Expedited Hearing and Shortened Notice Period Regarding Trustee's Sale Motion and Trustee's Motion to Approve Settlement Agreement |
| --- | --- | --- |
| 979 | 11/7/2025 | Order Converting 11/10/2025 Hearing to Telephonic Hearing |
| 980 | 11/7/2025 | Order Scheduling Hearing on Motion by Lolonyon Akouete for Expedited Hearing |
| 981 | 11/7/2025 | Certificate of Service |
| 990 | 11/10/2025 | Certificate of Service |
| 1015 | 12/4/2025 | Notice of Publication Regarding Proposed Sale |
| 1017 | 12/5/2025 | Supplemental Certificate of Service |
| 1018 | 12/8/2025 | Supplemental Certificate of Service |
| 1024 | 12/11/2025 | Emergency Motion by Lolonyon Akouete for Expedited Hearing |
| 1051 | 1/5/2026 | Court's Order Regarding Deficiency |
| 1052 | 1/5/2026 | Clerk's Notice of Fees Due |
| 1053 | 1/5/2026 | Notice of Appeal to District Court |
| 1079 | 1/12/2026 | Motion by Lolonyon Akouete for Reconsideration of Order Denying Administrative Expense Claim |
| 1093 | 1/21/2026 | Certification of Default |
| 1094 | 1/21/2026 | Transmittal (Re Certificate of Default) |
| 1097 | 1/23/2026 | Motion by Lolonyon Akouete to Excuse Default and for Extension of Time |

The Trustee has ordered the transcripts of the hearings conducted by the Bankruptcy Court on the following dates and the Trustee designates those transcripts for inclusion in the record regarding the USDC Appeal:

| |
|---|
| Transcript[1] of Hearing conducted November 10, 2025 regarding Approval of Combined Form of Notice of Trustee's Sale Motion and Trustee's Motion to Approve Settlement Agreement |
| Transcript of Hearing conducted December 17, 2025 regarding Trustee's Sale Motion and Trustee's Motion to Approve Settlement Agreement |

                                                Respectfully submitted,

                                                **Jonathan R. Goldsmith,**
                                                **Chapter 7 Trustee**

                                                by his counsel,

                                                  /s/ Christine E. Devine
                                              Christine E. Devine, BBO #566990
                                              Angelina M. Savoia, BBO #715690
                                              Nicholson Devine LLC
                                              P.O. Box 7
                                              Medway, MA 02053
                                              Phone:  508-533-7240

Dated: February 10, 2026                     Email:  christine@nicholsondevine.com

---

[1] This Bankruptcy Court has posted on the Bankruptcy Court's docket audio of the hearings designated by the Trustee [Dkt. Nos. 1126, 1130, 1131, and 1132]. Akouete has also designated these two hearings as part of the record on appeal [*See* Dkt. No. 1104], but Akouete has represented at various times that he is unable to pay for the preparation of written transcripts. Therefore, the Trustee has ordered the two transcripts noted.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:**<br><br>**WESTBOROUGH SPE LLC,**<br><br>Debtor. | **Chapter 7**<br>**Case No. 23-40709-CJP** |

**CERTIFICATE OF SERVICE**

The undersigned, Christine E. Devine, hereby certifies that on this day I caused a copy of the following document to be served on all parties listed on the attached Service List in the manner noted thereon:

**APPELLEE CHAPTER 7 TRUSTEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL**
**(Re Appeal of Dkt. Nos. 1037, 1038, and 1058)**

Dated: February 10, 2026               /s/ Christine E. Devine
                                                           Christine E. Devine, BBO #566990
                                                           Nicholson Devine LLC
                                                           P.O. Box 7
                                                           Medway, MA 02053
                                                           Phone: 508-533-7240
                                                           Email: christine@nicholsondevine.com

Electronic Mail Notice List

The following list of parties and attorneys have received electronic notice via the Court's CM/ECF noticing process:

- **Jeffrey T Blake**   jblake@k-plaw.com
- **Paul W. Carey**   pcarey@miricklaw.com, bankrupt@mirickoconnell.com
- **Jose C. Centeio**   jcc@natgolaw.com
- **Brian Charville**   bcharville@ferrisdevelopment.com
- **Christine E. Devine**   christine@nicholsondevine.com, devine.christiner109603@notify.bestcase.com;angelina@nicholsondevine.com;christine_492@ecf.courtdrive.com
- **Jonathan R. Goldsmith**   bankrdocs1@gkalawfirm.com, bankrdocs@gkalawfirm.com;Esq..JonathanR.G.B145355@notify.bestcase.com
- **Jonathan R. Goldsmith**   trusteedocs1@gkalawfirm.com, trusteedocs@gkalawfirm.com;mwolohan@gkalawfirm.com;MA43@ecfcbis.com
- **Stephen F. Gordon**   sgordon@gordonfirm.com, vhaggerty@gordonfirm.com;notices@gordonfirm.com;stephenfgordon@gmail.com
- **Richard King**   USTPRegion01.WO.ECF@USDOJ.GOV
- **Brian Lee**   blee@nutter.com
- **Samual A. Miller**   samual.miller@akerman.com
- **Brian W. Riley**   briley@k-plaw.com
- **Douglas B. Rosner**   drosner@goulstonstorrs.com
- **Angelina M. Savoia**   angelina@nicholsondevine.com, angelina@ecf.courtdrive.com
- **Roger L. Smerage**   rsmerage@k-plaw.com

Email List and / or First Class Mail

The following list of parties and attorneys have been served via as noted:

Lolonyon Akouete                                Via Email and First Class Mail
800 Red Mills Rd
Wallkill, NY 12589
info@smartinvestorsllc.com

Denise Edwards                                  Via Email and First Class Mail
137 North 25th Street
Wyandanch, NY 11798
deniseedwards818@yahoo.com


Christopher Mulhern, Esq.                       Via Email and First Class Mail
Law Office of Christopher Mulhern, Inc.
100 Centerville Rd.
Warwick, RI 02886
cmulhern@mulhernlawri.com

| | |
|---|---|
| Peter J. Nicosia, Esq.<br>Nicosia & Associates P.C.<br>259 Middlesex Rd<br>PO Box 721<br>Tyngsboro, MA 01879<br>nicosia@nicosia-associates.com | Via Email and First Class Mail |
| Mark S. Lichtenstein<br>Akerman LLP<br>1251 Avenue of the Americas<br>37th Floor<br>New York, NY 10020<br>mark.lichtenstein@akerman.com | Via Email |
| Lenard Benson Zide, Esq.<br>Butters Brazilian LLP<br>420 Boylston Street, 4th Floor<br>Boston, MA 02116<br>zide@buttersbrazilian.com | Via Email and First Class Mail |
| Jonathan La Liberte<br>Sherin and Lodgen LLP<br>101 Federal Street, 30th Floor<br>Boston, MA 02110<br>jclaliberte@sherin.com | Via Email |