**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

In Re: Westborough SPE LLC  Chapter: 7
Debtor  Case No.: 23–40709 –cjp

BAP Case No.:

---

# TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. Bankr. P. 8010(b), I, Mary P. Sharon, Clerk of the United States Bankruptcy Court, District of Massachusetts, certify that I am transmitting the following with respect to the Record on Appeal for the above−captioned case:

☐ Copies of all the original documents listed in the Appellant's Designation of Record.

☑ Copies of all the original documents listed in the Appellee's Designation of Record.

☐ Copies of those original documents listed in the Appellant's Designation of Record which are part of the official record of this Court. The following document, which the Appellant listed but is not part of the official record of this Court, is not included in this transmission:

☐ Copies of those original documents listed in the Appellee's Designation of Record which are part of the official record of this Court. The following document, which the Appellee listed but is not part of the official record of this Court, is not included in this transmission:

☑ The transcript(s) of the hearing(s) held on **11/10/2025 and 12/17/2025**

- ☐ Is attached.
- ☑ Was ordered, is not yet available, and is not included in this transmission.
- ☐ Was not requested.

☐ Other:

Date: 2/11/26

For the Court
Mary P. Sharon
Clerk, U.S. Bankruptcy Court

By the Court,

Megan Heinrich
Deputy Clerk
508–770–8950