UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) | Case No. 23-40709-CJP |
| WESTBOROUGH SPE LLC, | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**APPELLANTS' DESIGNATION OF RECORD AND STATEMENT
OF ISSUES ON APPEAL PURSUANT TO FED. R. BANKR. P. 8009(a)**

**Re: Appeal of Dkt. Nos. 1139 and 1145**

Pursuant to Fed. R. Bankr. P. 8009(a), Appellant Lolonyon Akouete designates the record on appeal and states the issues presented regarding the Orders entered in Case No. 23-40709-CJP on February 4, 2026 (Dkt. No. 1139) and February 5, 2026 (Dkt. No. 1145).

Appellant filed a Notice of Appeal and Statement of Election to the United States District Court on February 13, 2026 (Dkt. No. 1172), identifying these Orders. This filing is timely under Rule 8009(a).

**DESIGNATION OF THE RECORD ON APPEAL**

| Dkt. No. | Date | Designated Items |
|---|---|---|
| 65 | 01/08/2024 | Motion to Compel Release of Information for FinCEN compliance |
| 66 | 01/12/2024 | Order denying Motion to Compel FinCEN information |
| 68 | 01/16/2024 | Motion to Require Trustee to Furnish Information (§ 704(a)(7)) |
| 75 | 01/25/2024 | Trustee Objection to § 704(a)(7) information motion |
| 76 | 01/26/2024 | Order denying § 704(a)(7) information motion |
| 104 | 02/20/2024 | Expedited Motion to Compel FinCEN Information |
| 170 | 05/23/2024 | Trustee updated response regarding FinCEN compliance |
| 171 | 05/28/2024 | Response to Trustee's FinCEN status report |
| 219 | 08/06/2024 | Motion to Compel Trustee to Obtain Appraisal |
| 222 | 08/07/2024 | Order denying Motion to Compel Appraisal |

| 229 | 08/09/2024 | Motion to Compel Release of Appraisal and Related Documents |
| 236 | 08/09/2024 | Order denying Motion to Compel Release of Appraisal |
| 250 | 08/14/2024 | Motion for Discovery |
| 261 | 08/14/2024 | Order denying Motion for Discovery |
| 285 | 08/20/2024 | Notice of Issuance of Subpoenas |
| 306 | 08/29/2024 | Town request for Discovery Conference |
| 307 | 08/29/2024 | Order setting hearing on Discovery Conference |
| 314 | 09/03/2024 | Order following Discovery Conference |
| 340 | 09/18/2024 | Motion to Compel Trustee to file report on unclaimed funds |
| 342 | 09/18/2024 | Order denying expedited treatment of Motion to Compel |
| 347 | 09/19/2024 | Trustee objection and request for sanctions re Motion to Compel |
| 358 | 09/23/2024 | Motion to Clarify Disputed Issues and Request for Admissions |
| 363 | 09/26/2024 | Order denying Request for Admissions motion |
| 376 | 10/07/2024 | Motion to Compel Trustee action re foreclosure recovery |
| 382 | 10/08/2024 | Order denying Motion to Compel Trustee action |
| 437 | 11/25/2024 | Expedited Motion for Court Assistance to Obtain Information |
| 449 | 12/04/2024 | Motion to Compel Compliance with Subpoena |
| 452 | 12/05/2024 | Motion for Approval to Serve Subpoena by Email |
| 456 | 12/11/2024 | Motion to Authorize Subpoena of Massachusetts Tax Return |
| 464 | 12/16/2024 | First Request for Admissions |
| 465 | 12/16/2024 | First Request for Production of Documents |
| 466 | 12/16/2024 | First Set of Interrogatories |
| 474 | 12/18/2024 | Motion to Compel Initial Disclosures (Rule 26) |
| 475 | 12/18/2024 | Motion for Discovery Conference |
| 486 | 12/23/2024 | Order striking Request for Admissions |
| 487 | 12/23/2024 | Order striking Request for Production |

| 488 | 12/23/2024 | Order striking Interrogatories |
|---|---|---|
| 513 | 01/29/2025 | Notice of Issuance of Subpoenas |
| 560 | 03/05/2025 | Trustee request for Telephonic Discovery Conference |
| 576 | 03/14/2025 | Order authorizing Depositions and addressing discovery issues |
| 586 | 03/18/2025 | Emergency Motion for Alternative Service of Subpoenas |
| 589 | 03/19/2025 | Order on Alternative Service of Subpoenas |
| 611 | 04/03/2025 | Motion for Issuance of Letter Rogatory (BVI discovery) |
| 620 | 04/07/2025 | Order granting in part Letter Rogatory motion |
| 626 | 04/09/2025 | Motion to Compel Production of Deposition Transcripts |
| 648 | 04/16/2025 | Order granting in part Motion to Compel Deposition Transcripts |
| 629 | 04/10/2025 | Motion to Compel Compliance with Subpoena |
| 632 | 04/11/2025 | Order scheduling hearing on Subpoena Compliance |
| 688 | 05/09/2025 | Motion to Compel Compliance with Subpoena |
| 700 | 05/12/2025 | Order denying Motion to Compel Subpoena Compliance |
| 705 | 05/15/2025 | Motion to Compel Compliance with Subpoena |
| 738 | 05/30/2025 | Order setting hearing on Subpoena Motion |
| 779 | 06/12/2025 | Order continuing Subpoena-Compel hearing |
| 816 | 07/02/2025 | Order continuing Subpoena hearing due to service issues |
| 820 | 07/10/2025 | Motion to Reopen Discovery (Goulston & Storrs Retainer) |
| 825 | 07/17/2025 | Order denying Motion to Reopen Discovery |
| 827 | 07/21/2025 | Renewed Motion to Reopen Discovery (IRS + Retainer) |
| 828 | 07/21/2025 | Order on Subpoena Motion requiring production and affidavit |
| 838 | 08/01/2025 | Order denying Renewed Discovery Motion |
| 852 | 08/22/2025 | Motion for Sanctions / Compel Production / Reopen Discovery |
| 868 | 09/18/2025 | Emergency Motion for Rule 2004 / IRS Responsible-Party Discovery |
| 878 | 09/23/2025 | Order denying Rule 2004 / IRS Discovery Motion |

| 883 | 09/26/2025 | Order denying Sanctions / Compel Motion |
| 884 | 09/26/2025 | Order setting hearing on Preserve-Rights / Compel Motion |
| 907 | 10/02/2025 | Babcock & Brown Objection to Sanctions / Compel Motion |
| 934 | 10/20/2025 | Peter Blaustein Response to Motion to Compel |
| 938 | 10/21/2025 | California State Controller Response to Motion to Compel |
| 940 | 10/21/2025 | Emergency Supplemental Motion to Compel Transaction Records |
| 956 | 10/29/2025 | Goulston & Storrs Opposition to Supplemental Motion to Compel |
| 961 | 10/31/2025 | Memorandum and Order denying Motion to Compel |
| 1007 | 11/28/2025 | Emergency Motion to Compel IRS Disclosure Requests |
| 1011 | 12/01/2025 | Order granting in part / denying in part IRS Disclosure Motion |
| 1016 | 12/05/2025 | Emergency Motion re Goulston & Storrs Client File |
| 1056 | 01/05/2026 | Emergency Motion directing IRS to release Forms SS-4 and 8822-B |
| 1067 | 01/07/2026 | Order denying IRS Forms release motion |
| 1074 | 01/08/2026 | Motion for narrow order directing IRS Forms release |
| 1090 | 01/20/2026 | Motion for Rule 2004 Examination and Subpoena to Goulston & Storrs |
| 1145 | 02/05/2026 | Order denying Rule 2004 Examination motion |
| 1159 | 02/09/2026 | Order denying Emergency Discovery Motion as moot |

## CERTIFICATION REGARDING TRANSCRIPTS

Pursuant to Fed. R. Bankr. P. 8009(b), Appellant certifies that no hearing or oral argument was held on the motions resolved by the February 4, 2026 Order (Dkt. 1139) or the February 5, 2026 Order (Dkt. 1145). Although the Court previously conducted numerous discovery conferences and related proceedings in the underlying case, the appealed orders were entered without a separate hearing dedicated to those motions. No transcripts are being ordered at this time. Appellant reserves the right to supplement this certification should transcripts later become necessary for appellate review.

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court abused its discretion in denying Appellant's Rule 56(d) motion (Dkt. 1139) where the requested IRS Forms SS-4 and 8822-B were directly relevant

to disputed issues of managerial authority, governance, and responsible-party designation, and where the denial deprived Appellant of material evidence necessary to oppose the Trustee's summary judgment motion subsequently granted in Dkt. 1179.

2. Whether the Bankruptcy Court erred in denying limited, targeted discovery on the basis that the discovery period had closed, notwithstanding that summary judgment briefing was ongoing and that the requested records were uniquely probative of contested authority and representation issues central to claim disallowance.

3. Whether the Bankruptcy Court committed reversible error by granting summary judgment disallowing Claim Nos. 4 and 5 (Dkt. 1179) after previously denying access to documentary evidence bearing directly on the existence of genuine disputes of material fact, thereby adjudicating governance and authority issues on an incomplete evidentiary record.

4. Whether the Bankruptcy Court misapplied Rule 56 (as incorporated by Fed. R. Bankr. P. 7056) by denying Rule 56(d) relief despite a specific showing that additional discovery was essential to justify opposition to summary judgment and materially affected the outcome.

5. Whether the Bankruptcy Court abused its discretion in denying authorization for a Rule 2004 examination and subpoena duces tecum to Goulston & Storrs PC (Dkt. 1145), where the requested materials concerned corporate succession, governance history, and representations affecting estate administration and pending summary judgment determinations.

6. Whether the Bankruptcy Court erred as a matter of law in concluding that the Trustee's authority to obtain records foreclosed a creditor's independent entitlement to seek Rule 2004 relief when the creditor's claims and defenses depended upon the requested information.

7. Whether the combined denial of Rule 56(d) relief and Rule 2004 examination deprived Appellant of a meaningful opportunity to develop and present evidence in opposition to summary judgment, resulting in prejudicial procedural error affecting the validity of Dkt. 1179.

8. Whether summary judgment disallowing Claim Nos. 4 and 5 must be vacated where the denial of targeted discovery prevented Appellant from establishing genuine disputes of material fact concerning authority, delegation, ratification, and federal representations of managerial status.

Appellant reserves the right to refine or consolidate these issues in the appellate briefing.

DATED: January 27, 2026, Respectfully submitted:  By creditor,



_____

Lolonyon Akouete
800 Red Mills Rd
Wallkill NY 12589
(443) 447-3276
info@smartinvestorsllc.com