**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:** | |
| **WESTBOROUGH SPE LLC,** | **Chapter 7**<br>**Case No. 23-40709-CJP** |
| **Debtor.** | |

**APPELLEE CHAPTER 7 TRUSTEE'S DESIGNATION OF**
**ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL**
**(Re Appeal of Dkt. Nos. 1139 and 1145)**

Pursuant to Fed. R. Bankr. P. 8009(a)(2), appellee Jonathan R. Goldsmith (the "Trustee"), Chapter 7 Trustee of the bankruptcy estate (the "Estate") of Westborough SPE LLC (the "Debtor"), hereby designates additional items to be included in the record on appeal regarding the appeal by Lolonyon Akouete ("Akouete") of the Bankruptcy Court Orders entered at Docket Nos. 1139 and 1145. Akouete initiated the appeal by filing a notice of appeal which is reflected on this Court's docket at Dkt. No. 1172 and which appeal is pending before the United States District Court and designated as Case No. 26-10888-WGY (the "USDC Appeal").

On March 2, 2026, Akouete filed a designation regarding items to be included in the record on appeal regarding the USDC Appeal [*See* Dkt. No. 1197]. The Trustee designates the following additional items to be included in the record regarding the USDC Appeal:

| Dkt. No. | Date | Additional Designated Items |
|---|---|---|
| 1032 | 12/15/2025 | Lolonyon Akouete's Notice of Efforts to Obtain IRS Records |
| 1057 | 1/5/2026 | Order Declaring as Moot Lolonyon Akouete's Motion [Dkt. No. 1016] to Direct Trustee to Obtain Goulston & Storrs Records |
| 1059 | 1/5/2026 | Order Directing Lolonyon Akouete to Show Cause |
| 1061 | 1/5/2026 | Response by Lolonyon Akouete to Order to Show Cause |

| 1075 | 1/8/2026 | Order Setting Objection Deadline Re Akouete's Rule 56(d) Motion Regarding IRS Records |
|------|----------|--------------------------------------------------------------|
| 1083 | 1/15/2026 | Emergency Motion by Lolonyon Akouete for Relief Under Fed. R. Civ. P. 56(d) |
| 1095 | 1/22/2026 | Trustee's Objection to Akouete's Motions Seeking Relief Under Fed. R. Civ. P. 56(d) |

Respectfully submitted,

**Jonathan R. Goldsmith,**
**Chapter 7 Trustee**

by his counsel,

/s/ Angelina M.Savoia
Christine E. Devine, BBO #566990
Angelina M. Savoia, BBO #715690
Nicholson Devine LLC
21 Bishop Allen Drive
Cambridge, MA 02139
Phone:  508-533-7240
Dated: March 16, 2026                    Email:  angelina@nicholsondevine.com

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:**<br><br><br>**WESTBOROUGH SPE LLC,**<br><br><br>**Debtor.** | **Chapter 7**<br>**Case No. 23-40709-CJP** |

## CERTIFICATE OF SERVICE

The undersigned, Angelina M. Savoia, hereby certifies that on this day I caused a copy of

the following document to be served on all parties listed on the attached Service List in the

manner noted thereon:

> **APPELLEE CHAPTER 7 TRUSTEE'S DESIGNATION OF**
> **ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL**
> **(Re Appeal of Dkt. Nos. 1139 and 1145)**

Dated: March 13, 2026

/s/ Angelina M. Savoia
Angelina M. Savoia, BBO #715690
Nicholson Devine LLC
21 Bishop Allen Drive
Cambridge, MA 02139
Phone: 508-533-7240
Email: angelina@nicholsondevine.com

Electronic Mail Notice List

The following list of parties and attorneys have received electronic notice via the Court's CM/ECF noticing process:

- **Jeffrey T Blake**    jblake@k-plaw.com
- **Paul W. Carey**    pcarey@micklaw.com, bankrupt@mirickoconnell.com
- **Luis R. Casas**    luis.casasmeyer@akerman.com
- **Jose C. Centeio**    jc@jcfirm.com
- **Brian Charville**    bcharville@ferrisdevelopment.com
- **Christine E. Devine**    christine@nicholsondevine.com, devine.christiner109603@notify.bestcase.com;angelina@nicholsondevine.com;christine_492@ecf.courtdrive.com
- **Jonathan R. Goldsmith**    bankrdocs1@gkalawfirm.com, bankrdocs@gkalawfirm.com;intern@gkalawfirm.com;Esq..JonathanR.G.B145355@notify.bestcase.com
- **Jonathan R. Goldsmith**    trusteedocs1@gkalawfirm.com, mwolohan@gkalawfirm.com;mew@efclaw.com;trusteedocs@gkalawfirm.com;intern@gkalawfirm.com;MA43@ecfcbis.com
- **Stephen F. Gordon**    sgordon@gordonfirm.com, vhaggerty@gordonfirm.com;notices@gordonfirm.com;stephenfgordon@gmail.com
- **Richard King**    USTPRegion01.WO.ECF@USDOJ.GOV
- **Brian Lee**    blee@nutter.com
- **Samual A. Miller**    samual.miller@akerman.com
- **Brian W. Riley**    briley@k-plaw.com
- **Douglas B. Rosner**    drosner@goulstonstorrs.com
- **Angelina M. Savoia**    angelina@nicholsondevine.com, angelina@ecf.courtdrive.com
- **Roger L. Smerage**    rsmerage@k-plaw.com

Email List and / or First Class Mail

The following list of parties and attorneys have been served via as noted:

Lolonyon Akouete                           Via Email and First Class Mail
800 Red Mills Rd
Wallkill, NY 12589
info@smartinvestorsllc.com

Denise Edwards                             Via Email and First Class Mail
137 North 25th Street
Wyandanch, NY 11798
deniseedwards818@yahoo.com

Christopher Mulhern, Esq.                   Via Email and First Class Mail
Law Office of Christopher Mulhern, Inc.
100 Centerville Rd.
Warwick, RI 02886
cmulhearn@mulhernlawri.com

4

Peter J. Nicosia, Esq.                          Via Email and First Class Mail
Nicosia & Associates P.C.
259 Middlesex Rd
PO Box 721
Tyngsboro, MA 01879
nicosia@nicosia-associates.com

Lenard Benson Zide, Esq.                        Via Email and First Class Mail
Butters Brazilian LLP
Via Email and First Class Mail
420 Boylston Street, 4th Floor
Boston, MA 02116
zide@buttersbrazilian.com