

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Westborough SPE LLC | Chapter 7 |
| | 23-40709-CJP |
| Debtor | |

## ORDER

**MATTER:**

#1122 Motion filed by Creditor Lolonyon Akouete for Leave to File Motion to Remove Chapter 7 Trustee for Cause Based on Newly Developed Facts and Estate Harm.

DENIED. MOVANT LACKS STANDING. SEE ECF NO. 1179. THIS ORDER IS WITHOUT PREJUDICE IN THE EVENT MOVANT PREVAILS IN AN APPEAL OF THE MEMORANDUM OF DECISION AND ORDER AT ECF NO. 1179, BUT THE COURT NOTES THAT THE MOTION APPEARS TO SEEK RELIEF SIMILAR TO THAT WHICH HAS BEEN PREVIOUSLY DENIED.

Dated: 03/18/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge