UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS

In re: WESTBOROUGH SPE LLC,

Debtor.

Chapter 7 Case No. 23-40709-CJP

NOTICE OF MOTION

PLEASE TAKE NOTICE that Denise S. Edwards ("Movant"), will move this Court for entry of an Order granting the relief requested in the attached Motion to Sever and Clarify Independent Claim and Standing.

The Movant respectfully requests that the Court:

1. Clarify that Movant's claim is independent of any claims asserted by Lolonyon Akouete;
2. Sever Movant's claim from any adjudication relating to Mr. Akouete's standing or authority;
3. Ensure that Movant's claim is evaluated on its own merits; and
4. Grant such other and further relief as the Court deems just and proper.

Denise S. Edwards

YourOwnFunds LLC

137 North 25th Street

Wyandanch, NY 11798

(631) 745-5292

yourownfundsllc@gmail.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

In re:

WESTBOROUGH SPE LLC,

Debtor.

Chapter 7

Case No. 23-40709-CJP

## MOTION TO SEVER AND CLARIFY INDEPENDENT CLAIM AND STANDING

Movant, Denise S. Edwards, respectfully moves this Court for an Order clarifying that her claim in this matter is independent and should not be adjudicated, limited, or dismissed based upon the claims or asserted authority of any other party, and states as follows:

## 1. INTRODUCTION

Movant is a claimant in connection with assets associated with the Debtor, Westborough SPE LLC. Movant brings this motion to ensure that her claim is properly considered on its own independent basis.

## 2. BACKGROUND

Movant has participated in efforts relating to the identification, development, and potential recovery of assets associated with the Debtor. During the course of these proceedings, Movant's claim has been treated as connected to or dependent upon the claims asserted by another party, Lolonyon Akouete.

## 3. BASIS FOR RELIEF

The Court is currently considering issues of standing and authority relating to Mr. Akouete, including whether he possesses any managerial or creditor-based standing.

However, Movant's claim does not arise from, and is not dependent upon, any alleged delegation of authority from third parties, including but not limited to any claims involving

Jan Blaustein Scholes.

Movant's interest arises from her own independent actions, involvement, and contribution relating to the identification and recovery of assets.

4.RISK OF PREJUDICE

If Movant's claim remains procedurally linked to Mr. Akouete's claims, there is a substantial risk that Movant's rights may be impaired or extinguished based solely on determinations unrelated to her own independent claim.

5. LEGAL BASIS

The Court has authority to sever claims and clarify standing to ensure that each claim is adjudicated on its own merits and to prevent prejudice to parties with independent interests.

6. RELIEF REQUESTED

WHEREFORE, Movant respectfully requests that this Court:

A. Clarify that Movant's claim is independent of any claims asserted by Lolonyon Akouete;

B. Sever Movant's claim from any adjudication relating to Mr. Akouete's standing or authority;

C. Ensure that Movant's claim is evaluated on its own merits;

D. Require that no disposition of assets occurs without consideration of Movant's claim; and

E. Grant such other and further relief as the Court deems just and proper.

Dated: March 24, 2026,

Respectfully submitted,

Denise S. Edwards
YourOwnFunds LLC
137 North 25th Street
Wyandanch, NY 11798
(631) 745-5292
yourownfundsllc@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:
WESTBOROUGH SPE LLC,

Debtor.

_____

Chapter 7
Case No. 23-40709-CJP

DECLARATION OF DENISE S. EDWARDS

I, Denise S. Edwards, declare as follows:

1. I am the Movant in the foregoing Motion.
2. I am over the age of 18 and competent to testify.
3. I am the owner of YourOwnFunds LLC.
4. I have been involved in identifying and pursuing assets related to Westborough SPE LLC.
5. My claim is based on my independent actions and work.
6. My claim is not dependent on Lolonyon Akouete.
7. I did not rely on any authority from Jan Blaustein Scholes.
8. I submit this declaration to support my independent claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 24, 2026,

Denise S. Edwards

## CERTIFICATE OF SERVICE

I, Denise S. Edwards, certify that on March 24, 2026, I served this Motion on all parties via email and/or first-class mail, including:

Jonathan R. Goldsmith, Chapter 7 Trustee trusteedocs1@gkalawfirm.com

Assistant U.S. Trustee – Richard King USTPRegion01.WO.ECF@USDOJ.GOV

Lolonyon Akouete info@smartinvestorsllc.com

Stephen F. Gordon, Esq. sgordon@gordonfirm.com

Scott A. Schlager, Esq. sas@natgolaw.com

Paul W. Carey, Esq. pcarey@mirickoconnell.com

Brian W. Riley, Esq. briley@k-plaw.com

Jeffrey T. Blake, Esq. jblake@k-plaw.com

Roger L. Smerage, Esq. rsmerage@k-plaw.com

Gary M. Ronan, Esq. gronan@goulstonstorrs.com

David M. Abromowitz, Esq. dabromowitz@goulstonstorrs.com

Dyann Blaine dyann.blaine@gmail.com

Peter Blaustein pblaustein@gmail.com

Jan Blaustein Scholes jan.scholes2@gmail.com

Walter Horst walter.horst@babcockbrown.com

Mark S. Lichtenstein, Esq. mark.lichtenstein@akerman.com

Samuel A. Miller, Esq. samual.miller@akerman.com

Denise S. Edwards