

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Westborough SPE LLC<br><br>Debtor | Chapter 7<br>23-40709-CJP |

### ORDER

**MATTER:**

#1219 Motion filed by Interested Party Denise Edwards to Sever and Clarify Independent Claim and Standing.

DENIED AS MOOT. THE CLAIMS WERE CONSIDERED ON THEIR OWN MERITS IN THE CONTEXT OF THE SUMMARY JUDGMENT MOTIONS THAT WERE FILED AND MS. EDWARDS CLAIM WAS DISALLOWED. SEE MEMORANDUM OF DECISION AND ORDER ENTERED AT ECF NO. 1179.

Dated: 03/27/2026

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge