

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Westborough SPE LLC<br><br>Debtor | Chapter 7<br>23-40709-CJP |

### ORDER

**MATTER:**
#1224 Motion filed by Creditor Lolonyon Akouete Relief from Judgment Under Fed. R. Civ. P. 60(b)(3) and 60(b)(6).

PURSUANT TO FED. R. BANKR. P. 8008(a)(2), THE MOTION IS DENIED.

THE MOVANT SEEKS RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(B)(3) AND 60(B)(6), AS INCORPORATED BY FED. R. BANKR. P. 9024. AS TO RULE 60(B)(3), DESPITE THE CLEAR LANGUAGE OF THE RULE AND THE CASELAW CITED BY MOVANT, THE MOVANT DOES NOT ALLEGE THAT THE OPPOSING PARTY (THE BANKRUPTCY TRUSTEE) FAILED TO PRODUCE DOCUMENTS RESPONSIVE TO A DISCOVERY REQUEST AND REFERENCES SUBPOENAS DIRECTED TO NON-PARTY WITNESSES. HE ALLEGES NO FRAUD, MISREPRESENTATION, OR MISCONDUCT BY THE TRUSTEE. FURTHER, THE MOVANT MISCHARACTERIZES THAT THE COURT'S JUDGMENT "RESTS ON" ONE "DISPOSITIVE" FACTUAL PREMISE WHEN THE COURT CITED A NUMBER OF BASES FOR ITS DECISION. FURTHER, EVEN HAD THE MOVANT ALLEGED FRAUD, MISREPRESENTATION, OR MISCONDUCT BY THE TRUSTEE, IT DOES NOT APPEAR THAT THE INFORMATION ALLEGED NOT TO HAVE BEEN PRODUCED BY A THIRD PARTY WOULD HAVE SUBSTANTIALLY INTERFERED WITH THE DEVELOPMENT OF EVIDENCE THAT WOULD HAVE BEEN MATERIAL TO THE DECISION. MOVANT STATES THAT HE IDENTIFIED DOCUMENTS IN THE COURSE OF PREPARING APPELLATE BRIEFING THAT HAD BEEN PRODUCED BY "REGAL CINEMAS" THAT HAD NOT BEEN PRODUCED BY OTHER THIRD PARTIES UPON WHOM HE HAD SERVED SUBPOENAS. HE DOES NOT STATE HOW OR WHEN HE RECEIVED THE DOCUMENTS, WHETHER THEY WERE IN THE

RECORD, OR THAT A SUBPOENAED PARTY WAS IN POSSESSION OF THEM AT THE TIME A SUBPOENAED PARTY RESPONDED TO A SUBPOENA ? LET ALONE THAT THE TRUSTEE ENGAGED IN SOME MISCONDUCT. ON THE RECORD OF THIS CASE, THE MOVANT DOES NOT IDENTIFY ANY "OTHER REASON" THAT JUSTIFIES RELIEF UNDER RULE 60(B)(6).

Dated: 04/22/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge