

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>    Westborough SPE LLC<br><br><br>                Debtor | Chapter 7<br>23-40709-CJP |

### ORDER

**MATTER:**

#1236 Emergency Motion filed by Creditor Lolonyon Akouete for Leave Under the Barton Doctrine to Commence Massachusetts Superior Court Action against Trustee, Trustee's Counsel, and Related Parties.

The *Emergency Motion for Leave Under the Barton Doctrine to Commence Massachusetts Superior Court Action Against Trustee, Trustee's Counsel, and Related Parties* [ECF No. 1236] filed by Lolonyon Akouete ("Akouete") is DENIED for the reasons stated and the authority cited in the Trustee's objection [ECF No. 1245]. Akouete alleges no facts that could support a finding that the Trustee or his counsel took action outside the Trustee's official capacity or the scope of authority conferred upon the Trustee by the Bankruptcy Code or by orders of this Court. No basis exists to permit Akouete to pursue claims, as described, in other courts. Further, the claims described appear predicated on Akouete's assertion that he is a creditor of the Debtor's estate. This Court has entered a judgment determining that Akouete is not a creditor in this case, which has been appealed but not stayed. As such, Akouete would have no standing to assert claims against the Trustee or his counsel relating to administration of the Debtor's estate.

On or before July 16, 2026, Akouete shall file a response to the additional relief requested in the Trustee's objection regarding allegations that Akouete has violated the automatic stay and certain orders of this Court. The Court will schedule hearings on whether Akouete should be held in contempt or has violated the automatic stay, along with other pending motions seeking sanctions against Akouete for vexatious litigation and other conduct in this case after that date.

Dated: 06/25/2026

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge