

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Westborough SPE LLC<br><br>Debtor | Chapter 7<br>23-40709-CJP |

### ORDER

**MATTER:**

#1238 Motion filed by Creditor Lolonyon Akouete for Reconsideration of Denial of Emergency Determination (1237 Order).

DENIED AS UNNECESSARY. SEE ORDER AT ECF NO. 1246.

Dated: 06/25/2026                                    By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge