**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| In re: Westborough SPE LLC, Debtor | Chapter 7<br>23-40709-CJP |
|---|---|

# ORDER

**MATTER:**
#1250 Motion filed by Creditor Lolonyon Akouete for Leave to Appeal Order Denying Motion for Leave Under The Barton Doctrine Re: 1246 Order dated 6/25/2026 Re: 1236 Emergency Motion filed by Creditor Lolonyon Akouete for Leave Under the Barton Doctrine.

STRICKEN. THE MOTION DOES NOT COMPLY WITH THE PROCEDURES SET OUT IN FED. R. BANKR. P. 8004(A) AS A SEPARATE NOTICE OF APPEAL WAS NOT FILED.

Dated: 07/10/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge