UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, ss.

| | |
|---|---|
| In re:<br><br>WESTBOROUGH SPE LLC,<br><br>Debtor. | Chapter 7<br>Case No. 23-40709-CJP |

# LOLONYON Y. AKOUETE'S NOTICE OF CHANGE OF MAILING ADDRESS IN MAIN BANKRUPTCY CASE AND RELATED ADVERSARY PROCEEDINGS

Lolonyon Y. Akouete, proceeding pro se and appearing as a creditor, party in interest, plaintiff, or defendant in the above-captioned matters, hereby notifies the Court and all parties that his mailing address has changed.

Mr. Akouete's former mailing address was:

800 Red Mills Road
Wallkill, NY 12589

Effective immediately, Mr. Akouete's current mailing address is:

**39 Boylston Street**
**Boston, MA 02116**

Mr. Akouete respectfully requests that the Clerk update his mailing address in the following matters:

1. In re Westborough SPE LLC, Case No. 23-40709-CJP;
2. Akouete v. Goldsmith et al., Adv. Pro. No. 25-04033-CJP;
3. Akouete v. Goldsmith et al., Adv. Pro. No. 26-04024-CJP;
4. Akouete v. Goldsmith, Adv. Pro. No. 24-04017-CJP; and
5. Goldsmith v. Akouete, Adv. Pro. No. 25-04027-CJP.

Mr. Akouete further requests that the Clerk update his address in the Court's mailing matrix, creditor information, and claims register, including the address associated with Proof of Claim No. 4 and any amendments to that claim.

Mr. Akouete's telephone number and email address remain unchanged:

Telephone: (443) 447-3276
Email: info@smartinvestorsllc.com

All future notices, orders, pleadings, and correspondence intended for Mr. Akouete should be directed to the new Boston address stated above.

DATED: July 23, 2026,

Respectfully submitted:

Lolonyon Akouete
39 Boylston Street
Boston MA 02116
(443) 447-3276
info@smartinvestorsllc.com