**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>Westborough SPE LLC<br><br>Debtor | Chapter 7<br>23-40709-CJP |

**ORDER ESTABLISHING OBJECTION DEADLINE**

**MATTER:**
#1248 Second Interim Application for Compensation and Reimbursement of Expenses for Christine E. Devine, Trustee's Attorney, Period: 8/1/2025 to 5/31/2026, Fee: $255,890.00, Expenses: $1,041.93.

ANY OBJECTIONS TO THE "SECOND INTERIM APPLICATION OF NICHOLSON DEVINE LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE TRUSTEE" (THE "APPLICATION") SHALL BE FILED ON OR BEFORE SEPTEMBER 14, 2026.

UPON CONSIDERATION OF ANY OBJECTIONS FILED BY THE EXPIRATION OF THE DEADLINE ESTABLISHED BY THIS ORDER, THE COURT MAY DETERMINE THE APPLICATION ON AN INTERIM BASIS WITHOUT FURTHER NOTICE OF HEARING.

WITHIN TWO (2) BUSINESS DAYS OF THE DATE OF THIS ORDER, THE APPLICANT SHALL FILE A CERTIFICATE OF SERVICE REFLECTING NOTICE OF THE OBJECTION DEADLINE HAS BEEN PROVIDED TO ALL PARTIES ENTITLED TO NOTICE AND STATING THE MANNER OF SERVICE.

Dated: 08/21/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge