**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:**<br><br>**WESTBOROUGH SPE LLC,**<br><br>**Debtor.** | **Chapter 7**<br><br>**Case No. 23-40709-CJP** |

**NOTICE OF OBJECTION DEADLINE REGARDING SECOND INTERIM APPLICATION OF NICHOLSON DEVINE LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE TRUSTEE**

**PLEASE TAKE NOTICE** of the filing of the Second Interim Application for Allowance of Compensation and for Reimbursement of Expenses as Counsel to the Trustee [ECF No. 1248] (the "Second Application") which seeks:

- *Allowance of the Second Application including approval of and authority to pay fees in the amount of* $255,890.00 *and to reimburse expenses in the amount of* $1,041.93*; and*

- *Payment by the Trustee of fees and expenses previously allowed by this Court pursuant to the First Interim Application of Nicholson Devine LLC for Allowance and Payment of Compensation and for Reimbursement of Expenses as Counsel to the Trustee [ECF No. 870] for payment by the Trustee in the amount of* $137,793.75.

**The deadline for objections and/or responses to the Second Applications is September 14, 2026.**

Upon consideration of any objections filed by the expiration of the deadline established by this order, the court may determine the application on an interim basis without further notice of hearing.

A copy of the Second Application is available upon request to the undersigned.

Respectfully submitted,
WESTBOROUGH SPE LLC, By its counsel,

*/s/ Christine E. Devine*

Christine E. Devine (BBO #566990)
Nicholson Devine LLC
P.O. Box 7
Medway, MA 02052
(508) 533-7240
christine@nicholsondevine.com

Dated: August 24, 2026